AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 Cr. 973 (PGG) |
| Mathew Martoma | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mathew Martoma                                                                                                                    .

Date:    04/04/2013                                                    /s/ Larkin M. Morton
                                                                                       *Attorney's signature*

                                                                             Larkin M. Morton (LM2680)
                                                                             *Printed name and bar number*

                                                                                   Goodwin Procter LLP
                                                                               The New York Times Building
                                                                                     620 Eighth Avenue
                                                                                New York, NY 10018-1405
                                                                                              *Address*

                                                                             LMorton@goodwinprocter.com
                                                                                         *E-mail address*

                                                                                      (212) 813-8800
                                                                                     *Telephone number*

                                                                                      (212) 355-3333
                                                                                         *FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants April 4, 2013.

                                              /s/ Larkin M. Morton