UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/13

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    As discussed in open court on June 5, 2013, it is hereby ORDERED that there shall be a hearing regarding the decryption of the Cooperating Witness's hard drive on **June 18, 2013 at 11:00 a.m.** Any submissions related to the hearing must be filed with the Court and served on all parties by **June 14, 2013 at 5:00 p.m.**

    It is further ORDERED that the Government shall produce to Defendant an index of the file names on the Cooperating Witness's hard drive by **June 12, 2013**.

    It is further ORDERED that the following schedule shall apply to Defendant's motion to dismiss:

1. Defendant's motion is due **June 28, 2013**.
2. The Government's response is due **July 19, 2013**.
3. Defendant's reply, if any, is due **July 26, 2013**.

    It is further hereby ORDERED that trial will commence on **November 4, 2013** at **9:30 a.m.** in Courtroom 705 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Any motions in limine, requested voir dire, and requests to charge are due on **October 4, 2013**. Responsive papers, if any, are due on **October 14, 2013**.

1

Dated: New York, New York
      June 5, 2013

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge