UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATHEW MARTOMA,<br><br>Defendant. | Criminal Case No.: 12 Cr. 973 (PGG)<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT MATHEW MARTOMA'S NOTICE OF MOTION TO COMPEL THE PRODUCTION OF CERTAIN DOCUMENTS WITHHELD BY THE GOVERNMENT OR THE UNIVERSITY OF MICHIGAN

PLEASE TAKE NOTICE that, upon the annexed Declaration of Richard M. Strassberg, Esq., the exhibits thereto, and the accompanying memorandum of law, the defendant Mathew Martoma will move this Court before the Honorable Paul G. Gardephe at the United States District Courthouse, 40 Foley Square, New York, New York 10007, at such a date and time as the Court may direct, for an Order directing the United States of America to produce certain documents withheld by the Government or the University of Michigan and granting such other and further relief to which the Court deems the defendant entitled.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Mr. Martoma will rely upon the accompanying memorandum of law and appendix of exhibits, all of which are submitted contemporaneously herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: June 21, 2013
      New York, NY

Respectfully submitted,

GOODWIN PROCTER LLP

By: /s/ Richard M. Strassberg
   Richard M. Strassberg (RS5141)
    (rstrassberg@goodwinprocter.com)
   John O. Farley (JF4402)
    (jfarley@goodwinprocter.com)
   Daniel P. Roeser (DR2380)
    (droeser@goodwinprocter.com)

The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone:  (212) 813-8800
Facsimile:  (212) 355-3333

Roberto M. Braceras (RB2470)
  (rbraceras@goodwinprocter.com)
53 State Street
Boston, Massachusetts 02109
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

*Attorneys for Defendant Mathew Martoma*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2013, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned document to be served via first class mail, postage prepaid upon all non-CM/ECF participants.

/s/ Richard M. Strassberg
Richard M. Strassberg (RS5141)