

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 15, 2013

**By Hand**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007
facsimile (212) 805-7986

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/13

Re:   United States v. Martoma, 12 Cr. 973 (PGG)

Dear Judge Gardephe:

In order to satisfy its discovery obligations in the above-referenced matter, the Government respectfully requests leave to provide the defendant with sealed applications and orders relating to historical cell site data because the data obtained pursuant to these orders may be offered as evidence at trial. These cell site applications – which were sealed by United States magistrate judges and remain sealed due to ongoing investigations – are captioned 13 Mag. 0260 and 13 Mag 362. If approved, the Government would produce these otherwise sealed materials pursuant to the protective order entered in this case.

Respectfully Submitted,

PREET BHARARA
United States Attorney

By:   _____
Arlo Devlin-Brown
Assistant United States Attorney
(212) 637-2506

SO ORDERED:

_____   August 23, 2013
Hon. Paul G. Gardephe
United States District Judge

cc: Richard Strassberg, Esq.
    (via electronic mail)