# GOODWIN | PROCTER

Roberto M. Braceras
617.570.1895
rbraceras@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

September 5, 2013

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 5, 2013

### VIA FACSIMILE TO (212) 805-7986

Honorable Paul G. Gardephe
United States District Court for the
  Southern District of New York
United States Courthouse
40 Foley Square Street
New York, NY 10007

Re:   *United States v. Martoma*, No. 12 Cr. 973 (PGG)

Dear Judge Gardephe:

As you know, we represent Mr. Martoma in this matter. Yesterday, we received the four-page letter (with exhibits) submitted by counsel for Dr. Gilman in connection with Mr. Martoma's pending motion to compel (Dkt. No. 35). In light of the Jewish holidays, Mr. Strassberg's limited availability due to the *Countrywide* action, and the substantive nature and length of Dr. Gilman's submission, we respectfully request one week to respond to Dr. Gilman's letter, which would set Mr. Martoma's response due on Wednesday, September 11, 2013.

Respectfully submitted,

*/s/ Roberto M. Braceras*
Roberto M. Braceras

cc:   Arlo Devlin-Brown (by e-mail)
      Jonathan Halpern (by e-mail)
      Marc Mukasey (by e-mail)
      Richard M. Strassberg (by e-mail)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/12
```