UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/13

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that jury selection in this matter will commence on **January 6, 2014 at 9:30 a.m.** in Courtroom 705 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Opening statements will commence on **January 13, 2014 at 9:30 a.m.** Any motions in limine, requested voir dire, and requests to charge are due on **December 6, 2013**. Responsive papers, if any, are due on **December 20, 2013**.

Dated: New York, New York
       September 25, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge