919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908                    JENNER&BLOCK LLP



October 24, 2013

Anthony S. Barkow
Tel 212 891-1662
Fax 212 909-0860
abarkow@jenner.com

BY FAX

Honorable Paul G. Gardephe
United States District Court for the Southern District Of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Martoma*, No. 12 Cr. 973 (PGG)

Dear Judge Gardephe:

We represent the University of Michigan (the "University") in the above-referenced matter. Pursuant to the Court's September 24, 2013 Order, and the extension that your Honor subsequently granted the University, the University is required to electronically file certain documents by today. We contacted criminal court docketing, and we were advised that we are unable to file these documents without being added as party to the matter on ECF. We have contacted your chambers, and understand that in order to be added as a party, we must make a letter request to the Court. Accordingly, we hereby respectfully request that the Court add the University as a party to the above-referenced matter on ECF, so that the University may comply with the Court's Order.

Respectfully submitted,

*Barkow*

Anthony S. Barkow
Partner

cc: Assistant United States Attorney Arlo Devlin-Brown, by e-mail
    Jonathan Halpern, by e-mail
    Richard M. Strassberg, by e-mail
    Roberto Braceras, by e-mail

**MEMO ENDORSED**

The University of Michigan is hereby added to this case as an interested party.

**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Oct 24, 2013