# Exhibit X

UM-MM-000453

# Exhibit X-1

UM-MM-000454

1978 (First Edition)



The University of Michigan

Faculty Handbook

Instructional Staff

THE UNIVERSITY OF MICHIGAN
ANN ARBOR
48109

*Office of the Vice-President*
*for Academic Affairs*

HAROLD T. SHAPIRO
*Vice President*

RECEIVED
OCT 9 1978
BUSINESS AD.
DEAN'S OFFICE

September, 1978

Dear Colleagues:

Enclosed is the first edition of The University of Michigan Faculty Handbook. The Handbook is designed to help fill a long-standing need to provide, in a single publication, basic information that would be helpful in the orientation of new instructional staff members and serve as a convenient source of reference for existing faculty.

The Handbook was developed cooperatively by various University Senate committees, the Academic Affairs Advisory Council, and the Office of Academic Affairs.

As you are aware, in an organization as complex as our University, changes in organization, policies, and procedures are a continuing process. We plan, therefore, to revise and improve the Handbook periodically and invite your comments and suggestions. Comments and suggestions should be forwarded to the University Policy Coordinator (Ms. V. B. Nordby), Office of Academic Affairs, 3084 Administration Building.

Sincerely yours,

Harold T. Shapiro

enclosure

# TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | GOVERNMENTAL ORGANIZATION | 1 |
| | Administrative Structure | 1 |
| | Governing Faculties | 1 |
| | The University Senate | 2 |
| | Senate Assembly | 2 |
| | The Senate Advisory Committee on University Affairs (SACUA) | 2 |
| | Other Senate Committees | 2 |
| | Communications to the Board of Regents | 2 |
| II. | PRINCIPLES AND PROCEDURES | 3 |
| | Professional Responsibilities | 3 |
| | Appointment Policies | 3 |
| | Terms of Appointment | 4 |
| | Tenure | 5 |
| III. | PROCEDURES OF APPOINTMENT, REVIEW, TERMINATION AND APPEAL | 7 |
| | Initial Appointment | 7 |
| | Annual Review | 7 |
| | Notice of Review Preliminary to Reappointment, Granting of Tenure, or Termination of Appointment | 7 |
| | Termination | 7 |
| | Severance Pay | 7 |
| | Appeal Procedures Governing Complaints | 8 |
| | Appeal Procedures in the Senate | 8 |
| IV. | COMPENSATION | 10 |
| | Sources of Compensation | 10 |
| | Budget Procedures | 10 |
| | Payroll | 10 |
| | Base Salaries | 10 |
| | Additional Compensation | 10 |
| V. | BENEFITS | 12 |
| | Retirement Programs: TIAA and CREF | 12 |
| | Disability Plan (Long Term) | 12 |
| | Group Term Life Insurance Plan | 12 |
| | Health Insurance Plans | 12 |
| | Periodic Physical Examination | 13 |
| | Social Security | 13 |
| | Travel Accident Insurance Plan | 13 |
| | Unemployment Compensation | 13 |
| | Worker's Compensation | 13 |
| | Mortgages | 13 |
| | Credit Unions | 14 |
| VI. | RETIREMENT | 15 |
| | Age of Retirement | 15 |
| | Benefits | 15 |
| | Terminal Furlough Year | 15 |
| | Emeritus Professorships | 15 |
| VII. | REGULATIONS GOVERNING WORK CONDITIONS | 16 |
| | Personnel Records | 16 |
| | Withholding of Services | 16 |
| | Work-incurred Injuries | 16 |
| VIII. | AUTHORIZED ABSENCES | 17 |
| | Temporary Absences | 17 |
| | Sabbatical Leave | 17 |
| | Sick Leave | 17 |
| | Jury and Witness Service | 17 |
| | Military Reserve Duty | 17 |
| | Leaves of Absence Without Salary | 17 |
| | Vacation Allowance | 17 |

UM-MM-000457

IX. REGULATIONS GOVERNING TEACHING AND RESEARCH ... 19
- Extension Teaching ... 19
- Private Instruction ... 19
- Radio and Television Teaching ... 19
- Research Projects ... 19
- Study Towards Advanced Degrees ... 19
- Visiting Scholars ... 19
- The Use of Humans as Subjects in Research and Instructional Investigations ... 20
- Care and Treatment of Laboratory Animals ... 20

