1. The Executive Committee shall have the authority to act for the Executive Faculty in the following matters:
   - Recommendation of faculty appointments (including appointments to endowed chairs and emeritus status), promotions, and tenure for approval by the Dean, the appropriate University officers, and the Board of Regents.
   - Endorsement of administrative appointments.
   - Recommendation for faculty leaves, including sabbatical and other leaves.
   - Approval of recommendations from the Hearing Committee and the Academic Review Boards with regard to promotion, remediation, disciplining, and dismissal of medical students.
   - Approval of proposed graduate programs, subject to final approval by the Horace H. Rackham School of Graduate Studies and the University.
   - Approval of candidates for receipt of the M.D. degree.
   - Approval of minor or routine actions with regard to the medical curriculum, including the annual academic calendar, non-substantive adjustments in course content, presentation or scheduling, and minor changes in grading policy.
   - Approval of recommendations with regard to censure, suspension, or dismissal of faculty, and with regard to faculty grievance actions, in compliance with the Faculty Appeal procedure and Regents' Bylaw 5.09.
   - Creation and dissolution of departments (ultimate authority rests with the Board of Regents). A formal vote expressing the opinion of the Executive Faculty on the matter must accompany the Executive Committee's recommendation to the Provost and Executive Vice President for Academic Affairs and the Board of Regents, in keeping with Standard Practice Guide 601.2.

2. Consistent with the Regents' Bylaws and subject to the ultimate authority of the Board of Regents, the Executive Faculty shall retain the responsibility for final action in the following matters, following review by the Executive Committee:
   - Changes in the admission policies of the Medical School.
   - Substantive changes in the curriculum.
   - Substantive changes in grading policies.
   - Changes in the requirements for graduation.
   - Other decisions which are considered by the Dean or the Executive Committee to warrant a vote of the Executive Faculty.

C. The Executive Faculty of the Medical School shall, as necessary, recommend to the Board of Regents for approval such regulations as are not included in the Regents Bylaws but which are pertinent to the structure and major operating procedures of the Medical School, such as departmental organization,

UM-MM-000786

requirements for admission and graduation, and other educational matters, such as curricula and program development, the determination of which is in the particular competence of the Executive Faculty (Regents' Bylaws 5.03).

D. Subject to the ultimate authority of the Board of Regents, the Executive Faculty also is vested with the plenary powers to make rules and regulations concerning other matters such as grading regulations, class attendance, committee organization and related internal matters.

E. The Faculty shall be responsible for providing suitable instruction for the students enrolled in the Medical School. The Faculty shall, subject to approval by the Board of Regents, possess such other powers as necessary for the performance of its duties.

F. Graduate programs that provide Master's and Doctoral degrees shall be administered in accordance with the rules and coordinating powers of the Horace H. Rackham School of Graduate Studies.

G. Faculty members are organized according to departments and programs of instructional activities within the Medical School, and each faculty member shall ordinarily have a primary appointment in a Department.

H. Meetings

1. The Executive Faculty shall meet at least three times during each academic year, typically on September 15, January 15, and May 15. The schedule for these meetings will be set and published by the Executive Committee at the beginning of each academic year.

2. Notice of scheduled Executive Faculty meetings shall be sent to the Executive Faculty at least thirty days prior to the meetings, either electronically or by mail. Such notification shall include an agenda and any motions or resolutions to be considered.

3. The Dean and the Executive Committee will set agendas for regular meetings of the Executive Faculty. The Secretaries of the Faculty (two senior members of the Executive Committee) shall serve as official intake points for agenda items proffered by the faculty. Annual reports of Committees of the Executive Faculty shall be included as regular agenda items during the year. Other items may be placed on the agenda by Committee Chairs or by any member of the Executive Faculty when presented in writing and supported by the signatures of two other Executive Faculty members. Agenda items shall be submitted no less than fourteen days prior to the meeting.

UM-MM-000787

4. The Dean or a designate of the Dean shall preside at all Executive Faculty meetings.

5. Special meetings of the Executive Faculty may be called by the Dean or the Executive Committee, or upon written request of 10% of the Executive Faculty. The purpose of the meeting shall be stated in the call, and no other business shall be transacted. Except in cases of emergency, at least seven days notice shall be given.

6. The minutes of all Executive Faculty meetings shall be kept for review in the Office of the Associate Dean for Faculty Affairs, and published in summary form at an appropriate website.

I. Voting

Any matter, other than an election, coming to the Executive Faculty for a vote shall first be presented and discussed at a meeting of the Executive Faculty. A summary of the presentations and discussion shall then be published to the entire Executive Faculty by electronic means or by mail; and following a period of no less than one week, the matter shall be subjected to a vote by electronic or mail ballot. All issues will be decided by a majority of those voting.

Section 7.    The Executive Committee

A. Composition

1. The Executive Committee shall be composed of eight members of the Executive Faculty appointed by the Board of Regents on the recommendation of the President, plus the Director and Chief Executive Officer of the University of Michigan Hospitals and Health Centers (ex officio), and the Dean of the Medical School (ex officio). The Executive Vice President for Medical Affairs may attend the Executive Committee meeting as an invited observer, but may not vote on matters before the Executive Committee. (Regents Bylaw 11.38)

2. Eligible faculty include tenured professors, tenured associate professors, professors and associate professors on the clinical track, research professors, and research associate professors.

3. Four members of the Executive Committee shall be members of the Professorial Staff, two from clinical departments in which one could be a Department Chair and two from basic science departments in which one could be a Department Chair. One Executive Committee member shall be a non-Chair member of the Clinical Staff, and one Executive Committee member shall be a non-Chair member of the Research Staff. Two Department Chairs shall be members, one Basic Science Department Chair and one Clinical Department Chair.

UM-MM-000788

Split track faculty who have appointments as both Research and Professorial Staff will be treated as Research Staff unless they have tenure, and if they have tenure, will be treated as Professorial Staff. In the case of faculty with joint appointments, the Department where the primary appointment is will be considered the faculty member's Department for purposes of Executive Committee membership eligibility. Election procedures for the Executive Committee are provided in **Appendix D**.

4.  Each Executive Committee member shall hold office for three years and will not be eligible for reappointment until after the lapse of one year. Appointments shall be timed so that no more than three shall expire each year.

5.  The Dean of the Medical School shall serve as the Chair of the Executive Committee. All ten members of the Executive Committee shall have voting privileges on all matters, except where a conflict of interest has been identified. The Executive Committee will be chaired by a committee member designated by the Dean, in the Dean's absence.

6.  Executive Committee members who are on sabbatical leave, resign from the committee, or who leave the University of Michigan will be replaced for the period of that leave or for the remainder of a term, as appropriate. The Dean shall submit to the President, for appointment of a replacement, the names of the two remaining nominees from the same cohort who received the highest number of votes at the last regular election. If fewer than two nominees remain from the last regular election, the Executive Committee shall add nominees to form a panel of two people whose names the Dean shall submit.

B.  Duties

1.  The Executive Committee shall assist the Dean with administrative functions and shall act for the Executive Faculty in rendering advice regarding strategic planning, facilities, and financial affairs, including the annual budget. A formal advisory vote on these matters shall be recorded. (Regents' Bylaw 5.06)

2.  The Executive Committee shall act for the Executive Faculty and cast final votes on the matters enumerated in Section 6.B.1 of the Medical School Bylaws. Votes of the Executive Committee on matters enumerated in Section 6.B.2 of the Medical School Bylaws are advisory only, the final decisions resting with the Executive Faculty at large.

3.  The Secretaries of the Executive Faculty shall be the two non-Chair Executive Committee members who are in their final year of service on the Executive Committee. The Secretaries have the responsibility for

UM-MM-000789

communicating regularly with the Executive Faculty concerning actions of the Executive Committee. They shall also serve as the entry point for issues and concerns the Executive Faculty might wish to bring to the Executive Committee for consideration.

C.   Procedures

1.   The Executive Committee shall formulate rules of its own procedures (known as Executive Committee Rules of Procedure) and acquaint the Executive Faculty with them. The Executive Committee shall report at each Executive Faculty meeting. The Executive Committee shall publish summaries of each meeting to the Executive Faculty. The Executive Committee Rules of Procedure are provided in **Appendix E** of these Bylaws.

## ARTICLE III.   COMMITTEES OF THE MEDICAL SCHOOL

Section 1.   Elected Committees

A.   Elected Committees are those Committees whose members are elected by the Executive Faculty. Each Elected Committee shall maintain a web site with information about the committee, its charge, its membership and instructions for contacting the Committee members. An annual written report summarizing all actions taken during the year will be generated.

B.   Each Elected Committee shall have a written charge. All members of Elected Committees shall have voting privileges unless otherwise specified. A quorum shall ordinarily be one more than one-half of the committee membership, unless otherwise specified under these Bylaws.

C.   Election procedures are provided in **Appendix D** of these Bylaws.

D.   The term of membership of each Elected Committee shall be for three years, unless otherwise indicated at the time of creation. The terms shall be staggered for continuity.

E.   Ex officio members shall be voting members, unless otherwise specified under these Bylaws.

F.   The following committees have been established by regental action or by the Executive Faculty, and their members are elected by the appropriate cohort of Executive Faculty:

UM-MM-000790

1.   Executive Committee (members appointed by the Board of Regents, upon recommendation by the President, following a vote of the Executive Faculty)

2.   Advisory Committee on Appointments, Promotions, and Tenure (ACAPT)

3.   Advisory Committee on Primary Research Appointments, Promotions, and Titles (APRAPT)

4.   Advisory Committee on Clinical Track Appointments and Promotions (CLINACAP)

5.   Curriculum Policy Committee (CPC)

6.   Faculty Group Practice Board (elected only by members of the Faculty Group Practice)

G.   Additional Elected Committees may be established by the Executive Faculty. Any Committee established by the Executive Faculty may only be dissolved by a vote of the Executive Faculty.

Section 2.   Appointed Committees

A.   Appointed Committees are committees designated by the Dean, the Executive Committee or the Executive Faculty to assist and advise the Dean and the Executive Committee in the administration of the Medical School. Appointed Committees are designated as either *advisory* or *action* committees at the time of creation. Only *action* Appointed Committees are required to submit annual reports, unless otherwise specified by the Dean or the Executive Committee. Minutes of all meetings of Appointed Committees shall be available in the Office of the Dean, and may be published on the Committee's website, if the Committee determines that publication is necessary and appropriate. For the Admissions Committee, the Faculty Grievance Hearing Panel and the Student Academic Review Board, only summary minutes will be available given the requirements for confidentiality. Each *action* Appointed Committee shall present an annual report at a meeting of the Executive Faculty each year.

B.   Each Appointed Committee that is an *action* committee shall maintain a web site containing information on the Committee, its charge, its membership, and instructions for how to reach its members, and the annual report of the Committee.

C.   Members of Appointed Committees shall be appointed by the Dean, or appropriate Associate or Assistant Dean, and approved by the Executive Committee. Some members are appointed by virtue of their office, such as the members of the Dean's Advisory Council. All members shall have voting privileges unless otherwise specified.

