# Exhibit X

UM-MM-000453

# Exhibit X-1

UM-MM-000454

1978 (First Edition)



The
University of
Michigan

Faculty
Handbook

Instructional
Staff

UM-MM-000455

RECEIVED

OCT 9 1978

BUSINESS AD.
DEAN'S OFFICE

# THE UNIVERSITY OF MICHIGAN

### ANN ARBOR
#### 4 8 1 0 9

*Office of the Vice-President*
*for Academic Affairs*

HAROLD T. SHAPIRO
*Vice President*

September, 1978

Dear Colleagues:

Enclosed is the first edition of The University of Michigan Faculty Handbook.  The Handbook is designed to help fill a long-standing need to provide, in a single publication, basic information that would be helpful in the orientation of new instructional staff members and serve as a convenient source of reference for existing faculty.

The Handbook was developed cooperatively by various University Senate committees, the Academic Affairs Advisory Council, and the Office of Academic Affairs.

As you are aware,  in an organization as complex as our University, changes in organization, policies, and procedures are a continuing process.  We plan, therefore, to revise and improve the Handbook periodically and invite your comments and suggestions.  Comments and suggestions should be forwarded to the University Policy Coordinator (Ms. V. B. Nordby), Office of Academic Affairs, 3084 Administration Building.

Sincerely yours,

Harold T. Shapiro

enclosure

UM-MM-000456

# TABLE OF CONTENTS

|  |  |  |
|---|---|---|
| I. | GOVERNMENTAL ORGANIZATION | 1 |
| | Administrative Structure | 1 |
| | Governing Faculties | 1 |
| | The University Senate | 2 |
| | Senate Assembly | 2 |
| | The Senate Advisory Committee on University Affairs (SACUA) | 2 |
| | Other Senate Committees | 2 |
| | Communications to the Board of Regents | 2 |
| II. | PRINCIPLES AND PROCEDURES | 3 |
| | Professional Responsibilities | 3 |
| | Appointment Policies | 3 |
| | Terms of Appointment | 4 |
| | Tenure | 5 |
| III. | PROCEDURES OF APPOINTMENT, REVIEW, TERMINATION AND APPEAL | 7 |
| | Initial Appointment | 7 |
| | Annual Review | 7 |
| | Notice of Review Preliminary to Reappointment, Granting of Tenure, or Termination of Appointment | 7 |
| | Termination | 7 |
| | Severance Pay | 7 |
| | Appeal Procedures Governing Complaints | 8 |
| | Appeal Procedures in the Senate | 8 |
| IV. | COMPENSATION | 10 |
| | Sources of Compensation | 10 |
| | Budget Procedures | 10 |
| | Payroll | 10 |
| | Base Salaries | 10 |
| | Additional Compensation | 10 |
| V. | BENEFITS | 12 |
| | Retirement Programs: TIAA and CREF | 12 |
| | Disability Plan (Long Term) | 12 |
| | Group Term Life Insurance Plan | 12 |
| | Health Insurance Plans | 12 |
| | Periodic Physical Examination | 13 |
| | Social Security | 13 |
| | Travel Accident Insurance Plan | 13 |
| | Unemployment Compensation | 13 |
| | Worker's Compensation | 13 |
| | Mortgages | 13 |
| | Credit Unions | 14 |
| VI. | RETIREMENT | 15 |
| | Age of Retirement | 15 |
| | Benefits | 15 |
| | Terminal Furlough Year | 15 |
| | Emeritus Professorships | 15 |
| VII. | REGULATIONS GOVERNING WORK CONDITIONS | 16 |
| | Personnel Records | 16 |
| | Withholding of Services | 16 |
| | Work-incurred Injuries | 16 |
| VIII. | AUTHORIZED ABSENCES | 17 |
| | Temporary Absences | 17 |
| | Sabbatical Leave | 17 |
| | Sick Leave | 17 |
| | Jury and Witness Service | 17 |
| | Military Reserve Duty | 17 |
| | Leaves of Absence Without Salary | 17 |
| | Vacation Allowance | 17 |

UM-MM-000457

| | | |
|---|---|---|
| IX. | REGULATIONS GOVERNING TEACHING AND RESEARCH | 19 |
| | Extension Teaching | 19 |
| | Private Instruction | 19 |
| | Radio and Television Teaching | 19 |
| | Research Projects | 19 |
| | Study Towards Advanced Degrees | 19 |
| | Visiting Scholars | 19 |
| | The Use of Humans as Subjects in Research and Instructional Investigations | 20 |
| | Care and Treatment of Laboratory Animals | 20 |
| X. | RELATIONSHIPS WITH OUTSIDE AGENCIES | 21 |
| | Election of Appointment to Public Office | 21 |
| | Employment Outside the University | 21 |
| | Arrangements with Foundations and Federal and State Agencies | 21 |
| | Conflict of Interest | 22 |
| | Patents, Copyrights, Computer Software, and other Property Rights | 22 |
| XI. | FACULTY-STUDENT RELATIONS | 24 |
| XII. | OTHER REGULATIONS | 25 |
| | Clearance of Questionnaires and Financial Information | 25 |
| | Endorsement of Products | 25 |
| | Field Trips | 25 |
| | Freedom of Speech | 25 |
| | Fund Raising | 25 |
| | Protection and Security | 26 |
| | Rules of Behavior | 26 |
| | Smoking | 26 |
| | Traffic Regulations on Campus | 26 |
| | Travel Policy | 26 |
| | University Representation and Use of the University Seal | 26 |
| | Use of University Facilities | 26 |
| XIII. | A BRIEF INFORMATIONAL GUIDE | 27 |
| | Instructional and Research Facilities | 27 |
| | Cultural and Recreational Facilities | 27 |
| | University Press | 28 |
| XIV. | OTHER SERVICES | 29 |
| | Alumni Records Office | 29 |
| | Audio-Visual Services | 29 |
| | Bus Service | 29 |
| | Campus Maps and General Information Brochures | 29 |
| | Counseling | 29 |
| | Emergency Aid | 29 |
| | Extension Service | 29 |
| | Housing | 29 |
| | Health Sciences Relations | 30 |
| | Information Services | 30 |
| | Internal Communication | 30 |
| | Legal Counsel | 30 |
| | Lost and Found | 30 |
| | Mail Service | 30 |
| | Maintenance | 30 |
| | Parking | 31 |
| | Photographic Services | 31 |
| | Printing | 31 |
| | Publications Office | 31 |
| | Purchasing Department | 31 |
| | Radio and Television | 31 |
| | Room Assignments | 31 |
| | Special Events | 31 |
| | Visitor Relations | 31 |

UM-MM-000458

# XII. OTHER REGULATIONS

## Clearance of Questionnaires and Financial Information

Questionnaires concerning official figures and policies that pertain to The University of Michigan must be checked with the Office of the Assistant to the President and other responsible officers of the University before being returned to those submitting the questionnaire. In general, official figures pertaining to the size of the University and its financial operations will be issued at appropriate times by an official spokesperson designed to treat such matters, this information becoming public upon release.

## Endorsement of Products

No member of the University staff, in his or her official capacity or in the name of the University, shall by statement or publication or activity endorse any commercial product, or advocate any specific commercial method or device, either directly or by implication.

## Field Trips

The University owns a substantial number of land parcels throughout the state, suitable for field teaching and research. Those lands are under the administrative control of various campus units for which they provide particular utility. A list of these lands together with a brief description of the special features of each and the office through which use can be authorized is available from the Office of the Vice-President and Chief Financial Officer.

The University operates a pool of automobiles, buses, and trucks for use by departments and individual members of the staff on University business. These vehicles may be driven only by staff members who are licensed to drive in Michigan.

Vehicles may be obtained by submitting a requisition approved by the dean or administrative head responsible for the account against which the mileage charges will be lodged. The requisition should be submitted to the Manager of Transportation Services three days in advance of the anticipated use.

The University carries insurance on staff members who may be injured or incur liability due to negligence while engaged in any phase of University business. The University recommends that students similarly engaged purchase student insurance. Liability insurance is carried on University vehicles and their occupants. In order to assure coverage by University insurance it is important that all field trips be officially authorized by the department as part of the course or program.

## Freedom of Speech

The Regents have approved a statement on freedom of speech and artistic expression which outlines the rights and obligations of speakers, performers, audience members, and protesters. The statement guarantees the right of persons invited to the University to express their views and opinions and of those in attendance to hear. Recognizing that some views may be so controversial as to stimulate "the usual range of human emotions commonly displayed by an audience during heated discussions," the statement urges that such expressions be tolerated. However, protesters may not go so far as to interfere with orderly communication or prevent a speaker from continuing. Protesters who unduly interfere will be removed following warning. If a speech is disrupted, the goal of University officials should be to reestablish an atmosphere conducive to communication. The statement asserts that the threat of disruption constitutes intellectual blackmail and cannot be tolerated as a means of stopping or cancelling invited speakers. The text of the complete statement is available in departmental offices.

