# BRACEWELL & GIULIANI

Texas
New York
Washington, DC
Connecticut
Seattle
Dubai
London

Jonathan N. Halpern
Partner

212.508.6153 Office
212.938.3853 Fax

Jonathan.Halpern@bgllp.com

Bracewell & Giuliani LLP
1251 Avenue of the Americas
49th Floor
New York, New York
10020-1100

October 31, 2013

By Fax Number 212.805.7986

Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/13
```

Re: United States v. Martoma, 12 Cr. 973 (PGG)

Dear Judge Gardephe:

We respectfully submit this letter to the Court on behalf of Sidney Gilman, M.D., third-party intervenor, in the above-referenced action.

Last night we received a seven-page letter from defendant Martoma's counsel (Dkt. No. 90) regarding Mr. Martoma's motion to compel and Dr. Gilman's motion for a protective order following the University of Michigan's production of documents on October 24, 2013, pursuant to the Court's Order, dated September 24, 2013 (Dkt. No.75). We continue to review the University's production (containing approximately 2,362 pages of documents) and respectfully respect the opportunity until one week from today, November 7, 2013, to submit a response to the Court on behalf of Dr. Gilman.

Respectfully submitted,

Bracewell & Giuliani LLP

Jonathan N. Halpern

cc: Arlo Devlin-Brown, Esq.
Richard M. Strassberg, Esq.
Roberto M. Braceras, Esq.
(by email)

**MEMO ENDORSED**

The Application is **granted**.

SO ORDERED:

Paul G Gardephe, U.S.D.J.

Dated: Oct. 31, 2013