UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/13
```

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

Defendant.

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that jury selection will begin on **January 6, 2014 at 9:30 a.m.** in Courtroom 705 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Opening statements and the presentation of evidence – previously scheduled to begin on **January 13, 2014** – will now commence immediately after the completion of jury selection.

Dated: New York, New York
       November 12, 2013

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge