GOODWIN | PROCTER

Richard M. Strassberg
212.813.8859
rstrassberg@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

November 26, 2013

**BY ECF AND HAND DELIVERY**

Honorable Paul G. Gardephe
United States District Court for the
   Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    <u>*United States v. Martoma*, No. 12 Cr. 973 (PGG) (S.D.N.Y.)</u>

Dear Judge Gardephe:

We write on behalf of Mathew Martoma to notify the Court that the parties in *Securities & Exchange Commission v. CR Intrinsic Investors, LLC, et al.*, 12 Civ. 8466 (VM) (S.D.N.Y.) have agreed to a Stipulated Protective Order in that case. Enclosed herewith is a copy of the Stipulated Protective Order for your review and approval.

Respectfully Submitted,

*Richard M. Strassberg /Lmm*

Richard M. Strassberg

Enclosure