# EXHIBIT 47

# Bloomberg

# Martoma Faces Evidence From Trades to E-Mails, U.S. Says

By Bob Van Voris and Patricia Hurtado - May 14, 2013

Evidence against Mathew Martoma, the former SAC Capital Advisors LP portfolio manager charged with insider trading, includes e-mails from SAC and third parties and trading records, federal prosecutors said.

The U.S. also said in a filing in Manhattan federal court yesterday that it will disclose the identities of Martoma's co-conspirators in the alleged scheme, which prosecutors called the biggest ever, no later than July 31. The government has claimed Martoma shared inside tips on a drug trial with SAC founder Steven A. Cohen, who hasn't been charged or sued in the matter.

The disclosures came in the government's response to Martoma's request for a bill of particulars that would provide further detail on the charges against him. The government said its case, in which Martoma is charged with using the inside information to help SAC make $276 million in illegal profit and losses avoided on shares of Elan Corp. (ELN) and Wyeth LLC, is easily understood.

"This is a one defendant case, involving trades in two securities, both relating to the outcome of a single event: the public announcement of the drug trial results on July 29, 2008," Assistant U.S. Attorney Arlo Devlin-Brown wrote in the papers filed yesterday.

Cohen, the founder of Stamford, Connecticut-based SAC, has denied any wrongdoing. Martoma has pleaded not guilty.

Prosecutors claim Martoma got the illegal tips from a physician who was in charge of monitoring tests of bapineuzumab, or bapi, a drug to treat Alzheimer's disease.

Martoma's lawyer, Richard Strassberg, didn't immediately respond to a voice-mail message seeking comment on the government's filing.

The case is U.S. v. Martoma, 12-cr-00973, U.S. District Court, Southern District of New York (Manhattan).

To contact the reporter on this story: Bob Van Voris in New York at rvanvoris@bloomberg.net; Patricia Hurtado in New York at pathurtado@bloomberg.net

To contact the editor responsible for this story: Michael Hytha at mhytha@bloomberg.net

®2013 BLOOMBERG L.P. ALL RIGHTS RESERVED.