# EXHIBIT B

Phillipp Villhauer                                                July 17, 2012

Page 1

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )
                                 )
ELAN CORPORATION, PLC            ) FILE NO. NY-8152
                                 )

WITNESS:   PHILLIPP VILLHAUER

PAGES:     1 - 185

PLACE:     Securities and Exchange Commission
           3 World Financial Center
           New York, New York

DATE:      July 17, 2012

           The above-entitled matter came on for
hearing at 10:10 a.m.

Page 2

APPEARANCES:

On behalf of the Securities and Exchange
Commission

    CHARLES D. RIELY, ESQ.
    AMELIA A. COTTRELL, ESQ.
    NEIL HENDELMAN
    Securities and Exchange Commission
    3 World Financial Center
    New York, New York 10281

    MARTIN B. KLOTZ, ESQ.
    MILI G. DESAI, ESQ.
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019-6099

    GEOFFREY CHEPIGA, ESQ.
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064

Page 3

1    PROCEEDINGS
2        MR. RIELY: We are on the record at
3    10:10 on July 17, 2012 at the New York Regional
4    Office of the SEC.
5    PHILLIPP VILLHAUER,
6        having first been duly sworn by a Notary
7    Public of the State of New York, was examined and
8    testified as follows:
9    EXAMINATION BY
10   MR. RIELY:
11       Q. Will you please state and spell your
12   full name.
13       A. Phillipp, P-H-I-L-L-I-P-P, two Ps on the
14   end, V-I-L-L-H-A-U-E-R.
15       Q. Any middle name?
16       A. No middle name. There might have been a
17   middle name that was taken away from me years ago,
18   Estadius, but it was because I didn't like it and
19   I think my mom might have removed it, so. You
20   might see it on there, you might not, but I go by
21   Phillipp Villhauer.
22       Q. My name is Charles Riely. Also present
23   with me are my colleagues Amelia Cottrell and Neil
24   Hendelman. We are members of the Division of
25   Enforcement of the United States Securities and

Page 4

1    Exchange Commission and are officers of the
2    Commission for the purposes of this proceeding.
3        This is an investigation by the
4    Securities and Exchange Commission entitled Elan
5    Corporation, PLC, file number NY-8152, to determine
6    whether there have been violations of certain
7    provisions of the Federal Securities Laws.
8    However, the facts developed in this investigation
9    might constitute violations of other federal or
10   state, civil or criminal laws.
11       Prior to opening the record you were
12   provided with a copy of the Formal Order of
13   Investigation in this matter. It will be available
14   for your examination during the course of this
15   proceeding. Okay?
16       A. Okay.
17       Q. Have you had the opportunity to review
18   the Formal Order?
19       A. I have.
20       Q. Prior to the opening of the record you
21   were also provided a copy of the Commission
22   Supplemental Information Form 1662. A copy of that
23   notice has been marked as Exhibit number 1.
24       Have you had an opportunity to read
25   Exhibit number 1?

**Page 113**

1 THE WITNESS: I have not.
2 Q. We looked at e-mails and instant
3 messages between you and Mr. Martoma. Is there a
4 reason why Mr. Jandovitz wasn't cc'd on the
5 e-mails?
6 A. I think initially he probably wasn't
7 cc'd because of the visibility concern, but at some
8 point he was then cc'd in or known about it because
9 of probably the journal entries that occurred in
10 the account and he was looking at Martoma's account
11 and saw that the parameters had changed and the GMV
12 had changed and the P&L had changed and at that
13 point Matt probably let him know.
14 Q. Between Monday, July 21st and Friday,
15 July 25th, did anybody besides you and Mr. Cohen
16 and Mr. Martoma know about the sell orders in Elan?
17 A. I don't recall, but best guess is yes.
18 At some point there were probably other people
19 trading it. Steve was very open in the mic of
20 making sales. So, I'm sure at some point someone
21 put two and two together.
22 Q. When you say he was open about making
23 sales in the mic, what are you referring to?
24 A. He would probably say something like,
25 sell another 200, and at some point it just, you

**Page 114**

1 know, it's an open room on an open mic and probably
2 slowly internally leaked out, best guess.
3 Q. When you refer to sell another 200, are
4 you referring to his orders in Elan?
5 A. Yes.
6 Q. And when he gave you the orders the week
7 of July 21st, did you refer to the stock price that
8 he was giving the order for?
9 A. I don't recall. But, you know, Steve is
10 a funny guy that you have to kind of understand
11 what he is talking about and do it. So, there's a
12 chance he said Elan, there's a chance he said sell
13 the 200 I knew what he was talking about. But it's
14 an open environment and it's fast and notorious and
15 I know to this day that Elan wasn't the only stock
16 we were trading. There were probably 250 other
17 stocks that we were trading at the same time, so.
18 Nothing seemed out of source about anything that
19 was going on at any point in time.
20     MR. RIELY: Off the record at 12:50.
21     (Break was taken.)
22     MR. RIELY: We are back on the record at
23 1:35.
24 Q. Mr. Villhauer, while we were off the
25 record we didn't have any conversations about the

