# EXHIBIT C

Case 1:12-cr-00973-PGG   Document 117-3   Filed 12/06/13   Page 1 of 2

**Details**

**Serial #:** ▮▮▮▮                                    **Type:** FD302

**Document Title:** INTERVIEW OF MATHEW MARTOMA ▮▮▮▮

**Approval Date:** 11/07/2011
**Classification:** SN

**Contents:**

11/15/2011

On November 08, 2011, at approximately 9:10 pm, MATHEW MARTOMA ▮▮▮▮ was interviewed by SA B. J. Kang and SA Matthew T Callahan in front of MARTOMA's residence, 2464 West Maya Palm Drive, Boca Raton, Florida. MARTOMA's wife was present during the interview. After being advised of the identities of the interviewing Agents, MARTOMA provided the following:

MARTOMA is not represented by an attorney.

MARTOMA will obtain a lawyer and will have his lawyer contact SA Kang.

Note:
When the interviewing Agents advised Mathew Martoma that the interviewing Agents wanted to talk to Martoma about insider trading when Martoma was at SAC Capital, Martoma fainted for a few seconds. When SA Kang asked if the interviewing Agents should call EMS, Martoma's wife identified herself as a doctor and attended to her husband.

USAO_0003515