Page 1

BEFORE THE SECURITIES AND EXCHANGE COMMISSION

In the Matter of:           )
                            )
Elan Corporation, plc       )   File No. NY-8152
                            )
                            )

WITNESS:    STEVEN COHEN

PAGES:      1-253

PLACE:      Room 425
            Securities and Exchange Commission
            3 World Financial Center
            New York, New York

Date:       May 3, 2012

        The above-entitled matter come on for investigation at 10:10 a.m.

Steven Cohen                                                                     May 3, 2012

Page 25

1  Q    What was the range in which it varied?
2  A    You know, I am really not sure. My CFO would
3  know the total.
4  Q    Is it more than $10,000?
5  A    Yes.
6  Q    What is the approximate amount?
7  A    Like I said, you'd have to speak to my CFO.
8  The exact amount varied.
9  Q    Do you know if it was in the hundreds of
10 millions?
11 A    It could have been.
12 Q    Do you know if it was over a billion?
13 A    I doubt it.
14      MS. COTTRELL: Did you make the determination
15 to invest in Ridgeback?
16      THE WITNESS: I wasn't the only one who made
17 that decision.
18      MS. COTTRELL: Were you involved in that
19 decision?
20      THE WITNESS: Yes, I was.
21 Q    Why did you decide to invest in Ridgeback?
22 A    Because I think Wayne is a great investor.
23 Q    You mentioned Mr. Holman's wife. What is her
24 name?
25 A    Wendy Holman.

Page 26

1  Q    Do you have any interactions with Ms. Holman?
2  A    Only socially.
3  Q    Do you ever discuss security trades with her?
4  A    It's possible I could have.
5       MS. COTTRELL: What is Ms. Holman's job?
6       THE WITNESS: She works at Ziff Investments.
7       MS. COTTRELL: Is she a portfolio manager?
8       THE WITNESS: She might be. I believe at
9  some point she was.
10 Q    How frequently do you speak to Ms. Holman?
11 A    To?
12 Q    To Ms. Holman.
13 A    To Wendy Holman?
14 Q    Wendy Holman. Yes.
15 A    Only -- very infrequently. Usually at social
16 events.
17 Q    We talked before about Bapineuzumab and Elan.
18 I would like to focus your attention on the beginning of
19 2008. What was SAC's position in Elan in beginning of
20 2008?
21 A    I don't remember.
22 Q    Do you remember if it was bullish or bearish?
23 A    It was bullish.
24 Q    When you say bullish, what are you referring
25 to?

Page 27

1  A    I was just responding to your question.
2  Q    So by "bullish," would you agree that that
3  means believing that the stock would go up rather than
4  down?
5  A    So what is the question again?
6  Q    We are trying to define the term "bullish."
7  A    I would expect the stock to go up.
8  Q    If you were bullish?
9  A    That's right.
10 Q    So the beginning of 2008 you were bullish on
11 Elan. Correct?
12 A    I am not sure -- I believe so but I can't
13 tell you for certain at what point in 2008.
14 Q    Can you describe why you were bullish on Elan
15 at the beginning of 2008?
16 A    I believe it was on the recommendation of Mat
17 Martoma.
18 Q    Anybody else?
19 A    Can you rephrase the question again?
20 Q    The question was -- the first question was
21 why were you bullish in Elan, and your response was on the
22 recommendation of Mr. Martoma?
23 A    Right.
24 Q    My follow-up question was, anybody else?
25 A    On Elan, no. You know, there might have been

Page 28

1  others. You know, a lot of people were following that
2  stock so there could have been others.
3  Q    You said that you were bullish on Elan on the
4  recommendation of Mr. Martoma. Did I get that right?
5  A    Certainly he was one proponent of it.
6  Q    What was Mr. Martoma's advice and
7  recommendation concerning Elan at the beginning of 2008?
8  A    I don't remember what his recommendation was
9  in the beginning of 2008. I know in general he was
10 bullish on Elan.
11 Q    Why was he bullish?
12 A    He thought -- can we call the drug "Bap"?
13 Q    Sure.
14 A    He generally thought Bap would be a good drug
15 for Elan so he was positive on it.
16 Q    When you refer to Bap, you are referring to
17 Bapineuzumab?
18 A    That's correct.
19 Q    Did you have an understanding as to why he
20 thought it would be a good drug?
21 A    He generally had done work on it and
22 generally thought it was a good investment to make.
23 Q    What did he tell you about the work he had
24 done?
25 A    Well, he didn't fill me in on the details of

7 (Pages 25 to 28)

Page 29

1  his work. I know he spent a lot of time working on it.
2  Q    At the beginning of 2008 did SAC have an
3  investment in Wyeth?
4  A    I believe so.
5  Q    In the beginning of 2008 were you bullish or
6  bearish on Wyeth?
7  A    I was bullish based on the recommendation of
8  Mat Martoma and Wayne Holman. And there may have been
9  others that were bullish; I just don't remember.
10 Q    Other than Mr. Martoma and Mr. Holman can you
11 remember anybody else being bullish on Wyeth at the
12 beginning of 2008?
13 A    I can't remember. There could have been.
14 Q    What was Mr. Martoma's recommendation
15 concerning Wyeth?
16 A    I believe he was positive on Bapineuzumab and
17 therefore he might have been positive on Wyeth.
18 Q    What was Mr. Holman's recommendation
19 concerning Wyeth?
20 A    He generally thought Wyeth was a good
21 risk/reward.
22 Q    Did you have an understanding as to why that
23 was?
24 A    No. Wayne -- I don't remember other than,
25 you know, I think Wayne's a great investor. I assume he

Page 30

1  did good work on the drug Bapineuzumab and thought Wyeth
2  was a reasonable investment.
3  Q    Did he tell you why he believed that Wyeth --
4  did Mr. Holman tell you why he believed that Wyeth was a
5  good investment at the beginning of 2008?
6       MR. KLOTZ: Object to the form.
7  A    Can you repeat the question?
8  Q    Did Mr. Holman tell you why he thought Wyeth
9  was a good investment at the beginning of 2008?
10      MR. KLOTZ: My objection, by the way, is
11 simply to the time frame. I think he can answer it at
12 some point in 2008. If you want to focus on the time
13 frame, I am happy to have you do that.
14 A    I mean, at some point in 2008 -- and I don't
15 remember. I know he recommended that we buy Wyeth for the
16 firm account or that we buy Wyeth.
17 Q    Mr. Cohen, I am handing you a document that
18 has been previously marked as Exhibit 4. I am also
19 providing a copy for counsel. For the record, Exhibit 4
20 is Bates stamped SAC ELAN 726049 through 52.
21      Mr. Cohen, have you seen Exhibit 4 before?
22 A    I might have.
23 Q    Can you identify it?
24 A    Excuse me?
25 Q    Can you identify Exhibit 4?

