# EXHIBIT A

| | |
|---|---|
| **From:** | Ingoglia, Eugene (USANYS) <Eugene.Ingoglia@usdoj.gov> |
| **Sent:** | Friday, December 13, 2013 6:06 PM |
| **To:** | Strassberg, Richard M; Braceras, Roberto M; Morton, Larkin M |
| **Cc:** | Devlin-Brown, Arlo (USANYS) |

Richard, Roberto and Larkin-

We are writing to give you notice that we learned of new information this week, which we think is admissible under Rule 404(b). The information pertains to Mr. Martoma and one of the witnesses ▮▮▮▮▮▮▮ for whom we are producing 3500 material (including the recently learned material) today. We are separately going to file a motion with the Court seeking to introduce this evidence under Rule 404(b), but wanted to let you know.

Roberto, the witness list will be coming as well.

Best regards,
Gene


Eugene Ingoglia
Assistant United States Attorney
Southern District of New York
(212) 637-1113

1