AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States<br>*Plaintiff*<br>v.<br>Mathew Martoma<br>*Defendant* | Case No.  S 1 12 Cr. 973 (PGG) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mathew Martoma

Date:   12/23/2013

*Attorney's signature*

Derek A. Cohen (6654)
*Printed name and bar number*

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
*Address*

dcohen@goodwinprocter.com
*E-mail address*

(212) 459-7060
*Telephone number*

(212) 355-3333
*FAX number*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                               /s/ Derek A. Cohen