UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

   -against-

MATHEW MARTOMA,

   Defendant.

No. 12-cr-00973 (PGG)
ECF Case

### DECLARATION OF RICHARD M. STRASSBERG IN SUPPORT OF DEFENDANT MATHEW MARTOMA'S MOTION TO COMPEL THE PRODUCTION OF *BRADY* AND *GIGLIO* MATERIAL

I, Richard M. Strassberg, declare under penalty of perjury as follows:

1. I am a member of the law firm of Goodwin Procter LLP, attorneys for Defendant Mathew Martoma in this action. I have personal knowledge of and am fully familiar with the facts and circumstances set forth herein by virtue of both my representation of Mr. Martoma and my review of the case file in this action. I submit this declaration in support of Mr. Martoma's Motion to Compel the Production of *Brady* and *Giglio* Material in *United States v. Martoma*, 12 Cr. 973 (PGG).

2. Pursuant to Local Criminal Rule 16.1, I certify that counsel for Mr. Martoma has conferred with the Government in a good faith effort to resolve the issues raised by the instant motion, but the parties have been unable to reach a resolution with respect to these issues.

3. Attached hereto as Exhibit A is a true and correct copy of a letter from Richard M. Strassberg to Arlo Devlin-Brown and Eugene Ingoglia, dated December 2, 2013, which discusses, *inter alia*, Mr. Martoma's request for disclosure of *Brady* and *Giglio* material.

4.	Attached hereto as Exhibit B is a true and correct copy of a letter from Arlo Devlin-Brown and Eugene Ingoglia to Richard M. Strassberg, dated December 6, 2013, which discusses, *inter alia*, the Government's response to Mr. Martoma's request for disclosure of *Brady* and *Giglio* material.

5.	Attached hereto as Exhibit C is a true and correct copy of a letter from Richard M. Strassberg to Arlo Devlin-Brown and Eugene Ingoglia, dated December 17, 2013, which discusses Mr. Martoma's request for disclosure of *Brady* and *Giglio* material.

6.	Attached hereto as Exhibit D is a true and correct copy of a redacted letter from Arlo Devlin-Brown and Eugene Ingoglia to Richard M. Strassberg, dated December 23, 2013, which discusses the Government's response to Mr. Martoma's request for disclosure of *Brady* and *Giglio* material.

Executed on December 26, 2013
New York, NY

/s/ Richard M. Strassberg
Richard M. Strassberg (RS5141)

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 26, 2013, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

        /s/ Richard M. Strassberg
        Richard M. Strassberg (RS5141)