

# GOODWIN | PROCTER

Richard M. Strassberg
212 813.8859
rstrassberg@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

December 26, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/13

**VIA ELECTRONIC MAIL**

Honorable Paul G. Gardephe
United States District Court for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Martoma, No. 12 Cr. 973 (PGG)**

Dear Judge Gardephe:

We represent the defendant Mathew Martoma in the above-referenced action. We are aware that your courtroom is equipped with a permanent technology installation and have retained DOAR Litigation Consulting to manage its use during the trial. As you may be aware, DOAR is a federally-approved provider of courtroom technology to the federal courts under the Administrative Office of the Courts' contract.

We have performed a site inspection of Courtroom 110 and are aware that the courtroom contains certain technology for use during trial. We respectfully request permission to access the courtroom on Friday, January 3, 2014 to install additional equipment that we will use during the trial beginning on January 6, 2014. We will contact your deputy regarding scheduling and will work with your IT department regarding installation. The equipment being installed will not affect any of the permanent equipment that is currently installed in the courtroom. A comprehensive list of the equipment that will be utilized can be found below:

- 15" monitors (2)
- VGA switches (2)
- Speaker system
- Laptop Computers (6)
- All-in-one printer (1)
- Projectors (2)
- Screen
- Cabling (VGA, HDMI, Switchers)

Honorable Paul G. Gardephe
December 26, 2013
Page 2

- Supplies

In addition, we request that Your Honor allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom as well as Remote Real Time transcript feed that can be viewed by Court authorized individuals outside of the courthouse. Subject to Your Honor's approval, we will retain Courtroom Connect to provide these services, a vendor who has a contract with the Southern District of New York to be the exclusive provider of internet access for attorneys. We respectfully request that Courtroom Connect be permitted access to the courtroom on January 3, 2014 to install the necessary equipment for internet connectivity.

Please let us know if you require any additional information in consideration of these requests. If these arrangements are acceptable to Your Honor, we would be grateful if you would so indicate below.

Respectfully submitted,

/s/ Richard M. Strassberg
Richard M. Strassberg

Cc:   All Counsel of Record (by email)

SO ORDERED

Dated:   Dec. 28, 2013

_____
Hon. Paul G. Gardephe