# GOODWIN | PROCTER

Richard M. Strassberg
212 813 8859
rstrassberg@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

December 26, 2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/13
```

**VIA ELECTRONIC MAIL**

Honorable Paul G. Gardephe
United States District Court for the
 Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: United States v. Martoma, No. 12 Cr. 973 (PGG)**

Dear Judge Gardephe:

We represent Defendant Mathew Martoma in the above-referenced action. We write to request the Court's permission to make use of an on-site trial preparation room during the pendency of the criminal trial beginning January 6, 2014. We have conferred with Mr. Gary Lee of the District Executive Office, who confirmed that we are able to use the same space in the courthouse that was made available for defense counsel in the recently concluded trial of Michael Steinberg, pending approval from Your Honor. Please let us know if you require any additional information in consideration of this request. If this arrangement is acceptable to Your Honor, we would be grateful if you would so indicate below.

Respectfully submitted,

/s/ Richard M. Strassberg
Richard M. Strassberg

Cc:   All Counsel of Record (by email)

SO ORDERED

Dated: _____Dec 28, 2013_____

_____
Hon. Paul G. Gardephe