```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

                Defendant.

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this matter presently scheduled for January 3, 2014 is adjourned to **January 6, 2014 at 9:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        It is further ORDERED that jury selection will begin on **January 7, 2014 at 9:30 a.m.** in Courtroom 110 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Opening statements and the presentation of evidence will commence immediately after the completion of jury selection.

Dated: New York, New York
       January 2, 2014

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge