# GOODWIN | PROCTER

Richard M. Strassberg
212.813.8859
rstrassberg@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

January 6, 2014

**VIA ELECTRONIC MAIL**

Honorable Paul G. Gardephe
United States District Court for the
   Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2014
```

**Re: United States v. Martoma, No. 12 Cr. 973 (PGG)**

Dear Judge Gardephe:

We represent Defendant Mathew Martoma in the above-referenced action. We write to request the Court's permission to arrange for the provision of secure high-speed Internet access as well as Remote Real Time transcript feed in the on-site trial preparation room that we will be using during the pendency of the criminal trial beginning January 7, 2014. Subject to your Honor's approval, we will retain Courtroom Connect to provide these services, a vendor who has a contract with the Southern District of New York to be the exclusive provider of internet access for attorneys. We respectfully request that Courtroom Connect be permitted access to the on-site trial preparation room to install the necessary equipment for internet connectivity. Your Honor previously granted Mr. Martoma's request to install internet connectivity equipment in courtroom 110, in an Order dated December 28, 2013.

Please let us know if you require any additional information in consideration of this request. If this arrangement is acceptable to Your Honor, we would be grateful if you would so indicate below.

Respectfully submitted,

/s/ Richard M. Strassberg
Richard M. Strassberg

Cc:   All Counsel of Record (by email)

      SO ORDERED

Dated: _January 6, 2014_           _/s/ Paul G. Gardephe_
                                                                       Hon. Paul G. Gardephe