X. RELATIONSHIPS WITH OUTSIDE AGENCIES ... 21
- Election of Appointment to Public Office ... 21
- Employment Outside the University ... 21
- Arrangements with Foundations and Federal and State Agencies ... 21
- Conflict of Interest ... 22
- Patents, Copyrights, Computer Software, and other Property Rights ... 22

XI. FACULTY-STUDENT RELATIONS ... 24

XII. OTHER REGULATIONS ... 25
- Clearance of Questionnaires and Financial Information ... 25
- Endorsement of Products ... 25
- Field Trips ... 25
- Freedom of Speech ... 25
- Fund Raising ... 25
- Protection and Security ... 25
- Rules of Behavior ... 26
- Smoking ... 26
- Traffic Regulations on Campus ... 26
- Travel Policy ... 26
- University Representation and Use of the University Seal ... 26
- Use of University Facilities ... 26

XIII. A BRIEF INFORMATIONAL GUIDE ... 27
- Instructional and Research Facilities ... 27
- Cultural and Recreational Facilities ... 27
- University Press ... 28

XIV. OTHER SERVICES ... 29
- Alumni Records Office ... 29
- Audio-Visual Services ... 29
- Bus Service ... 29
- Campus Maps and General Information Brochures ... 29
- Counseling ... 29
- Emergency Aid ... 29
- Extension Service ... 29
- Housing ... 29
- Health Sciences Relations ... 29
- Information Services ... 30
- Internal Communication ... 30
- Legal Counsel ... 30
- Lost and Found ... 30
- Mail Service ... 30
- Maintenance ... 30
- Parking ... 30
- Photographic Services ... 31
- Printing ... 31
- Publications Office ... 31
- Purchasing Department ... 31
- Radio and Television ... 31
- Room Assignments ... 31
- Special Events ... 31
- Visitor Relations ... 31

UM-MM-000458

# XII. OTHER REGULATIONS

### Clearance of Questionnaires and Financial Information

Questionnaires concerning official figures and policies that pertain to The University of Michigan must be checked with the Office of the Assistant to the President and other responsible officers of the University before being returned to those submitting the questionnaire. In general, official figures pertaining to the size of the University and its financial operations will be issued at appropriate times by an official spokesperson designed to treat such matters, this information becoming public upon release.

### Endorsement of Products

No member of the University staff, in his or her official capacity or in the name of the University, shall by statement or publication or activity endorse any commercial product, or advocate any specific commercial method or device, either directly or by implication.

### Field Trips

The University owns a substantial number of land parcels throughout the state, suitable for field teaching and research. Those lands are under the administrative control of various campus units for which they provide particular utility. A list of these lands together with a brief description of the special features of each and the office through which use can be authorized is available from the Office of the Vice-President and Chief Financial Officer.

The University operates a pool of automobiles, buses, and trucks for use by departments and individual members of the staff on University business. These vehicles may be driven only by staff members who are licensed to drive in Michigan.

Vehicles may be obtained by submitting a requisition approved by the dean or administrative head responsible for the account against which the mileage charges will be lodged. The requisition should be submitted to the Manager of Transportation Services three days in advance of the anticipated use.

The University carries insurance on staff members who may be injured or incur liability due to negligence while engaged in any phase of University business. The University recommends that students similarly engaged purchase student insurance. Liability insurance is carried on University vehicles and their occupants. In order to assure coverage by University insurance it is important that all field trips be officially authorized by the department as part of the course or program.

### Freedom of Speech

The Regents have approved a statement on freedom of speech and artistic expression which outlines the rights and obligations of speakers, performers, audience members, and protesters. The statement guarantees the right of persons invited to the University to express their views and opinions and of those in attendance to hear. Recognizing that some views may be so controversial as to stimulate "the usual range of human emotions commonly displayed by an audience during heated discussions," the statement urges that such expressions be tolerated. However, protesters may not go so far as to interfere with orderly communication or prevent a speaker from continuing. Protesters who unduly interfere will be removed following warning. If a speech is disrupted, the goal of University officials should be to reestablish an atmosphere conducive to communication. The statement asserts that the threat of disruption constitutes intellectual blackmail and cannot be tolerated as a means of stopping or cancelling invited speakers. The text of the complete statement is available in departmental offices.