D.   The Chair of each Appointed Committee shall be the Dean, Assistant or Associate Dean, or a designate of the Dean, and shall be appointed by the Dean, except as otherwise noted.

E.   The Appointed Committees are listed in **Appendix F.**

Section 3.   Ad Hoc Committees

A.   Ad Hoc Committees may be created as appropriate to address issues which arise that the Dean or the Executive Committee feel require the input of the faculty. Ad Hoc Committees may be established by the Dean, Associate/Assistant Deans, the Executive Committee or by a majority vote of the Executive Faculty. Ad Hoc Committees are not permanent Committees, and the charge and the date for completion shall be stated in writing to all Ad Hoc Committee members. Ad Hoc Committees shall not be required to keep minutes of their meetings. A written report of the completed tasks shall be submitted to the Dean and the Executive Committee in lieu of minutes, unless otherwise required in the charge to the committee.

## ARTICLE IV.    CURRICULA – PROGRAMS – DEGREES

Section 1.   M.D. Degree Programs

A.   Curriculum and Grading Policy
Recommendations regarding changes to the curriculum for the M.D. degree or to grading policies are forwarded by the Curriculum Policy Committee to the Executive Committee for endorsement. Substantive changes (other than scheduling and details of course content or minor adjustments to grading policies) must go to the Executive Faculty for a vote.

B.   Medical Student Performance

1.   Academic Review Boards (basic science and clinical): These committees make recommendations related to medical students' academic performance and progress through the curriculum. In particular, recommendations for dismissal based on academic performance are forwarded to the Executive Committee for action.

2.   Hearing Committee (HC): A HC is convened on an *ad hoc* basis to address issues related to professional conduct of medical students. Recommendations for dismissal or censure/punishment/remediation are forwarded to the Executive Committee for action.

Section 2.   Graduate Study

A.   The Departments of the Medical School shall cooperate with the Horace H. Rackham School of Graduate Studies to provide opportunities for graduate study.

UM-MM-000792

## ARTICLE V. AMENDMENTS TO BYLAWS

Section 1.    These Bylaws shall automatically stand amended when necessary to concur with the Bylaws or actions of the Regents of the University. Such amendments shall be brought to the attention of the Executive Faculty.

Section 2.    Procedure to Amend Bylaws.

    A.    These Bylaws may also be amended by mail or electronic ballot by an affirmative vote of two-thirds of the ballots cast by members of the Executive Faculty. Notice of the proposed amendment must be sent to each member of the Executive Faculty at least two weeks before the vote is taken. Such a vote shall be preceded by discussion at a meeting of the Executive Faculty.

    B.    For extensive revision, an ad hoc Bylaws Committee will be responsible for preparing revisions for approval by the Executive Faculty. In this instance, each article or section requiring revision will be voted upon individually by mail or electronic ballot following opportunity for faculty discussion.

## ARTICLE VI.    PARLIAMENTARY AUTHORITY

Section 1.    In the absence of specific written procedures which govern the Medical School or its committees, the rules of parliamentary procedure which shall be followed are presented in Robert's Rules of Order (revised).

Section 2.    This parliamentary authority is in accordance with the procedures of the Bylaws of the Board of Regents.

## Appendix A:     Deans

James O. Woolliscroft, M.D., Dean

Joseph C. Kolars, M.D., Senior Associate Dean for Education & Global Initiatives
Steven L. Kunkel, Ph.D., Senior Associate Dean for Research
David A. Spahlinger, M.D., Senior Associate Dean for Clinical Affairs

John E. Billi, M.D., Associate Dean for Clinical Affairs
Lisa M. Colletti, M.D., Associate Dean for Graduate Medical Education
Joseph C. Fantone, M.D., Associate Dean for Medical Education
David Gordon, M.D., Associate Dean for Diversity and Career Development
Margaret R. Gyetko, M.D., Associate Dean for Faculty
Raymond Hutchinson, M.D., Associate Dean for Regulatory Affairs
Kenneth J. Pienta, M.D., Associate Dean for Clinical & Translational Research
Elizabeth Petty, M.D., Associate Dean for Student Programs

Kevin C. Chung, M.D., Assistant Dean for Instructional Faculty
Darrell A. Campbell, Jr., M.D., Assistant Dean for Clinical Affairs (UMHS Chief of Staff)
Victor DiRita, Ph.D., Assistant Dean for Graduate Programs
Steven Gay, M.D., Assistant Dean for Admissions
Nicholas W. Lukacs, Ph.D., Assistant Dean for Research Faculty
Monica L. Lypson, M.D., Assistant Dean for Graduate Medical Education
James Peggs, M.D., Assistant Dean for Student Programs
Elisabeth H. Quint, M.D., Assistant Dean for Clinical Faculty
Samuel Silver, M.D., Ph.D., Assistant Dean for Research
Casey B. White, Ph.D., Assistant Dean for Medical Education
Eric W. Young, M.D., Assistant Dean for Veterans Affairs (VA Chief of Staff)

Revised 8/09

UM-MM-000794

## Appendix B:      Medical School Departments

### Basic Science Departments & Units

Biological Chemistry
Cell and Developmental Biology
Human Genetics
Medical Education
Microbiology and Immunology
Molecular and Integrative Physiology
Pharmacology
Unit for Laboratory Animal Medicine

### Clinical Departments

Anesthesiology
Dermatology
Emergency Medicine
Family Medicine
Internal Medicine
Neurology
Neurosurgery
Obstetrics and Gynecology
Ophthalmology and Visual Sciences
Orthopaedic Surgery
Otorhinolaryngology
Pathology
Pediatrics and Communicable Diseases
Physical Medicine and Rehabilitation
Psychiatry
Radiation Oncology
Radiology
Surgery
Urology

Revised 10/04

UM-MM-000795

## Appendix C:  Corrective Action Criteria and Procedures

1.      Failure to meet the responsibilities of the Faculty (including Article II Sec. 6A Medical School Faculty Bylaws) may result in corrective action up to and including suspension or termination of employment.  Corrective actions will be conducted in conformity with the requirements and procedures of Regents' Bylaw 5.09 and applicable portions of the Standard Practice Guide.

2.      Such deficiencies are ordinarily reported to a service chief, a division chief, a Department Chair, or to the Dean of Faculty Affairs or the Office of Clinical Affairs.  Whatever the source of the report, the Department Chair and the Office of Clinical Affairs, when appropriate, will notify the faculty member of the specific complaint.  Clinically related problems shall be addressed according to the Medical Staff Bylaws, with notification of the Dean's Office.

3.      Corrective action may be taken by the Department Chair and/or Dean.  A faculty member who disagrees with the action may seek redress in accord with the applicable University faculty grievance procedures.

Serious physiological or psychological impairment or injury may alter the capacity of a faculty member to meet his/her responsibilities.  If, in this instance, the faculty member does not withdraw voluntarily from his/her duties, the Department Chair shall consult with the Office of the Dean and/or the Office of Clinical Affairs about initiating an involuntary withdrawal.  Prior to returning to work following apparent resolution of impairment, the individual's supervisors and Department Chair shall make a fair judgment of the individual's abilities, taking into account any sustained, residual impairment.  Safety of students, colleagues, patients, and all members of the University community must remain an institutional priority.

Revised 11/05

UM-MM-000796

## Appendix D:   Election Procedures (Executive Committee and other Elected Committees)

### A   NOMINATION PROCESS

Our "nomination process" will consist of two phases for the Executive Committee, Senate Assembly, Curriculum Policy Committee, ACAPT, APRAPT, and CLINACAP.
There will be a call for nominations phase. This will be presented electronically with a list of available candidates. From the nominees a ballot will be constructed. The nominees with the top 10 nominations will generally form the slate – although if there is a reasonable margin in the slate between the top and bottom nominees, the top group will be selected under the prerogative of the Associate Dean for Faculty.

### B   BALLOT

The final ballot will be presented and voting done electronically unless for technical reasons a paper ballot is necessary.

### C   INDIVIDUAL COMMITTEE RULES

#### EXECUTIVE COMMITTEE
It is our practice to conduct an election and to inform the President of the results. Each year the Regents of the University appoint new members to the Executive Committee of the Medical School. The Regents make their appointments on the advice of the President of the University, who in turn solicits nominations from the Medical School. Each year two to three persons are appointed to serve on the Executive Committee. No more than one representative from any department may serve on the Executive Committee except for the Research Staff.

Membership: Four tenured faculty shall be members of the Professorial Staff (two from clinical departments in which one could be a Department Chair and two from basic science departments in which one could be a Department Chair), one non-Chair member of the Research Staff, one non-Chair member of the Clinical Staff, two Department Chairs (one basic science Department Chair and one clinical Department Chair), Dean (ex officio), and Director and Chief Executive Officer of University of Michigan Hospitals and Health Centers (ex officio).

Eligible to Serve: Tenured Professors, Tenured Associate Professors, Research Professors, Research Associate Professors, Research Scientist, Research Associate Scientist, Research Assistant Scientist, Professors and Associate Professors on the Clinical Track.

Eligible to Nominate:
*Professorial Staff* – Professors, Associate Professors, and Assistant Professors.
*Research Staff* – Research Professors, Research Associate Professors, and Research Assistant Professors, Research Scientist, Research Associate Scientist, Research Assistant Scientist.
*Clinical Staff* – Professors, Associate Professors, and Assistant Professors on the Clinical Track. Also Instructors who have been appointed for more than one year on the Clinical Track.
*Department Chairs* – Department Chairs.

UM-MM-000797

Eligible to Vote:
*Professorial Staff, Research Staff, and Clinical Staff* -- Professors, Associate Professors, Assistant Professors on the Instructional and Clinical Tracks, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientist, Research Associate Scientist, and Research Assistant Scientist. Also Instructors on the Instructional and Clinical Tracks, Lecturers, and Clinical Lecturers who have appointments of halftime or more and who have been appointed for more than one year.
*Department Chairs* – Department Chairs.

## SENATE ASSEMBLY
The Senate Assembly, the legislative arm of the University Senate, is composed of 73 elected Senate members, apportioned among the schools and colleges. The Medical School is entitled to 15 members of the Senate Assembly, who each serve three-year, rotating terms.

Membership: 15 faculty representatives from the Medical School.

Eligible to Serve: Professors, Associate Professors, Assistant Professors, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientist, Research Associate Scientist, and Research Assistant Scientist.

Eligible to Nominate/Vote: Professors, Associate Professors, Assistant Professors, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientist, Research Associate Scientist, and Research Assistant Scientist.

## CURRICULUM POLICY COMMITTEE (CPC)
CPC, the primary curriculum committee for the Medical School, is charged with providing oversight, design and implementation of a cohesive four-year medical curriculum; ensuring appropriate integration of content; providing direction for evaluation of each course and clerkship; and assisting component committees in identifying and implementing changes.

The CPC has six elected faculty members, three representatives from basic science departments and three representatives from clinical departments, who each serve three-year, rotating terms. No more than one representative from any department may serve on CPC.

Membership: Associate Dean for Medical Education (Chair), five Component Directors/Assistant Component Directors, four medical students, and six elected faculty members.