## Fund Raising

The Development Office has been designated by Regental Bylaws to function as the official University agency charged with the responsibility of directing, guiding, and coordinating all efforts in pursuit of gift support income from all possible sources. It is equipped to offer consultation on all aspects of fund raising, and has a number of research facilities available.

The *University Guidelines for Capital Campaigns* state that approval must be given by the Executive Officers before any fund raising programs can be undertaken in the name of the University or any of its units.

Fund raising endeavors in excess of $500,000 must have the specific approval of the Regents, and will not be undertaken without a feasibility study conducted by a competent, professional firm, the cost of which must be borne by the unit requesting the campaign. Regental approval must be obtained in order to conduct a feasibility study.

The appropriate vice-president should be consulted before one approaches potential donors. If it is agreed that the funds are to be sought, a formal, written request must be submitted to the same vice-president. Requests involving acquisition, construction, or expansion of a building, or major changes in the physical plant, regardless of the source of funding, should be submitted to the Vice-President and Chief Financial Officer. Requests to undertake a new academic program or endowed chair or professorship at the school or college level, or any major academic request for funding to be made to a foundation, should be submitted to the Vice-President for Academic Affairs, excluding those that are regularly channeled through the Division of Research Development and Administration. Requests to undertake a fund-raising program of solicitation of contributions from alumni, friends, business, industry, or the local community should be submitted to the Vice-President for University Relations and Development. Proposals to undertake a feasibility study must also be submitted to the Vice-President for University Relations and Development.

Existing annual fund-raising programs are represented by membership in the *Annual Funds Coordinating Council*, a group which is advised by the Development Office. Members of the Council are school or college representatives who are engaged in fund raising from alumni. The group meets monthly in a cooperative effort to strengthen the fund-raising programs and methods used by each individual school or college.

UM-MM-000459

## Protection and Security

The University's security patrols maintain a watch over all buildings after closing in order to check for locked doors, fire and safety hazards, and intruders. Security guards may ask to see University identification cards from those found in buildings any time, but particularly after facilities are closed. Arrangements for obtaining identification cards with photograph may be made by calling the Director of the Department of Safety.

All doors should be locked when offices or enclosed areas are left unattended. Loaned equipment should be signed for and its return registered. Missing property should be reported immediately to the Security Office and the Ann Arbor police.

All staff members and especially those in a supervisory position are responsible for maintaining conditions that will provide for the safety, well-being, and safe conduct of all people who report to them or who frequent the area of their jurisdiction. Instructional staff members and supervisors should see to it that other staff members and all students recognize the importance of safety and assist in the maintenance of safe working conditions.

The Department of Occupational Safety and Environmental Health Safety of the University's Physical Properties Department serves to maintain a healthy and safe environment. The Department surveys conditions bearing upon environmental sanitation, occupational health, and accident prevention; it gives advice, renders services, provides personal protective equipment, handles the disposition of waste chemicals, and coordinates safety efforts, including physical examinations, throughout the University. The Director of Occupational Safety and Environmental Health is authorized to report hazardous conditions to the Director of Physical Properties for review and action.

## Rules of Behavior

The University Council has formulated and the Board of Regents have adopted Rules of the University Community which state minimal standards of behavior for faculty, administrators, and students. The Rules prohibit (1) using physical force against any person engaged in an activity undertaken as part of an institutional relationship to the University; (2) willfully damaging, destroying, stealing, or misappropriating the property of the University or the property of any faculty member, administrator, or student where such property is owned as an incident of the owner's institutional relationship to the University; (3) significantly interfering with the free movement of any person engaged in an activity undertaken as part of an institutional relationship; (4) intentionally interfering with a University function by depriving any person of needed quiet, heat, light, or other physical condition of work.

The University Judiciary is empowered to enforce these rules.

## Smoking

Smoking regulations are posted in most University buildings. In classrooms and lecture halls without an indicated prohibition against smoking those present may smoke on the invitation of the instructional staff member. In classrooms where NO SMOKING signs are posted instructional staff are expected to refrain from smoking and to request their students to do so.

## Traffic Regulations on Campus

The Regents have adopted their own traffic regulations and some provisions of the Ordinance Code of the City of Ann Arbor. Traffic regulations are enforced by the Ann Arbor Police Department.

## Travel Policy

The University publishes travel rules setting forth policy regarding the reimbursement of expenses for those travelling on business authorized by the University. Individuals expecting reimbursement for travel expenses should become familiar with the policies and procedures described in the Standard Practice Guide, which may be obtained from department or school/college offices.

## University Representation and Use of the University Seal

Members of the instructional and research staffs and University officers may be appointed as delegates by the Regents or the President to represent the University at academic ceremonies and on other appropriate occasions. Delegates may not commit the University to any doctrine, policy, or action without first obtaining the approval of the Regents.

The Seal and name of the University are to be used only for official University purposes and in connection with University programs. Any exception to this general rule must be approved by the Secretary of the University. Use of the stylized version of the Seal should be limited to those applications in which an informal representation is appropriate.

Faculty members are encouraged to participate in community and scholarly activities; there is no prohibition of any kind on public statements or comments or appearances on radio or television broadcasts. It is expected that each individual will make certain that comments on public affairs are presented as his/her own views and are not offered as in any way official statements or statements of policy of The University of Michigan.

In connection with activities of staff members off the campus, the Information Services will provide biographical data and portrait photographs without charge to agencies sponsoring such activities. The members of the staff are responsible for keeping these files up to date.

## Use of University Facilities

There are University policies governing the use of University facilities by groups or organizations. When University facilities are used for fund raising by University organizations and also when non-University groups seek to use facilities, the Office of the Controller will require a deposit and the execution of a formal agreement.

# Exhibit X-2

UM-MM-000461

(1994)



# The University of Michigan

# FACULTY HANDBOOK

### for Instructional & Primary Staff

UM-MM-000462

# THE UNIVERSITY OF MICHIGAN

## FACULTY HANDBOOK
## FOR
## INSTRUCTIONAL AND
## PRIMARY* STAFF

*(Includes Research Scientists, Archivists, Curators, and Librarians)

UM-MM-000463

FACULTY HANDBOOK
TABLE OF CONTENTS

Preface

I   DIVERSITY AND NONDISCRIMINATION

Statement on Diversity                                        1
Michigan Mandate                                             1
Nondiscrimination and Affirmative Action                     1

II   UNIVERSITY ORGANIZATION

Administrative Structure                                     3
Governance                                                  5
University Senate                                            6
Senate Assembly                                             6
Senate Advisory Committee on University Affairs             7
Other Senate Committees                                     7
Communications to the Board of Regents                      8

III   APPOINTMENTS

Procedures                                                  9
Searches                                                    9
Notification of Open Positions                             9
Posting                                                     9
Recommendation and Approval of Appointments                9
Special Rules                                              10
Citizenship                                                10
Employment Oath                                            11
Moving and Relocation Expenses                            11
Appointment Terms                                          11
Regental Criteria for Instructional Staff                 11
Criteria for Primary Research Scientist Appointments
    and Promotion                                          12
Titles                                                     12
Titles of Primary Research Scientists                     13
Supplemental Primary Research Scientists                  14
Status of Librarians                                       14
Types of Appointment                                       15
Appointments Supported by Grants and Contracts            16

UM-MM-000464

TABLE OF CONTENTS, cont.

IV.   TENURE

Principle of Tenure                                              18
Criteria for Tenure                                             18
Professional Responsibility                                     18
Regental Policies                                               18
Rules Concerning Acquiring Protection of Regents'
   Bylaw 5.09 by Accumulating Years of Service                  20
Probationary Period                                             21
Childbearing and Dependent Care Policy                          21
Divided or Partial Appointments                                 22
Geographic Limitations of Tenure                                23

V    PROCEDURES FOR PROMOTION, REAPPOINTMENT, TERMINATION
     AND APPEAL

Reappointment and Promotion                                     24
Annual Review                                                   24
Procedures for Review for Reappointment or Promotion           25
Recommendations to Reappoint or Not Reappoint                   26
Promotional Decisions                                           26
Nonreappointment of Instructional Staff                         27
Layoff of Primary Research Scientists                           27
Layoff of Archivist and Librarian Staff                         28
Termination for Cause                                           28
Discontinuance of Academic Programs                             28
Recommended Procedures                                          29
Severance Pay                                                   29
Resignation                                                     30
Grievance Procedures                                            30
SACUA Faculty Hearing Committee                                 30

VI   POLICIES GOVERNING WORKING CONDITIONS

Privacy and Access to Personal Information                      32
Personnel Records                                               32
Withholding of Services                                         33
Work-Incurred Injuries                                          33
Americans With Disabilities Act                                 33
Modified Duties Policy                                          34

Faculty Handbook
December, 1994

UM-MM-000465

TABLE OF CONTENTS, cont.