**Page 115**

1 substance of this investigation, correct?
2 A. Correct.
3 Q. Can you turn again to Exhibit 36. I
4 wanted to direct your attention to the portion of
5 the paragraph where it says, "this was executed
6 quitely and efficiently over a four day period
7 through algos and dark pools."
8 A. Yes.
9 Q. What did you mean by algos?
10 A. Like we talked about earlier, the algos
11 are electronic mechanisms to execute, and algos are
12 the general term for any electronic execution venue
13 that the sell side has been providing us with. And
14 the dark pool are exchanges or pockets of liquidity
15 that are internalized at those specific firms that
16 don't necessarily route out to the open markets,
17 i.e., the exchange. So, they sit in this venue and
18 if there's a match you execute it, and if you don't
19 it's not routed out to like the New York or the
20 NASDAQ. So, it was a quiet way for us to find
21 liquidity and to, obviously, others to provide
22 liquidity.
23 Q. In the week of July 21st who made the
24 decision as to how to execute the trades in Elan?
25 A. Specifically to execute the trades, it

**Page 116**

1 was probably me and some of the other traders who
2 were trading it. But, again, I think these trades
3 were coming in piece mail. So, any point in time
4 if there was a circumstance where the trade moved
5 too much there was complete possibility that Steve
6 walked away and asked me, you know, how did we
7 execute that, what fills did we get, who did we do
8 it through and things like that, so.
9 Q. Focusing on the trades in the week July
10 21st in Elan. Was it you or Mr. Cohen who decided
11 to use dark pools and algorithmic trade platform to
12 execute trades?
13 A. Probably a combination of both. I
14 probably suggested it and he probably agreed with
15 it.
16 Q. What makes you say that?
17 A. Just based on the fact that he wanted to
18 keep slippage down and, you know, I would guess
19 that I probably said, well, the best way to keep
20 that down is to execute through algorithms and dark
21 pools.
22 Q. You referred before to the fact that
23 Mr. Cohen wanted to keep internal leakage limited;
24 is that correct?
25 A. Correct.

Page 117

1   Q.  What steps did you take to keep the
2   internal leaks limited?
3   A.  As far as I remember truly the only step
4   was to talk to operations and create a counter to
5   keep it at limited access, and that was either
6   Rachel D'Antonio or Mike Leaparty.
7   Q.  Aside from that step, did you take any
8   other steps to prevent internal leakage?
9   A.  No.
10  Q.  You used the term internal leakage
11  before, what did you mean by that?
12  A.  What I meant by that was an
13  understanding that there are many, many portfolios
14  and portfolio managers at the firm and they were
15  all working independently, and leakage occurs when
16  someone else finds out what the other person is
17  doing. And it doesn't necessarily mean much, but
18  Steve wanted to make sure that as far as trading
19  specific stocks, internal leakage was kept at a
20  minimum of people not knowing what he was doing in
21  certain names at certain times because there are
22  PMs that might have had positions in stocks against
23  it or for it. I mean there's no centralized desk,
24  so. There are oftentimes that PMs are on both
25  sides of the trade and they don't know it, and he

Page 118

1   wanted to keep it that way.
2   Q.  In 2008 did Mr. Cohen raise the desire
3   to not have internal leakage with Elan
4   specifically?
5   A.  Specifically there was concern with many
6   stocks. Elan was probably brought up as one of
7   those, but it wasn't just Elan. There were -- like
8   I said before, there were sizeable positions on the
9   Intrinsic side that I think concerned him when the
10  market liquidity was falling off rather quickly.
11  Q.  What were the other securities in which
12  you had similar concern?
13  A.  I don't recall, but the Intrinsic model
14  was essentially run as almost a long only model, so
15  there were a lot of sizeable positions in that
16  book.
17  Q.  Exhibit 36 references a position 10.5
18  million shares of Elan in four different
19  portfolios.
20  A.  Right.
21  Q.  And it references an average price of
22  3,421.
23  A.  Right.
24  Q.  Are you aware of other positions in 2008
25  that were as big or bigger than the Elan position?

Page 119

1   A.  There were some, I don't know
2   definitively by size, but I know at one point we
3   were sizeable in Citibank, we were sizeable in a
4   Porsche Volkswagon spread that kind of exploded on
5   us too. So, there were a lot of positions that
6   were sizeable based on what the market was doing.
7   Q.  The e-mail references 10.5 million
8   shares at an average price of over $30, so that's
9   over $300 million of securities in four days,
10  correct?
11  A.  Yes.
12  Q.  Is there any other case in which you
13  sold over $300 million of one security in four
14  days?
15  A.  I'm sure there were. There were clearly
16  events in '08 that when -- whether it was an
17  earnings play where a company missed earnings that
18  -- there is probably scenarios where we got out of
19  positions in one day, not alone four days.
20  Q.  This e-mail is referring to trades
21  before the July 29, 2008 public announcement, do
22  you remember getting out of a position in that
23  security of over $300 million before a public
24  announcement.
25  A.  I don't recall, but based on the amount

Page 120

1   of shares we do, it's highly possible that along
2   the way we have done this, and some of them have
3   worked and some of them have not.
4   Q.  Sitting here today do you remember a
5   similar trade in 2007, 2008?
6   A.  I don't.
7   Q.  Who worked with you in making the sale
8   of 10.5 million shares of Elan the week of July
9   21st?
10  A.  When you say worked with me, you mean
11  worked on the execution side of it?
12  Q.  Let's start with the execution side.
13  Who worked with you on the execution side of these
14  orders?
15  A.  I don't recall, but it's entirely
16  possible Tim Jandovitz helped, it's entirely
17  possible that we had a couple other health care
18  traders that knew the space better than I did that
19  helped along the way too.
20  Q.  What makes you say that?
21  A.  Because that's our model, is that we
22  focus traders on specific sectors and they hone in
23  on that sector, so they have better relationships
24  with the sell side of those sectors, they talk to
25  position traders more often. So our model is set