Page 31

1  A    What does that mean?
2  Q    Describe it for the record.
3  A    You want me to describe this document now?
4  Q    Yes.
5  A    Okay. You want me to read it, or just
6  describe it?
7  Q    Is the letter dated November 9, 2007?
8  A    I see that.
9  Q    Let's do it this way: Is it correct that
10 Exhibit 4 is a letter agreement between S.A.C. Capital
11 Advisors and Ridgeback Capital Management?
12 A    Looking at the first page, it appears to be
13 an agreement between S.A.C. Capital and Ridgeback Capital.
14 Q    Did you negotiate this agreement?
15 A    I don't remember.
16 Q    Do you recall, were you involved in the
17 negotiation of this agreement?
18 A    I could have been.
19      MS. COTTRELL: Do you recall there being an
20 agreement with Ridgeback Capital around November 2007?
21      THE WITNESS: I remember that we had an
22 agreement, but I wasn't the person who negotiated. While
23 I was kept up on the agreement, my general counsel was
24 probably the person who worked on this agreement.
25      MS. COTTRELL: Was it your idea to enter into

Page 32

1  an agreement with Ridgeback Capital in November of 2007?
2       THE WITNESS: I don't remember.
3       MS. COTTRELL: Did you agree with S.A.C.
4  Capital entering into an agreement with Ridgeback in
5  November of 2007?
6       THE WITNESS: I believe so.
7  Q    Why did you enter into an agreement with
8  Ridgeback in November of 2007?
9  A    Wayne Holman suggested that SAC buy Wyeth
10 based on his recommendation, and so we set up an agreement
11 for this purchase.
12      Now what was the question again?
13 Q    Why did you enter into an agreement with
14 Ridgeback concerning Wyeth in November of 2007?
15 A    It was just a documentation of an agreement
16 that the firm came to with Wayne Holman.
17 Q    What were the terms, what was your
18 understanding of the terms of the agreement with
19 Mr. Holman?
20 A    I don't remember.
21      MS. COTTRELL: In general was your
22 understanding that Mr. Holman would be compensated for any
23 P and L that SAC generated as a result of his
24 recommendations concerning Wyeth?
25      THE WITNESS: I believe so.

8 (Pages 29 to 32)

Page 65

1  don't have a hundred percent certainty on this.
2  Q     Sitting here today you don't remember others?
3  A     There might have been. I just don't
4  remember.
5  Q     Can you identify any others?
6  A     I can't right now.
7       MS. COTTRELL: Other than the Holman account
8  are there any other accounts at SAC that are accounts in
9  the name of non-SAC employees, non-SAC or non-CR
10 employees?
11      THE WITNESS: I mean, there could have been.
12 I just don't remember.
13      MS. COTTRELL: Do you remember any other
14 accounts at SAC or CR Intrinsic where a non SAC or CR
15 Intrinsic employee was credited for ideas that they
16 presented to SAC?
17      THE WITNESS: None comes to mind today, but
18 it's certainly possible that we had an arrangement with
19 somebody at some point. I just don't remember.
20 Q     We talked before about your position in Elan
21 and Wyeth at the beginning of 2008. Was the position in
22 Wyeth one of SAC's biggest positions in the beginning of
23 2008?
24 A     It could have been.
25 Q     Was it within the top ten percent of the

Page 66

1  biggest security positions that SAC had at the beginning
2  of 2008?
3  A     Yes. But even that, it depends on the
4  notional value. We had fixed income securities. It could
5  have been. But in equity securities, yes.
6  Q     In equity securities it was one of the top
7  ten percent positions held by S.A.C. Capital at the
8  beginning of 2008?
9  A     I believe so.
10 Q     We have tried to cover your reasons for
11 having this position and I think the reasons you listed so
12 far are advice from Mr. Holman concerning Bap. Other than
13 that, any other reasons why SAC had a position in Wyeth in
14 the beginning of 2008?
15 A     Well, certainly, you know, Mat Martoma's view
16 on Bap contributed to having a position in Wyeth. And
17 there may have been other people who had views.
18 Q     Other than what we have discussed so far, is
19 there any other reason why you held Wyeth at S.A.C.
20 Capital in the beginning of 2008?
21 A     There may have been other reasons. I don't
22 remember.
23 Q     Is there anything we can do to refresh your
24 recollection?
25 A     I don't know.

Page 67

1  Q     So your memory is that the position that
2  S.A.C. Capital held in Wyeth was recommended by
3  Mr. Martoma and Mr. Holman?
4  A     They were certainly some of the people who --
5  can you rephrase the question?
6       MR. RIELY: Can you just repeat the question?
7       (Record read.)
8       MR. KLOTZ: Object to form but go ahead and
9  answer.
10 A     The answer is they recommended a position in
11 Wyeth but there could have been other people also.
12      MS. COTTRELL: Did you do any independent
13 research concerning Wyeth the beginning of 2008 or prior
14 to that?
15      THE WITNESS: I am not sure what that means.
16      MS. COTTRELL: Did you, yourself, do research
17 to study the fundamentals of Wyeth or study Bap or study
18 anything else concerning Wyeth before entering into the
19 position?
20      THE WITNESS: I might have read analysts
21 recommendations in the firm, outside the firm. There may
22 have been other things I read.
23      MS. COTTRELL: Do you recall reading
24 anything?
25      THE WITNESS: I don't recall.

Page 68

1       MR. WADHWA: What is your general practice
2  before you put on a trade nowadays? What do you do?
3       MR. KLOTZ: Object to form.
4       MR. WADHWA: Before you, hypothetically
5  speaking, before you buy shares in a company.
6       THE WITNESS: That is a pretty broad
7  question. Can you help me out and narrow it down?
8       MR. WADHWA: No. It is a pretty
9  straightforward question. What are the different types of
10 activities you engage in before you purchase shares in a
11 company?
12      MR. KLOTZ: Object to the form.
13      THE WITNESS: Do you want me to answer?
14      MR. KLOTZ: Yes, go ahead you can answer.
15      THE WITNESS: Listen, there are many things
16 that I potentially could do. I read a lot. Certainly
17 read analyst's reports, read reports from my own people.
18 You know, I watch the tape. I watch the markets. I might
19 have a view on the macro. Might have a view on
20 particular -- view on a particular country, Europe. Could
21 be the U.S., could be China.
22      I speak to a lot of people in my firm who
23 have different expertise. I might speak to friends, might
24 speak to other people in the business.
25      I check my portfolio, see what kind of

Page 69

1  exposures I have and whether -- you know, do I want to
2  increase my exposure or decrease my exposure?
3       And there is probably a lot of other things I
4  do.
5       MR. WADHA:  And has this evolved in any
6  fashion since 2007 or have you generally continued to do
7  the same things as you would have done back in '07?
8       THE WITNESS:  Pretty much similar, yes.
9    Q    We are focused on your position in Wyeth in
10 the beginning of 2008.  We have shown you the 13F's which
11 reflect the size of your position.  So far you have
12 mentioned Mr. Martoma and Mr. Holman recommended that you
13 buy -- that you be bullish on the security because of
14 Bapineuzumab.  Correct?
15   A    Repeat the question?
16   Q    I am just trying to make sure that I
17 understand your testimony so far.
18   A    I just blanked out for a second.  Sorry.
19   Q    We have been discussing SAC's position in
20 Wyeth and Elan at the beginning of 2008.
21   A    That's right.
22   Q    We have talked about at least the position in
23 Wyeth was one of the top ten percent biggest positions
24 that SAC had at the beginning of 2008.  Is that correct?
25   A    In equities, yes.