### Fund Raising

The Development Office has been designated by Regental Bylaws to function as the official University agency charged with the responsibility of directing, guiding, and coordinating all efforts in pursuit of gift support income from all possible sources. It is equipped to offer consultation on all aspects of fund raising, and has a number of research facilities available.

The *University Guidelines for Capital Campaigns* state that approval must be given by the Executive Officers before any fund raising programs can be undertaken in the name of the University or any of its units.

Fund raising endeavors in excess of $500,000 must have the specific approval of the Regents, and will not be undertaken without a feasibility study conducted by a competent, professional firm, the cost of which must be borne by the unit requesting the campaign. Regental approval must be obtained in order to conduct a feasibility study.

The appropriate vice-president should be consulted before one approaches potential donors. If it is agreed that the funds are to be sought, a formal, written request must be submitted to the same vice-president. Requests involving acquisition, construction, or expansion of a building, or major changes in the physical plant, regardless of the source of funding, should be submitted to the Vice-President and Chief Financial Officer. Requests to undertake a new academic program or endowed chair or professorship at the school or college level, or any major academic request for funding to be made to a foundation, should be submitted to the Vice-President for Academic Affairs, excluding those that are regularly channeled through the Division of Research Development and Administration. Requests to undertake a fundraising program of solicitation of contributions from alumni, friends, business, industry, or the local community should be submitted to the Vice-President for University Relations and Development. Proposals to undertake a feasibility study must also be submitted to the Vice-President for University Relations and Development.

Existing annual fund-raising programs are represented by membership in the *Annual Funds Coordinating Council*, a group which is advised by the Development Office. Members of the Council are school or college representatives who are engaged in fund raising from alumni. The group meets monthly in a cooperative effort to strengthen the fund-raising programs and methods used by each individual school or college.

UM-MM-000459

26  Other Regulations

## Protection and Security

The University's security patrols maintain a watch over all buildings after closing in order to check for locked doors, fire and safety hazards, and intruders. Security guards may ask to see University identification cards from those found in buildings any time, but particularly after facilities are closed. Arrangements for obtaining identification cards with photograph may be made by calling the Director of the Department of Safety.

All doors should be locked when offices or enclosed areas are left unattended. Loaned equipment should be signed for and its return registered. Missing property should be reported immediately to the Security Office and the Ann Arbor police.

All staff members and especially those in a supervisory position are responsible for maintaining conditions that will provide for the safety, well-being, and safe conduct of all people who report to them or who frequent the area of their jurisdiction. Instructional staff members and supervisors should see to it that other staff members and all students recognize the importance of safety and assist in the maintenance of safe working conditions.

The Department of Occupational Safety and Environmental Health Safety of the University's Physical Properties Department serves to maintain a healthy and safe environment. The Department surveys conditions bearing upon environmental sanitation, occupational health, and accident prevention; it gives advice, renders services, provides personal protective equipment, handles the disposition of waste chemicals, and coordinates safety efforts, including physical examinations, throughout the University. The Director of Occupational Safety and Environmental Health is authorized to report hazardous conditions to the Director of Physical Properties for review and action.

## Rules of Behavior

The University Council has formulated and the Board of Regents have adopted Rules of the University Community which state minimal standards of behavior for faculty, administrators, and students. The Rules prohibit (1) using physical force against any person engaged in an activity undertaken as part of an institutional relationship to the University; (2) willfully damaging, destroying, stealing, or misappropriating the property of the University or the property of any faculty member, administrator, or student where such property is owned as an incident of the owner's institutional relationship to the University; (3) significantly interfering with the free movement of any person engaged in an activity undertaken as part of an institutional relationship; (4) intentionally interfering with a University function by depriving any person of needed quiet, heat, light, or other physical condition of work.

The University Judiciary is empowered to enforce these rules.