Eligible to Serve: Professors, Associate Professors, and Assistant Professors on the Instructional and Clinical Tracks, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientist, Research Associate Scientist, and Research Assistant Scientist.

Eligible to Nominate/Vote: Professors, Associate Professors, and Assistant Professors on the Instructional and Clinical Tracks, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientist, Research Associate Scientist, and Research Assistant Scientist.

UM-MM-000798

## ADVISORY COMMITTEE ON APPOINTMENTS, PROMOTIONS, AND TENURE (ACAPT)

ACAPT advises the Executive Committee of the Medical School on matters related to the appointment, promotion, and tenure of the faculty. ACAPT consists of nine members of the Instructional Track. Each year three persons are elected as members from the Professorial Staff to serve three-year terms. One person from a basic science department and two persons from clinical departments are elected. No more than one representative from any department may serve on ACAPT.

Membership: 9 tenured Instructional Track faculty members (3 basic science, 6 clinical).

Eligible to Serve: Tenured Professors and tenured Associate Professors.

Eligible to Nominate/Vote: Professors, Associate Professors, Assistant Professors, and Instructors.

## ADVISORY COMMITTEE ON PRIMARY RESEARCH APPOINTMENTS, PROMOTIONS, AND TITLES (APRAPT)

APRAPT advises the Executive Committee on matters related to the appointment and promotion of faculty members in the Research Track. APRAPT consists of six members of the Research Staff, two of whom are elected to serve three-year terms each year. No more than two representatives from the same department may serve on APRAPT.

Membership: 6 Research Track faculty members.

Eligible to Serve: Research Professor, Research Associate Professor, Research Assistant Professor, Research Scientist, Research Associate Scientist, and Research Assistant Scientist.

Eligible to Nominate/Vote: Research Professor, Research Associate Professor, Research Assistant Professor, Research Scientist, Research Associate Scientist, Research Assistant Scientist, and Research Investigators.

## ADVISORY COMMITTEE ON CLINICAL TRACK APPOINTMENTS AND PROMOTIONS (CLINACAP)

CLINACAP advises the Executive Committee of the Medical School on matters related to the appointment and promotion of clinical faculty. The committee consists of nine regular members of the Clinical Track and the option of the Dean's Office to appoint one member of the Adjunct Clinical Track. Three members from the Clinical Track are elected to three-year terms each year. No more than two representatives from the same department may serve on CLINACAP.

Membership: 10 Clinical Track faculty members (9 Clinical Track faculty, 1 Adjunct Clinical Track faculty appointed by the Dean's Office).

Eligible to Serve: Professors and Associate Professors on the Clinical Track.

Eligible to Nominate/Vote: Professors, Associate Professors, Assistant Professors, and Instructors on the Clinical Track.

*****All terms begin September 1*****   Office of Faculty Affairs, 2009

UM-MM-000799

## Appendix E:    Executive Committee Rules of Procedure

The Bylaws of the Board of Regents (Section 5.02) provide that "...the governing faculty shall be in charge of the affairs of the school...except as delegated to the Executive Committee..." The Medical School Executive Committee is thus charged to act on behalf of the faculty in certain aspects of governance, in accordance with Regents' Bylaw 5.06. This document describes the membership, organization, and mode of operation of the Medical School Executive Committee, and specifies those areas in which the committee acts for the faculty.

### A.    Membership

The Executive Committee comprises eight members of the faculty, the Dean of the Medical School (ex-officio) and the Director and Chief Executive Officer of the University Hospitals and Health Centers (ex-officio). The faculty members include two Professorial Staff members from basic science departments in which one could be a department chair, two Professorial Staff members from clinical departments in which one could be a department chair, one member of the Clinical Staff, one member of the Research Staff, one basic science department chair, and one clinical department chair. All faculty members of the committee will have the rank of tenured associate professor/professor, associate professor/ professor on the clinical track, or research associate professor/research professor. These eight faculty members are appointed by the Regents of the University for three year staggered terms following a vote of the Executive Faculty conducted each year by the Office of Faculty Affairs (see **Appendix D** for voting procedures). Results of the Medical School balloting are submitted to the President of the University who selects the names to be forwarded to the Regents for final approval. (Customarily the recipient of the highest number of votes in each category is selected, but discretion over the decision resides with the President and final approval with the Regents).

Faculty excluded from eligibility for election to the Executive Committee of the Medical School include:

faculty on leave,
faculty on retirement furlough,
members completing terms on the Executive Committee,
assistant and associate deans,
faculty from departments of continuing members of the Executive Committee, except that a member of the Research Staff may serve at the same time as a member of the Professorial Staff or Clinical Staff from the same department,
emeritus faculty.

Executive Committee members who are on sabbatical leave, resign from the committee, or who leave the University of Michigan will be replaced for the period of that leave or for the remainder of a term, as appropriate. The Dean shall submit to the President, for appointment of a replacement, the names of the two remaining nominees from the same cohort who received the highest number of votes at the last regular election. If fewer than two nominees remain from the last regular election, the Executive Committee shall add nominees to form a panel of two people whose names the Dean shall submit.

Disclosure of election results to the faculty at large: the names of the top two vote recipients for each position (the number of votes will not be reported) and the names of the faculty members selected to serve will be reported to the faculty.

### B.    Chair of the Medical School Executive Committee

The Dean of the Medical School is the chair, *ex officio*, of the Executive Committee. In the absence of the Dean, the Executive Committee may meet to conduct business. The Dean will designate another member of the Executive Committee to act as chair in his or her absence.

### C.    Secretaries to the Faculty

Each year, the senior basic science member and senior clinical member (both non-chairs) will be designated Secretaries to the Faculty. These individuals are charged with the duty of providing communication between the Executive Committee and the Executive Faculty. Summaries of Executive Committee deliberations will be prepared and distributed monthly under the supervision of the Secretaries, and they also serve as the official contacts for the communication of faculty concerns to the Executive Committee.

### D.    Agenda and Minutes

The Dean of the Medical School sets the agenda for the Executive Committee. Members of the Executive Committee may suggest items for discussion at any time. Members of the Executive Committee, particularly the Secretaries, are expected to solicit and accept agenda topics from the faculty at large.

Minutes are taken of each meeting of the Executive Committee. Minutes are retained on-site at the Medical School for five years. Archival copies are kept at the Bentley Library.

### E.    Meeting Schedule/Frequency and Quorum

Customarily, the Executive Committee meets weekly on Thursdays in the Dean' s Conference Room of the Medical School. Meetings will usually take place only when a quorum is present. Quorum is defined as six members (elected and *ex officio*) of the Executive Committee.

### F.    Voting

On matters brought before the Executive Committee for a formal vote, all members elected and ex officio have equal voting privileges. A given issue will be decided on a simple majority of the votes cast. The vote total will be recorded in the official minutes of the meeting. On matters of potential conflict of interest (e.g. due to department affiliation), the particular members shall abstain from voting.

Formal votes of the Executive Committee shall be recorded on matters involving: appointment, promotion and tenure of faculty, endorsement of administrative appointments, creation or

UM-MM-000801

dissolution of departments or other major faculty groups, dismissal/censure/remediation of medical students, dismissal/censure/grievance actions involving faculty, 1 curricular and grading policies changes, and such other items that the Dean and Executive Committee determine warrant formal action. These votes shall record only the number voting for and against, and the number abstaining from voting.

## G.    Relationship to other Medical School Committees

The Executive Committee, as the senior governing body of the Medical School, must vote on action recommendations from the following committees:

Advisory Committee on Appointments, Promotions, and Tenure (ACAPT), Advisory Committee on Primary Research Appointments, Promotions, and Titles (APRAPT), Advisory Committee on Clinical Track Appointments, Promotions and Titles (CLINACAP): These committees make recommendations on the appointment, promotion, title, and tenure (as appropriate) for each of the three faculty tracks in the Medical School.

Academic Review Boards (basic science and clinical): These committees make recommendations related to medical students' academic performance and progress through the curriculum. In particular, recommendations for dismissal based on academic performance are forwarded to the Executive Committee for action.

Academic Hearing Committee (AHC): An AHC is convened on an *ad hoc* basis to address issues related to professional conduct of medical students. Recommendations for dismissal or censure/punishment/remediation are forwarded to the Executive Committee for action.

Ad hoc committees constituted to adjudicate faculty grievances.

Curriculum Policy Committee: Recommendations related to changes to the Medical School curriculum for the M.D. degree are forwarded to the Executive Committee for endorsement. Recommendations related to substantive changes to the curriculum must then be forwarded to the Executive Faculty for a vote. Grading Policies are forwarded to the Executive Committee for endorsement.

Several other committees have a less formal relationship to the Executive Committee, e.g., Dean's Advisory Council, Clinical Chairs Council. These committees are advisory to the Dean and the Director and Chief Executive Officer of the University Hospitals and Health Centers. The Dean may choose to bring issues raised in these fora to the Executive Committee for further discussion and action.

---

[1] Demotion or termination of a tenured faculty member's appointment (or termination of a non-tenured faculty member's appointment during the term of appointment) must occur under the provisions of Regents' Bylaw 5.09. Grievance actions shall conform to established faculty grievance procedures.

UM-MM-000802

**H.   Authority of the Executive Committee**

1.      The vote of the Executive Committee on the following matters constitutes a final faculty action at the school level, delegated to the Executive Committee by the Executive Faculty.

**Personnel**
- Faculty Appointments: The Executive Committee votes on the recommendation of ACAPT, APRAPT, and CLINACAP on the appointment of faculty members.  On tenured faculty appointments, the final appointment rests with the Regents on the recommendation of the Executive Committee, the Dean and the President.  All other appointments to the teaching staff are approved by the President on the recommendation of the Executive Committee and the Dean.  (Regents Bylaw 5.08)
- Faculty Promotions: The Executive Committee votes on faculty promotions, which are then forwarded to the Dean, the Executive Vice President for Medical Affairs, the Provost and Executive Vice President for Academic Affairs, to the President, and then to the Regents for final approval. (Regents Bylaw 5.08)
- Each candidate for appointment or promotion is assigned a primary reviewer.  The primary reviewer will lead the discussion and recommend approval, rejection, or tabling for further information.  Appointments and promotions may go on a consent agenda if advisory committee and primary reviewers unanimously support the appointment or promotion.
- The Executive Committee votes on the recommendation of the Dean to approve academic administrative appointments, e.g., associate deans, departmental chairs, which are then forwarded to the President, and then to the Regents for final approval. (Regents' Bylaw 5.06 and 5.07)
- The Executive Committee votes to approve the establishment of endowed professorships and the naming of individuals to hold these positions.  These will then be forwarded to the President and then to the Regents for final approval. (Regents' Bylaw 5.06 and 5.07)
- The Executive Committee votes on all recommendations regarding dismissal, censure, and grievance actions involving faculty as appropriate in accordance with grievance procedures.  (Regents' Bylaw 5.09)

**Curriculum and Student Related Issues**
- The Executive Committee votes, on the recommendation of the Clinical Academic Review Board to approve candidates to receive the M.D. degree.
- The Executive Committee votes on the recommendations of the Academic Review Boards and the Academic Hearing Committees on matters related to censure or the dismissal of students from registration.
- The Executive Committee votes to endorse the Medical School Calendar and the Grading Policies recommended annually by the Curriculum Policy Committee, and votes to endorse minor curricular adjustments recommended by that committee. Actions on any of these matters must be published to the Executive Faculty in a timely fashion.