VII   RESEARCH SUPPORT SERVICES

Research Support Available ........................................................ 35
Schools/Colleges/Units ............................................................. 35
Research Incentive Programs ..................................................... 35
Support from the Office of the Vice President for Research ....... 36
OVPR Categories of Support ...................................................... 36
Interim Project Support ............................................................. 37
Support Related to Externally Sponsored Projects .................... 37
Major Research Units and Facilities .......................................... 37
Policy Advisory Committees ...................................................... 40

VIII   AWARDS

University-Wide Awards ............................................................. 41
Research Scientist Awards ......................................................... 42
School and College Awards ....................................................... 43

IX   POLICIES GOVERNING TEACHING AND RESEARCH

Teaching .................................................................................... 44
Study Toward Advanced Degrees .............................................. 45
Visiting Scholars ....................................................................... 45
Research ..................................................................................... 45
Integrity of Scholarship ............................................................ 47
Intellectual Properties .............................................................. 47
Indirect Costs ............................................................................ 47
General ...................................................................................... 48
Smoking ..................................................................................... 48

X   RELATIONSHIPS WITH OUTSIDE AGENCIES

Election or Appointment to Public Office ................................. 50
Employment Outside the University .......................................... 50
Arrangements with Foundations and Federal and
    State Agencies ....................................................................... 51
Federal Intergovernmental Personnel Agreements ................... 52
Conflict of Interest .................................................................... 52
Procurement Integrity ............................................................... 53
Communicating with News Services ......................................... 53

Faculty Handbook
December, 1994

UM-MM-000466

TABLE OF CONTENTS, cont.

XI      STUDENT RELATIONS

       Student Records: Privacy and Access         55
       Student Participation         55
       Sales to Students         55
       Center for Research on Learning and Teaching         55
       Services for Students with Disabilities         55
       Students with Learning Disabilities         56
       Dissertation Committees         56
       Grievance and Discipline Procedures         57
       Employment Status         57
       Freedom of Speech and Harassment         57

XII     OTHER ACADEMIC POLICIES

       Clearance of Questionnaires and Financial Information         58
       Endorsement of Products         58
       Field Trips         58
       Freedom of Speech         58
       Fundraising         59
       Gifts to the University         59
       Use of Information Resources, Technology and Networks         59

XIII    OTHER POLICIES

       Freedom of Information         61
       Open Meetings Act         61
       Protection and Security         61
       Traffic Regulations on Campus         62
       Use of University Equipment and Facilities         62
       Travel Policy         62
       University Representation and Use of the University Seal         62
       Sexual Harassment         63

UM-MM-000467

TABLE OF CONTENTS, cont.

XIV    COMPENSATION

    Sources of Compensation                               64
    Budget Procedures                                     64
    Payroll                                               64
    Base Salaries                                         65
    Salary Structure for Archivists and Librarians        65
    Additional Compensation                               65
    Remote Location Compensation                          66
    Overtime Compensation                                 66
    Unemployment Compensation                             66
    Workers' Compensation                                 66

XV     AUTHORIZED ABSENCES

    Jury and Witness Service                              68
    Military Reserve Duty                                 68
    Military Leave                                        68
    Inclement Weather                                     68
    Bereavement Time                                      68
    Sabbatical and Scholarly Leave                        69
    Librarian Professional Leave                          69
    Temporary Absences                                    70
    Leaves of Absence Without Salary                      70
    Sick Leave                                            70
    Family Care Time Off                                  71
    Family Medical Leave Act                              71
    Holidays                                              71
    Christmas and New Year's Season Days                  71
    Vacation Allowance                                    72

XVI    RETIREMENT

    Retirement Eligibility                                74
    Benefits                                              74
    Terminal Furlough Leave                               74
    Emeritus/Emerita Status                               74

Faculty Handbook
December, 1994

UM-MM-000468

TABLE OF CONTENTS, cont.

XVII   BENEFITS AND SERVICES

|  |  |
|---|---|
| Retirement Programs | 75 |
| Disability Plan | 75 |
| Group Term Life Insurance Plan | 75 |
| Health Insurance Plans | 75 |
| Medicare Reimbursement | 75 |
| Dental Assistance Plan | 76 |
| Periodic Physical Examination | 76 |
| Social Security | 76 |
| Travel Accident Insurance Plan | 76 |
| Benefit Reimbursement Accounts | 76 |
| Pre-Tax Premiums | 76 |
| Faculty and Staff Assistance Program | 76 |
| Family Care Resources Program | 77 |
| Employee Rehabilitation | 77 |

XVIII   EDUCATIONAL OPPORTUNITIES

|  |  |
|---|---|
| In-State Status | 78 |
| Training Programs | 78 |
| Tuition Refund | 78 |

XIX   MICHIGAN INFORMATION GUIDE

|  |  |
|---|---|
| Instructional and Research Facilities | 79 |
| Information Technology Division | 79 |
| Libraries | 80 |
| Museums | 80 |
| Observatories | 81 |
| Planetarium | 81 |
| Special Collections | 81 |
| Cultural and Recreational Facilities | 81 |
| Recreational Facilities and Programs | 82 |
| University Press | 82 |
| Bookstores | 82 |
| Michigan League and Michigan Union | 82 |
| University Club | 83 |

Faculty Handbook
December, 1994

UM-MM-000469

TABLE OF CONTENTS, cont.

XX    OTHER SERVICES

| | |
|---|---|
| Alumni Records Office | 84 |
| Bus Service | 84 |
| Campus Maps and General Information Brochures | 84 |
| Counseling | 84 |
| Credit Union | 84 |
| Emergency Aid | 85 |
| Emergency Procedures for Classroom Buildings | 85 |
| Department of Conferences and Seminars | 86 |
| Housing | 86 |
| Information Services | 86 |
| Internal Communications | 87 |
| Legal Advice | 87 |
| Lost and Found | 88 |
| Mail Service | 88 |
| Maintenance | 88 |
| Marketing Communications | 88 |
| Media Resources Center | 88 |
| Medical Center Public Relations | 89 |
| Mental Health Emergency Procedures | 89 |
| Mortgages | 90 |
| Notary Public | 90 |
| Parking | 90 |
| Photographic Services | 90 |
| Printing | 91 |
| Purchasing Department | 91 |
| Room Assignments | 91 |
| Special Events | 91 |
| Travel Services | 91 |

Appendices

Appendix A   Fundamental Tenets of Membership in the University Community
Appendix B   Gender and Respect in the University Community
Appendix C   Standard Practice Guide 201.89, "Sexual Harassment"
Appendix D   Standard Practice Guide 601.9, "Defense and Indemnification"
Appendix E   Qualifications For Appointment and Promotion in the Several Faculties of the University of Michigan

Faculty Handbook
December, 1994

UM-MM-000470

## VI.  POLICIES GOVERNING
## WORKING CONDITIONS

The University will take reasonable measures to provide proper heat, light and ventilation for all faculty and staff members and to minimize undesirable conditions and job hazards.  Each department is responsible for the establishment and preservation of safe conditions and safe practices in the areas over which it has jurisdiction and for compliance with appropriate laws and regulations.

### Privacy and Access to Personal Information

In collecting, utilizing and releasing information about individuals associated with the University, the University will strive to protect individual privacy, to use information only for the purpose for which it was collected and to inform individuals of the personal information about them that is being collected, used or released.

The University will not release sensitive information without the consent of the individual involved unless required to do so by law.  For example, Michigan law requires the release of individual salary information upon request.

Individuals who provide personal information to the University are expected to provide truthful and timely information and to inform the University of any known inaccuracies in the University's records.[1]

Guidelines have been developed to implement this policy.  These guidelines cover the rights and responsibilities of individuals who elect to establish a relationship with the University and about whom data is kept in a University name-linked system of records.  They also cover the rights and responsibilities of the University in collecting, storing and using personal information.