Page 70

1    Q    So far your reasons for investing in SAC --
2  investing in Wyeth is Mr. Martoma and Mr. Holman?
3    A    Like I said, yes, and there may have been
4  others.
5    Q    And you said you can't remember others?
6    A    Certainly can't remember.  I have other -- I
7  have many healthcare portfolio managers and so they could
8  have contributed to the knowledge pool.  But I can't
9  recall who at that time.
10   Q    We're trying to understand all of your
11 reasons for having a bullish position in Elan and Wyeth.
12   A    Okay.
13   Q    For example, the position in Wyeth alone was
14 over $627 million.
15   A    Okay.
16   Q    So what did Mr. Holman and Mr. Martoma tell
17 you that led you to take a bullish position in Elan and
18 Wyeth?
19   A    Well, you know, I think Wayne Holman was
20 recommending Wyeth.  And, you know, I consider Wayne one
21 of the great healthcare investors I have ever met and so I
22 have a ton of respect for his work.  If he's positive on
23 something and recommends a position -- and he did -- you
24 know, I would be very willing to -- to invest in that.
25       And Mat Martoma had done a lot of work on

Page 71

1  Elan and Bapineuzumab for a long time.  So I really
2  considered them experts, you know, what I would consider
3  to be experts in this particular area.  And they are both
4  coming at it from different stocks.  Well, Martoma liked
5  both names and Wayne liked Wyeth.
6       And so the answer is, they did the work, they
7  were the experts, and I relied on their recommendations.
8    Q    When a portfolio manager gives you a
9  recommendation how do you evaluate whether or not it is a
10 good idea or bad idea?
11   A    It really depends.  Sometimes it's based on
12 reading e-mails, sometimes it's based on discussions with
13 the portfolio manager, sometimes it involves discussions
14 with other people in the firm, outside the firm, their
15 views.  So it really depends on the particular situation.
16   Q    In late 2007 you entered into a letter
17 agreement with Mr. Holman that contemplated a large
18 investment in Wyeth.  Correct?
19   A    That's correct.
20   Q    That agreement was entered into because
21 Mr. Holman recommended to you that you make an investment
22 in Wyeth through S.A.C. Capital.  Correct?
23   A    That's correct.
24   Q    When evaluating Mr. Holman's recommendation,
25 what did you do?

Page 72

1    A    Well, I don't remember exactly what I did in
2  this particular case.  Certainly I am talking to other
3  portfolio managers at the firm.  I certainly could be
4  reading research reports.  But like I said before, Wayne
5  Holman is a great healthcare investor and so his
6  recommendations are very important to me.
7    Q    Do you accept every recommendation made by
8  Mr. Holman?
9    A    We don't talk about everything he does.
10   Q    The question is, do you accept every
11 recommendation made by Mr. Holman?
12   A    Sometimes -- the answer is no.
13   Q    In this instance, why did you accept his
14 recommendation to invest in Wyeth?
15   A    Because he felt strongly this was a position
16 that the firm ought to take.
17   Q    It sounded like, when you described your
18 method for evaluating investments, that you independently
19 evaluated ideas and not just relied on a person to tell
20 you whether it was a good idea, a really good idea, or a
21 bad idea.
22       The question is, in this instance why did you
23 follow Mr. Holman's advice concerning Wyeth?
24       MR. KLOTZ:  Object to form but go ahead and
25 answer.

Page 77

1  Typically what portfolio managers and analysts do is
2  they -- they speak to people in the healthcare industry,
3  they talk to other analysts. You know, this is biotech,
4  it's science. It's an area that is not what I traffic in
5  and so I tend to heavily rely on the work that my analysts
6  and PM's do in that particular space.
7      Q    So in the beginning of 2008 it was your
8  understanding that Mr. Martoma believed that Bapineuzumab
9  was going to be a positive drug?
10     A    I believe so.
11     Q    What did he say about Bapineuzumab that led
12 you to believe he thought it was going to be a positive
13 drug?
14     A    He thought -- he thought it was going to be a
15 good drug, he thought the results of the various trials
16 would go well. He thought it could be potentially a major
17 impact to Elan's bottom line.
18     Q    In the beginning of 2008 did he tell you why
19 he thought it was going to be a good drug?
20     A    I knew he was positive on the drug and I know
21 he did work on it. The specifics, I don't remember.
22     Q    You also mentioned that Mr. Martoma thought
23 the trials were going to go well. Correct?
24     A    In general he thought that was the reason to
25 invest in it, that the data that would come out and the

Page 78

1  trials that would come out, he would hope to be positive.
2      Q    What was your understanding as to what
3  Mr. Martoma's view that the clinical trial data was going
4  to be good?
5      A    Can you rephrase the question?
6      Q    Sure. What was your understanding as to why
7  Mr. Martoma thought the clinical trial results for it
8  Bapineuzumab would be positive?
9      A    I think it was based on the work that he did.
10 Like I said, that is not my area of expertise and so I
11 rely on what I would call the experts. And certainly Mat,
12 I believe, was an expert in that area. Wayne Holman was
13 an expert. Obviously, my other healthcare guys did a lot
14 of work, such as David Munno and Ben Slate, and they had
15 their own views.
16     Q    When you refer to Mr. Martoma as an expert
17 in -- what do you mean by that?
18     A    In this case it means someone who understands
19 the science, understands what the company is trying to do.
20 And what I consider an expert may not actually be an
21 expert. But for me, being a layman, he is an expert to
22 me.
23     Q    Did you believe that Mr. Martoma was an
24 expert on the science behind the Bap drug?
25     A    I believe he understood the science behind

Page 79

1  it. I think, you know, whatever that means -- like I
2  said, I am a layman when it comes to biotech. I think he
3  had done a lot of work and seemed to have a good
4  understanding of, you know, the possibilities.
5      Q    What did he tell you about the work he had
6  done on Bapineuzumab in early 2008?
7      A    You know, like I said, I mean, I don't do the
8  work. So basically he writes up his analysis, he might
9  talk to me. I do believe at some point in 2008 the CEO
10 was running around saying the -- you know, it could look
11 like this(indicating), the lines -- whatever "this" meant.
12      You know, so he was basically following it.
13 You know, going to the analyst days, speaking to other
14 healthcare people, analysts, healthcare professionals.
15 And that was his recommendation.
16     Q    Did you believe that Mr. Martoma was capable
17 of understanding the science behind Bapineuzumab?
18     A    You know, that's -- I think whether he
19 actually understood it, it would be hard for me to know
20 because I am not a scientist.
21     Q    Do you believe that Mr. Martoma had more
22 expertise than you in the science of Bapineuzumab?
23     A    Absolutely.
24     Q    What led you to believe that?
25     A    Because that is not my -- I don't do that. I

Page 80

1  am not a healthcare professional. I am a generalist and I
2  spend very little time in that arena.
3      MS. COTTRELL:  What percentage of your
4  investments in your account are healthcare investments?
5      MR. KLOTZ:  Just to be clear, you are talking
6  about his account, the Cohen account?
7      MS. COTTRELL:  The Cohen.
8      THE WITNESS:  I would say 15 to 20 percent.
9      MS. COTTRELL:  Is that also true for the firm
10 account, to the extent there is a difference between the
11 firm account and Cohen account?
12     THE WITNESS:  The firm account probably had
13 more.
14     MS. COTTRELL:  Why is that?
15     THE WITNESS:  Because, you know, based on the
16 recommendations of people -- you know, I didn't want -- if
17 it was a big position I didn't want my own account to be
18 overweighted with one position. Would be hard to run a
19 portfolio from a volatility standpoint if it was
20 concentrated in one position. So if it was going to be a
21 larger position, I might put the extra position in the
22 firm account.
23     MS. COTTRELL:  Did you have any other
24 positions in either the firm account or the Cohen account
25 recommended by Mr. Martoma?

Steven Cohen                                                                  May 3, 2012

Page 161

1    You see that?
2    A    Yes, I do.
3    Q    Do you remember getting that message from
4    Mr. Martoma?
5    A    I believe so.
6    Q    And did you subsequently speak to
7    Mr. Martoma?
8    A    Yes, I did.
9    Q    On the Sunday that you received this e-mail
10   how many conversations did you have with Mr. Martoma?
11   A    I don't remember.
12   Q    Was it one or more than one?
13   A    Could have been more than one. It could have
14   been more than one but I don't remember.
15   Q    Did you speak to Mr. Martoma on the morning
16   of Sunday, July 20, 2008?
17   A    I believe so.
18   Q    How long did the conversation last?
19   A    I don't remember.
20   Q    In the first conversation who participated in
21   the conversation?
22   A    It was just me and Mat.
23   Q    Mr. Martoma was the one who initiated the
24   idea to have a conversation?
25   A    I believe so.