## Smoking

Smoking regulations are posted in most University buildings. In classrooms and lecture halls without an indicated prohibition against smoking those present may smoke on the invitation of the instructional staff member. In classrooms where NO SMOKING signs are posted instructional staff are expected to refrain from smoking and to request their students to do so.

## Traffic Regulations on Campus

The Regents have adopted their own traffic regulations and some provisions of the Ordinance Code of the City of Ann Arbor. Traffic regulations are enforced by the Ann Arbor Police Department.

## Travel Policy

The University publishes travel rules setting forth policy regarding the reimbursement of expenses for those travelling on business authorized by the University. Individuals expecting reimbursement for travel expenses should become familiar with the policies and procedures described in the Standard Practice Guide, which may be obtained from department or school/college offices.

## University Representation and Use of the University Seal

Members of the instructional and research staffs and University officers may be appointed as delegates by the Regents or the President to represent the University at academic ceremonies and on other appropriate occasions. Delegates may not commit the University to any doctrine, policy, or action without first obtaining the approval of the Regents.

The Seal and name of the University are to be used only for official University purposes and in connection with University programs. Any exception to this general rule must be approved by the Secretary of the University. Use of the stylized version of the Seal should be limited to those applications in which an informal representation is appropriate.

Faculty members are encouraged to participate in community and scholarly activities; there is no prohibition of any kind on public statements or comments or appearances on radio or television broadcasts. It is expected that each individual will make certain that comments on public affairs are presented as his/her own views and are not offered as in any way official statements or statements of policy of The University of Michigan.

In connection with activities of staff members off the campus, the Information Services will provide biographical data and portrait photographs without charge to agencies sponsoring such activities. The members of the staff are responsible for keeping these files up to date.

## Use of University Facilities

There are University policies governing the use of University facilities by groups or organizations. When University facilities are used for fund raising by University organizations and also when non-University groups seek to use facilities, the Office of the Controller will require a deposit and the execution of a formal agreement.

UM-MM-000460

# Exhibit X-2

UM-MM-000461

(1994)



*The University of Michigan*

# FACULTY HANDBOOK

*for Instructional & Primary Staff*

UM-MM-000462

# THE UNIVERSITY OF MICHIGAN

## FACULTY HANDBOOK FOR INSTRUCTIONAL AND PRIMARY* STAFF

*(Includes Research Scientists, Archivists, Curators, and Librarians)

UM-MM-000463

# FACULTY HANDBOOK
# TABLE OF CONTENTS

Preface

I     DIVERSITY AND NONDISCRIMINATION

|  |  |
|---|---|
| Statement on Diversity | 1 |
| Michigan Mandate | 1 |
| Nondiscrimination and Affirmative Action | 1 |

II     UNIVERSITY ORGANIZATION

|  |  |
|---|---|
| Administrative Structure | 3 |
| Governance | 5 |
| University Senate | 6 |
| Senate Assembly | 6 |
| Senate Advisory Committee on University Affairs | 7 |
| Other Senate Committees | 7 |
| Communications to the Board of Regents | 8 |

III     APPOINTMENTS

|  |  |
|---|---|
| Procedures | 9 |
| Searches | 9 |
| Notification of Open Positions | 9 |
| Posting | 9 |
| Recommendation and Approval of Appointments | 9 |
| Special Rules | 10 |
| Citizenship | 10 |
| Employment Oath | 11 |
| Moving and Relocation Expenses | 11 |
| Appointment Terms | 11 |
| Regental Criteria for Instructional Staff | 11 |
| Criteria for Primary Research Scientist Appointments and Promotion | 12 |
| Titles | 12 |
| Titles of Primary Research Scientists | 13 |
| Supplemental Primary Research Scientists | 14 |
| Status of Librarians | 14 |
| Types of Appointment | 15 |
| Appointments Supported by Grants and Contracts | 16 |

Faculty Handbook
December, 1994

UM-MM-000464

TABLE OF CONTENTS, cont.