UM-MM-000803

**Creating and Dissolution of Departments**
- The vote of the Executive Committee on the creation or dissolution of departments constitutes a final faculty action at the Medical School level. A formal vote expressing the opinion of the Executive Faculty on the matter must accompany the Executive Committee's recommendation to the Provost and Executive Vice President for Academic Affairs and the Board of Regents, in keeping with Standard Practice Guide 601.2.

2.      The vote of the Executive Committee in the following areas is only advisory to the Executive Faculty. Final action is reserved for the Executive Faculty.

- Changes in the admission policies of the Medical School.
- Significant changes in the curriculum.
- Significant changes in the grading policies.
- Changes in the requirements for graduation.
- Creation and dissolution of departments.
- Any other decisions which are considered by the Executive Committee to warrant a vote of the Executive Faculty.

Acting for the Executive Faculty, the Executive Committee shall assist and advise the Dean in matters relating to facilities, budget, or other matters brought to it by the Dean. (Regents' Bylaws 5.06)

## I.      Procedures

**Student Cases**
- Student appeals for recommendations for dismissal from the Academic Review Board or the Academic Hearing Committee shall be handled as follows.
- The decision of the Executive Committee is final.
- Pertinent written information, including the student's appeal, will be provided by the Associate Dean for Medical Education (ADME) and by the student, and distributed in advance to the student, the Executive Committee, a representative of the Academic Review Board, and the Associate Dean for Student Programs and other University officials as necessary.
- The ADME presents the student's record to the Executive Committee. The student may be present for the summary of the facts of the case by the ADME.
- The student is given an opportunity to appear before the Executive Committee to present his/her appeal. An advisor, who is not permitted to address the Committee directly, may accompany the student. The student's presentation, including a personal statement, new information, and replies to questions, is generally limited to a total of 20 minutes.
- The Executive Committee may also invite others to appear to present information relevant to the action.

UM-MM-000804

**Department Reviews**

- Medical School departments are reviewed on a five-year cycle. The Executive Committee shall be integrally involved in the review process. The Executive Committee shall:
    - Review and endorse names suggested by chair to serve on the Self-Study Committee.
    - Review and endorse names suggested for external reviewers.
    - Review the Self Study report and assist the dean in formulating areas of concern to be addressed by external reviewers.
    - Meet with the external reviewers.
    - Review the external reviewers' report and chair's commentary.
    - Assist the dean in formulating strategic directions for the department and on feedback for the departmental chair.

## J.    Amendments to Executive Committee Rules of Procedure

These Rules of Procedure may be amended by a vote of the Executive Committee. Any such changes must be reported in a timely fashion to the Executive Faculty. Should 10 members of the Executive Faculty request it, a formal vote of the Executive Faculty approving such changes will be undertaken.

Revised 3/06

UM-MM-000805

## Appendix F:     Appointed Committees

The following Appointed Committees have been established by the Medical School:

1.   Advisory Committee on Clinical Research (ACCR) (action)
2.   Basic Science Academic Review Board (action)
3.   Basic Science Chairs Advisory Committee (advisory)
     The Basic Science Chairs Advisory Committee shall include the chairs of the Basic Science Departments, the Department of Medical Education, and the Directors of the Unit for Laboratory Animal Medicine and the Mental Health Research Institute.
4.   Biomedical Research Core Facilities Committee (BRCF) (advisory)
5.   Biomedical Research Council (BMRC) (action)
6.   Clinical Academic Review Board (action)
7.   Clinical Chairs Council (CCC) (advisory)
     The Clinical Chairs Council shall include the chairs of the Clinical Departments and the Directors of the Comprehensive Cancer Center and the Geriatrics Center.
8.   Conflict of Interest Committee
9.   Dean's Advisory Council (DAC) (advisory)
     DAC shall include the chairs of the Clinical Departments, the Basic Science Departments, the Department of Medical Education, the Director of the Unit for Laboratory Animal Medicine and the Directors of the Comprehensive Cancer Center and the Geriatrics Center, and The Molecular and Behavioral Neuroscience Institute.
10.  Faculty Grievance Hearing Panel (advisory)
11.  Institutional Review Boards (action)
12.  Medical School Admissions Committee (action)
13.  Medical Scientist Training Program Committee
14.  Research Advisory Board (advisory)
15.  Technology Transfer Committee (action)
16.  VA Deans Committee (advisory)

Revised 10/05

UM-MM-000806

# Exhibit Y-4

UM-MM-000807



# University of Michigan
# Medical School

# BYLAWS

Approved by Executive Faculty May 2001
Appendices Revised August 2003
Amendments Approved February 2006
Amendments Approved September 2009

UM-MM-000808

# University of Michigan Medical School

# BYLAWS

### Preface

The Executive Faculty of the Medical School is designated in the Bylaws of the University of Michigan Board of Regents (Section 5.02) as the governing body of the Medical School; and, as such, has the authority to determine its organization and major operating procedures, consistent with the Regents' Bylaws and subject to the ultimate authority of the Board of Regents. The responsibility and authority for some aspects of governance are delegated to several committees of the Faculty, while other functions remain the province of the Executive Faculty at large. The appropriate organizational plans, rules, and regulations are provided in the following Bylaws which, in turn, are based on provisions of the Bylaws of the Board of Regents, and in the event of any conflict between these Bylaws and the Regents Bylaws, the Regents Bylaws shall supersede these Bylaws.

## Article I.    General Information and Definitions

Section 1.    The Medical School

    A.    Overall Goals, Mission of the Medical School

        1.    The mission of the University of Michigan Medical School is to educate students, physicians and biomedical scholars and to provide a spectrum of comprehensive knowledge, research, patient care and service of the highest quality to the local community, the people of the state of Michigan and beyond. The Medical School, as an integral part of the University, collaborates with other schools and colleges in educational, scientific and service functions.

        2.    The Medical School offers a curriculum leading to the Doctor of Medicine degree.

        3.    The Medical School participates in the education of graduate students in biomedical sciences who receive their degrees from the Horace Rackham School of Graduate Studies, and oversees the training of postdoctoral research fellows.

        4.    The Medical School through the Health System provides graduate medical education for house officers (residents and fellows) leading to specialty certification.

1

UM-MM-000809

B.   Definitions

    1.   The term <u>Faculty</u> shall include members of the Executive Faculty, Emeritus Faculty, and the Supplemental Faculty of the Medical School.

    2.   The term <u>Executive Faculty</u> (Regents' Bylaw 11.37) shall include those members of the Medical School who are:

        • Members of the Instructional Track Faculty;
        • Members of the Clinical Track Faculty;
        • Members of the Research Track Faculty;
        • Instructors on the instructional and clinical tracks;
        • Research Investigators;
        • Lecturers' Employee Organization (LEO) lecturers, and clinical lecturers who have appointments of halftime or more and who have been appointed for more than one year.

    3.   The term <u>Instructional Track Faculty</u> shall include all persons holding regular appointments as professors, associate professors and assistant professors. (Regents Bylaw 5.01(2)). Tenure can only be sought, awarded or held in the Instructional Track. Tenure must be achieved by Instructional Track Faculty by the end of the eighth year of the tenure probationary period. (Regents Bylaw 5.09 and Standard Practice Guide 201.13) Instructional track faculty undergo tenure review prior to or during the seventh year of the tenure probationary period in keeping with the University's policy on notice of non-reappointment. (Standard Practice Guide 201.88)

    4.   The term <u>Clinical Track Faculty</u> shall include all persons holding regular appointments as clinical professors, clinical associate professors, clinical assistant professors and clinical instructors. .

    5.   The term <u>Research Track Faculty</u> shall include all persons holding regular appointments as research professor, research associate professor, research assistant professor, as well as, research scientist, associate research scientist, assistant research scientist, and research investigator.

    6.   The term <u>Emeritus Faculty</u> shall include all faculty with emeritus and active emeritus appointments. Emeritus faculty are not members of the Executive Faculty.

    7.   The term <u>Supplemental Faculty</u> shall include Adjunct and Visiting faculty. Supplemental Faculty are not members of the Executive Faculty.

2

## Article II.   Administration of the Medical School

Section 1.   The Dean

A.   The Dean shall be appointed by the Board of Regents on recommendations of the President, the Provost and Executive Vice President for Academic Affairs, and the Executive Vice President for Medical Affairs to act as the executive officer of the Medical School faculty and Chair of the Medical School Executive Committee. (Regents Bylaw 5.06).

B.   In addition to professorial duties, the Dean shall perform such duties as may be prescribed by the Board of Regents, the President, the Executive Vice President for Medical Affairs, and the Provost and Executive Vice President for Academic Affairs, and by the rules and regulations established by the Executive Faculty, as well as the duties inherent in the executive officer of the School.

Section 2.   Administrative Officers

A.   The appointment of an appropriate number of administrative officers with the rank of Assistant, Associate, or Senior Associate Dean shall be recommended by the Dean to the President for Regental approval after consultation with the Executive Committee of the Medical School. See **Appendix A** for a list of Deans.

B.   The administrative officers of the Medical School shall assist the Dean in performing executive functions of the School and act for the Dean as designated.

Section 3.   Departmental Organization

A.   The Department is the primary organizational unit of the Medical School and consists of faculty with a unifying interest in a distinct epistemologic field that encompasses the educational, discovery, and clinical needs of that field. Departmental status is defined by a recognized academic discipline and includes an educational component such as a terminal degree program, or a graduate medical education residency training program; and offers a specific set of clinical activities in the case of clinical departments.   Each Department shall have a sustainable financial structure with a separate budget and shall be responsible to the Dean and Executive Committee.

B.   Each Department shall function under the leadership of a Chair, and shall be organized in such a manner as to assure meaningful participation of the faculty in departmental governance. Each Department shall have an advisory committee to assist the Chair and to facilitate faculty input into departmental affairs. The composition and structure of the advisory committee shall be at the discretion of the Chair. Each Department shall have an advisory committee on appointments and promotions, charged with the duty of reviewing the career development and

3

progress toward promotion of individual faculty, and advising the Chair with respect to proposed promotions. The composition and structure of the advisory committee shall be at the discretion of the Chair. This Committee shall also review, on a regular basis, adjunct and joint appointments. Scheduled meetings shall be held regularly in each Department with a format that fosters meaningful participation of the faculty. Departments of the Medical School are listed in **Appendix B.**

C.   Details of intra-departmental organization shall be within the purview of the Department Chair. The Executive Committee shall be informed of changes such as the creation or dissolution of sections or divisions, but approval at the Medical School or University level is not required.