In addition to the University's policy on privacy and access to information, several state and federal statutes also govern the rights of employers, employees and third parties with regard to personnel and other University records.  These include, The Bullard-Plawecki Employee Right-To-Know Act, Act. No. 397 of the Public Acts of 1978, MCLA 423.501-423.512 and the Michigan Freedom Of Information Act, MCLA 15.231 et seq. at the state level and the Family Education Rights And Privacy Act, 20 USC 1232g at the federal level.

### Personnel Records

Personnel files are maintained for different purposes in various administrative units throughout the University.  Personnel files in the Faculty and Staff Records Office are governed by regulations established by the University.[2]  Staff members may review their own personnel file in the presence of a representative of the Faculty and Staff Records Office.

Personnel files in the Faculty and Staff Records Office are available to members of the University administration when they are needed in fulfilling University functions.  Files or information from the files may be made available to individuals or agencies outside the University only if such action legitimately serves the purposes of the University, or if the staff member consents, or if the University is required by law to release them.  The University, through its Freedom of Information Officer, will carefully weigh such requests before responding to them.  Only the superiors of the Staff Records supervisor or the Staff Records supervisor will release such information when authorized.

Requests for information from government agencies or other

UM-MM-000471

# XII. OTHER ACADEMIC POLICIES

## Clearance of Questionnaires and Financial Information

Questionnaires concerning official figures and policies that pertain to the University of Michigan must be checked with the Office of University Relations or other responsible officers of the University before being returned to those submitting the questionnaire. In general, official figures pertaining to the size of the University and its financial operations will be issued at appropriate times by an official spokesperson designed to treat such matters allowing this information to become public upon release.

## Endorsement of Products

No member of the University staff, in his or her official capacity or in the name of the University, shall by statement, publication or activity endorse any commercial product or advocate any specific commercial method or device, either directly or by implication or in appraising rare books or other objects. Similar restraint should be used in recommending dealers, products or services; professional opinions may be expressed, but it should be made clear that these are not the official views of the University nor of its schools, colleges or libraries.

## Field Trips

The University owns a substantial number of land parcels throughout the State and country suitable for field teaching and research. Those lands are under the administrative control of various campus units for which they provide particular utility. A list of these lands together with a brief description of the special features of each and the office through which use can be authorized is available from the Office of the Executive

Vice President and Chief Financial Officer.

The University operates a pool of automobiles, buses and trucks for use by departments and individual members of the staff on University business. These vehicles may be driven only by staff members who are licensed to drive in Michigan. Vehicles may be obtained by submitting a requisition approved by the dean or administrative head responsible for the account against which the mileage charges will be lodged. The requisition should be submitted to the manager of Transportation Services three days in advance of the anticipated use.

The University carries insurance on staff members who may be injured or incur liability due to their negligence while engaged in any phase of University business. The University recommends that students similarly engaged purchase student insurance. Liability insurance is carried on University vehicles and their occupants. In order to assure coverage by University insurance it is important that all field trips be officially authorized by the department as part of the course or program.

## Freedom of Speech

The Regents have approved a statement on freedom of speech and artistic expression which outlines the rights and obligations of speakers, performers, audience members and protesters. The statement guarantees the right of persons invited to the University to express their views and opinions and of those in attendance to hear. Recognizing that some views may be so controversial as to stimulate "the usual range of human emotions commonly displayed by an audience during heated discussions," the statement urges that such expressions be tolerated. However, protesters may not go so far as to interfere with orderly communication or prevent a speaker from continuing. Protesters who unduly interfere will be

UM-MM-000472



UM-MM-000473

removed following warning. If a speech is disrupted, the goal of University officials should be to reestablish an atmosphere conducive to communication. The Regents' statement asserts that the threat of disruption constitutes intellectual blackmail and cannot be tolerated as a means of stopping or canceling invited speakers. The text of the complete statement is available in departmental offices.[1]

## Fundraising

The Development Office has been designated by regental bylaw to function as the official University agency charged with the responsibility of directing, guiding and coordinating all efforts in pursuit of gift support income from all possible sources. It is equipped to offer consultation on all aspects of fundraising and has a number of research facilities available.

The **University Guidelines for Capital Campaigns** state that approval must be given by the executive officers before any fundraising programs can be undertaken in the name of the University or any of its units. Fundraising endeavors in excess of $500,000 must have the specific approval of the Regents and will not be undertaken without a feasibility study conducted by a competent, professional firm, the cost of which must be borne by the unit requesting the campaign. Regental approval must be obtained in order to conduct a feasibility study.

The appropriate vice president as described below should be consulted before one approaches potential donors. If it is agreed that the funds are to be sought, a formal, written request must be submitted to the same vice president. Requests involving acquisition, construction or expansion of a building or major changes in the physical plant, regardless of the source of funding, should be submitted to the Executive Vice

President and Chief Financial Officer. Requests to undertake a new academic program, to create an endowed chair or professorship at the school or college level or to request major funding from a foundation should be submitted to the Provost and Executive Vice President for Academic Affairs, excluding those that are regularly channeled through the Division of Research Development and Administration. Requests to undertake a fundraising program of solicitation of contributions from alumni, friends, business, industry or the local community should be submitted to the Vice President for Development. Proposals to undertake a feasibility study must also be submitted to the Vice President for Development.

Existing annual fundraising programs are represented by membership in the **Annual Funds Coordinating Council**, a group which is advised by the Development Office. Members of the Council are school or college representatives who are engaged in fundraising from alumni. The group meets monthly in a cooperative effort to strengthen the fundraising programs and methods used by each individual school or college.

## Gifts to the University

Generally, gifts of money or property are handled through the department, school or college or unit's development office. Gifts can also be sent directly to the Gift Processing Office with instructions for processing.

The libraries' procedure is illustrative. Libraries are frequently the recipients of gifts from a variety of donors. It is essential to good donor relations that gifts to the University be recorded and acknowledged promptly, accurately and consistently and that information concerning University gifts be readily available for development purposes. The general responsibility for the proper receipt of gifts to the University is assigned to the Gift

UM-MM-000474

Processing Office of the University.
Gifts of library material, however, are
channeled through a designated person or
office within a library, such as the
Exchange and Gift Section of the
University Library. Gifts should be
acknowledged without valuation indicated
on the acknowledgment form. It is
desirable that donors place no restrictions
on the handling or disposition of gift
materials. Any proposed restrictions
should be discussed with the director's
office of the appropriate library.
Arrangements may be made for the
identification of individual gift volumes
by appropriate bookplates or similar
markings.

## Use of Information Resources, Technology and Networks

It is the policy of the University that
information resources will be used by
members of its community with respect
for the public trust through which they
have been provided and in accordance
with policy and regulations established
from time to time by the University and
its operating units. Further, it is the
policy of the University to maintain
access for its community to local, national
and international sources of information
and to provide an atmosphere that
encourages access to knowledge and
sharing of information. In accordance
with these policies, the University
characterizes as unethical and
unacceptable -- and just cause for taking
disciplinary action up to and including
non-reappointment, discharge, dismissal
and/or legal action -- any activity through
which an individual:

## FOOTNOTES

[1] **Standard Practice Guide** 601.1,
"University Policy on Freedom of
Speech."

UM-MM-000475

## XIII.  OTHER POLICIES

### Freedom of Information

Under the Michigan Freedom of Information Act,[1] any person, whether an individual or an entity of some type, upon either oral or written request which sufficiently describes a record for it to be found, can have access to inspection or copying of any writing prepared, used, owned, possessed or retained by any part of the University of Michigan unless that record is exempt from inspection under a particular exemption. A "writing" is defined all inclusively in the statute as anything that is handwritten, typewritten, photographed, photocopied, on tape, disk, microfiche, microfilm, electronic files or any other means of recording.

The Act does not require that the University create a record or a compilation of records if it does not already exist. Also, copyrighted material is not required to be distributed without permission of the copyright holder.

A request for a record need not be directed to any specific part of the University for it to come under the Act. For ease of administration for departments, the University has designated a Chief Freedom of Information Officer who handles official denials. Additionally, the Office of the General Counsel is available to provide legal assistance regarding any request for documents.

### Open Meetings Act

All meetings of the University's Board of Regents are open to the public, except as otherwise provided and are held in a place available to the general public as provided for in the Open Meetings Act.[2] The right of a person to attend a meeting includes the right to tape record, to videotape, to broadcast live on radio and to telecast live on television the proceedings at a public meeting. The exercise of this right is not dependent upon the prior approval of the University, though the University may establish reasonable rules and regulations in order to minimize the possibility of disrupting the meeting.