Page 162

1    Q    What did Mr. Martoma say when you first got
2    on the phone with him?
3    A    He called me and he said -- I remember him
4    saying that he was getting uncomfortable with the Elan
5    position.
6    Q    Did he explain why?
7    A    I must have asked him how come or -- because
8    he repeated back to me, "I am just getting uncomfortable
9    with the Elan position."
10   Q    Did he provide any reasons as to why he was
11   uncomfortable in the Elan position?
12   A    He might have. I just don't remember.
13        MS. COTTRELL: What else do you recall about
14   that conversation?
15        THE WITNESS: I don't recall really anything
16   else.
17        MS. COTTRELL: The only thing that you recall
18   is Mr. Martoma saying, "I am getting uncomfortable with
19   the Elan position," you said, "What do you mean?" him
20   repeating that, and that's it?
21        THE WITNESS: That is what I remember, yes.
22   Q    After Mr. Martoma said that he was
23   uncomfortable with the Elan position, what else happened
24   in the discussion?
25   A    I don't remember.

Page 163

1    Q    Did you take any notes of the conversation?
2    A    I did not.
3    Q    Do you know if anybody else -- do you know if
4    Mr. Martoma took notes of the conversation?
5    A    I don't know.
6    Q    After this first conversation with
7    Mr. Martoma, what did you do next concerning your
8    investment in Elan and Wyeth?
9    A    Well, it was a Sunday so I really didn't do
10   anything.
11        MS. COTTRELL: You said you got together --
12   you said "we tried to get a conference call" or something
13   together. You recall that?
14        THE WITNESS: Yes, I do. At some point on
15   Sunday -- and I don't remember exactly what time or when,
16   I wanted -- I wanted Mat Martoma and Wayne Holman to talk.
17   Q    And why did you want them to talk?
18   A    Because they were the experts in Elan and
19   Wyeth and I wanted to hear them discuss it.
20   Q    Prior to the time that Mr. Martoma reached
21   out to you and communicated that he was uncomfortable in
22   the position in Elan, before that had Mr. Holman's views
23   on Elan or Wyeth changed?
24   A    Not that I know of.
25   Q    You mentioned that you tried to have a

Page 164

1    conference call with Mr. Martoma and Mr. Holman. Did you
2    ultimately have a conference call with them on July 20th?
3    A    I don't believe so.
4    Q    Did you speak to Mr. Holman on July 20th?
5    A    I might have.
6         MS. COTTRELL: Do you recall speaking to
7    Mr. Holman on July 20th?
8         THE WITNESS: It's possible. I just don't
9    remember.
10        MS. COTTRELL: You don't recall one way or
11   the other whether you spoke to Mr. Holman on July 20th?
12        THE WITNESS: I am not sure.
13        MS. COTTRELL: When you say you are not sure,
14   do you have a general recollection one way or the other?
15        THE WITNESS: It's possible. I know I tried
16   to get a conference call together. I don't think it
17   happened on Sunday.
18   Q    Did it happen in the subsequent day?
19   A    It happened on Monday.
20   Q    What time was the conference call on Monday?
21   A    I don't remember.
22   Q    Do you remember whether it was before the
23   market opened?
24   A    I don't remember.
25   Q    Do you remember whether it was after the

41 (Pages 161 to 164)

Page 173

1   A    It appears to be one minute if I am looking
2   at it correctly.
3   Q    I am referring to the next call.
4   A    20-minute call?
5   Q    Yes.
6        MR. KRAMER: Are you making a representation
7   about that call?
8   Q    We know from other records that that call is
9   also from Mr. Martoma?
10       MR. KLOTZ: That doesn't appear from this
11  document but you are saying you know from other documents
12  that is from Martoma?
13       MR. RIELY: Yes.
14  Q    Was your call with Mr. Martoma on the morning
15  of July 20th approximately 20 minutes?
16  A    It could have been.
17  Q    Do you remember it being longer than that?
18  A    I don't remember.
19  Q    Do you remember it being shorter than that?
20  A    I don't remember.
21  Q    In the call, other than Mr. Martoma
22  expressing that he was getting uncomfortable with the Elan
23  investment, do you recall anything else?
24  A    I don't.
25  Q    Was there any discussion of Wyeth during the

Page 174

1   call?
2   A    There might have been.
3   Q    What do you recall about that?
4   A    I am just -- it's possible. I don't recall.
5        MS. COTTRELL: At this time you had a lot
6   of -- you had a lot of money invested in Elan. Correct?
7        THE WITNESS: Yes.
8        MS. COTTRELL: So when Mr. Martoma, who I
9   think you had described as one of your experts, said that
10  he was getting uncomfortable, you don't recall saying to
11  him, "Why?"
12       THE WITNESS: I believe I did.
13       MS. COTTRELL: And you don't recall any
14  substantive response that he had given you?
15       THE WITNESS: Well, he told me again that he
16  was uncomfortable.
17       MS. COTTRELL: And anything more substantive
18  than that?
19       THE WITNESS: He might have. I just don't
20  remember.
21  Q    Do you recall challenging him?
22  A    Well, I asked him again and that's what he
23  said. And then I just don't remember the rest of the
24  conversation.
25  Q    You referenced a conversation with

Page 175

1   Mr. Martoma and Mr. Holman on July 21, 2008.
2   A    That's correct.
3   Q    When in the day was that?
4   A    I don't remember.
5        (Plaintiff's Exhibit 35, E-mail, SAC ELAN
6        0581168, was marked for identification as of
7        this date.)
8        MR. RIELY: I am handing the witness
9   Exhibit 35 and a copy is being provided to his counsel.
10  For the record Exhibit 35 is a document Bates stamped SAC
11  ELAN 0581168, an e-mail from Mr. Martoma to Mr. Cohen,
12  July 21, 8:21 a.m.
13  Q    Do you see that, Mr. Cohen?
14  A    Yes, I do.
15  Q    The e-mail says, "Do you have a moment to
16  speak when you get in?"
17  A    I see that.
18  Q    Do you recall speaking with Mr. Martoma on
19  the morning of July 21, 2008?
20  A    No, I don't.
21  Q    Do you recall receiving this e-mail?
22  A    I don't recall -- I don't remember.
23  Q    You referenced -- at some point you had a
24  conversation with Mr. Holman and Mr. Martoma on July 21st.
25  Correct?

Page 176

1   A    Actually, I don't remember it happening that
2   way.
3   Q    What do you remember?
4   A    I don't remember being on that call. I
5   remember asking Wayne to speak to Mat.
6   Q    When do you remember asking Mr. Holman to
7   speak to Mr. Martoma?
8   A    It would have been the 20th or the 21st.
9   Q    Do you know if they subsequently spoke?
10  A    I believe they did.
11  Q    How do you know about that?
12  A    Because Wayne reported back to me on the
13  conversation.
14  Q    What did Mr. Martoma report back to you --
15  what did Mr. Holman report back to you about his
16  conversation with Mr. -- let me rephrase the question.
17       After you asked Mr. Holman to speak to
18  Mr. Martoma on July 20th, do you understand that
19  Mr. Holman spoke to Mr. Martoma?
20  A    What date did you say?
21  Q    July 20th.
22  A    I believe it happened on the 21st.
23  Q    Did you have an understanding that
24  Mr. Martoma and Mr. Holman spoke on the 21st?
25  A    Yes, I do.