| | | |
|---|---|---|
| IV. | TENURE | |
| | Principle of Tenure | 18 |
| | Criteria for Tenure | 18 |
| | Professional Responsibility | 18 |
| | Regental Policies | 18 |
| | Rules Concerning Acquiring Protection of Regents' Bylaw 5.09 by Accumulating Years of Service | 20 |
| | Probationary Period | 21 |
| | Childbearing and Dependent Care Policy | 21 |
| | Divided or Partial Appointments | 22 |
| | Geographic Limitations of Tenure | 23 |
| V | PROCEDURES FOR PROMOTION, REAPPOINTMENT, TERMINATION AND APPEAL | |
| | Reappointment and Promotion | 24 |
| | Annual Review | 24 |
| | Procedures for Review for Reappointment or Promotion | 25 |
| | Recommendations to Reappoint or Not Reappoint | 26 |
| | Promotional Decisions | 26 |
| | Nonreappointment of Instructional Staff | 27 |
| | Layoff of Primary Research Scientists | 27 |
| | Layoff of Archivist and Librarian Staff | 28 |
| | Termination for Cause | 28 |
| | Discontinuance of Academic Programs | 28 |
| | Recommended Procedures | 29 |
| | Severance Pay | 29 |
| | Resignation | 30 |
| | Grievance Procedures | 30 |
| | SACUA Faculty Hearing Committee | 30 |
| VI | POLICIES GOVERNING WORKING CONDITIONS | |
| | Privacy and Access to Personal Information | 32 |
| | Personnel Records | 32 |
| | Withholding of Services | 33 |
| | Work-Incurred Injuries | 33 |
| | Americans With Disabilities Act | 33 |
| | Modified Duties Policy | 34 |

TABLE OF CONTENTS, cont.

VII  RESEARCH SUPPORT SERVICES

    Research Support Available   35
    Schools/Colleges/Units   35
    Research Incentive Programs   35
    Support from the Office of the Vice President for Research   36
    OVPR Categories of Support   36
    Interim Project Support   37
    Support Related to Externally Sponsored Projects   37
    Major Research Units and Facilities   37
    Policy Advisory Committees   40

VIII  AWARDS

    University-Wide Awards   41
    Research Scientist Awards   42
    School and College Awards   43

IX  POLICIES GOVERNING TEACHING AND RESEARCH

    Teaching   44
    Study Toward Advanced Degrees   45
    Visiting Scholars   45
    Research   45
    Integrity of Scholarship   47
    Intellectual Properties   47
    Indirect Costs   47
    General   48
    Smoking   48

X  RELATIONSHIPS WITH OUTSIDE AGENCIES

    Election or Appointment to Public Office   50
    Employment Outside the University   50
    Arrangements with Foundations and Federal and State Agencies   51
    Federal Intergovernmental Personnel Agreements   52
    Conflict of Interest   52
    Procurement Integrity   53
    Communicating with News Services   53

Faculty Handbook
December, 1994

UM-MM-000466

TABLE OF CONTENTS, cont.

XI     STUDENT RELATIONS

| | |
|---|---|
| Student Records: Privacy and Access | 55 |
| Student Participation | 55 |
| Sales to Students | 55 |
| Center for Research on Learning and Teaching | 55 |
| Services for Students with Disabilities | 55 |
| Students with Learning Disabilities | 56 |
| Dissertation Committees | 56 |
| Grievance and Discipline Procedures | 57 |
| Employment Status | 57 |
| Freedom of Speech and Harassment | 57 |

XII     OTHER ACADEMIC POLICIES

| | |
|---|---|
| Clearance of Questionnaires and Financial Information | 58 |
| Endorsement of Products | 58 |
| Field Trips | 58 |
| Freedom of Speech | 58 |
| Fundraising | 59 |
| Gifts to the University | 59 |
| Use of Information Resources, Technology and Networks | 59 |

XIII     OTHER POLICIES

| | |
|---|---|
| Freedom of Information | 61 |
| Open Meetings Act | 61 |
| Protection and Security | 61 |
| Traffic Regulations on Campus | 62 |
| Use of University Equipment and Facilities | 62 |
| Travel Policy | 62 |
| University Representation and Use of the University Seal | 62 |
| Sexual Harassment | 63 |

Faculty Handbook
December, 1994

UM-MM-000467