A request to create or establish a new department may be brought to the Dean by a Department Chair, Division or Section Chief, or Center or Program Director, with the support of the faculty members intended for the proposed department and support of the faculty of the existing department(s). Such requests shall be reviewed by an ad hoc committee of the faculty appointed by the Dean to ensure that the proposed department fulfills all of the criteria required. The recommendation of the ad hoc review committee will be forwarded to the Executive Committee.   If a recommendation to form a new department is made by the Executive Committee, the recommendation shall be submitted to a formal vote of the Executive Faculty. If approved by a majority vote of the Executive Faculty voting on the recommendation, it will be forwarded to the Board of Regents. The final authority to approve such requests rests with the Board of Regents. Procedures for the dissolution of an existing Department shall parallel those outlined above, in keeping with the procedures prescribed under the University of Michigan Standard Practice Guide 601.2.

Section 4.   Chairs of Departments

A.   A Chair for each Department within the Medical School shall be appointed by the Board of Regents on the recommendation of the President, the Dean and the Executive Committee following a review and search process which shall be conducted in a manner as to take into account the judgments of the departmental faculty as well as those of the Medical School and the profession at large. The search and appointment process shall conform to University guidelines. A Departmental Chair shall hold the rank of Professor or Associate Professor on the instructional or clinical track in the appropriate field. Chairs serve at the pleasure of the Dean with appointments made for periods of up to five years with reappointments determined by the Dean based upon performance, a strategic plan, and a survey of faculty and senior institutional leaders.

4

UM-MM-000812

B.      The Chair of a Department shall be responsible for the day-to-day operation of the Department; and for the oversight of departmental educational, research, and clinical programs, including fiscal matters.

C.      The Chair shall be responsible, in consultation with the departmental faculty, for determining the organizational structure of the Department, and for strategic departmental planning.

D.      The Chair of each Department shall be responsible, in consultation with the departmental faculty, for the recruitment of new faculty members. The Chair shall also be responsible for the institution of appropriate mentoring and peer review mechanisms and for the career development of faculty members. A written, formal, annual performance of all faculty members shall be carried out by the Chair or by the Chair's designees.

Section 5.      Special Units

A.      Various administrative groupings of faculty, other than into traditional departmental organizations may be created from time to time, in order to facilitate the conduct of teaching, research, or service activities. These Special Units include:

1.      Institutes. Generally, these are inter-school organizations of faculty, established by the Board of Regents on recommendations of the President, for the conduct of teaching, research, or service activities. The executive functions of an Institute shall be performed by a Director and Executive Committee appointed by the President and responsible to the appropriate University Office (Bylaws of the Board of Regents, Sec. 6.03).

2.      Centers. Generally, these are interdepartmental organizations of the faculty, established on recommendation of the President, for the conduct of teaching, research, or service. Generally Center faculty are from within the Medical School, although there may be faculty from other Schools of the University. The executive functions of Centers are performed by a Director and Executive Committee appointed by the President, and responsible to the Dean and Executive Committee of the Medical School (Bylaws of the Board of Regents, Sec. 6.03).

3.      Other interdepartmental Programs or Units. These may be established from time to time, generally by the Dean and Executive Committee. The Directors of such entities are usually appointed by the Dean and Executive Committee, in consultation with appropriate Chairs; and they are usually responsible to the Dean.

B.      Proposals to create Special Units shall be reviewed by the Executive Committee. Such proposals shall identify the purpose of the Special Unit, the departments

5

UM-MM-000813

involved, the organizational structure, the reporting relationship of the Director, and the sources of funding. An affirmative vote by the Executive Committee shall be the final action for Special Units other than Institutes and Centers. In these latter instances, proposals must be forwarded to the Executive Vice President for Medical Affairs and the President after Executive Committee approval. Special Units may be disbanded if the purpose for which they were created is no longer appropriate, or if funding is no longer available. Any proposal to disband a Special Unit shall be acted upon by the Executive Committee and forwarded to the Executive Vice President for Medical Affairs and the President when Institutes or Centers are involved.

Section 6.    The Faculty

    A.    Responsibilities of Individual Members of the Faculty.

        1.  The faculty of the University of Michigan Medical School consists of a diverse organization of health care professionals and scientists who perform the teaching, research, health care and service missions of the Medical School. The University of Michigan is a public university and the faculty serves in the public interest. Faculty members provide instruction to a large learning community that includes undergraduates, medical students, allied health workers, graduate students, residents, postdoctoral fellows, physicians, professional colleagues through continuing medical education, and the public.

        2.  Members of the faculty must maintain and demonstrate competence in their disciplines, as well as integrity in their behavior and work. Faculty members are expected to offer mentorship within the entire learning community, including mentorship to faculty colleagues. Faculty members are expected to set a high example of collegiality in the workplace with respect for personal boundaries and diversity. Confidentiality in clinical, research, administrative and other professional roles must be assured.

        3.  In addition to Regents' and Medical School bylaws which apply to each faculty member, special rules such as Medical Staff Bylaws, Faculty Group Practice Bylaws and research guidelines pertain where applicable. Medical School faculty who provide clinical patient care must have clinical credentials approved by the Executive Committee on Clinical Affairs (ECCA).

        4.  Faculty members must avoid conflict of interest and conflict of commitment to the University. Academic freedom does not abrogate the requirement for integrity in scholarship, professional confidentiality, collegial behavior, or civility in the workplace. The Medical School's Conflict of Interest and Outside Interest policies and disclosure forms are available online at: http://www.med.umich.edu/u/coi/. Faculty are required to disclose their Outside Interests annually and as needed to update disclosures in M-Inform available online at: http://www.umms.med.umich.edu/minform/. Faculty must disclose the Outside Interests of both themselves and their family

6

UM-MM-000814

members. Once submitted, such disclosure will be routed to the appropriate department chair or dean for review. When reviewing disclosures, faculty outside interests must enhance the faculty's usefulness as a teacher and scholar (See Regents Bylaw 5.12). Eligible outside interests may not include the performance of functions that otherwise are more appropriately performed within UMHS, including education, research, establishment of non-profit entities, patient chart reviews and clinical activity.

5. Failure to meet these responsibilities may result in corrective action up to and including suspension or termination of employment. Criteria and procedures for the initiation of corrective action are outlined in **Appendix C.**

B.   Consistent with the Regents' Bylaws and subject to the ultimate authority of the Board of Regents, the Executive Faculty shall be in charge of the affairs of the Medical School except as delegated to the Executive Committee (Regents Bylaws 5.02).

1.   The Executive Committee shall have the authority to act for the Executive Faculty in the following matters:
   ▪ Recommendation of faculty appointments (including appointments to endowed chairs and emeritus status), promotions, and tenure for approval by the Dean, the appropriate University officers, and the Board of Regents.
   ▪ Endorsement of administrative appointments.
   ▪ Recommendation for faculty leaves, including sabbatical and other leaves.
   ▪ Approval of recommendations from the Hearing Committee and the Academic Review Boards with regard to promotion, remediation, disciplining, and dismissal of medical students.
   ▪ Approval of proposed graduate programs, subject to final approval by the Horace H. Rackham School of Graduate Studies and the University.
   ▪ Approval of candidates for receipt of the M.D. degree.
   ▪ Approval of minor or routine actions with regard to the medical curriculum, including the annual academic calendar, non-substantive adjustments in course content, presentation or scheduling, and minor changes in grading policy.
   ▪ Approval of recommendations with regard to censure, suspension, or dismissal of faculty, and with regard to faculty grievance actions, in compliance with the Faculty Appeal procedure and Regents' Bylaw 5.09.
   ▪ Creation and dissolution of departments (ultimate authority rests with the Board of Regents). A formal vote expressing the opinion of the Executive Faculty on the matter must accompany the Executive Committee's recommendation to the Provost and Executive Vice

7

President for Academic Affairs and the Board of Regents, in keeping with Standard Practice Guide 601.2.

2.  Consistent with the Regents' Bylaws and subject to the ultimate authority of the Board of Regents, the Executive Faculty shall retain the responsibility for final action in the following matters, following review by the Executive Committee:
    - Changes in the admission policies of the Medical School.
    - Major changes to the structure of the curriculum. Substantive changes in grading policies.
    - Changes in the requirements for graduation.
    - Other decisions which are considered by the Dean or the Executive Committee to warrant a vote of the Executive Faculty.

C.  The Executive Faculty of the Medical School shall, as necessary, recommend to the Board of Regents for approval such regulations as are not included in the Regents Bylaws but which are pertinent to the structure and major operating procedures of the Medical School, such as departmental organization, requirements for admission and graduation, and other educational matters, such as curricula and program development, the determination of which is in the particular competence of the Executive Faculty (Regents' Bylaws 5.03).

D.  Subject to the ultimate authority of the Board of Regents, the Executive Faculty also is vested with the plenary powers to make rules and regulations concerning other matters such as grading regulations, class attendance, committee organization and related internal matters.

E.  The Faculty shall be responsible for providing suitable instruction for the students enrolled in the Medical School. The Faculty shall, subject to approval by the Board of Regents, possess such other powers as necessary for the performance of its duties.

F.  Graduate programs that provide Master's and Doctoral degrees shall be administered in accordance with the rules and coordinating powers of the Horace H. Rackham School of Graduate Studies.

G.  Faculty members are organized according to departments and programs of instructional activities within the Medical School, and each faculty member shall ordinarily have a primary appointment in a Department.

H.  Meetings

    1.  The Executive Faculty shall meet at least three times during each academic year in the Fall, Winter and Spring. The schedule for these

8

        meetings will be set and published by the Executive Committee at the beginning of each academic year.

2.      Notice of scheduled Executive Faculty meetings shall be sent to the Executive Faculty at least thirty days prior to the meetings, either electronically or by mail. Such notification shall include an agenda and any motions or resolutions to be considered.

3.      The Dean and the Executive Committee will set agendas for regular meetings of the Executive Faculty. The Associate Dean for Faculty shall serve as the official intake point for agenda items proffered by the faculty. Other items may be placed on the agenda by any member of the Executive Faculty when presented in writing and supported by the signatures of two other Executive Faculty members. Agenda items shall be submitted no less than fourteen days prior to the meeting.

4.      The Dean or a designate of the Dean shall preside at all Executive Faculty meetings.

5.      Special meetings of the Executive Faculty may be called by the Dean or the Executive Committee, or upon written request of 10% of the Executive Faculty. The purpose of the meeting shall be stated in the call, and no other business shall be transacted. Except in cases of emergency, at least seven days notice shall be given.

6.      The minutes of all Executive Faculty meetings shall be kept for review in the Office of the Associate Dean for Faculty, and published in summary form at an appropriate website.

I.      Voting

Any matter, other than an election, coming to the Executive Faculty for a vote shall first be presented and discussed at a meeting of the Executive Faculty. A summary of the presentations and discussion shall then be published to the entire Executive Faculty by electronic means or by mail; and following a period of no less than one week, the matter shall be subjected to a vote by electronic or mail ballot. All issues will be decided by a majority of those voting.

Section 7.      The Executive Committee

A.      Composition

1.      The Executive Committee shall be composed of nine members of the Executive Faculty appointed by the Board of Regents on the recommendation of the President, plus the Director and Chief Executive Officer of the University of Michigan Hospitals and Health Centers (ex officio), and the Dean of the Medical School (ex officio) for a total of

9

eleven members. The Executive Vice President for Medical Affairs may attend the Executive Committee meeting as an invited observer, but may not vote on matters before the Executive Committee. (Regents Bylaw 11.38)

2.    Eligible faculty include tenured professors, tenured associate professors, professors and associate professors on the clinical track, research professors, and research associate professors, research scientists and associate research scientists.