### Protection and Security

The Department of Public Safety (DPS) provides a variety of services to the University community. Its primary goals are to provide a safe and secure environment for the University community and to protect personal and University property. Public Safety officers and contract guards patrol all campus buildings and grounds on a 24 hours a day, seven days a week basis. DPS also maintains a communication center to monitor events with a 24 hours a day, seven days a week operation.

The University's security patrols maintain a watch over all buildings after closing in order to check for locked doors, fire and safety hazards and intruders. Security guards may ask to see University identification cards from those found in buildings any time, but particularly after facilities are closed. Arrangements for obtaining identification cards with photograph may be made by calling the Director of DPS.

All doors should be locked when offices or enclosed areas are left unattended. Missing property should be reported immediately to the DPS and the Ann Arbor police.

When reporting a crime in progress or other emergency such as serious injury, illness or a fire, dial 911 from any University telephone.

The University has 54 emergency kiosk-type telephones located throughout the campuses. The use of these telephones is free. No dialing is necessary; just pick up the receiver and

UM-MM-000476

Processing Office of the University. Gifts of library material, however, are channeled through a designated person or office within a library, such as the Exchange and Gift Section of the University Library. Gifts should be acknowledged without valuation indicated on the acknowledgment form. It is desirable that donors place no restrictions on the handling or disposition of gift materials. Any proposed restrictions should be discussed with the director's office of the appropriate library. Arrangements may be made for the identification of individual gift volumes by appropriate bookplates or similar markings.

## Use of Information Resources, Technology and Networks

It is the policy of the University that information resources will be used by members of its community with respect for the public trust through which they have been provided and in accordance with policy and regulations established from time to time by the University and its operating units. Further, it is the policy of the University to maintain access for its community to local, national and international sources of information and to provide an atmosphere that encourages access to knowledge and sharing of information. In accordance with these policies, the University characterizes as unethical and unacceptable -- and just cause for taking disciplinary action up to and including non-reappointment, discharge, dismissal and/or legal action -- any activity through which an individual:

## FOOTNOTES

[1] **Standard Practice Guide 601.1**, "University Policy on Freedom of Speech."

UM-MM-000477

your call is automatically connected to the DPS dispatch officer.

All staff members and especially those in a supervisory position are responsible for maintaining conditions that will provide for the safety, well being and safe conduct of all people who report to them or who frequent the area of their jurisdiction. Instructional staff members and supervisors should see to it that other staff members and all students recognize the importance of safety and assist in the maintenance of safe working conditions.[3]

## Traffic Regulations on Campus

The Regents have adopted their own traffic regulations and some provisions of the Ordinance Code of the City of Ann Arbor.

## Use of University Equipment and Facilities

Faculty who hold regular appointments are permitted to use University equipment at off-campus locations whenever it will benefit the teaching, research, public service or administrative activities of the University. Requests for off-campus use of equipment require the approval of the department head who is responsible for the equipment and is of higher administrative authority than the requester. Contact the Property Control Office for request forms.[4]

There are University policies governing the use of University facilities by groups or organizations. When University facilities are used for fund raising by University organizations and when non-University groups seek to use facilities, the Office of the Associate Vice President for Business Operations will require a deposit and the execution of a formal agreement.

Library building facilities, whether these are study and reading areas or designated meeting rooms, are to be used for University or library business or for the accommodation of the activities of registered students and staff organizations on campus. Any use of such facilities must be scheduled in reasonable time in advance of a program with the librarian in charge or a designated staff member handling such scheduling.

## Travel Policy

The University publishes travel rules setting forth policy regarding the reimbursement of expenses for those traveling on business authorized by the University. Individuals expecting reimbursement for travel expenses should become familiar with the policies and procedures described in the *Standard Practice Guide*, which may be obtained from department or school/college offices.[5]

## University Representation and Use of the University Seal

Members of the instructional and primary staffs and University officers may be appointed as delegates by the Regents or the President to represent the University at academic ceremonies and on other appropriate occasions. Delegates may not commit the University to any doctrine, policy or action without first obtaining the approval of the Regents.

Faculty members are encouraged to participate in community and scholarly activities. It is expected that each individual will make certain that comments on public affairs are presented as his/her own views and are not offered as in any way official statements or statements of policy of the University of Michigan.

In connection with activities of staff members off the campus, the

UM-MM-000478

Information Services will provide biographical data and portrait photographs without charge to agencies sponsoring such activities. The members of the staff are responsible for keeping these files up to date.

The seal and name of the University are to be used only for official University purposes and in connection with University programs. Any exception to this general rule must be approved by the Secretary of the University. Use of the stylized version of the Seal should be limited to those applications in which an informal representation is appropriate.

The Block "M" and other University logos are registered trademarks with the State of Michigan and the U.S. Patent and Copyright Office and cannot be used without the approval of the University. Both the use of the logo and the product on which it is to be used must be approved.

## Sexual Harassment

The University enforces a strict policy against sexual harassment between employees or employees and students.[6] Examples of sexual harassment are sexual advances and requests for sexual favors where submission or rejection is used to make employment or education decisions. Sexual harassment also includes creating a sexually abusive environment that unreasonably interferes with an individual's employment or education.

A person experiencing sexual harassment should report it to a dean, director, department head, Human Resources & Affirmative Action, Center for the Education of Women, or the Department of Public Safety. Confidential counseling is also available.

The University does not prohibit consensual relationships between employees or employees and students. However, if one of the parties has

decision-making authority over the other, as in a supervisor/employee or teacher/student situation, the relationship must be disclosed to the appropriate administrative supervisor so that arrangements can be made for objective evaluation of work or educational performance and related decisions.

## FOOTNOTES

[1]   Michigan Freedom of Information Act, MCL 15.231 et seq.

[2]   Open Meetings Act, MCL 15.621 et seq.

[3]   **Standard Practice Guide** 510.1, "Public Safety and Security Services."

[4]   **Standard Practice Guide** 518.2, "Off-Campus Use of University Equipment."

[5]   **Standard Practice Guide** 501.4-1, "Travel Policies and Procedures." Also see "Other Services" for additional information on the University's Travel Services and Programs.

[6]   **Standard Practice Guide** 201.89, "Sexual Harassment." The Sexual Harassment policy is printed in full at Appendix C.

UM-MM-000479

## XX.  OTHER SERVICES

### Alumni Records Office

The Alumni Records Office assembles and maintains records on University Alumni, making them available to schools, colleges, institutes and departments within the University in connection with University programs.

Requests for alumni address lists and labels or for use of alumni biographical data requires advance arrangements with the Alumni Records Office.

### Bus Service

Regular bus service is maintained between the athletic, central, medical, and north campuses. These University buses are provided without charge for University students, faculty and staff. Buses operate on schedules which vary depending upon the academic term and holiday seasons. Commuter routes serve those areas described in "Parking" where employees may park their cars without charge. Route maps and schedules may be obtained at information desks around campus or from the Transportation Services Office at 1213 Kipke Drive. In addition to the regular bus service, Transportation Services provides accessible transportation to students, faculty and staff through a combination of lift equipped transit coaches, small buses, and cabs. Service is available 363 days a year, 24 hours a day to and from campus destinations.

### Campus Maps and General Information Brochures

The Campus Information Center (763-INFO) on the first floor of the Michigan Union provides information about the University of Michigan's offices, services, programs and events. CIC hands out campus maps and publishes several types of Visitor Information Brochures. For events listings only, CIC has an events database that can be accessed free through MTS (just type UM-CIC at the Which Host? prompt) and two 24-hour taped lines: Campus Movies (763-FILM) and Campus Events (76-EVENT). An additional location is the North Campus Information Center (763-NCIC) in the lobby of the North Campus Commons. With many of the same services as the Union office, NCIC provides detailed information on the Schools, Colleges, and buildings located on North Campus.

### Counseling

The staff and resources of the University are available to staff members to provide advice, counsel, or referral in such areas as housing and finance problems, relations with supervisors, employment discrimination, visas, alcoholism, drug problems, physical and mental illness and other subjects related to employment at the University. Faculty members wishing such assistance may inquire of the Faculty and Staff Assistance Program offices.

### Credit Union

The U-M Employees Credit Union and Hospital and Health Services Credit Union are nonprofit associations serving only their memberships. They do not do business with the general public. Membership in the credit unions is open to all active or retired employees of the University and University Hospitals and their immediate families.

Officers are elected by the members and serve without compensation. Savings of the members are protected by internal audits, a $1 million fidelity bond, regular examinations by the State Banking Department and participation in the Michigan Credit Union League's stabilization service.

UM-MM-000480

The University provides payroll deduction to the Credit Union for savings and repayment of loans as well as the deposit of entire paycheck.

Further information about any of the above is available from the Benefits Office.