Steven Cohen                                                                     May 3, 2012

Page 177

1   Q   Did Mr. Holman subsequently tell you about
2   that conversation?
3   A   Yes, he did.
4   Q   What did he say?
5   A   He said he spoke to Martoma, that he had
6   specific -- Martoma had reasons why he didn't want to be
7   in Elan anymore. They were, you know, reasons that were
8   normal, typical reasons. I am sort of summarizing because
9   I don't remember exactly what Wayne said to me.
10      Then he said, "Listen, in the end, this data
11  is 50/50. You know, this data is unknowable. It's a
12  50/50 bet."
13  Q   Who said that?
14  A   Wayne Holman.
15  Q   When did you have that conversation with
16  Mr. Holman?
17  A   On the 21st.
18  Q   When on the 21st?
19  A   After he spoke to Martoma. I don't know
20  when.
21  Q   Did you make any decisions concerning your
22  investments in Elan and Wyeth on or about July 21, 2008?
23  A   I believe at some point afterwards I started
24  selling Elan.
25  Q   Why did you start selling Elan?

Page 178

1   A   Well, a couple reasons. One, my two experts
2   sounded very different than the way I -- the way they
3   sounded previous. Mat sounded -- said he was very -- he
4   was uncomfortable. Then when talking to Wayne, he
5   described the Bap 2 data as a coin flip, which I was a
6   little surprised at.
7   Q   And you had conversations with Mr. Holman
8   concerning the Bap data prior to July 21, 2008?
9   A   Probably, sure.
10  Q   You said that you were surprised with
11  Mr. Holman's characterization of the Bap data being a coin
12  flip on July 21st?
13  A   That's right.
14  Q   Is that because it was inconsistent with his
15  previous recommendations to you concerning Wyeth and Elan?
16  A   I don't remember exactly what he said to me
17  on the Bap data other than the generally positive. So I
18  was surprised when he said it was 50/50 and that it was a
19  risk/reward bet. That's not what I signed up for.
20  Q   It sounds like you recall having a
21  conversation with Mr. Martoma on July 21, 2008 where he
22  said the news about the Bap data was 50/50 and that the
23  investment in Elan and Wyeth was a risk/reward bet?
24      MR. KRAMER: You said Mr. Martoma. I think
25  you mean Mr. Holman.

Page 179

1   Q   It sounds like, from your testimony -- is it
2   correct or not correct that you had a conversation with
3   Mr. Holman where Mr. Holman told you on July 21st that the
4   Bapineuzumab data was a coin flip and that it was a
5   risk/reward call?
6   A   That was what I took out of it. And to
7   repeat -- and then he said, "In the end, the data is
8   unknowable."
9       MS. COTTRELL: Was that a different statement
10  than Mr. Holman had made to you in the past?
11      THE WITNESS: Well, he never said that in
12  that way, so -- but, you know, that's the way Wayne talks,
13  so it's not -- it's not surprising.
14      MS. COTTRELL: Is that different from your
15  understanding of the data?
16      THE WITNESS: I didn't have an understanding
17  of the data. I just felt, based on the work that they
18  did, that at least in Wayne's case it would be better than
19  a 50/50 bet.
20      MS. COTTRELL: You had said that Mr. Holman
21  reported back that Mr. Martoma's reasons why he didn't
22  want to be in Elan were kind of normal, typical reasons.
23  What were you referring to?
24      THE WITNESS: I don't remember. I can
25  surmise what some of them could be. I mean --

Page 180

1       MR. KLOTZ: Do you want him to do that?
2       MS. COTTRELL: Do you have any recollection
3   of what those reasons were that Mr. Holman told you?
4       THE WITNESS: I don't remember.
5       MS. COTTRELL: Why didn't you participate in
6   the phone call between Martoma and Holman?
7       THE WITNESS: I don't remember.
8   Q   Prior to July 21, 2008 had Mr. Holman ever
9   previously referred to the Bap data as a coin flip?
10  A   I don't believe so.
11  Q   And when you referred before, when
12  referencing your conversation with Martoma, that it's not
13  what you signed up for, what did you mean by that?
14      MR. KRAMER: You said Martoma. I think you
15  mean Holman. Can you reask the question so it is clear?
16  I just want to be sure the transcript is clear.
17  Q   You referenced before, in relation to your
18  conversation with Mr. Holman, that this was not what you
19  signed up for. What did you mean by that?
20  A   I didn't want to make a 50/50 bet. I mean,
21  it's coin flip. You know, it's not what -- I would have
22  hoped the probability was better than 50/50.
23  Q   I am just trying to understand what you meant
24  when you said "not what you signed up for." What are you
25  referring to when you say "signed up for"?

Page 181

1  A   You know, I invested money in Elan and Wyeth,
2  significant sums, and it didn't seem like I was making a
3  bet that was a 50/50 bet. I was surprised by that.
4      MS. COTTRELL: Did Mr. Holman talk to you
5  about your investment in Wyeth as opposed to Elan?
6      THE WITNESS: He might have at some point. I
7  don't -- when are we talking about?
8      MS. COTTRELL: On July 21st.
9      THE WITNESS: On July 21st, I don't remember.
10 I believe we were talking about the conversation with
11 Martoma and then he made those comments.
12     MS. COTTRELL: What was Mr. Holman's view on
13 July 21st concerning Wyeth?
14     THE WITNESS: I think he was still positive
15 from a risk/reward perspective.
16     MS. COTTRELL: And do you think that because
17 he told you that?
18     THE WITNESS: It was a 50/50 bet. Wayne
19 tends to be a cautious guy and so he thinks in those
20 terms.
21     MS. COTTRELL: So on July 21st was Mr. Holman
22 still recommending that you hold Wyeth securities?
23     THE WITNESS: I don't remember speaking to
24 him specifically about that.
25 Q   On July 21, 2008, did you make any decisions

Page 182

1  as to your investment in Elan?
2  A   I believe at some point after that
3  conversation --
4  Q   Which conversation?
5  A   -- with Wayne Holman, I decided to sell the
6  Elan position.
7  Q   When you say "sell the Elan position," what
8  are you referring to?
9  A   Selling the -- whatever Elan that I owned.
10 And I believe Mat Martoma wanted to sell his Elan.
11 Q   You said you believe that Mr. Martoma wanted
12 to sell his Elan?
13 A   Yes.
14 Q   He sent you an e-mail on the Sunday where he
15 referred to the position that GEHC account in Elan was?
16 A   That's right.
17 Q   What portion of that position did Mr. Martoma
18 want to sell?
19 A   I don't remember.
20 Q   Was it all of it?
21 A   I believe he wanted to get out at some point.
22 Q   Get out of all of Elan?
23 A   I don't remember him saying that exactly but
24 that was the intent.
25 Q   The intent was to get out of Elan. Was there

Page 183

1  a date before which there was a plan to get out of Elan?
2  A   He wanted it sold during the week.
3  Q   During the week of July 21st?
4  A   That's right.
5  Q   So in advance of the July 29, 2008
6  announcement about the phase 2 trial results?
7  A   He wanted to be out of the position before
8  the data came out.
9  Q   Other than Mr. Martoma telling you that he
10 was uncomfortable with the Elan position, did he give you
11 any other reasons why he wanted to be out of Elan before
12 the July 29, 2008 announcement concerning the phase 2
13 results?
14 A   He might have. I mean, I do remember him
15 telling me that he came to my side.
16 Q   What do you mean by that?
17 A   I think it was a reference to the Kelly
18 Martin meeting. And I was somewhat skeptical. And he
19 made a comment at some point there saying, you know, "I
20 have come over to your side."
21     MS. COTTRELL: After the Kelly Martin meeting
22 you didn't sell your Elan position. Is that correct?
23     THE WITNESS: That's correct.
24     MR. KLOTZ: Object to the form retroactively.
25     MS. COTTRELL: You know there is no