3.    Four members of the Executive Committee shall be members of the Instructional Track Faculty, two from clinical departments in which one could be a Department Chair and two from basic science departments in which one could be a Department Chair. Two members of the Executive Committee shall be members of the Clinical Track Faculty, one of which could be a Department Chair. One Executive Committee member shall be a non-Chair member of the Research Track Faculty. Two Department Chairs shall be members, one Basic Science Department Chair and one Clinical Department Chair.

   Split track faculty who have appointments as both Research and Instructional Faculty will be treated as Research Faculty unless they have tenure. If they have tenure, they will be treated as Instructional Track Faculty. In the case of faculty with joint appointments, the Department where the primary appointment is held will be considered the faculty member's Department for purposes of Executive Committee membership eligibility. Election procedures for the Executive Committee are in **Appendix D**.

4.    Each Executive Committee member shall hold office for three years and will not be eligible for reappointment until after the lapse of one year. Appointments shall be timed so that no more than four shall expire each year.

5.    The Dean of the Medical School shall serve as the Chair of the Executive Committee. All eleven members of the Executive Committee shall have voting privileges on all matters, except where a conflict of interest has been identified. The Executive Committee will be chaired by a committee member designated by the Dean, in the Dean's absence.

6.    Executive Committee members, who are on sabbatical leave, resign from the committee, or who leave the University of Michigan will be replaced for the period of that leave or for the remainder of a term, as appropriate. The Dean shall submit to the President, for appointment of a replacement, the names of the two remaining nominees from the same cohort who received the highest number of votes at the last regular election. If fewer than two nominees remain from the last regular election, the Executive

10

UM-MM-000818

Committee shall add nominees to form a panel of two people whose names the Dean shall submit.

B.   Duties

    1.   The Executive Committee shall assist the Dean with administrative functions and shall act for the Executive Faculty in rendering advice regarding strategic planning, facilities, and financial affairs, including the annual budget. A formal advisory vote on these matters shall be recorded. (Regents' Bylaw 5.06)

    2.   The Executive Committee shall act for the Executive Faculty and cast final votes on the matters enumerated in Section 6.B.1 of the Medical School Bylaws. Votes of the Executive Committee on matters enumerated in Section 6.B.2 of the Medical School Bylaws are advisory only, the final decisions resting with the Executive Faculty at large.

    3.   The Associate Dean for Faculty shall have the responsibility for communicating regularly with the Executive Faculty concerning actions of the Executive Committee. They shall also serve as the entry point for issues and concerns the Executive Faculty might wish to bring to the Executive Committee for consideration.

C.   Procedures

    1.   The Executive Committee shall formulate rules of its own procedures (known as Executive Committee Rules of Procedure) and acquaint the Executive Faculty with them. The Executive Committee shall report at each Executive Faculty meeting. The Executive Committee shall publish summaries of each meeting to the Executive Faculty. The Executive Committee Rules of Procedure are in **Appendix E** of these Bylaws.

## Article III. Committees of the Medical School

Section 1.   Elected Committees

A.   Elected Committees are those Committees whose members are elected by the Executive Faculty. Each Elected Committee shall maintain a web site with information about the committee, its charge, its membership and instructions for contacting the Committee members. An annual written report summarizing all actions taken during the year will be generated.

B.   Each Elected Committee shall have a written charge. All members of Elected Committees shall have voting privileges unless otherwise specified. A quorum shall ordinarily be one more than one-half of the committee membership, unless otherwise specified under these Bylaws.

11

UM-MM-000819

C.  Election procedures are in **Appendix D** of these Bylaws.

D.  The term of membership of each Elected Committee shall be for three years, unless otherwise indicated at the time of creation. The terms shall be staggered for continuity.

E.  Ex officio members shall be voting members, unless otherwise specified under these Bylaws.

F.  The following committees have been established by Regental action or by the Executive Faculty, and their members are elected by the appropriate cohort of Executive Faculty:

1.  Executive Committee (members appointed by the Board of Regents, upon recommendation by the President, following a vote of the Executive Faculty)
2.  Advisory Committee on Appointments, Promotions, and Tenure (ACAPT)
3.  Advisory Committee on Primary Research Appointments, Promotions, and Titles (APRAPT)
4.  Advisory Committee on Clinical Track Appointments and Promotions (CLINACAP)
5.  Curriculum Policy Committee (CPC)
6.  Faculty Group Practice Board (elected only by members of the Faculty Group Practice)
7.  Graduate Medical Education Committee

G.  Additional Elected Committees may be established by the Executive Faculty. Any Committee established by the Executive Faculty may only be dissolved by a vote of the Executive Faculty.

Section 2.   Appointed Committees

A.  Appointed Committees are committees designated by the Dean, the Executive Committee or the Executive Faculty to assist and advise the Dean and the Executive Committee in the administration of the Medical School. Appointed Committees are designated as either *advisory* or *action* committees at the time of creation. Only *action* Appointed Committees are required to submit annual reports, unless otherwise specified by the Dean or the Executive Committee. Minutes of all meetings of Appointed Committees shall be available in the Office of the Dean, and may be published on the Committee's website, if the Committee determines that publication is necessary and appropriate. For the Admissions Committee, the Faculty Grievance Hearing Panel and the Student Academic Review Board, only summary minutes will be available due to the requirements for confidentiality.

12

UM-MM-000820

B.    Each Appointed Committee that is an *action* committee shall maintain a web site containing information on the Committee, its charge, its membership, and contact information for members, and the annual Committee report.

C.    Members of Appointed Committees shall be appointed by the Dean, or appropriate Associate or Assistant Dean, and approved by the Executive Committee. Some members are appointed by virtue of their office, such as the members of the Dean's Advisory Council. All members shall have voting privileges unless otherwise specified.

D.    The Chair of each Appointed Committee shall be the Dean, Assistant or Associate Dean, or a designate of the Dean, and shall be appointed by the Dean, except as otherwise specified.

E.    The Appointed Committees are listed in **Appendix F.**

Section 3.    Ad Hoc Committees

A.    Ad Hoc Committees may be created as appropriate to address issues that the Dean or the Executive Committee believe require the input of the faculty. Ad Hoc Committees may be established by the Dean, Associate/Assistant Deans, the Executive Committee or by a majority vote of the Executive Faculty. Ad Hoc Committees are not permanent Committees, and the charge and the date for completion shall be stated in writing to all Ad Hoc Committee members. Ad Hoc Committees shall not be required to keep minutes of their meetings. A written report of the completed tasks shall be submitted to the Dean and the Executive Committee in lieu of minutes, unless otherwise required in the charge to the committee.

## Article IV.  Curricula – Programs – Degrees

Section 1.    M.D. Degree Programs

A.    Curriculum and Grading Policy
Recommendations regarding changes to the curriculum for the M.D. degree or to grading policies are forwarded by the Curriculum Policy Committee to the Executive Committee for endorsement. Major changes to the structure of the curriculum must go to the Executive Faculty for a vote.

B.    Medical Student Performance

1.    Academic Review Boards (basic science and clinical): These committees make recommendations related to medical students' academic performance and progress through the curriculum. In particular, recommendations for dismissal based on academic performance are forwarded to the Executive Committee for action.

13

2.      Hearing Committee (HC): A HC is convened on an *ad hoc* basis to
        address issues related to professional conduct of medical students.
        Recommendations for dismissal or censure/punishment/remediation are
        forwarded to the Executive Committee for action.

Section 2. Graduate Programs

A.  The Departments and Interdisciplinary Programs of the Medical School shall
    cooperate with the Office of Graduate and Postdoctoral Studies and the Horace H.
    Rackham School of Graduate Studies to provide opportunities for graduate study.

Section 3. Postdoctoral Research Fellows

A.  The Office of Postdoctoral Studies shall oversee activities regarding postdoctoral
    affairs and postdoctoral career development. This Office also provides support to
    the UM Postdoctoral Association (UMPDA)

## Article V.   Amendments to Bylaws

Section 1.    These Bylaws shall automatically stand amended when necessary to concur with
              the Bylaws or actions of the Regents of the University. Such amendments shall
              be brought to the attention of the Executive Faculty.

Section 2.    Procedure to Amend Bylaws.

A.  These Bylaws may also be amended by mail or electronic ballot by an affirmative
    vote of two-thirds of the ballots cast by members of the Executive Faculty.
    Notice of the proposed amendment must be sent to each member of the Executive
    Faculty at least two weeks before the vote is taken. Such a vote shall be preceded
    by discussion at a meeting of the Executive Faculty.

B.  For extensive revision, an ad hoc Bylaws Committee will be responsible for
    preparing revisions for approval by the Executive Faculty. In this instance, each
    article or section requiring revision will be voted upon individually by mail or
    electronic ballot following opportunity for faculty discussion.

## Article VI.  Parliamentary Authority

Section 1.    In the absence of specific written procedures which govern the Medical School or
              its committees, the rules of parliamentary procedure which shall be followed are
              presented in Robert's Rules of Order (revised).

Section 2.    This parliamentary authority is in accordance with the procedures of the Bylaws
              of the Board of Regents.

14

UM-MM-000822

## Appendix A:    Deans

Dean

Senior Associate Dean for Education & Global Initiatives
Senior Associate Dean for Research
Senior Associate Dean for Clinical Affairs

Associate Dean for Clinical Affairs
Associate Dean for Graduate Medical Education
Associate Dean for Graduate & Postdoctoral Studies
Associate Dean for Diversity and Career Development
Associate Dean for Faculty
Associate Dean for Regulatory Affairs
Associate Dean for Medical Student Education
Associate Dean for Clinical & Translational Research

Assistant Dean for Longitudinal Learning & Educational Assessment
Assistant Dean for Instructional Faculty
Assistant Dean for Clinical Affairs (UMIIS Chief of Staff)
Assistant Dean for Admissions
Assistant Dean for Recruitment and Pre-Candidacy Education
Assistant Dean for Research Faculty
Assistant Dean for Graduate Medical Education
Assistant Dean for Education Innovation & Technology Implementation
Assistant Dean for Student Programs
Assistant Dean for Clinical Faculty
Assistant Dean for Research
Assistant Dean for Veterans Affairs (VA Chief of Staff)

15

UM-MM-000823

## **Appendix B:     Medical School Departments**

### **Basic Science Departments & Units**
Biological Chemistry
Cell and Developmental Biology
Human Genetics
Medical Education
Microbiology and Immunology
Molecular and Integrative Physiology
Pharmacology
Unit for Laboratory Animal Medicine

### **Clinical Departments**
Anesthesiology
Dermatology
Emergency Medicine
Family Medicine
Internal Medicine
Neurology
Neurosurgery
Obstetrics and Gynecology
Ophthalmology and Visual Sciences
Orthopaedic Surgery
Otorhinolaryngology
Pathology
Pediatrics and Communicable Diseases
Physical Medicine and Rehabilitation
Psychiatry
Radiation Oncology
Radiology
Surgery
Urology

16

UM-MM-000824

## Appendix C: Corrective Action Criteria and Procedures

1.  Failure to meet the responsibilities of the Faculty (including Article II Sec. 6A Medical School Faculty Bylaws) may result in corrective action up to and including suspension or termination of employment. Corrective actions will be conducted in conformity with the requirements and procedures of Regents' Bylaw 5.09 and applicable portions of the Standard Practice Guide.