## Emergency Aid

Emergency numbers may be dialed from any University Centrex system telephone accessible to staff members. For any emergency, dial 911.

After calling an emergency number, the caller should indicate the precise nature of the emergency, the type of aid required and his or her own name and location.

## Emergency Evacuation Procedures for Classroom Buildings

The following information is designed to offer some general guidance regarding emergency evacuation procedures. These suggestions, from the Council on Disability Concerns, specifically take into account the needs of people with disabilities who may be in the building at the time of the emergency.

Prior to an emergency, faculty teaching classes should:

1.    At the first class meeting, take a few moments to inform the class about the escape routes and the evacuation destination. Inform students that, in an evacuation situation, the class should leave the building in a prompt and orderly fashion.

2.    Faculty should determine if there are any students with disabilities (particularly visual, hearing, or mobility impairments) in their classroom. If so, encourage these students to establish a buddy system to help ensure that any needed evacuation assistance will be

available to them in an emergency. Buddies should arrange emergency signals in advance with hearing impaired students. Students with visual impairments may ordinarily be quite independent, but guide dogs may become disoriented in smoke or other emergencies so students who have them may still need assistance. Students with disabilities should contact the building coordinator to report potential obstacles to safe evacuation.

In the event of an emergency, faculty teaching classes should:

1.    Turn off all lights and electrical equipment and close all doors, including those of classrooms and offices after everyone has evacuated.

2.    Help ensure that people evacuate the building in a prompt and orderly fashion. Inform students of the predetermined evacuation point if one exists.

3.    If it is not possible to exit the building, look for "areas of refuge," like stair enclosures or the other side of corridor fire doors. Sometimes it may be safer to stay in the room.

4.    Any injured or trapped persons or those who cannot use stairs should be reported to Public Safety or to the building coordinator if one has been identified.

5.    Wait for further direction from Public Safety or the building coordinator before re-entering the building.

6.    Mobility-impaired persons should not be evacuated by untrained personnel unless the situation is life-threatening. If there is no immediate danger, consider leaving the student where he or she is, and immediately inform Public Safety of the student's location, or call 911 for assistance. In a life-threatening situation where immediate evacuation is necessary, the following options may be exercised:

UM-MM-000481

The list contains names, resumes, and information about the fees of all attorneys who have indicated an interest in being on the list. The list is not selective, and the Council takes no responsibility for the quality of the legal advice or services provided by anyone on it. It is the responsibility of the faculty or staff member who chooses to consult any attorney on the list to monitor the performance of that attorney.

## Lost and Found

Many buildings keep lost and found items for a brief period. Valuable items such as wallets, keys, and checkbooks not claimed within a short time are forwarded to the University Department of Public Safety located on Kipke Drive (763-1131).

## Mail Service

The Campus Mail Service provides daily collection and delivery of official University mail on the Ann Arbor Campus to all buildings housing a University office. Connecting service to Dearborn and Flint campuses is also provided. To help insure prompt campus service, mail should be addressed by name, department, room and building designation, and campus zip.

Information concerning either campus mail service or U.S. mail may be obtained from the Mail Service Office, 1032 Greene Street (764-9227).

## Maintenance

Maintenance and repairs that are not a responsibility of the custodial staff of a building are provided by the Plant Department's staff of carpenters, electricians, plumbers and others. The need for repair work should be reported to the appropriate area supervisor or to the Central Order Service of the Plant Department.

## Marketing Communications

Marketing Communications is a professional editorial and graphics design staff which assists units of the University in conceiving, planning, and executing promotional materials. It performs these functions for University units on a fee-for-service basis. Several general University publications are published and sold by Marketing Communications. Among these are the *Faculty-Staff Directory*, campus maps, the *U-M Facts Folder*, *Profile*, and the *Planning Guide* academic calendar.

## Media Resources Center

The Broadcasting Service makes it possible to extend the resources of the University for the educational and informational benefit of the citizens of the University.

Radio stations WUOM, Ann Arbor, WFUM, Flint, and WVGR, Grand Rapids, schedule the appearance of faculty, staff and students in panel discussions, lectures, interviews, concerts and news reports. Extensive archives of recorded materials are maintained and made available to faculty members for instructional purposes. WUOM also assists members of the faculty in preparing and recording broadcasts requested by outside organizations.

WFUM-TV/Channel 28 is a noncommercial, public television station licensed to the Board of Regents of the University of Michigan and operated by the University of Michigan–Flint. Station offices and studio are located in the Mott Memorial Building on Court Street.

As part of the University of Michigan–Flint, Channel 28 is involved in the support of a number of academic or academically-related activities. The station staff contributes to the Communication Program offered by the English Department and the facilities of

UM-MM-000482

the station are used in the production-related aspects of course offerings. In conjunction with PBS, the station also offers a number of adult telecourses available for credit through the University of Michigan--Flint and area colleges.

In addition to its studio facilities, Channel 28 works closely with the Learning Resources Center (LRC) in 457 Classroom-Office Building. The LRC and Channel 28 share facilities, equipment repair and personnel.

## Medical Center Public Relations

The Office of the Medical Center Public Relations with headquarters at the University Hospitals, provides communication services for all of the University Hospital and the Medical School. The Office of the Medical Center Public Relations, which is an extension of the Medical Center's Planning and Marketing Office, utilizes all media, including campus communications resources, to interpret health science programs to the public.

Because of its location and its special responsibilities to the Hospitals, this office maintains all liaison responsibilities between the Hospitals' director and the news media, as well as between all Hospitals' personnel and such media. It is the primary source of information to the media about patients hospitalized in the institution. A bi-weekly *Bulletin* contains announcements with respect to administration. A monthly employee publication (the *Hospital Star*) is issued. The office conducts an organized tour program, produces patient literature and *Medical Staff Briefings*, and coordinates announcements and feature stories about the Hospital.

The office is also responsible for publications issued by the health sciences units. These include the *Advance*, which is published three times per year and which includes articles of interest to alumni, foundations, and the media about the University Hospital, and the Medical School.

## Mental Health Emergency Procedures

The University of Michigan recognizes that some instances of emotional problems on the part of students or staff members may result in disturbed or threatening behavior. The University seeks through referral or intervention to ensure that appropriate professional care is available for members of the University community who exhibit such behavior. Additionally, the University recognizes that some instances of psychiatric emergencies may pose serious threats to the well being of other University community members or represent disruptions of the academic process that cannot be permitted.

Within a framework that ensures respect of the legal rights of every person, the University desires to provide or arrange appropriate professional intervention when disturbed or threatening behavior is identified. In such instances, the University also desires to ensure the safety of all concerned and that the integrity of the educational process is not violated.

If you believe someone is an immediate threat or danger to you or others, call the Department of Public Safety (911 or 763-1131). If you believe someone may need assistance because of a mental health emergency, you can call the Faculty and Staff Assistance Program or Psychiatric Emergency Service at University Hospitals which is co-sponsored by Washtenaw County Mental Health (996-5900). This 24-hour service provides consultation, assistance to individuals who walk in at the Hospital Emergency Room or outreach teams to anyone in the Ann Arbor community. Counseling Services provides consultation, and the Faculty and Staff Assistance Program provides evaluation

UM-MM-000483

and referral services.  If you think a student is in serious psychological difficulty and consultation is needed, you can call Counseling Services.

Faculty and staff members who are in a crisis or wish to seek help for any personal problem may receive evaluation and referral services, at no cost, from the Faculty and Staff Assistance Program (FASAP).

## Mortgages

First mortgage loans will be made for the purchase of a residence (up to and including a two-family dwelling or condominium) if the faculty member lives on site in the dwelling.  Loans will be available to retire a construction loan upon obtaining a certificate of occupancy. The University will issue a mortgage commitment letter to pay off the construction loan.

The mortgage program is available to all faculty members with full-time appointments at the University.  All loans must be approved by two of the following officers: the Executive Vice President and Chief Financial Officer, Associate Vice President for Finance, or Treasurer and Investment Officer.  To obtain information and applications, contact the University Investment Office.

## Notary Public

Many departments provide a notary public for staff and students.  For students' use, a notary public, as well as a wide variety of legal services, is available at Student Legal Services.  The notary public is free for students; a nominal fee will be charged for staff (3409 Union, 763-9920).

## Parking

University Parking Services maintains and administers staff, visitor

and other parking areas throughout all Ann Arbor campuses.  Parking areas are designated with signs indicating the type of lot and effective hours of enforcement. Staff parking areas include lots or structures identified as Staff Paid, Reduced Rate and Commuter Parking. Annual permits authorizing use of these areas are required, and are available to qualifying faculty and staff at an annual fee (NOTE:  Commuter permits are free). Permits are not valid at meters, in loading zones, or UM vehicle spaces.