Page 184

1  objections to form in testimony anyway, so --
2      MR. KRAMER: We can't help it.
3  Q   How did Mr. Martoma go about selling his
4  position in Elan from the accounts that he controlled?
5  A   I don't know if he did. I think what we did
6  was instruct Phil Villhauer to liquidate all the stock
7  that was owned by -- in the firm account, in my account
8  and in Mat Martoma's account and let him handle it.
9  Q   When was that instruction given to
10 Mr. Villhauer?
11 A   It was probably given after that phone call
12 with Wayne.
13 Q   On July 21st?
14 A   Probably.
15 Q   What were the instructions that were given to
16 Mr. Villhauer?
17 A   To sell the entire position in those three
18 accounts.
19 Q   Which three accounts?
20 A   GGEN, Cohen and GEHC.
21 Q   And GGEN is the CR Intrinsic account?
22 A   Actually, there might have been other stock.
23 I mentioned ISO. There might have been other places.
24 Generally the position that we owned in Elan.
25 Q   How about Wyeth? Were there any instructions

Steven Cohen                                                                                        May 3, 2012

Page 185

1  given to Mr. Villhauer concerning Wyeth?
2     A    I don't believe so at that point.
3     Q    Is Mr. Villhauer Mr. Martoma's trader?
4     A    No. He is the firm trader. He is in charge
5  of the trading desk.
6     Q    Why was the trades for Mr. Martoma's account
7  placed through Mr. Villhauer?
8     A    Because we wanted it executed all -- so he
9  could allocate and -- so he could handle it so we weren't
10 competing with each other in trying to get out of the
11 name.
12        MR. KLOTZ: I don't want to interrupt you in
13 the middle of key events but at some point I think it
14 would be time for a break. We have been going for well
15 over an hour.
16    Q    On July 21, 2008 did you make any decisions
17 concerning your investment in Wyeth?
18    A    What was the date?
19    Q    July 21st.
20    A    I don't remember.
21    Q    At some point prior to July 29, 2008, did you
22 make a decision concerning your investment in Wyeth?
23    A    Yes.
24    Q    When was that?
25    A    At some point during that week.

Page 186

1     Q    What prompted you to make a decision
2  concerning your investment in Wyeth the week of July 21st?
3     A    I spoke to Wayne at some point and he was
4  telling me he was selling his Wyeth.
5     Q    You referenced before a conversation on the
6  21st. Was that the same conversation in which he said he
7  was selling Wyeth?
8     A    I don't believe so.
9     Q    In the conversation where Mr. Holman
10 referenced that he was selling Wyeth, what do you recall
11 about that conversation?
12    A    I don't recall much other than he was telling
13 me he is selling his -- he is selling some Wyeth.
14        MS. COTTRELL: Did he say why?
15        THE WITNESS: I don't remember. I know he
16 was nervous about the world, the macro picture, but he
17 didn't give me any specifics.
18        MS. COTTRELL: Did he say anything else to
19 you in that conversation?
20        THE WITNESS: I don't remember.
21        MS. COTTRELL: Did he recommend that you sell
22 Wyeth?
23        THE WITNESS: I don't believe so.
24        MS. COTTRELL: Did Mr. Holman ever recommend
25 that you sell your Wyeth position?

Page 187

1         THE WITNESS: I don't believe so, but he
2  might have.
3         MS. COTTRELL: Do you have a recollection of
4  him telling you?
5         THE WITNESS: I know he told me that he was
6  selling Wyeth, so I am not sure if he told me to sell it
7  or I took it on my own volition based on that he was
8  selling it.
9         MS. COTTRELL: Aside from kind of the macro
10 concerns, did Mr. Holman say anything else about why he
11 was selling Wyeth?
12        THE WITNESS: I don't believe so.
13        MS. COTTRELL: Since Mr. Holman had macro
14 concerns, his macro concerns might not have been your
15 macro concerns. Isn't that correct?
16        THE WITNESS: I can't speak for what his
17 macro concerns were.
18        MS. COTTRELL: So did he give you any reason
19 relating to the investment in Wyeth why he was selling
20 Wyeth as opposed to kind of macro concerns about the
21 economy in general?
22        THE WITNESS: He -- I don't remember him
23 telling me specifically why he was selling Wyeth.
24        MS. COTTRELL: When we were both talking
25 about macro concerns, can you say what you meant by macro

Page 188

1  concerns?
2         THE WITNESS: Yeah. It was 2008. The
3  markets were under pressure. The stocks had outperformed
4  a lot and the markets were under pressure.
5         MS. COTTRELL: So Mr. Holman didn't tell you
6  anything specific about his views on Wyeth as to why he
7  sold Wyeth?
8         THE WITNESS: I know we spoke. I just don't
9  remember the specifics.
10        MS. COTTRELL you don't remember him saying
11 anything specifically concerning Wyeth?
12        THE WITNESS: I don't remember that, no.
13        MR. RIELY: Off the record at 4:08.
14        (Recess.)
15        MR. RIELY: Back on the record at 4:20.
16    Q    Mr. Cohen, while we were off the record we
17 had no conversations about the substance of this
18 investigation. Correct?
19    A    That's correct.
20    Q    You referenced before that Mr. Martoma wanted
21 to get out of his position in Elan. Is that correct?
22    A    That's correct.
23    Q    When did he first express that view to you?
24    A    I don't remember. It was definitely after
25 the first conversation we had that Sunday.

Page 189

1  Q   Referring to the conversation on Sunday,
2  July 20th?
3  A   That's correct.
4  Q   Do you know if he expressed the view that he
5  wanted to get completely out of his position in Elan in
6  that first conversation?
7  A   I don't remember.
8  Q   Did Mr. Martoma express a view about the
9  Wyeth positions in his account?
10 A   I don't remember.
11 Q   Did Mr. Martoma want to get completely out of
12 the Wyeth positions in his accounts?
13 A   I don't remember.
14 Q   On Sunday July 20th did you speak to Dave
15 Munno or Ben Slate?
16 A   I might have.
17 Q   Do you remember talking to them?
18 A   I don't remember.
19 Q   Do you remember talking to Mr. Munno or
20 Mr. Slate prior to making the decision to get out of your
21 position in Elan on July 21st?
22 A   I might have.
23 Q   Do you remember?
24 A   No, I don't.
25 Q   What role did you have in the securities

Page 190

1  trades that were placed in Elan on the week of July 21st?
2  A   Other than instructing my head trader to
3  execute the trades, the answer is very little.
4  Q   What role did you have in executing any
5  trades in Wyeth the week of July 21st?
6  A   I don't remember. Maybe some. But also it
7  could have been done by my head trader or my regular
8  trader for that matter.
9  Q   Who is your regular trader?
10 A   Whoever handled healthcare for me at the
11 time.
12 Q   Do you recall who that was in July 2008?
13 A   No, I don't.
14     MS. COTTRELL: Mr. Cohen, you said that
15 Mr. Martoma, in his conversation with you on July 20th,
16 gave you kind of normal typical reasons of why he didn't
17 want to be in Elan and said that he was 50/50 on Elan now.
18 Is that correct?
19     THE WITNESS: No.
20     MR. KLOTZ: Objection. I think that was
21 Holman.
22     MS. COTTRELL: Mr. Holman reported that
23 Mr. Martoma was 50/50 on Elan?
24     THE WITNESS: No.
25     MS. COTTRELL: What was the reference to