2.  Such deficiencies are ordinarily reported to a service chief, a division chief, a Department Chair, or to the Dean for Faculty or the Office of Clinical Affairs. Whatever the source of the report, the Department Chair and the Office of Clinical Affairs, when appropriate, will notify the faculty member of the specific complaint. Clinically related problems shall be addressed according to the Medical Staff Bylaws, with notification of the Dean's Office.

3.  Corrective action may be taken by the Department Chair and/or Dean. A faculty member who disagrees with the action may seek redress in accord with the applicable faculty grievance procedures.

    Serious physiological or psychological impairment or injury may alter the capacity of a faculty member to meet his/her responsibilities. If, in this instance, the faculty member does not withdraw voluntarily from his/her duties, the Department Chair shall consult with the Office of the Dean and/or the Office of Clinical Affairs about initiating an involuntary withdrawal. Prior to returning to work following apparent resolution of impairment, the individual's supervisors and Department Chair shall make a fair judgment of the individual's abilities, taking into account any sustained, residual impairment. Safety of students, colleagues, patients, and all members of the University community must remain an institutional priority.

17

## Appendix D:   Election Procedures (Executive Committee and other Elected Committees)

### A.   NOMINATION PROCESS

Our "nomination process" will consist of two phases for the Executive Committee, Senate Assembly, Curriculum Policy Committee, Graduate Medical Education Committee (GMEC), ACAPT, APRAPT, and CLINACAP.  There will be a call for nominations phase. This will be presented electronically with a list of available candidates.  From the nominees a ballot will be constructed.  The nominees with the top 10 nominations will generally form the slate – although if there is a reasonable margin in the slate between the top and bottom nominees, the top group will be selected under the prerogative of the Associate Dean for Faculty.  A faculty member may not serve on another elected committee while serving on the Executive Committee in order to provide the broadest possible faculty representation.

### B.   BALLOT

The final ballot will be presented and voting done electronically unless for technical reasons a paper ballot is necessary.

### C.   INDIVIDUAL COMMITTEE RULES

#### EXECUTIVE COMMITTEE

It is our practice to conduct an election and to inform the President of the results.  Each year the Regents of the University appoint new members to the Executive Committee of the Medical School.  The Regents make their appointments on the advice of the President of the University, who in turn solicits nominations from the Medical School.  Each year three to four persons are appointed to serve on the Executive Committee.  No more than one representative from any Department may serve on the Executive Committee except for the Research Faculty.

Membership:  The Executive Committee shall be composed of nine members of the Executive Faculty.  Four members of the Executive Committee shall be members of the Instructional Track Faculty, two from clinical departments in which one could be a Department Chair and two from basic science departments in which one could be a Department Chair.  Two members of the Executive Committee shall be members of the Clinical Track Faculty one of which could be a Department Chair.  One Executive Committee member shall be a non-Chair member of the Research Track Faculty.  Two Department Chairs shall be members, one basic science Chair and one clinical department Chair.  In addition, the Dean and the Director and Chief Executive Officer of University of Michigan Hospitals and Health Centers shall each serve as ex-officio.

Eligible to Serve:  Tenured Professors, Tenured Associate Professors, Research Professors, Research Associate Professors, Research Scientists, Associate Research Scientists, and Professors and Associate Professors on the Clinical Track.

18

Eligible to Nominate:
Instructional Track faculty – Professors, Associate Professors, and Assistant Professors.
*Research Track Faculty* – Research Professors, Research Associate Professors, and Research Assistant Professors, Research Scientists, Associate Research Scientists, and Assistant Research Scientists.
*Clinical Track faculty* – Professors, Associate Professors, and Assistant Professors on the Clinical Track. Also Instructors who have been appointed for more than one year with at least + .5 FTE on the Clinical Track.
*Department Chairs.*

Eligible to Vote:
*Instructional Track Faculty , Research Track Faculty, and Clinical Track Faculty* -- Professors, Associate Professors, Assistant Professors on the Instructional and Clinical Tracks, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientists, Associate Research Scientists, and Assistant Research Scientists. Also Instructors on the Instructional and Clinical Tracks, Lecturers, and Clinical Lecturers who have appointments of halftime or more and who have been appointed for more than one year.
*Department Chairs.*

## SENATE ASSEMBLY
The Senate Assembly, the legislative arm of the University Senate, is composed of 73 elected Senate members, apportioned among the schools and colleges. The Medical School is entitled to 15 members of the Senate Assembly, who each serve three-year, rotating terms.

Membership: 15 faculty representatives from the Medical School.

Eligible to Serve: Professors, Associate Professors, Assistant Professors, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientists, Associate Research Scientists., and Assistant Research Scientists.

Eligible to Nominate/Vote: Professors, Associate Professors, Assistant Professors, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientists, Associate Research Scientists, and Assistant Research Scientists.

## CURRICULUM POLICY COMMITTEE (CPC)
CPC, the primary curriculum committee for the Medical School, is charged with:

1. Defining the objectives of the educational program and forwarding the objectives to the Executive Committee for approval.
2. The integrated institutional responsibility for the overall design, management, evaluation, and central oversight of a coherent, efficient, coordinated curriculum.
3. Developing and implementing policies regarding the amount of time medical students spend in required activities, including the total number of hours students are required to spend in clinical and educational activities during clinical clerkship rotations.
4. Determining the types of patients, clinical conditions, and appropriate clinical settings for education experiences along with the expected level of medical student responsibility.

19

UM-MM-000827

5. Monitoring, and when necessary modifying, the curriculum, medical student experiences, and methods used to assess student performance to ensure that the objectives of each student course as well as the overall medical education program are achieved.
6. Ensuring mechanisms that invite input from all faculty on the curriculum, draft policies, and actions of the CPC.
7. Promoting innovations and individualized learning pathways for students.
8. Developing, monitoring, and disseminating information on professional attributes that students are expected to develop at UMMS.
9. Maintaining compliance with all relevant LCME standards.

Membership: The CPC is Chaired by the Associate Dean for Medical Student Education and consists of 11 voting members. Six of these will be elected faculty members (three representatives from basic science departments and three representatives from clinical departments) who each serve three-year rotating terms. No more than one representative from any department may serve as an elected member of to the CPC. In addition to the six elected members, five members appointed by the Senior Associate Dean for Education and Global Initiatives will serve on the committee. These will consist of the Associate Dean for Medical Student Education (Chair), two Assistant Deans from the Office of Medical Student Education and two Component Directors. Assistant Component Directors may substitute for a Component Director when absent. Appointed members will require approval by the Executive Committee.

Non-voting members of the committee include the Senior Associate Dean for Education and Global Initiatives (*ex-officio*), five medical student representatives (one representative from each of the four classes and one representative from the Medical Scientist Training Program), and Ad hoc members appointed by the Associate Dean for Medical Student Education who attend when appropriate.

Eligible to Serve: Professors, Associate Professors, and Assistant Professors, Instructors, and Lecturers on the Instructional and Clinical Tracks, Research Professors, Research Associate Professors and Research Assistant Professors.

Eligible to Nominate/Vote: Professors, Associate Professors, and Assistant Professors, Instructors, and Lecturers on the Instructional and Clinical Tracks, Research Professors, Research Associate Professors, Research Assistant Professors, Research Scientists, Associate Research Scientists and Assistant Research Scientists.

## ADVISORY COMMITTEE ON APPOINTMENTS, PROMOTIONS, AND TENURE (ACAPT)
ACAPT advises the Executive Committee of the Medical School on matters related to the appointment, promotion, and tenure of the faculty. ACAPT consists of nine members of the Instructional Track. Each year three persons are elected as members from the Instructional Track Faculty to serve three-year terms. One person from a basic science department and two persons from clinical departments are elected. No more than one representative from any department may serve on ACAPT.

20

UM-MM-000828

Membership: 9 tenured Instructional Track faculty members (3 basic science departments, 6 clinical departments).

Eligible to Serve:  Tenured Professors and tenured Associate Professors.

Eligible to Nominate/Vote:  Professors, Associate Professors, Assistant Professors, and Instructors.

### ADVISORY COMMITTEE ON PRIMARY RESEARCH APPOINTMENTS, PROMOTIONS, AND TITLES (APRAPT)
APRAPT advises the Executive Committee on matters related to the appointment and promotion of faculty members in the Research Track.  APRAPT consists of eight members of the Research Staff, two to four of whom are elected to serve three-year terms each year. No more than two representatives from the same department may serve on APRAPT.

Membership: 8  Research Track faculty members.

Eligible to Serve: Research Professors, Associate Research Professors, Assistant Research Professors, Associate Research Scientists, and Associate Research Scientists.

Eligible to Nominate/Vote: Research Professor, Research Associate Professor, Research Assistant Professor, Research Scientists, Associate Research Scientists, Assistant Research Scientists and Research Investigators.

### ADVISORY COMMITTEE ON CLINICAL TRACK APPOINTMENTS AND PROMOTIONS (CLINACAP)
CLINACAP advises the Executive Committee of the Medical School on matters related to the appointment and promotion of clinical faculty.  The committee consists of nine regular members of the Clinical Track and the option of the Dean's Office to appoint one member of the Adjunct Clinical Track.  Three members from the Clinical Track are elected to three-year terms each year.  No more than two representatives from the same department may serve on CLINACAP.

Membership:  10 Clinical Track faculty members (9 Clinical Track faculty, 1 Adjunct Clinical Track faculty member appointed by the Dean's Office).

Eligible to Serve:  Professors and Associate Professors on the Clinical Track.

Eligible to Nominate/Vote: Professors, Associate Professors, Assistant Professors, and Instructors on the Clinical Track.

### GRADUATE MEDICAL EDUCATION COMMITTEE (GMEC)
GMEC advises the UM Hospitals and Health Centers Executive Board, the Dean of the Medical School and the CEO of the UMMC on matters involving resident and fellow recruitment and education.  This group develops institutional policies and procedures and conducts internal reviews to ensure compliance with national standards of the Accreditation Council for Graduate Medical Education (ACGME) in individual departments and in the medical school as a whole.  The committee supervises and advises individual program directions in development and adherence to national and institutional policies and procedures for trainees.

21

UM-MM-000829

Membership:  Standing membership includes the Associate Dean and Director of GME, the Assistant Dean of GME, and the program directors of Internal Medicine, Obstetrics and Gynecology, Pediatrics and Surgery.  Elected members include one program director to represent the cohort of subspecialties of Internal Medicine and Pediatrics, one program director to represent the cohort of surgical subspecialties, and three program directors to represent other training programs.  The committee also includes 1-3 house officer representatives elected by their colleagues.