Disabled parking is provided in all staff parking areas.  To use these spaces, display of the appropriate UM permit, along with a state disabled permit plate (from any state), is required.

To qualify for staff paid and reduced rate parking, you must have a regular appointment of at least 50% (20 hours).  This basic eligibility applies to most job classes; however, for some appointments other criteria are observed. To confirm your eligibility, contact the Parking Services Office.

Parking permits are required for staff parking areas at Dearborn and Flint campuses.  Permits are available at an annual fee.  Ann Arbor, Dearborn and Flint campuses observe a reciprocal parking policy by which staff paid permits from each campus are valid in equivalent parking areas on all campuses (i.e., Flint staff paid permits are valid in staff paid areas at Ann Arbor and Dearborn campuses).

## Photographic Services

Several offices provide photo duplication services on campus.  Photo and Campus Services is a service unit providing photography; film processing and printing; photo reproduction, slide making, darkroom space and camera equipment rental; camera repair and modification; custom film processing; Xerox and Ozalid duplicating services; laminating; photostatic service; and photo

UM-MM-000484

micrography. Charges are made against the department using the services at prices based on the cost of operation. Further information may be obtained by Photographic Services, B542 LS&A Building. In addition, Photo and Campus Services is one of the units participating in the microcomputer Sales Program and is the distributor for software and computer supplies for the campus.

Other services are available in various schools and colleges. Research-related photographic and photo-reproduction services are available through the Graphic Service unit of the Division of Research Development and Administration.

## Printing

Printing Services provides the University with a complete array of fine printing and duplication services ranging from four-color printing of brochures and publications to custom printing of all kinds, including press embossing and foil stamping. Ann Arbor's largest selection of printing papers is available at the main printing facility, located at 1919 Green Road, North Campus. Image-setting of both text and graphics is accessible from your disk or via the University network. Departments can eliminate the need for purchase orders and bidding by working directly with the University's printer.

## Purchasing Department

The procurement of supplies, equipment and services necessary for the operation of the University has been delegated to the Purchasing Department as the agency authorized to make commitments against University accounts for these purposes. The Purchasing Department is charged with the responsibility of conducting the purchasing function in a manner that will result in the greatest good for the University in conformance with established ethical practices.

## Room Assignments

Most of the classrooms in the College of Literature, Science, and the Arts are assigned by the Scheduling Office. Other classroom, office and work-space assignments are made by department chairs on the basis of space allotted by the dean of the particular unit and the appropriate vice president.

## Special Events

Special events are handled by the Vice President for University Relations. Assistance is available to University units in conducting such events as ground-breaking ceremonies, building dedications and other special ceremonies.

## Travel Services

The Travel Management Program is administered by the Travel Services Office. Services provided include selection and management of designated travel agents, negotiation of discounted fares and rates and shared dissemination of travel information to University travelers and travel arrangers.[1]

The University also has a credit card program in which University faculty and staff members who travel on University business may apply for corporate credit cards. Such cards are the primary means of financing official travel. Participation in the program is voluntary but strongly encouraged as there are benefits to both the University and the staff member.

## FOOTNOTES

[1] Standard Practice Guide 507.6, "Travel Arrangements."

UM-MM-000485

# Exhibit X-3

UM-MM-000486



# The University of Michigan

# Faculty

# Handbook

## Ann Arbor Campus

Fall 1998

http://www.umich.edu/~provost/handbook/

UM-MM-000487

# Chapter 12:

# University Records, Privacy, and Access to Information

| | | |
|---|---|---|
| 12.0 | General Principles | 71 |
| 12.1 | Freedom of Information Act (FOIA) | 71 |
| 12.2 | Personnel Records | 72 |
| 12.3 | Student Records | 73 |
| 12.4 | Faculty Handling of Student Records/References | 73 |
| 12.5 | Faculty Record Keeping | 74 |
| 12.6 | Electronic Privacy | 74 |

## 12.0  General Principles

It is University policy to strive to protect individual privacy in collecting, using, and releasing information about individuals associated with the University to the fullest extent permitted by law. Bylaw 14.07 states that the University will not release sensitive information without the consent of the individual involved unless required to do so by law. Individuals who provide information to the University are expected to provide truthful and timely information and to inform the University of any known inaccuracies in the University's records.

In addition to University policy, several statutes address privacy of and access to University records. These include the Michigan Freedom of Information Act (FOIA), which governs access to all University records (see Section 12.1); the Michigan Bullard-Plawecki Employee Right to Know Act, which governs access by employees to their personnel records (see Section 12.2); and the federal Family Educational Rights and Privacy Act (FERPA), which governs access to student records (see Section 12.3).

## 12.1  Freedom of Information Act (FOIA)

As a public institution in the State of Michigan, the University is subject to provisions of the state's Freedom of Information Act (FOIA), MCLA 15.231 et seq. Under FOIA, "all persons are entitled to full and complete information regarding the affairs of government and the official acts of those who represent them as public officials and public employees...." Consequently, any individual or organization has the right to inspect and/or receive copies of public records maintained by the University.

A "public record" is very broadly defined and liberally construed by the courts as any writing prepared, owned, used, in the possession of, or retained by the University in the performance of an official function. A "writing" includes papers, pictures, sound recordings, electronic media, and every other means of recording or retaining meaningful content. It is important for faculty to recognize that many of the records they keep as part of their University duties are subject to disclosure under FOIA.

The law recognizes that in some instances the public interest may be better served by not disclosing information. FOIA provides a number of exemptions ranging from matters of privacy to confidential research-related information. However, these exemptions are optional. The decision to withhold material is made by the University's FOIA officer, if necessary after consultation with other appropriate offices including the Vice President and General Counsel's Office.

Faculty on the Ann Arbor Campus who receive a FOIA request should forward it immediately to the

UM-MM-000488

University's FOIA Office, 6061 Fleming Building, by fax (763-1399) or other prompt means. Faculty at UM-Flint and UM-Dearborn should immediately send any FOIA request they receive to the campus FOIA coordinator who will forward the request to the FOIA office in Ann Arbor for a response. Dearborn FOIA coordinator: 313/593-5190; Flint FOIA coordinator: 810/762-3150.

The University has five business days from receipt of the request to respond, although the FOIA Officer can extend the deadline an additional ten business days if necessary. The denial of a request can be appealed to the President of the University and/or reviewed by a circuit court.

For more information, contact the FOIA office at 763-5082 or obtain a copy of the brochure A *Faculty/Staff Guide to Complying with Michigan's Freedom of Information Act*, available from the FOIA office on the Ann Arbor Campus.

## 12.2 Personnel Records

Personnel files are maintained for different purposes in various administrative units throughout the University. Personnel files or records are governed by regulations established by the University including Bylaw 14.07 (discussed in Section 12.0) and SPG 201.46. SPG 201.46 also defines "personnel record." These policies are designed to protect the privacy of information contained in individual personnel files to the extent permitted by law.

In addition, the Bullard-Plawecki Employee Right to Know Act, MCLA 423.501 et seq., grants to employees the right to inspect their own personnel files. Personnel records are any records identifying an employee which are kept by an employer and are used to determine an employee's qualifications for employment, promotions, transfers, additional compensation, or disciplinary action. There is certain information which the Act does not require be disclosed to an employee including, among other things, employee references that would identify the person making the reference, medical reports and records made or obtained by the University if the reports and records are available to the employee from the doctor or medical facility involved, and personal information concerning someone other than the employee if disclosure would be a clearly unwarranted invasion of the other person's privacy.

Employees may review their own University personnel files located in the Faculty and Staff Records Office in the presence of a representative from the Human Resources Records and Information Services (HRRIS). Personnel records maintained by schools, colleges and other units are also available for inspection as required by law and pursuant to the policy established by the unit.

Another individual's personnel file is available to members of the University community only when it is needed in fulfilling University functions. Records or information from personnel files may be made available to individuals or agencies outside the University only if such action legitimately serves the purpose of the University and the staff member consents or if the University is required by law to release them. (As indicated above, "personnel record" is defined in SPG 201.46.)

Requests for information in personnel files from government agencies or other investigatory bodies, or through court order or subpoena should be referred to the Office of the Vice President and General Counsel. As noted in Section 12.1, requests for information under the Freedom of Information Act (FOIA) should be referred immediately to the FOIA office. Recent decisions in the Michigan Court of Appeals and the Michigan Supreme Court have limited the ability of the University to protect information contained in personnel records from disclosure under FOIA. If disclosure of a staff member's files is required through any of these means, the University will make all reasonable efforts to notify the staff member as quickly as possible, unless such notice is prohibited by law.