Page 191

1  5050, the coin flip?
2      THE WITNESS: That was Wayne Holman
3  discussing about the Bapineuzumab data.
4      MS. COTTRELL: Did Mr. Martoma have a view
5  about the Bapineuzumab data?
6      THE WITNESS: I don't believe so.
7      MS. COTTRELL: Did you have a view of the
8  Bapineuzumab data the week of July 21st?
9      THE WITNESS: No, I didn't.
10     MS. COTTRELL: If the view of the data was
11 50/50, why did you want to get out of your entire position
12 in Elan?
13     THE WITNESS: Well, a number of reasons.
14 One, Wayne was 50/50; and then Mat Martoma told me he was
15 uncomfortable. So, two experts that were recommending the
16 stock to me had both changed -- in my mind, had changed
17 their mind.
18     MS. COTTRELL: Were there any other reasons
19 why you wanted to be completely out of your position in
20 Elan?
21     THE WITNESS: I think those were the main
22 reasons. There may have been tertiary reasons but I
23 believe those were the main reasons.
24     MS. COTTRELL: Do you recall any tertiary
25 reasons?

Page 192

1      THE WITNESS: Could have been the way the
2  markets were trading. You know, could have been, given it
3  was a 50/50 bet and given that these stocks had
4  outperformed the vast majority of stocks in that period,
5  you know, it felt like a risky position.
6      MS. COTTRELL: You said it could have been
7  either of those things. Do you recall that either of
8  those -- I think you had described them as tertiary
9  reasons -- were reasons that you thought about in terms of
10 getting out of your Elan position the week of July 21st?
11     THE WITNESS: That gets back to the
12 expectational analysis that was discussed previous. Given
13 the fact that it was 50/50 and given the fact -- from
14 Wayne. Given the fact that Mat Martoma was now
15 uncomfortable, I also had, you know, in my head, Munno and
16 Slate who were very negative on the position.
17     I didn't have anybody who wanted to be in the
18 position at that point. And so from a -- from what I
19 perceived would be, you know -- Wayne told me at some
20 point he was selling his Wyeth. So at that point all the
21 proponents who were positive on either Elan or Wyeth were
22 now not, and so I literally had no reason to hold onto the
23 position.
24 Q   You have referenced a few times that
25 Mr. Martoma said that he was uncomfortable with Elan. Did

Page 193

1  you have an understanding as to what he meant by that?
2    A    No, I didn't.
3    Q    Did you ask him what he meant by that?
4    A    I definitely asked him because he repeated
5  back to me.
6    Q    And you said part of the reason you
7  established a position in your accounts in the first place
8  was because of advice from Mr. Martoma. Correct?
9    A    That's correct.
10   Q    When he switched his advise and told you
11 nothing more than he was uncomfortable, did you seek
12 additional information from him?
13   A    I might have.
14   Q    Do you remember doing that?
15   A    I don't remember but I might have.
16   Q    Do you remember getting any additional
17 information?
18   A    It's certainly possible but I just don't
19 remember.
20          (Plaintiff's Exhibit 36, E-mail chain, SAC
21          ELAN 733567 through 569, was marked for
22          identification as of this date.)
23   Q    Mr. Cohen, I am handing you what has been
24 marked Exhibit 36, a document Bates stamped SAC ELAN
25 733567 through 569, an e-mail chain starting with an

Page 194

1  e-mail from Phillip Villhauer to you and others on Sunday,
2  July 27, 2008 at 8:44 a.m.
3          Do you see that?
4    A    Yes, I do.
5    Q    Mr. Villhauer was the head trader that you
6  gave your instructions to about getting out of the Elan
7  position; correct?
8    A    That's correct.
9    Q    If you look at the bottom of the page there
10 is a reference to ELN?
11   A    I see that.
12   Q    Take a moment to review it.
13         (Pause.)
14   A    I see it.
15   Q    The first sentence reads, "We executed a sale
16 of over 10.5 million ELN for COHE, GGEN, GEHC, SELC at an
17 avg price of 34.21."
18         Do you see that first sentence?
19   A    "We executed a sale --" is that the first
20 sentence?
21   Q    Yes.
22   A    Okay.
23   Q    Were these sales done in compliance with an
24 instruction that you gave Mr. Villhauer?
25   A    I believe so.

Page 195

1    Q    Were you aware that SAC, through these
2  accounts, had sold 10.5 million Elan the week of
3  July 21st?
4    A    I don't remember the exact amount but that's
5  what it says.
6    Q    And you believe it's accurate?
7    A    It probably is accurate.
8    Q    Then the next clause says, "This was executed
9  quietly and efficiently over a four day period."
10         Do you know what he is referring to when he
11 says "quietly and efficiently"?
12   A    Yes. We executed quietly so that as few
13 people as possible knew that we were selling the stock.
14   Q    Why was that important?
15   A    Well, it was a big position. Ten and a half
16 million shares is a lot of stock to sell. The more people
17 you tell, the more they talk; the more they talk, the more
18 it gets out that you are selling Elan.
19         We were probably a first page holder. Market
20 loves information like that. So, we wanted to do it
21 quietly so we would, you know, execute as efficiently as
22 we could so it didn't get out and people run in front of
23 us or -- so we'd get out at a decent price.
24   Q    When you say "first page holder" what do you
25 mean by that?

Page 196

1    A    On Bloomberg it shows up that you might be a
2  holder of Elan. And so if the marketplace finds out, you
3  try to sell it through a broker or sell it through
4  somebody, they might tell somebody, "Hey, Connecticut
5  seller of Elan" and people might surmise who it might be
6  and that cause people to run in front -- they might see
7  our position and say "Oh, they are selling" and create
8  what I call slippage in the execution of the transaction.
9    Q    It refers to the executions being done
10 quietly. What steps did you take to keep the execution of
11 the Elan sales the week of July 21st quiet?
12   A    I didn't do anything.
13   Q    In your instructions to Mr. Villhauer did you
14 communicate to him that you wanted the sales of Elan to be
15 done in a quiet way?
16   A    I gave the order to him and told him I didn't
17 want anybody to know.
18   Q    Why did you tell him you did not want anybody
19 to know?
20   A    Just for the reason I gave you; that I was
21 afraid that it would leak out either in the firm or
22 outside the firm or on Wall Street brokerage desks,
23 trading desks, and that people might run in front of our
24 order, they might tell other people we're selling and, you
25 know, that might create a dislocation in the stock.