Eligible to serve:  Program directors in any specialty approved by the ACGME

Eligible to nominate/vote:  Program directors belonging to the appropriate cohort


*****All terms begin September 1*****

22

UM-MM-000830

## Appendix E:     Executive Committee Rules of Procedure

The Bylaws of the Board of Regents (Section 5.02) provide that "...the governing faculty shall be in charge of the affairs of the school...except as delegated to the Executive Committee..." The Medical School Executive Committee is thus charged to act on behalf of the faculty in certain aspects of governance, in accordance with Regents' Bylaw 5.06. This document describes the membership, organization, and mode of operation of the Medical School Executive Committee, and specifies those areas in which the committee acts for the faculty.

### A.   Membership

The Executive Committee comprises nine members of the Executive Faculty appointed by the Board of Regents on the recommendation of the President, plus the Dean of the Medical School (ex-officio) and the Director and Chief Executive Officer of the University Hospitals and Health Centers (ex-officio) for a total of eleven members. The faculty members include two  Instructional Track faculty members from basic science departments in which one could be a department chair, two Instructional Track faculty members from clinical departments in which one could be a department chair, two members of the Clinical Track Faculty, one of which could be a department chair, one non-chair member of the Research Track Faculty. Two Department Chairs shall be members, one Basic Science Department Chair, and one Clinical Department Chair. All faculty members of the committee will have the rank of tenured associate professor/professor, associate professor/ professor on the clinical track, or research associate professor/research professor. These ten faculty members are appointed by the Regents of the University for three year staggered terms following a vote of the Executive Faculty conducted each year by the Office of Faculty Affairs (see **Appendix D** for voting procedures). Results of the Medical School balloting are submitted to the President of the University who selects the names to be forwarded to the Regents for final approval. (Customarily the recipient of the highest number of votes in each category is selected, but discretion over the decision resides with the President and final approval with the Regents).

Faculty not eligible for election to the Executive Committee of the Medical School include:

-faculty on leave;
-faculty on retirement furlough;
-members completing terms on the Executive Committee;
-assistant deans , associate deans, and senior associate deans;
-faculty from departments of continuing members of the Executive Committee, except that a member of the Research Faculty may serve at the same time as a member of the Instructional Track  or Clinical Track Faculty from the same department;
-emeritus faculty
-a faculty member who is currently serving on another elected committee

23

UM-MM-000831

Executive Committee members who are on sabbatical leave, resign from the committee, or who leave the University of Michigan will be replaced for the period of that leave or for the remainder of a term, as appropriate. The Dean shall submit to the President, for appointment of a replacement, the names of the two remaining nominees from the same cohort who received the highest number of votes at the last regular election. If fewer than two nominees remain from the last regular election, the Executive Committee shall add nominees to form a panel of two people whose names the Dean shall submit.

Disclosure of election results to the faculty at large: the names of the top two vote recipients for each position (the number of votes will not be reported) and the names of the faculty members selected to serve will be reported to the faculty.

## B.   Chair of the Medical School Executive Committee

The Dean of the Medical School is the chair, *ex officio*, of the Executive Committee. In the absence of the Dean, the Executive Committee may meet to conduct business. The Dean will designate another member of the Executive Committee to act as chair in his or her absence.

## C.   Agenda and Minutes

The Dean of the Medical School sets the agenda for the Executive Committee. Members of the Executive Committee may suggest items for discussion at any time. Members of the Executive Committee and the Associate Dean for Faculty, are expected to solicit and accept agenda topics from the faculty at large.

Minutes are taken of each meeting of the Executive Committee. Minutes are retained on-site at the Medical School for five years. Archival copies are kept at the Bentley Library.

## D.   Meeting Schedule/Frequency and Quorum

Customarily, the Executive Committee meets weekly on Thursdays in the Dean's Conference Room of the Medical School. Meetings will usually take place only when a quorum is present. Quorum is defined as seven members (elected and *ex officio*) of the Executive Committee.

## E.   Voting

On matters brought before the Executive Committee for a formal vote, all members elected and ex officios have equal voting privileges. A given issue will be decided on a simple majority of the votes cast. The vote total will be recorded in the official minutes of the meeting. On matters of potential conflict of interest (e.g. due to department affiliation), the particular members shall abstain from voting.

Formal votes of the Executive Committee shall be recorded on matters involving: appointment, promotion and tenure of faculty, endorsement of administrative appointments, creation or dissolution of departments or other major faculty groups, dismissal/censure/remediation of medical students, dismissal/censure/grievance actions

24

UM-MM-000832

involving faculty[1], curricular and grading policies changes, and such other items that the Dean and Executive Committee determine warrant formal action. These votes shall record only the number voting for and against, and the number abstaining from voting.

**F.  Relationship to other Medical School Committees**

The Executive Committee, as the senior governing body of the Medical School, must vote on action recommendations from the following committees:

Advisory Committee on Appointments, Promotions, and Tenure (ACAPT), Advisory Committee on Primary Research Appointments, Promotions, and Titles (APRAPT), Advisory Committee on Clinical Track Appointments, Promotions and Titles (CLINACAP): These committees make recommendations on the appointment, promotion, title, and tenure (as appropriate) for each of the three faculty tracks in the Medical School.

Academic Review Boards (basic science and clinical): These committees make recommendations related to medical students' academic performance and progress through the curriculum. In particular, recommendations for dismissal based on academic performance are forwarded to the Executive Committee for action.

Academic Hearing Committee (AHC): An AHC is convened on an *ad hoc* basis to address issues related to professional conduct of medical students. Recommendations for dismissal or censure/punishment/remediation are forwarded to the Executive Committee for action.

Curriculum Policy Committee: Recommendations related to changes to the Medical School curriculum for the M.D. degree are forwarded to the Executive Committee for endorsement. Recommendations related to major changes to structure of the curriculum must then be forwarded to the Executive Faculty for a vote. Grading Policies are forwarded to the Executive Committee for endorsement.

Other committees have a less formal relationship to the Executive Committee, e.g., Dean's Advisory Council and Dean's Cabinet. These committees are advisory to the Dean. The Dean may choose to bring issues raised in these fora to the Executive Committee for further discussion and action.

**G.  Authority of the Executive Committee**

1.  The vote of the Executive Committee on the following matters constitutes a final faculty action at the school level, delegated to the Executive Committee by the Executive Faculty.

**Personnel**
*   Faculty Appointments: The Executive Committee votes on the recommendation of ACAPT, APRAPT, and CLINACAP on the appointment of faculty members. On tenured faculty appointments, the final appointment rests with the Regents on the

---

[1] Demotion or termination of a tenured faculty member's appointment (or termination of a non-tenured faculty member's appointment during the term of appointment) must occur under the provisions of Regents' Bylaw 5.09. Grievance actions shall conform to established faculty grievance procedures.

UM-MM-000833

recommendation of the Executive Committee, the Dean, the Executive Vice President for Medical Affairs, the Provost and the President. All other appointments to the teaching staff are approved by the President on the recommendation of the Executive Committee and the Dean and the Executive Vice President for Medical Affairs. (Regents Bylaw 5.08)

- Faculty Promotions: The Executive Committee votes on all faculty promotions, which are then forwarded to the Dean. Senior faculty promotions are also forwarded to the Executive Vice President for Medical Affairs, the Provost and Executive Vice President for Academic Affairs, to the President, and then to the Regents for final approval. (Regents Bylaw 5.08). Additionally, senior promotions on the research track are forwarded to the Office of the Vice President for Research (OVPR).
- Each candidate for appointment or promotion is assigned a primary reviewer. The primary reviewer will lead the discussion and recommend approval, rejection, or tabling for further information. Appointments and promotions may go on a consent agenda if advisory committee and primary reviewers unanimously support the appointment or promotion.
- The Executive Committee votes on the recommendation of the Dean to approve academic administrative appointments, e.g., associate deans, departmental chairs, which are then forwarded to the President, and then to the Regents for final approval. (Regents' Bylaw 5.06 and 5.07).
- The Executive Committee votes to approve the establishment of endowed professorships and the naming of individuals to hold these positions. These will then be forwarded to the President and then to the Regents for final approval. (Regents' Bylaw 5.06 and 5.07.
- The Executive Committee votes to approve the awarding of emeritus status.
- The Executive Committee votes on all recommendations regarding dismissal, censure, and grievance actions involving faculty as appropriate in accordance with grievance procedures. (Regents' Bylaw 5.09)

## Curriculum and Student Related Issues
- The Executive Committee votes on the recommendation of the Clinical Academic Review Board to approve candidates to receive the M.D. degree.
- The Executive Committee votes on the recommendations of the Academic Review Boards and the Academic Hearing Committees on matters related to promotion, remediation, disciplining, or the dismissal of students from registration.
- The Executive Committee votes to endorse the Medical School Calendar and the Grading Policies recommended annually by the Curriculum Policy Committee, and votes to endorse minor curricular adjustments recommended by that committee. Actions on any of these matters must be published to the Executive Faculty in a timely fashion.

## Creating and Dissolution of Departments
- The vote of the Executive Committee on the creation or dissolution of departments constitutes a final faculty action at the Medical School level. A formal vote expressing the opinion of the Executive Faculty on the matter must accompany the Executive Committee's recommendation to the Provost and Executive Vice President

UM-MM-000834

for Academic Affairs and the Board of Regents, in keeping with Standard Practice Guide 601.2.

2. The vote of the Executive Committee in the following areas is only advisory to the Executive Faculty. Final action is reserved for the Executive Faculty.

- Changes in the admission policies of the Medical School.
- Major changes to the structure of the curriculum.
- Significant changes in the grading policies.
- Changes in the requirements for graduation.
- Creation and dissolution of departments.
- Any other decisions which are considered by the Executive Committee to warrant a vote of the Executive Faculty.

Acting for the Executive Faculty, the Executive Committee shall assist and advise the Dean in matters relating to facilities, budget, or other matters brought to it by the Dean. (Regents' Bylaws 5.06)

## H.   Procedures

### Student Cases
- Student appeals for recommendations for dismissal from the Academic Review Board or the Academic Hearing Committee shall be handled as follows.
- The decision of the Executive Committee is final.
- Pertinent written information, including the student's appeal, will be provided by the Associate Dean for Medical Student Education (ADMSE) and by the student, and distributed in advance to the student, the Executive Committee, a representative of the Academic Review Board, and the Associate Dean for Medical Student Student Programs and other University officials as necessary.
- The ADSME presents the student's record to the Executive Committee. The student may be present for the summary of the facts of the case by the ADSME.
- The student is given an opportunity to appear before the Executive Committee to present his/her appeal. An advisor, who is not permitted to address the Committee directly, may accompany the student. The student's presentation, including a personal statement, new information, and replies to questions, is generally limited to a total of 20 minutes.
- The Executive Committee may also invite others to appear to present information relevant to the action.

## I.   Amendments to Executive Committee Rules of Procedure

These Rules of Procedure may be amended by a vote of the Executive Committee. Any such changes must be reported in a timely fashion to the Executive Faculty. Should 10 members of the Executive Faculty request it, a formal vote of the Executive Faculty approving such changes will be undertaken.

UM-MM-000835