Information published in the *Faculty/Staff Directory* and the x.500 file (see Section 20.4.6, "On-line Campus Directory—x.500") is available to any member of the general public. Faculty and staff can elect to withhold their home addresses and home telephone numbers from being published in these directories by contacting Records and Information Services office, 4073 Wolverine Tower, 764-9250, or for the Medical Campus contact, Staff Records, Medical Center Employment Office, 300 N18A04, 647-2385. Faculty may obtain copies of the Faculty/Staff Directory through their academic units.

UM-MM-000489

## 12.3  Student Records

Except for certain public information, student records are regarded as confidential and are maintained by the University primarily to benefit students in their educational and professional advancement. Access to student records are governed by the federal Family Educational Rights and Privacy Act (FERPA), 20 USC 1232g, and the regulations under that statute. As required by FERPA, the University has adopted a policy on student records. That policy, the University of Michigan Student Rights and Student Records Policy, is published in the "Official Course Time Schedule" for the Ann Arbor Campus and is also available for viewing at <http://www.umich.edu/~regoff/rights.html>.

FERPA applies to records that relate to any current or former student. A "student" is defined as anyone who is or has been in attendance at the University. FERPA does not apply to records containing information gathered after a student has graduated or otherwise left the University. As a general rule, it also does not cover individuals who have applied but were not admitted or who were admitted but did not enroll.

A "record" means any information recorded in any way, including handwritten, print, computer media, video or audio tape, film, photographs, microfilm, or microfiche. There are a number of records relating to students that are not subject to FERPA including: records that relate to a student as an employee; records maintained by the Department of Public Safety for law enforcement purposes; medical, psychiatric, and psychological records; and notes prepared by an administrator or faculty member that are used only by that person and are not shared with anyone else.

Generally, FERPA and University policy prohibit disclosing without a student's written permission most information contained in student records to anyone outside the University, including a student's parents, or to University employees unless the employee demonstrates a legitimate educational interest consistent with his or her official function for the University and consistent with usual professional and legal practices. FERPA sets forth limited circumstances under which information in a student's records can be released without the student's prior written permission. Requests for information from a student record from anyone other than the student or a University employee who has a legitimate educational interest should be directed to the Office of the Registrar. Requests for information from a student record from a University employee should be directed to the office that maintains the student record in question, and in such cases, the employee must demonstrate a legitimate educational interest consistent with his or her official function for the University and consistent with usual professional and legal practices. FERPA gives students the right to inspect and obtain a copy of their own records with certain limited exceptions. Many units have identified individuals to whom students need to make such requests for access. The Web site with the University of Michigan Student Rights and Student Records policy (URL above) lists many of the offices that maintain student records. Finally, FERPA provides a mechanism for a student to challenge and respond to information contained in his or her student records.

Anyone having access to student records, including faculty, is expected to be familiar with and observe the University's policy on student records. The Office of the Vice President and General Counsel (4010 Fleming, 764-0304) can assist with questions regarding FERPA.

## 12.4  Faculty Handling of Student Records/References

FERPA directly affects faculty in their handling of information relating to students. For instance, FERPA prohibits the posting of grades by the student's name or the student's ID number. Grades can be posted by using randomly assigned numbers known only by the faculty and the individual student or by using the last four digits of the student ID numbers in such a way that individual privacy is protected (e.g., not listing the students in alphabetical order). A system must also be used in returning student tests and papers to prevent access and/or release to anyone other than the student.

Faculty provide an important service for students when they write letters of recommendation on request by the student. In writing these letters, however, faculty members should take care to provide information based on personal observation or knowledge. In addition, faculty should not respond to a third party's request for a reference for a

73  🖃

student without that student's prior consent. The University of Michigan Career Planning and Placement Office (3200 SAB, 764-7460) publishes a guidebook for faculty, Graduate Student Instructors, and staff, that provides additional information. It is entitled *Writing Reference Letters*, and is available at no cost from that office.

## 12.5  Faculty Record Keeping

All faculty and staff are strongly encouraged to be diligent in creating and maintaining records related to their University functions. Information kept in University files should be as accurate as reasonably possible and directly relevant to a legitimate University purpose. Questions about what to keep in a file and how long to keep it can be directed to the following organizations:

- for faculty and staff records: HRAA, Records and Information Services (764-9250)
- for student records: the Registrar (764-9220)
- for general legal information: the Office of the Vice President and General Counsel (764-0304).

## 12.6  Electronic Privacy

At the University of Michigan, personal electronic mail and personal computer files are considered private to the fullest extent permitted by law. Ordinarily, access to personal electronic mail or computer files requires the permission of the sender/recipient of a message or the owner of the file (the person to whom the account ID is assigned), a court order, or that access be otherwise required by law. In the event of a University investigation for alleged misconduct, e-mail or files may be locked or copied to prevent destruction and loss of information. For further discussion, including policy interpretations and interpretative guidelines, see SPG 601.11.

The University also has a policy and guidelines regarding electronic access to potentially offensive material which attempts to balance the right of members of the University community to access whatever electronic material they need and to express themselves freely with the responsibility not to expose others to material they find offensive. (SPG 601.16) Questions about this policy can be sent via email to <it.policy.studies@umich.edu>. See also Section 20.2, "University Policies Concerning Use of Technology."

UM-MM-000491

# Chapter 20:

# Technology and Communications

| | | |
|---|---|---|
| 20.0 | General Principles | 109 |
| 20.1 | Information Technology Division (ITD) | 109 |
| 20.2 | University Policies Concerning Use of Technology | 110 |
| 20.3 | Copyright | 110 |
| 20.4 | Computing Resources and Support | 111 |
| | 20.4.1 Basic Computing Package: Getting Started | 111 |
| | 20.4.2 Campus Computing Sites | 111 |
| | 20.4.3 Adaptive Technology Computing Site | 111 |
| | 20.4.4 Connecting to the Campus Network | 112 |
| | 20.4.5 E-Mail | 112 |
| | 20.4.6 On-line Campus Directory - x.500 | 112 |
| | 20.4.7 Computer Support | 112 |
| | 20.4.8 University-provided Software | 113 |
| | 20.4.9 Computer Sales Program | 113 |
| | 20.4.10 Services Based on Class Enrollment | 113 |

| | | |
|---|---|---|
| | 20.4.11 Statistics and Computation Service | 113 |
| | 20.4.12 Additional Services | 113 |
| 20.5 | Technology Facilities and Programs | 114 |
| | 20.5.1 Academic Outreach | 114 |
| | 20.5.2 Faculty Exploratory | 114 |
| | 20.5.3 Instructional Technology Lab | 114 |
| | 20.5.4 Knowledge Navigation Center | 114 |
| | 20.5.5 Media Union | 114 |
| | 20.5.6 New Media Center | 115 |
| | 20.5.7 Office of Instructional Technology | 115 |
| | 20.5.8 University of Michigan Instructional Environment | 115 |
| | 20.5.9 UMTV | 115 |
| 20.6 | Internet2 | 115 |
| 20.7 | Campus Phones/Fax | 116 |
| 20.8 | Mail Service | 116 |

## 20.0  General Principles

The University strives to maintain access to local, national, and international sources of information for the members of its community and to provide an atmosphere that encourages access to knowledge and the sharing of information. Toward that goal, it has extensive technology, communications, and media services available for faculty, students and staff. These centrally provided services are augmented by additional resources and support, including discipline-specific technology tools, provided by departments, schools and colleges, and other units.

A project is underway to revamp and coordinate the University's business processes and administrative information systems. Called M-Pathways, it is using new technology and integrated databases to create compatible information systems that will be available to all areas of the University. The project will be phased in during a four-year period beginning in 1998. Extensive information about M-Pathways can be found on the Web at <http://www.mpathways.umich.edu>.

## 20.1  Information Technology Division (ITD)

The University's Information Technology Division (ITD) provides many of the centralized technology resources for the Ann Arbor Campus, including the Basic Computing Package, the campus phone system and the campus cable TV network. The University's Chief Information Officer is also the Executive Director of ITD. The Information Technology Web site, ITweb, is continuously updated and has information about ITD-provided services as well as many other campus and vendor technology resources. The URL is <http://www.itd.umich.edu>.

The Flint and Dearborn campuses each have their own information technology support organizations. Faculty on either of these campuses should first check with their departments and then with their campus information technology organizations for information about available computing resources. Many of the Ann Arbor, ITD-provided services are available to Flint or Dearborn.

UM-MM-000492