Steven Cohen                                                                                          May 3, 2012

Page 201

1  Exhibit 37 is a document Bates stamped SAC 3349531 through
2  32.
3       Mr. Cohen, do you recognize Exhibit 37?
4  A    I don't recognize it but I see it.
5  Q    Exhibit 37 is an e-mail from you to
6  Mr. Debler on July 27, 2008. Do you see that?
7  A    Yes, I do.
8  Q    It says, "Between you and me, you can't
9  mention to anyone, I am completely out of ELN."
10      Do you see that?
11 A    Yes, I do.
12 Q    What did you mean by "I am completely out of
13 ELN"?
14 A    It appears to mean that I have completely
15 sold out my long position in ELN.
16 Q    What did you mean by "between you and me, you
17 can't mention to anyone"?
18 A    Well, I am not sure. I could surmise. He
19 was on my team, so he is instructed to follow my
20 healthcare names, and I didn't want him worrying about
21 Elan, you know, given the fact that I was out of the name.
22 Q    Why on July 27th, '08 were you telling him
23 not to mention the fact that you were completely out of
24 Elan to anybody else?
25 A    It's hard -- it's possible that, you know, I

Page 202

1  still owned the Wyeth position or some of it, so I still
2  had potential to transact. And obviously, you know, it
3  was a big position. Once again, I didn't want anybody to
4  know that I was transacting -- potentially transacting a
5  large position.
6  Q    On the week -- we referenced before that the
7  ICAD phase 2 announcement was on July 29, 2008. On the
8  weekend prior to the ICAD announcement did you talk to
9  Mr. Holman?
10 A    I don't remember.
11 Q    On that weekend did you talk to Mr. Martoma?
12 A    I don't remember.
13      MS. COTTRELL: Do you recall speaking to
14 anyone that weekend about Elan or Wyeth?
15      THE WITNESS: I don't remember.
16 Q    Do you know whether or not Mr. Martoma or
17 Mr. Holman attended the ICAD conference in Chicago?
18 A    I don't -- I don't know.
19      MS. COTTRELL: Did you attend the ICAD
20 conference?
21      THE WITNESS: I didn't.
22 Q    On July 28th and July 29th did you make any
23 transactions in Elan securities?
24 A    I might have.
25 Q    Do you recall?

Page 203

1  A    I know I transacted at some point but -- I
2  definitely transacted. I just don't remember exactly what
3  I did.
4       MS. COTTRELL: Do you recall generally what
5  you did?
6       THE WITNESS: Generally, what I remember was
7  selling Wyeth and then deciding to hedge out my exposure
8  in Wyeth by shorting Elan.
9       MS. COTTRELL: Can you explain that, your
10 thought process in a little more detail?
11      THE WITNESS: Sure. I still had a position
12 in Wyeth. It's conceivable Wayne might have been selling
13 Wyeth because he told me he was and so I didn't want to
14 compete in Wyeth. I knew that I had executed a lot of
15 stock in Elan the previous week.
16      Rather than just selling Wyeth and carrying
17 what I call slippage -- which would have meant could I get
18 out of the amount of stock that I had in Wyeth -- what I
19 decided to do was to sell Wyeth and reduce the amount of
20 overall slippage in the transaction by shorting Elan
21 against it.
22      It was sort of imperfect. I was estimating
23 the ratio that I would need to sell one against the other,
24 but that's what I did.
25      MS. COTTRELL: Did you discuss your strategy,

Page 204

1  as you just described it, with anyone?
2       THE WITNESS: I might have.
3       MS. COTTRELL: Do you recall discussing it
4  with anyone?
5       THE WITNESS: I don't remember.
6       MS. COTTRELL: Did you discuss it with
7  Martoma?
8       THE WITNESS: I could have.
9       MS. COTTRELL: Do you remember discussing it
10 with Martoma?
11      THE WITNESS: I don't remember.
12      MS. COTTRELL: Did you discuss your strategy
13 with Wayne Holman?
14      THE WITNESS: I might have.
15      MS. COTTRELL: Do you recall discussing it
16 with Wayne Holman?
17      THE WITNESS: I don't.
18      MS. COTTRELL: You said you were estimating
19 the ratio. Did you perform that work yourself?
20      THE WITNESS: I didn't do a lot of work on
21 this.
22      MS. COTTRELL: How did you go about
23 estimating the ratio?
24      THE WITNESS: Basically estimating how
25 much -- if -- where would Elan might go if the news was

51 (Pages 201 to 204)

Page 209

1  done?
2  A   No, I am not.
3  Q   Who would know how that was done?
4  A   Phillip Villhauer.
5  Q   The trades on the 20th reference a series of
6  short sales done by Mr. Martoma?
7      MR. KLOTZ: Mr. Riely, I have to tell you, I
8  believe that that is inaccurate. I am reasonably
9  confident there were no short sales in Mr. Martoma's
10 account of Elan. I believe there were some sales but I
11 believe the short sales were not in the GEHC account.
12     With that, you are welcome to ask him
13 questions and he can answer. I think there is a
14 significant material inaccuracy in your summary.
15     MR. RIELY: The summary was created using
16 information provided by SAC.
17     MR. KLOTZ: I understand, but I think you got
18 something wrong.
19 Q   Did you speak to Mr. Martoma on July 28th?
20 A   I don't remember.
21 Q   Did Mr. Martoma talk to you about the
22 possibility of taking a short position in Elan prior to
23 the announcement?
24 A   I don't remember.
25     MS. COTTRELL: Did you talk to Mr. Martoma

Page 210

1  about not selling all of his Wyeth position in order to
2  reduce slippage?
3      THE WITNESS: I don't remember having that
4  conversation.
5      MS. COTTRELL: Do you know whether
6  Mr. Martoma sold his entire Wyeth position?
7      THE WITNESS: I have no idea.
8  Q   The summary also refers to transactions done
9  by Will Hoh. Who is Will Hoh?
10 A   He was another portfolio manager at SAC.
11 Q   Were you aware at the time that he was making
12 transactions?
13 A   He might have been. I have no idea.
14 Q   Were you aware that he was making
15 transactions in Elan?
16 A   I don't remember.
17 Q   If you go back to Exhibit 34?
18 A   Okay.
19 Q   Go to the page marked SAC COHEN 3765, the
20 bottom, calls on July 28th.
21 A   Okay.
22 Q   There are one call from Mr. Martoma's number,
23 (203) 979-7824 on July 28th at 8:34 a.m. for four minutes.
24 Do you see that?
25 A   I do.

Page 211

1  Q   Do you remember speaking to Mr. Martoma on
2  the morning of July 28th?
3  A   No, I don't.
4  Q   It also refers to a 3:04 p.m. conversation
5  with Mr. Martoma's number that lasted six minutes. Do you
6  see that?
7  A   Yes, I do.
8  Q   Do you remember speaking to Mr. Martoma on
9  the afternoon of July 28th?
10 A   No, I don't.
11 Q   Turning your attention to calls on the next
12 page, for July 29th, do you recognize the number
13 (646)675-7404?
14 A   I don't, until you told me what it was today.
15 Q   Do you recall speaking to Mr. Martoma on
16 either July 28th or July 29th?
17 A   I don't remember.
18     MS. COTTRELL: Do you recall speaking to
19 Mr. Martoma while he was in Chicago at the ICAD
20 conference?
21     THE WITNESS: I don't recall.
22     MS. COTTRELL: Do you recall speaking to
23 anyone who was at the ICAD conference?
24     THE WITNESS: I don't remember.
25 Q   Are you aware whether or not Mr. Martoma put

Page 212

1  on an option position in Elan securities on July 28th and
2  July 29th?
3  A   I don't remember.
4      MS. COTTRELL: Is the options strategy that
5  you described earlier something that you would tell your
6  portfolio manager in a general case?
7      THE WITNESS: I don't understand the
8  question.
9      MS. COTTRELL: If you had developed an
10 options strategy for trading in your account, is that
11 something that you would tell a portfolio manager who you
12 had been working with on a position?
13     THE WITNESS: I might.
14     MS. COTTRELL: Have you in the past?
15     THE WITNESS: Yes.
16     MS. COTTRELL: And have there been situations
17 when you haven't told the portfolio manager of your
18 options strategy?
19     THE WITNESS: Sure.
20     MS. COTTRELL: Do you have any recollection
21 in this case whether or not you told Mr. Martoma about
22 your options strategy concerning Wyeth and Elan?
23     THE WITNESS: I don't remember.
24 Q   Aside from the trades that SAC placed between
25 July 21st and July 29th, are you aware of any other trades