# EXHIBIT A

12/27/2013

# CURRICULUM VITAE
# THOMAS WISNIEWSKI

| | |
|---|---|
| *Current Appointment and Address:* | Professor of Neurology, Pathology and Psychiatry |
| | New York University School of Medicine |
| | Alexandria East River Science Park, Rm 802 |
| | 450 East 29th Street |
| | New York, N.Y., 10016 |
| *Telephone Number:* | 212-263-7993 |
| *Fax:* | 212-263-7528 |
| *e-mail:* | thomas.wisniewski@nyumc.org |
| *Web Site:* | http://www.med.nyu.edu/biosketch/wisnit01# |
| *Place of birth:* | Gdansk, Poland |
| *Citizenship:* | USA |

Education:

| | | |
|---|---|---|
| 1980 | BS | University of London, King's College, London, England |
| 1983 | MBBS (MD) | King's College Medical School, London, England |

Postdoctoral Training:

Internships and Residencies:

| | |
|---|---|
| 1983-1984 | Rotating internship in Medicine and Surgery at King's College and West Hill  Hospitals, London, England |
| 1984-1985 | Resident in Anatomical Pathology, Downstate Medical Center, Brooklyn, New York |
| 1985-1987 | Resident of Neurology, New York University Medical Center, New York |
| 1987-1988 | Chief Resident of Neurology, New York University Medical Center, New York |
| 1988-1989 | Clinical Fellow in Neuropathology, Columbia-Presbyterian Medical Center, Columbia University, New York |
| 1989-1990 | Chief Resident of Neuropathology, Columbia-Presbyterian Medical Center, Columbia University, New York |

Licensure and Certification:

| | |
|---|---|
| 1984 | Certificate of Full Registration as a Medical Practitioner, England |
| 1985 | New York State License Registration |
| 1989 | American Board of Psychiatry and Neurology Certificate in Neurology |
| 1990 | American Board of Pathology Certificate in Neuropathology |

12/27/2013                                    Thomas Wisniewski MD

Academic Appointments:

| | |
|---|---|
| 1987-1988 | Assistant Clinical Instructor in Neurology, New York University |
| 1988-1990 | Clinical Fellow in Neuropathology, Columbia University, New York |
| 1990-1992 | Clinical Instructor in Neurology, New York University |
| 1992-1998 | Assistant Professor of Neurology and Pathology, New York University |
| 1997- | Director of the Conformational Disorders Laboratory, NYU |
| 1998-1999 | Associate Professor of Neurology and Pathology, New York University |
| 2000- | Research Scientist, NYS Institute for Basic Research in Developmental Disabilities, Department of Developmental Neurobiology |
| 2002- | Director of the Neuropathology Core of the New York University Alzheimer's Disease Center |
| 1999-2005 | Associate Professor of Neurology, Pathology and Psychiatry (tenured), New York University |
| 2005- | Professor of Neurology, Pathology and Psychiatry (tenured), New York University |

Hospital Appointments:

| | |
|---|---|
| 1990-1993 | Instructor in Neurology, Bellevue Hospital, New York |
| 1993-1998 | Assistant Attending in Neurology, Bellevue Hospital, New York |
| 1998-present | Associate Attending in Neurology, Bellevue Hospital, New York |
| 1990-present | Staff Neurologist Manhattan Veterans Administration Hospital, New York |
| 2000-present | Director of the Conformational Disorders Laboratory |
| 2002-present | Director of the Neuropathology Core of the NIH-funded NYU Alzheimer's Disease (AD) clinical center. |
| 2006-present | Director of the Neuropathology Fellowship Program |
| 2007-2009 | Member of the NYU Faculty Council |
| 2007-2010 | Acting Director of the Pearl Barlow Center for Memory Evaluation and Treatment |
| 2003-present | Director of the Memory and Dementia Disorders Center |
| 2010-present | Chief of the Division of Aging and Dementia, Department of Neurology |
| 2011-present | Associate Director of Research, Comprehensive Center on Brain Aging |
| 2012-2015 | Member of the NYU Medical Center Faculty Council |
| 2013-2016 | Member of the NYU Senate Council |
| 2013-present | Associate Chair of Research, Department of Neurology |

12/27/2013                                      Thomas Wisniewski MD

Major Committee Assignments:

    National and Regional:

| | |
|---|---|
| 1992-present | Ad Hoc Committee of Reviewers, Annals of Neurology |
| 1992-present | Ad Hoc Committee of Reviewers, American Journal of Pathology |
| 1995 | Program Committee for the American Association of Neuropathology |
| 1995-96 | Ad Hoc Neurological Sciences-1 Study Section Committee Member, NIH |
| 1996 | Neuroscience of Aging Study Section Committee Member, NIH |
| 1997 | Ad Hoc NIH Program Project Study Section Review Committee Member |
| 1998 | NIH side-visit of Program Project, University of Southern Alabama |
| 1998 | NIH reverse side-visit of Prusiner Program Project, University of California |
| 1998-9 | NIH Cellular and Molecular Developmental Neurosciences-2 Ad Hoc Study Section Committee Member |
| 1999-2003 | NIH Brain Disorders and Clinical Neurosciences-4 (BDCN-4) Ad hoc study section member. |
| 1999-present | Reviewer for the American Federation of Aging Research |
| 2003 | Reviewer for the Department of Defense National Prion Research Initiative |
| 2003-2012 | Ad Hoc Study Section Committee Member, National Institutes of Health, BDCN-4 (now known as Clinical Neuroimmunology and Brain Tumors; CNBT 01, SRA: Jay Joshi), meeting at least twice a year from 2003 to 2012 |
| 2005- 2009 | Permanent Study Section committee member, National Institutes of Health, NIA-N (Neuroscience of Aging) Study Section, term of committee membership: July 1, 2005 to June 30, 2009 |
| 2007 | Member of the Scientific Program Committee of the 11th International Conference on Alzheimer's Disease and Related Disorders |
| 2010 | Member of the NIH Brain Disorders and Clinical Neurosciences (BDCN)-Y(04) study section |
| 2010 | Member of the special emphasis panel NIH Brain Disorders and Clinical Neurosciences (BDCN)-T(02) study section |
| 2010-2012 | Council member of grant reviewers for the Creutzfeldt-Jakob Disease Foundation Inc. |
| 2011 | Member of the special emphasis panel NIH 2011/05 ZRG1 BDCN-Y (02) F meeting; Neurodegenerative Disorders (SRA: Alexander Yakovlev) |
| 2011 | Member of the NIH special emphasis panel ZRG1 BDCN-J (02) M, Neurodevelopment, Neurodegeneration and Stroke (SRA: Jay |

12/27/2013                                    Thomas Wisniewski MD

|            | Joshi)                                                                 |
|------------|------------------------------------------------------------------------|
| 2011       | Member of the NIH special emphasis panel ZRG1 BDCN-C (02) M, Neurodegeneration, Trauma, Immunology and Aging (SRA: Julius Cinque) |
| 2011       | Member of the NIH special emphasis panel ZRG1 IDM-V (02) M, Member Conflict: Topics In Microbial Pathogenesis (SRA: Gagan Pandya) |
| Sept 2012  | Member of the NIH special emphasis panel NIH Special Emphasis Panel ZRG1 IDM-B (04), (SRA: Richard Kostriken) |
| Oct 2012   | Member of the NIH special emphasis panel MDCN Integrated Review Group ZRG1 MDCN-F(59) R (SRA: Joanne Fujii) |
| Feb 2013   | Member of NIH special emphasis panel 2013/05 ZRG1 IDM-S (02) M, Member Conflict: Topics in Infectious Diseases and Microbiology (SRA: Liangbiao Zheng) |
| Feb 2013   | Member of NIH 2013/05 CNN Clinical Neuroscience and Neurodegeneration Study Section, (SRA: Samuel Edwards) |
| June 2013  | Member of the NIH special emphasis panel: Neurodegenerative and Neurodevelopmental Disorders Special Emphasis Panel ZRG1 BDCN-Y (02) (SRA: Alexander Yakovlev) |
| May 2013   | Member of the NIH study section: 2013/10 BNVT Bioengineering of Neuroscience, Vision and Low Vision Technologies Study Section (SRA: Robert Elliot) |
| June 2013  | Member of the special NIH/NIA special emphasis panel to review R01 applications in response to RFA AG13-013 (SRA: Alexander Parsadanian) |
| June 2013  | Member of the 2013/10 ZAG1 ZIJ-7 (01) Degenerative and Dementing Diseases study section (SRA: Ramesh Vemuri) |
| June 2013  | Member of the 2013/10 ZRG1 BDCN-Y (02) Neurodegenerative and Neurodevelopmental Disorders Study Section (SRA: Alexander Yakovlev) |
| Sept 2013  | Member of the BDCN Integrated Review Group (BDCN IRG) Grant overview study section (SRA: Joy Joshi) |
| Sept 2013  | Member of the Chronic Dysfunction and Integrative Neurodegeneration (CDIN) Study Section (SRA: Wei-Qin Zhao) |

## NIH Alzheimer's Disease Research Center and Program Project Site-Visit Committee Member :

| Nov., 1993  | NIH reviewer of Massachusetts Alzheimer's Disease Research Center |
|-------------|------------------------------------------------------------------|
| Feb., 1994  | NIH reviewer of the University of Southern California Alzheimer's Research Center |
| Sept., 1994 | NIH reviewer of the University of Washington, St. Louis          |

4

12/27/2013                                    Thomas Wisniewski MD

|  | Alzheimer's Disease Research Center |
|---|---|
| Jan., 1996 | NIH reverse site-visit of Alzheimer's Disease Research Centers |
| March, 1999 | NIH site-visit reviewer of Alzheimer's Program Project at USC |
| Feb, 2000 | NIH site-visit reviewer of Program Project at the Univ. of S. Alabama |
| March, 2000 | NIH site-visit reviewer of Program Project at Univ. Cal, Irvine |
| Oct. 2000 | NIH site visit reviewer of Program Project at Univ. Cal, Irvine |
| Jan, 2001 | Member of NIA ADCC grant applications (ZAG1 PCR-5) study section |
| April 2003 | Member of the NIH Review Committee for the Mt. Sinai Medical Center Alzheimer's Disease Research Center |
| March, 2004 | Member of the NIH Review Committee for the Mt. Sinai Medical Center Alzheimer's Disease Program Project |
| March, 2004 | Member of the NIH Review Committee for the John Hopkins University Alzheimer's Disease Program Project |
| June, 2004 | Member of the NIH Review Committee for the University of Philadelphia Program Project (PI Virginia Lee, P01 AG017586-06, Fronotemporal Dementias: Genotypes and Phenotypes). |
| Jan 2008 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Lennart Mucke P01 AG022074-06, Proteinopathies of the Aging Central Nervous System). |
| Dec 2008 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG021601-06, Novel Therapeutics for Prion Disease). |
| 2004-present | Member of External Advisor Panel for the Mt. Sinai Alzheimer's Disease Research Center, meeting once a year |
| 2005-present | Member of the External Advisor Panel for the University of South Florida Alzheimer's Disease Research Center, meeting once a year |
| Oct 2009 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG010770, Pathogenesis of Age-Dependent CNS Degeneration). |
| Nov 2009 | Member of the NIH Review Committee for the University of Pittsburgh School of Medicine Program Project (PI William Klunk, P01 AG025204-06, Neuroimaging and Aging). |
| June 2010 | Member of the NIH Review Committee for the University of California, San Francisco Program Project (PI Stanley Prusiner, P01 AG010770-18, Pathogenesis of Age-Dependent CNS Degeneration). |
| July 2010 | Member of the NIH Review Committee of the University of Philadelphia University Program Project (PI Virginia Lee, P01 |

12/27/2013                                               Thomas Wisniewski MD

|   |   |
|---|---|
|   | AG017586-11, Frontotemporal Dementias, Genotypes and Phenotypes). |
| October 2010 | Member of the NIH Review Committee of the Mount Sinai School of Medicine Program Project (PI Samuel Gandy, P01 AG010491, Interdisciplinary Approach to Alzheimer Drug Discovery). |
| April 2012 | Member of the special emphasis panel ZNS SRB-J (1) "Udall Center Review" (SRA: Birgit Neuhuber) |
| Nov 2012 | Chairman of the of the special emphasis panel to review the UC Irvine Program Project Grant PO1AG000538-34 (PI Carl W Cotman; Behavioral and Neural Plasticity in the Aged) |
| April 2013 | Member of the special emphasis panel: ZNS SRB-J (1) "Udall Center Review" (SRA: Birgit Neuhuber) |
| Oct 2013 | Member of the Alzheimer's Disease Research Center (ADRC) 2014/01 ZAG1 ZIJ-4 (J1) review committee (SRA: William Cruce) |
| Nov 2013 | Member of the special emphasis panel: 2014/01 ZAG1 ZIJ-6 (J2) of the program project grant entitled: Therapeutics for Prion Disease (P.I.: Stanley Prusiner) (SRA: Alexander Parsadanian) |
| Dec 2013 | Member of the special emphasis panel: 2014/01 ZAG1 ZIJ-6 (J1) of the program project grant entitled: Behavioral and Neural Plasticity in Aging  (P.I.: Carl Cotman) (SRA: Alexander Parsadanian) |

## Awards:

|   |   |
|---|---|
| 1999 | Zenith Award from the Alzheimer's Disease Association |
| 2002 | Alzheimer Award from *The Journal of Alzheimer's Disease* (for the best publication in their Journal for the year). |
| 2009 | Prion 2009 prize at the International Prion 2009 meeting in Greece |
| 2011 | Dr. Henry & Krystyna Wisniewski Memorial Award from the Alzheimer's Disease Foundation of Staten Island |
| 2008-2014 | Listed in "Best Doctors in America" (bestdoctors.com) |

## Membership in Professional Societies:

|   |   |
|---|---|
| 1982- | British Medical Association |
| 1984- | American Medical Association |
| 1987- | American Academy of Neurology |
| 1989- | American Association of Neuropathology |
| 1996- | Society for Neuroscience |
| 1998- | The Harvey Society |
| 2012- | Fellow of the American Neurological Association |

12/27/2013                                  Thomas Wisniewski MD

**Editorial Boards**:

| | |
|---|---|
| 1997-2002 | Editorial Board, Amyloid |
| 1998-2001 | Editorial Board, Journal of Neuropathology and Experimental Neurology |
| 2000-2001 | Editorial Board, Journal of Alzheimer's Disease |
| 2001-2002 | Senior Editor, Journal of Alzheimer's Disease |
| 2002-2005 | Editorial Board Acta Neuropathologica |
| 2004-2006 | Associate Editor Current Alzheimer Research |
| 2008- | Editorial Board Future Neurology |
| 2009- | Editorial Board, Alzheimer's Research and Therapy |
| 2010-2012 | Editorial Board, Translational Neuroscience |
| 2011-2013 | Editorial Board, Journal of Biological Medicine |
| 2011-2015 | Editorial Board, World Journal of Pharmacology |
| 2011-2012 | Associate Editor, Journal of Alzheimer's Disease |
| 2011-2013 | Editorial Board, PLoS ONE |
| 2011-2014 | Senior Foreign Editor, Chinese Journal of Contemporary Neurology and Neurosurgery (ISSN 1672-6731) |
| 2013-2016 | Editorial Board, Annals of Vaccines and Immunization |

**Major Research Interests:**

1. The pathogenesis and treatment of Alzheimer's Disease.
2. Treatment approaches for prion diseases.
3. Development of novel amyloid imaging methods.
4. The biochemistry and molecular biology of other cerebral amyloidoses.
5. The neuropathology and etiology of autism and autism spectrum disorders.

**Principal Clinical and Hospital Service Responsibilities:**

| | |
|---|---|
| 1990-present | Attending Physician, Bellevue Hospital, New York (serve as the Neurology Attending on the general Neurology Ward 1-2 months/year) |
| 1990-present | Attending Physician Neurology Department, Tisch Hospital (NYU Med. Cent.) |
| 1990-present | Neurology Consult Attending Physician, Manhattan Veterans Administration Hospital, New York (serve as the Consult Neurology Attending for general Neurology on a part time basis year round and run a Dementia clinic once/week). |
| 2005-present | Director of Memory and Dementia Disorders Center, NYU Medical Center |
| 2005-present | Member of the Neurology Department Promotions Committee |
| 2006-present | Neuropathology Fellowship Program Director, NYU Medical Center |

7

12/27/2013                                   Thomas Wisniewski MD

| | |
|---|---|
| 2008-2010 | Acting Director of the Pearl Barlow Center for Memory Evaluation and Treatment, NYUSM |
| 2009-present | Director of the Aging and Dementia Division of the Department of Neurology, NYUSM |
| 2011-present | Associate Director of Research, NYU Comprehensive Center on Brain Aging |
| 2013-present | Associate Chair for Research, NYU Department of Neurology |

**Teaching Experience:**

| | |
|---|---|
| 1984-1985 | Organized lectures in General Pathology, Downstate Medical Center, Brooklyn, New York |
| 1987-1988 | Lecture Organizer in General Neurology, New York University Medical Center |
| 1988-1990 | Course developer and lecturer in Neuropathology, Columbia-Presbyterian Medical Center, New York |
| 1990-present | Clinical Lecturer in Neurology Course, New York University Sch. Med. |
| 1998-present | Lecturer and Organizer of Mechanisms of Disease: The Nervous System Course, NYU Sch. Med. |
| 1999-present | Lecturer in Molecular Signaling and Drug Development Course, NYU Sch. Med. |
| 1999-present | Lecturer in Neurogenetics Course, NYU Sch. Med. |
| 1999-present | Lecturer in Pathology Board Review course (Neuropathology), NYU Sch. Med. |
| 2000-2005 | Lecturer in Psychiatry Board Review course, NYU Sch. Med. |
| 2008-present | Lecturer in the Advanced Immunology: Neuroimmunology Course, NYU Sch. Med. |
| 2009-present | Lecturer in Neuroscience Course in Disorders, NYU Sch. Med. |
| 2006-present | Director of Neuropathology Fellowship, NYU Sch. Med. |
| 2012 | Lecturer and Course designer of the first Interclerkship Intensive for NYULMC Class of 2014 on Cognitive Issues in the Health Care Setting: Informed Consent, Physician Impairment, Capacity, Ethics, Dementia and Delirium. |

**Clinical Trial Participation:**

| | |
|---|---|
| 2011-2012 | Investigator on protocol ELN115727, a Phase 3 Extension, Multicenter, Double-Blind, Long Term Safety and Tolerability Treatment Trial of Bapineuzumab (AAB-001, ELN115727) in Subjects with Alzheimer's Disease who Participated in Study ELN115727-301 or in Study ELN115727-302 (Protocol ELN115727-351), sponsor: Janssen Ltd. |
| 2011-2013 | Safety Monitor of Study: Family History of Alzheimer's Disease (AD), |

12/27/2013                                    Thomas Wisniewski MD

|  |  |
|---|---|
|  | Hypometabolism and Oxidative Stress , Protocol: H# 08-857 |
| 2011-2012 | Investigator on Protocol H8A-MC-LZAM, Effect of Solanezumab (LY2062430),  an Anti-amyloid beta monoclonal antibody on the progression of Alzheimer's disease as compared to placebo; sponsor: Eli Lilly and Co. |
| 2013-2014 | Investigator on protocol BP28248, RO460522 Efficacy and Safety Study in Moderate AD; sponsor: Roche/Genentech |
| 2013-2014 | Investigator on protocol 017 P07738, A randomized, placebo controlled, parallel-group, double blind efficacy and safety trial of MK-8931 in subjects with mild to moderate Alzheimer's disease; sponsor: F.Hoffmann-La Roche Ltd |

## Grant Support:

### Principal Investigator:

| | |
|---|---|
| 1991-1994 | PI of Alzheimer's Disease Association, Clinical Investigator Initiated Award Grant (IIRG91-102): The Lewy body Variant of Alzheimer's disease |
| 1992-1997 | PI of National Institute of Health (National Institute of Aging) Clinical Investigator Award (K08-AG00542-01): Lewy Body Disease and Gelsolin |
| 1992-1993 | PI of New York University Medical Center Alzheimer's Disease Center Pilot Study: The Source of Alzheimer's Amyloid Protein. |
| 1995-1996 | PI of New York University Medical Center Alzheimer's Disease Center Pilot Study: Alzheimer's disease and Amyloid β Fibrillogenesis. |
| 1995-1996 | PI of National Institute of Health (National Institute of Aging) Pilot Study in LEAD award. Theoretical molecular modeling of amyloid β. |
| 1997-1998 | PI of National Center for Research Resources, National Institute of Health. Shared Instrumentation Grant. FTS-6000 Spectrometer Mainframe |
| 1997-1998 | PI of National Institute of Health (National Institute of Aging) Pilot Study in LEAD award (AG10953) The Biochemistry of Human Prion Strains. |
| 1998-2001 | PI of Alzheimer's Disease Association, Investigator Initiated Award: Imaging of Alzheimer's disease lesions *in vivo* (IIRG-98-017) |
| 1999-2001 | PI of Alzheimer's Disease Association, Zenith Award: Amyloid ß and Apolipoprotein E Interactions in Vivo and *in Vitro* (Zenith-99-1791). |
| 2000-2005 | PI of the Neuropathology Core on NIH Program Project (PO1AG17617): In Vivo Models of Neuronal and Vascular Pathobiology in AD (PI of Program Project is Dr. Ralph Nixon) |
| 2000-2004 | PI of Project 3 (The role of ischemia and vascular pathology in Alzheimer's disease) on NIH Program Project (PO1AG17617): In Vivo Models of Neuronal and Vascular Pathobiology in AD |

12/27/2013                                    Thomas Wisniewski MD

| | |
|---|---|
| 2000-2002 | PI of American Parkinson Disease Association Investigator Grant: Biochemistry and Immunohistochemistry of Lewy Bodies. |
| 2002-2005 | PI of Alzheimer's Disease Association, Investigator Initiated Research Award: Vaccine Therapy for the Prevention and Treatment of Prion Disease (IIRG-02-3702), Annual Direct: $72,727 |
| 2006-2009 | PI of Alzheimer's Disease Association, Investigator Initiated Research Award: Mucosal Immunization Therapy in Alzheimer's Disease Mice (IIRG-06-26434), Annual Direct: $72,727 |
| 2005-2008 | PI of NIH Fogarty International Research Collaborative Award, (R03 TW006848): Therapy for Alzheimer and Prion diseases. Annual Direct: $30,342 |
| 2007-2009 | PI of NIH/NIA/Fogarty International Center R21 grant (R21 AG028187) Immunization Approaches for Alzheimer's Disease. Annual Direct: $86,700 |
| 2000-2015 | Director of the Neuropathology Core of the NYU Alzheimer's Disease Clinical Center (NIH NIA AG08051), Annual Direct: $100,000 |
| 2008-2012 | PI of Neuropathology Core of PPG "Characterization of the Pathological and Biochemical Markers that Correlate to the Clinical Features of Autism", US Army Medical Research Acquisition Act (W81XWH-08-1-0741), Annual Direct of Core: $123,404 |
| 1999-2011 | PI of National Institute of Health (NIA) R01 Amyloid β peptide and apolipoprotein E  AG15408, Annual Direct: $ 173,939 |
| 2002-2012 | PI of NIA/NIH R01 grant: Detection and Clearance of AD Amyloid Lesions. AG20245, Annual Direct: $184,500 |
| 2004-2014 | PI of NINDS/NIH R01 grant: Therapeutic Approaches for Prion Disease, NS047433; Annual Direct: $250,000 |
| 2009-2013 | PI of Challenge Grant 3R01NS047433-06S1 NIH/NINDS; Therapeutic Approaches for Prion diseases. Total Direct Costs for Grant: 1,242,287.00 |
| 2010-2013 | PI of Alzheimer's Association Investigator Initiated Research Grant: Immunotherapy for amyloid plaques, CAA and NFT pathology. Total Direct Costs for the Grant: $200,000 |
| 2010-2015 | PI of NINDS/NIH R01 grant: 1R01NS073502: Therapeutic Targeting of Abnormal Conformation in Neurodegenerative Disease. Annual Direct: $218,750 |
| 2011-2012 | NYU Langone Multiple R01 Research Incentive Grant, Annual Direct: $20,000. |
| 2012-2013 | PI of an Alzheimer's Drug Discovery Foundation grant: Development of peptidomimetic ApoE/Aß Binding Inhibitors as an Effective and Non-toxic Therapeutic Approach for AD, Annual Direct: $100,000 |
| 2012-2013 | NYU Langone Multiple R01 Research Incentive Grant, Annual Direct: $24,425. |
| 2012-2017 | PI of NIA/NIH R01 grant: Detection and Clearance of AD Lesions. |

10

12/27/2013                                                  Thomas Wisniewski MD

AG20245, Annual Direct: $200,000.

2013-2018     PI of NIAID/NIH R01 grant: Vaccination for Chronic Wasting Disease.
              AI108213-01, Annual Direct: $759,860. Under review

**Co- Investigator/Co-PI:**

1995-1999     Co-Investigator of National Institute of Health (National Institute of
              Aging) (R01 AG08721-04, PI: Frangione, B): Amyloid Angiopathy, Early
              Plaque and Aging

1999-2004     Co-Investigator of National Institute of Health (R01 AR02594, PI:
              Frangione B): Conformational Disorders: Amyloid and Prion Proteins.
              Annual Direct: $250,000

2009-2011     Co-Investigator National Institute of Health (1RC2AG036501-0110, PI: de
              Leon M): Imaging Neuroinflamation in Alzheimer's Disease with
              [11C]Arachidonic Acid.

2011-2012     Co-PI of NYU Applied Research Support Grant (Co-PI: Goni F)
              Monoclonal Antibody Development Targeting Pathological Oligomers as
              a Treatment for Alzheimer's Disease. Annual Direct: $50,000

2012-2014     Co-PI of NIH 1R21NS079676-01 (PI: Henrieta Scholtzova): Testing of
              Innate Immunity Stimulation via TLR9 on CAA using Non-human
              Primates. Annual Direct: $150,000

2012-2014     Co-PI of SBIR NIH grant 1R43AG044248-01 (PI: Andrew Wang):
              Detection of Vascular and Plaque Alzheimer's Amyloid Deposits by
              microMRI using Iron Oxide Nanoparticles, under review. Company
              partner: Ocean NanoTech, LLC. Annual Direct: $150,000

2012-2015     Co-PI of a Research Training Grant from the Saudi Arabia Cultural
              Mission to Train Saudi Physicians in Neuroscience Research (PI: Allal
              Boutajangout/Wisniewski). Annual Direct: $320,000

2012-2015     Co-PI of Alzheimer's Disease Association Investigator Initiated Grant
              IIRG-12-239474 (PI: Henrieta Scholtzova): Innate immunity stimulation
              as a novel therapeutic approach in AD. Annual Direct: $80,000

2013-2016     Co-PI of Alzheimer's Disease Association Investigator Initiated Grant
              IIRG-13-283707 (PI: Fernando Goni): Conformational Directed
              Immunotherapy Targeting both Tau and Aβ Pathology. Annual Direct:
              $80,000, Annual Direct: $80,000

11

12/27/2013                                    Thomas Wisniewski MD

**Patents:**

1) Synthetic Immunogenic but Non-Amyloidogenic Peptides Homologous to Amyloid β for Induction of an Immune Response to Amyloid β and Amyloid Deposits; **Wisniewski T**, Frangione B, Sigurdsson E. Filed 5/22/2001, **Granted: 3/30/2004, Patent Number: 6,713,450**

2) Detection of Alzheimer's Amyloid by Magnetic Resonance Imaging; **Wisniewski T**, Sigurdsson, E, Zaim Y, Turnbull D. Filed 5/23/2001, **Granted: 11/23/2004, Patent Number: 6,821,504**

3) Synthetic Immuogenic but Non-Deposit-Forming Polypeptides and Peptides Homologous to Amyloid β, Prion Protein, Amylin, α-Synuclein or Polyglutamine Repeats for Induction of an Immune Response Thereto. Frangione B, Sigurdsson E, **Wisniewski T.** Filed 11/21/02, **Granted: 01/20/09, Patent Number: 7,479,482**

4) Synthetic immunogenic but non amyloidogenic peptides homologous to amyloid beta for induction of an immune response to amyloid beta and amyloid deposits. **Wisniewski T.**, Sigurdsson E, Frangione B. Filed 09/19/03, **Granted 09/23/2008, Patent Number: 7,427,655**

5) Prevention and Treatment of Alzheimer Amyloid Deposition. **Wisniewski T,** Sadowski M, Sigurdsson E, Frangione B . Filed 3/26/04, **Granted: 12/15/09, Patent Number: 7,632,816**

6) Mucosal Immunization to prevent prion infection. **Wisniewski T,** Sigurdsson E, Chabalgoity JA, Goni F. Filed 11/18/05, Application Number: 20070059807 (NYU: 10/558,276), **Granted by patent office 11/7/13; pending processing of patent fee**

7) Imaging Agents for Protein Misfolding. **Wisniewski T,** Min J, Li Q, Chang YT. Filed 2/11/08, Application Number: 20100279340 (NYU: 12/029,271), **Issued 4/17/12: Patent Number: 8,158,380.**

8) Synthetic immunogenic but non-amyloidogenic peptides homologous to amyloid beta. for induction of an immune response to amyloid beta and amyloid deposits. Frangione B, **Wisniewski T,** Sigurdsson EM, **Issued 4/20/10: Patent Number: 7,700,107**

9) Method for treating amyloid disease. Frangione B, Sigurdsson EM, **Wisniewski T,** Ghiso J. Filed 02/05/09. **Patent  Issued: 11/27/12; Patent Number: 8,318,175**

10) Immunotherapy targeting the shared abnormal conformational state of amyloidogenic peptides/proteins. **Wisniewski T,** Goni F. Filed 05/05/10; Application No.:

12/27/2013                                                          Thomas Wisniewski MD

      20100284909 (12/774,293), **Issued: 4/2/13; Patent Number: 8,409,584**

11) Method for treating amyloid disease. Wisniewski T, Goni F. Filed 7/19/12. **Patent Issued: 1/24/13;  Patent Number: WO 2013/013056 A1**

12) Preventing and treating amyloid-β deposition by stimulation of innate immunity. **Wisniewski T,** Scholtzova H, Kascsak RJ, Spinner DS. Filed 08/20/2008, Application Number: 12/918,739, pending

13) Immunotherapeutic modulation of amyloidogenic disease using non-fibrillogenic, non-amyloidogenic polymerized proteins and peptides. **Wisniewski T,** Goni F. Filed 07/19/11; Application No.: 61509320, pending

14) A humanized single-chain antibody against beta 3 integrin inhibits pulmonary metastasis by preferentially fragmenting activated platelets in the tumor microenvironment. **Wisniewski T**, Zhang W, Dang S. Filed 8/2/12; Application No.: 61/678,659, NYU number: WIS02-12PRO, pending

13

12/27/2013                                    Thomas Wisniewski MD

## Listing (Partial) of Past and Present Students, Trainees and Faculty Members of Conformational Disorders Laboratory (P.I. Thomas Wisniewski):

| Past / Current Trainee | Trainee Name | Pre or Post Gradua te | Post Doc Research Training Period | Prior Academic Degree | | | Title of Research Project | Present Position (past trainees) Source of Support (Present trainees) |
|---|---|---|---|---|---|---|---|---|
| | | | | Degre e(s) | Year(s) | Institutions(s) | | |
| Past | Sigurdss on, Einar | Post | 1999-2001 | Ph.D. | 1997 | Pharmacology; Loyola University | Multiple projects: Vaccination for conformational disorders | Associate Professor of Physiology and Neuroscience, and Psychiatry, NYUSM |
| Past | Golabek, Adam | Post | 1996-2002 | Ph.D. | 1996 | Polish Academy of Science | Pathological Chaperones and AD | Research Scientist, Grade V, NYU Institute for Basic Research in Developmental Disabilities |
| Past | Dowjat, Karol | Post | 1996-2003 | Ph.D. | 1992 | Polish Academy of Science | The role of presenilin in the pathogenesis of familial AD | Research Scientist, Grade VI, NYU Institute for Basic Research in Developmental Disabilities |
| Past | Aucouturi er, Pierre | Post | 1999-2002 | Ph.D. | 1993 | University of Paris, France | Role of Dendritic cells in the infectivity of Prions | Senior Lecturer at Université Pierre et Marie Curie, Paris, France. |
| Past | Permann e, Bruno | Post | 1999-2002 | Ph.D. | 1998 | University of Paris, France | The role of apoE in Abeta fibrillogenesis | Research Scientist, Merck-Serono, Geneva, Switzerland |
| Past | James Ripellino | Post | 2003-2004 | PhD | 1990 | Boston University | Amyloid beta measurement in biological fluids | Left academics |
| Past | Tezapsidi s, Nikolas | Post | 2000-2001 | PhD | 1991 | The University of Sussex, UK | The role of presenilin in Alzheimer's disease | Assistant Professor, Columbia University |

14

12/27/2013                                          Thomas Wisniewski MD

| | | | | | | Univ. Cracow, Poland | | |
|---|---|---|---|---|---|---|---|---|
| Present | Goni, Fernando | Post | 2003-Present | PhD | 1983 | University of Buenos Aires | Vaccination for prion disease | Associate Scientist, NYUSM; NIH NS47433 and AG028187 |
| Present | Sun, Yanjie | Post | 2007-Present | MS | 1997 | China Medical University | Transgenic models of neurodegeneration | Research Scientist, NYUSM, NIH AG 15408 |
| Past | Lilla Hatos-Agyi | Post | 2010-11 | MD | 2008 | Medical University of Innsbruck | Vaccination studies on Tg mice | Transplant Coordinator NIH, NS047433 |
| Past | Yang, Jing | Pre | 2006-2011 | PhD student | 2011 | Graduated NYU PhD Sackler program Jan. 2011 | μMRI Detection of amyloid deposits and therapeutic approaches for their clearance by inhibition of apoE/Aβ interactions in AD | NYUSM, NIH AG20245 |
| Past | Guihot, Jeanne | Pre | 2011 | BS PhD Student | | 2010 Rennes 1 University France | Behavioral Studies in AD model mice | NIH, NS073502 |
| Past | Shannon Chiu | Post | 2011 | BA MD student | 2008 2014 | Williams College NYU School Medicine | μMRI studies in Tg mice | NIH, AG20245 |
| Past | Luis Bragarolas | Post | 2011 | BS PhD student | 2011 | University of Barcelona | Conformational studies of amyloid proteins | NIH, NS073502 |
| Past | Erika Chung | Pre | 2006-2011 | PhD | 2011 | NYU PhD Sackler program, graduated 09/2011 | Novel therapeutic approaches for prion diseases | NIH NS047433 |

16

12/27/2013                                    Thomas Wisniewski MD

| Past | Sara Ghobraiel | Pre | 201-2012 | MD | 2012 | School of Medicine's Honors Program | Detection and Clearance of AD Lesions | NIH, AG20245 |
|------|----------------|-----|----------|----|------|------------------------------------|--------------------------------------|--------------|
| Past | Sarah Lund | Pre | 2012 | BS | 2012 | Summer Undergraduate Research Program in Graduate Biomedical Sciences | Detection and Clearance of AD Lesions | NIH, AG20245 |
| Past | Chan Tian | Post | 2012 | MD PhD | 2002 2007 | Peking University | Therapeutic Approaches for Prion Diseases | NIH, NS47433 |
| Current | Shan Liu | Post | 2011- | PhD | 2006 | Fudan University | Detection and Clearance of AD Lesions | NIH, AG20245 |
| Past | Valentino Wong | Pre | 2011- | BA | 2010 | Dartmouth College | Therapeutic Targeting of Abnormal Conformation in Neurodegenerative Disease | NIH, NS073502 |
| Current | Ariel Brietbart | Pre | 2012- | BS | 2010 | NYU | Detection and Clearance of AD Lesions | NIH, AG20245 |
| Current | Daniel Peyser | Post | 2012- | BS | 2011 | NYU | Therapeutic Approaches for Prion Diseases | NIH, NS47433 |
| Current | Krystal Herline | Post | 2012- | BS | 2011 | Augusta State University | Therapeutic Approaches for Prion Diseases | NIH, NS47433 |
| Current | Eileen Do | Post | 2012- | BS | 2011 | NYU | Detection and Clearance of AD Lesions | NIH, AG20245 |
| Current | Shannon Monaghan | Post | 2012- | BS | 2008 | University of North Texas | Therapeutic Targeting of Abnormal Conformation in Neurodegener | NIH, NS073502 |

12/27/2013                                        Thomas Wisniewski MD

| | | | | | | | | ative Disease | |
|---|---|---|---|---|---|---|---|---|
| Current | Arline Faustin | Post | 2011-2013 | MD | 2006 | SUNY Downstate Medical Center | NYU Alzheimer's Disease Clinical Center | NIH, NIA AG08051 |
| Current | Faris Yaghmoor | Post | 2012-2013 | MBBS | 2008 | Umm Al Qura University | Neuroscience Training Fellowship | Cultural Mission of Saudi Arabia |
| Current | Ahmed Noorsaeed | Post | 2013-2014 | MBBS | 2009 | King Bin Abdul-Aziz for Health Sciences | Neuroscience Training Fellowship | Cultural Mission of Saudi Arabia |
| Current | Peter Chianchiano | Pre | 2012- | BS | 2011 | NYU | Detection and Clearance of AD Lesions | NIH, AG20245 |

18

12/27/2013                                    Thomas Wisniewski MD

## Bibliography:
## Peer Reviewed Original Data Journal Publications (Abstracts are not listed.  Reviews, books and book chapters are listed separately)

1.   Moon HM, **Wisniewski T**, Mertz P, DeMartini  J, Wisniewski HM. Purification of neurofilament subunits from bovine brains and studies on neurofilament assembly. *Journal of Cell Biology* 1981; 89:560-567.

2.   Kitaguchi T, Wisniewski KE, Maslinska S, Maslinska D, **Wisniewski TM**. β-Amyloid immunoreactivity in patients with neuronal ceroid lipofucinosis: ultrastructural and biochemical demonstration. *Neuroscience Letters* 1990; 112:155-160.

3.   Onesti S, **Wisniewski T**, Post K. Clinical versus subclinical pituitary apoplexy: presentation, surgical management and outcome in 21 patients. *Neurosurgery* 1990; 26:980-986.

4.   Onesti S, **Wisniewski T**,  Post K. Pituitary apoplexy associated with a Rathke's cleft cyst. *Neurosurgery* 1990; 27:644-646.

5.   **Wisniewski T**, Sisti M, Inhirami G, Knowles D, Powers J. Solitary intracranial plasmacytoma: immunohistochemical and molecular studies. *Neurosurgery* 1990; 27:826-829.

6.   Kitaguchi T, Wisniewski KE,  Maslinski S, Maslinska D, **Wisniewski TM**, Kim KS. Beta-protein immunoreactivity in brains of patients with neuronal ceroid lipofuscinosis: ultrastructural and biochemical demonstration. *Neuroscience* Letters 1990, 112:155-160.

7.   **Wisniewski T**, Haltia M, Ghiso J, Frangione B. Lewy bodies are immunoreactive with antibodies raised to gelsolin related amyloid. *American Journal of Pathology* 1991; 138:1077-1083.

8.   Castano EM, **Wisniewski T**, Frangione B. Inherited amyloids of the nervous system. *Current Opinion in Neurobiology* 1991; 1:448-454.

9.   Haltia M, Ghiso J, Miller D, Franione B, **Wisniewski T**. Gelsolin variant and β-amyloid co-occur in a case of Finnish amyloidosis and Alzheimer's. *Neurobiology of Aging* 1991; 12:313-316.

10.  **Wisniewski T**, Ghiso J, Frangione B. Peptides homologous to the amyloid protein of

19

Alzheimer's disease containing a glutamine for glutamic acid substitution have accelerated amyloid fibril formation. *Biochemical and Biophysical Research Communications* 1991; 179:1247-1254.

11.   Constantinidis J, **Wisniewski TM.** The dominant form of the pigmentary orthochromatic leukodystrophy. *Acta Neuropathologica* 1991; 82:483-487.

12.   **Wisniewski T,** Haltia M, Ghiso J, Frangione B. Lewy bodies and gelsolin. *Parkinson/Alzheimer Digest* 1992; 1:6-8.

13.   Iwaki T, **Wisniewski T,** Iwaki A, Corbin E, Tomokane N, Tateishi J, Goldman JE. Accumulation of αB-crystallin in central nervous system glia and neurons in pathological conditions. *American Journal of Pathology* 1992; 140:345-356.

14.   Ghiso J, **Wisniewski T,** Vidal R, Rostagno A, Frangione B. Epitope mapping of two polyclonal antibodies that recognize amyloid lesions in patients with Alzheimer's disease. *The Biochemical Journal* 1992; 282:517-522.

15.   **Wisniewski T,** Frangione B. Apolipoprotein E: a pathological chaperone in systemic and cerebral amyloidoses. *Neuroscience Letters* 1992; 135:235-238.

16.   Constantinidis J, Wisniewski KE, **Wisniewski TM.** Senile neuronal ceroid lipofuscinosis, a report of three cases and a review of the literature. *Acta Neuropathologica* 1992; 83:461-468.

17.   **Wisniewski T,** Frangione B. Molecular biology of the Dutch variant of Alzheimer's disease. *Molecular Biology* 1992; 6:75-86.

18.   Rodrigues M, Rajagopalan S, Jones K, Nirankari V, **Wisniewski T,** Frangione B, Gorevic P. Gelsolin immunoreactivity in corneal amyloid, macular and granular dystrophies and wound healing. *American Journal of Opthalmology* 1993; 115:644-652.

19.   **Wisniewski T,** Golabek A, Matsubara E, Ghiso J, Frangione B. Apolipoprotein E: binding to soluble β-amyloid. *Biochemical Biophysical Research Communications* 1993; 192:359-365.

20.   Ghiso J, Matsubara E, Koudinov A, **Wisniewski T,** Frangione B. Alzheimer's amyloid β specifically binds SP40,40 (Apolipoprotein J), an inhibitor of the compli?ment membrane attack complex. *The Biochemical Journal* 1993; 293:27-30.

21.   **Wisniewski T,** Castano E, Ghiso J, Frangione B. Cerebrospinal fluid inhibits

fibrillogenesis by Alzheimer's disease peptides. *Annals of Neurology* 1993; 34: 631-633.

22.   **Wisniewski T,** Ghiso J, Frangione B. Alzheimer's disease and soluble Aβ. *Neurobiology of Aging* 1994; 15:143-152.

23.   **Wisniewski T,** Lalowski M., Levy E., Marques M.R.F., Frangione B. The amino acid sequence of neuritic plaque amyloid from a familial Alzheimer's disease patient. *Annals of Neurology* 1994; 35:245-246.

24.   Kida E, Golabek A, **Wisniewski T,** Wisniewski K. Regional differences of Apolipoprotein E immunoreactivity in diffuse plaques in Alzheimer's disease brain. *Neuroscience Letters* 1994; 167: 73-76.

25.   Sanan DA, Weisgraber KH, Mahley RW, Huang D, Saunders A, Schmechel D, **Wisniewski T,** Frangione B, Roses A, Strittmatter WJ. Apolipoprotein E associates with β Amyloid peptide of Alzheimer's Disease to form novel monfibrils: Isoform Apo E4 associates more efficiently than Apo E3. *Journal of Clinical Investigation* 1994; 94:860-869.

26.   Gallo G, **Wisniewski T,** Choi-Miura N, Ghiso J, Frangione B. Potential role of Apolipoprotein E in fibrillogenesis. *American Journal of Pathology* 1994; 145:1-5.

27.   **Wisniewski T,** Castano EM, Golabek A, Vogel T, Frangione B. Acceleration of Alzheimer's fibril formation by apolipoprotein E in vitro. *American Journal of Pathology* 1994; 145:1030-1035.

28.   Zlokovic BV, Martel CL, Mackic JB, Matsubara E, **Wisniewski T,** McComb G, Frangione B, Ghiso J. Brain uptake of circulating apolipoprotein J and E complexed to Alzheimer's amyloid β. *Biochemical Biophysical Research Communications* 1994; 205:1431-1437.

29.   **Wisniewski T,** Morelli L, Wegiel J, Levy E, Wisniewski HM, Frangione B. The influence of apolipoprotein E isotype on Alzheimer's disease pathology in 40 cases of Down's syndrome. *Annals of Neurology* 1995; 36:137-139.

30.   Mangone C, Castano E, Levy E, Abiusi G, **Wisniewski T,** Marques M, Faccio E, Gorelick P, Frangione B, Sica R. Early onset Alzheimer's disease in a South American pedigree. Clinical, SPECT, immunohistochemical and DNA findings. *Acta Neurologica Scandinavica* 1995; 91:6-13.

12/27/2013                                    Thomas Wisniewski MD

31.    Ghiso J, Plant GT, Revesz T, **Wisniewski T,** Frangione B. Familial cerebral angiopathy
       (British type) with nonneuritic amyloid plaque formation may be due to a novel
       amyloid protein. *Journal of Neurological Sciences* 1995*;* 129: 74-7.

32.    Castano EM, Prelli F, **Wisniewski T,** Golabek A, Kumar RA, Soto C, Frangione B.
       Fibrillogenesis of Alzheimer's Amyloid β peptides and apolipoprotein E.
       *Biochemical Journal* 1995; 306:599-60.

33.    Golabek A, Marques MA, Lalowski M, **Wisniewski T.** Alzheimer's Disease amyloid
       binding proteins in vitro and in normal human cerebrospinal fluid. *Neuroscience
       Letters* 1995; 191:79-82.

34.    **Wisniewski T,** Golabek AA, Kida E, Wisniewski KE, Frangione B. Conformational
       mimicry in Alzheimer's disease. *American Journal of Pathology* 1995; 147:238-
       244.

35.    **Wisniewski T,** Lalowski M, Golabek A, Frangione B. Alzheimer's Disease: An
       apolipoprotein E amyloidosis? *The Lancet* 1995; 345: 956-958.

36.    **Wisniewski T,** Frangione B. Amyloidosis in Alzheimer's disease. *The Lancet* 1995; 346:
       441.

37.    **Wisniewski T,** Palha JA, Ghiso J, Frangione B. S182 protein in Alzheimer's disease
       neuritic plaques. *The Lancet,* 1995 346:1366.

38.    **Wisniewski T,** Lalowski M, Bobik M, Russell M, Strosznajder J, Frangione B. Amyloid
       β 1-42 deposits do not lead to Alzheimer's neuritic plaques in aged dogs.
       *Biochemical Journal* 1996; 313: 575-580.

39.    <u>**Article Featured on Cover:**</u> Vidal R, Garzuly F, Budka H, Lalowski M, Linke RP,
       Brittig F, Frangione B, **Wisniewski T**. Meningovascular amyloidosis associated
       with a novel transthyretin (TTR) missense mutation at codon 18 (TTRD18G).
       *American Journal of Pathology* 1996;148: 361-366.

40.    **Wisniewski T,** Lalowski M, Baumann M, Rauvala H, Raulo E, Nolo R, Frangione B.
       HB-GAM is a cytokine present in Alzheimer's and Down's Syndrome Lesions.
       *Neuroreport* 1996; 7: 667-671.

41.    Baumann MH, **Wisniewski T,** Plant GT, Levy E, Ghiso J. Identification of C-terminal
       fragments of α- and β-tubulin in amyloid deposits of the familial cerebral amyloid
       angiopathy, British type. *BiochemicalBiophysical Research Communications*
       1996; 219: 238-242.

22

12/27/2013                                        Thomas Wisniewski MD

42.    Baumann MH, Golabek A, Lalowski, **Wisniewski T**. Micropreparative gel
       electrophoresis of small molecular weight peptides: purification of highly
       insoluble amyloid peptide fragments. *Analytical Biochemistry* 1996, 236: 191-
       198.

43.    Soto C, Golabek A, **Wisniewski T**, Castano EM. Alzheimer's soluble β-amyloid is
       conformationally modified by apolipoprotein E in vitro. *Neuroreport* 1996, 7:
       721-725.

44.    Palha JA, Moreira P, **Wisniewski T**, Frangione B, Sariava MJ. Transthyretin gene in
       Alzheiemer's disease patients. *Neuroscience Letters* 1996; 204: 212-214.

45.    Golabek A, Soto C, Vogel T, **Wisniewski T**. The interaction between apolipoprotein E
       and Alzheimer's amyloid β-peptide is dependent on β-peptide conformation**.** *The
       Journal of Biological Chemistry* 1996; 271: 10602-10606.

46.    Lemere CA, Blusztajn JK, Yamaguchi H, **Wisniewski T,** Saido T, Selkoe D. Sequence of
       deposition of heterogeneous amyloid β-peptides and apo E in Down syndrome:
       implications for initial events in amyloid plaque formation. *Neurobiology of
       Disease* 1996; 3:16-32.

47.    Vidal R, Ghiso J, **Wisniewski T**, Frangione B. Alzheimer's presenilin 1 gene expression
       in platlets and megakaryocytes: Identification of a novel splice variant. *FEBS
       Letters* 1996; 393: 19-23.

48.    Garzuly F, **Wisniewski T**, Brittig F, Budka H. Familial meningocerebrovascular
       amyloidosis, Hungarian type, with mutant transthyretin (TTR Asp18Gly).
       *Neurology*, 47: 1562-1567, 1996.

49.    Lalowski M, Golabek A, Lemere CA, Selkoe DJ, Wisniewski HM, Beavis RC, Frangione
       B, **Wisniewski T.** The "non-amyloidogenic" p3 fragment (amyloid β 17-42) is a
       major constituent of Down syndrome cerebellar preamyloid. *Journal of
       Biological Chemistry*, 271: 33623-33631, 1996.

50.    Palha JA, Moreira P, **Wisniewski T**, Frangione B, Saraiva MJ. C for T substitution at
       codon 108: the first identified silent mutation in the transthyretin gene. *Amyloid:
       International Journal of Experimental Clinical Investigation*, 4:52-53, 1997.

51.    Ghiso J, Calero M, Matsubara E, Governale S, Chuba J, Beavis R, **Wisniewski T**,
       Frangione B. Alzheimer's soluble amyloid β is a normal component of human
       urine. *FEBS Letters*, 408: 105-108, 1997.

23

52.   **Wisniewski T,** Dowjat W, Permanne B, Palha J, Kumar A, Gallo G, Frangione B. Presenilin is associated with Alzheimer's disease amyloid. *American Journal of Pathology*, 151: 601-610, 1997.

53.   Permanne B, Perez C, Soto C, Frangione B, **Wisniewski T**. Detection of apolipoprotein E/dimeric soluble amyloid β complexes in Alzheimer's disease brain supernatants. *Biochem. Biophys. Res. Commun.*, 240: 715-720, 1997.

54.   **Wisniewski T**, Dowjat WK, Buxbaum JD, Khorhova O, Efthimiopoulos S, Kulczycki J, Lojkowska W, Wegiel J, Wisniewski HM, Frangione B. A novel Polish presenilin-1 mutation (P117L) is associated with familial Alzheimer's disease and leads to death as early as the age of 28 years. *NeuroReport*, 9: 217-221, 1998.

55.   K.E. Wisniewski, N.Zhong, W. Kaszmarski, A. Kaszmarski, E. Kida, W.T. Brown, K.O. Schwartz, E.S. Stenroos, A.M. Lazzarini, A.J. Rubin, W.G. Johnson, **T.M. Wisniewski.** Compound heterozygous genotype is associated with protracted juvenile neuronal ceroid lipofuscinosis. *Annals of Neurology*, 43: 106-110, 1998.

56.   Askanas V, King Engel W, Chih-Chao Y, Alvarez R B, Lee VMY, **Wisniewski T**. Light and electron microscopic immunolocalization of presenilin I in abnormal muscle fibers of patients with sporadic inclusion-body myositis and autosomal recessive inclusion body myopathy. *American Journal of Pathology*, 152: 889-895, 1998.

57.   **Wisniewski T,** Goldman JE. αB-Crystallin is associated with intermediate filaments in astrocytoma cells. *Neurochemistry Research*, 23: 389-396, 1998.

58.   Wegiel J, Wisniewski HM, Izabela K, Michal T, Eulalia B, Eirene P, Jerzy K, Wieslaw D, **Wisniewski T**. Cell-type specific enhancement of amyloid ß deposition in a novel presenilin-1 mutation (P117L). *Journal of Neuropathology and Experimental Neurology*, 57: 831-838, 1998.

59.   Pomara N, Shao B, **Wisniewski T**, Mehta PD. Decreases in plasma Aß 1-40 levels with aging in non-demented elderly with apoE-epsilon 4 allele. *Neurochemistry Research*, 23: 1563-1566, 1998.

60.   Efthimiopoulos S, Floor E, Georgakopoulos A, Shior J, Cui W, Yasothornsrikul S, Hook VYH, **Wisniewski T**, Buee L, Robakis NK. Enrichment of Presenilin 1 peptides in neuronal large dense core and somatodendritic clathrin coated vesicles. *Journal of Neurochemistry*, 71: 2365-2372, 1998.

61.   Copp RP, **Wisniewski T**, Hentati F, Larnaout A, Hamida MB, Kayden HJ. Localization

24

of α-tocopherol transfer protein in the brains of patients with ataxia with vitamin E deficiency and other oxidative stress related neurodegenerative disorders. *Brain Research*, 822: 80-87, 1999.

62.   Aucouturier P, Kascak RJ, Frangione B, **Wisniewski T**. Biochemical and conformational variability of human prion strains in sporadic Creutzfeldt-Jakob disease. *Neuroscience Letters*, 274(1):33-36, 1999.

63.   Dowjat WK, **Wisniewski T**, Efthimiopoulos S, Wisniewski HM. Inhibition of neurite outgrowth by Familial Alzheimer's disease linked presenilin-1 mutations. *Neuroscience Letters*, 267: 141-144, 1999.

64.   Stoltner, SE, Grenfell TJ, Mori C, Wisniewski KE, **Wisniewski TM**, Selkoe DJ, Lemere CA. Temporal accrual of complement proteins in amyloid plaques in Down syndrome with Alzheimer's disease. *American Journal of Pathology*, 156: 489-499, 2000.

65.   Soto C, Kascsak RJ, Saborio GP, Aucouturier P, **Wisniewski T**, Prelli F, Kascsak R, Mendez E, Kumar A, Harris DA, Ironside J, Tagliavini F, Carp RI, Frangione B. Reversion of prion protein conformational changes by synthetic ß-sheet breaker peptides. *The Lancet*, 355: 192-197, 2000.

66.   Sigurdsson EM, Permanne B, Soto C, **Wisniewski T**, Frangione B. In Vivo Reversal of Amyloid ß Lesions in Rat Brain, *Journal of Neuropathology and Experimental Neurology*, 59: 11-17, 2000.

67.   Golabek AA, Kida E, Walus M, Perez C, **Wisniewski T**, Soto C. Sodium dodecyl sulpate-resistant complexes of Alzheimer's amyloid β-peptide with the N-terminal, receptor binding domain of apolipoprotein E. *Biophysical Journal*, 79: 1008-1015, 2000.

68.   Ji Y, Permanne B, Sigurdsson EM, Holtzman DM, **Wisniewski T**. Amyloid β40/42 clearance across the blood-brain barrier following intra-ventricular injections in wild-type, apoE knock-out and human apoE3 or E4 expressing transgenic mice. *Journal of Alzheimer's Disease*, 3: 23-30, 2001.

69.   Poeggeler, B, Miravalle,L, Zagorski M, **Wisniewski T**, Chyan YJ, ZhangY, Shao H, Bryant-Thomas T, Vidal R, Frangione B, Ghiso J, Pappolla MA. Melatonin reverses the pro-fibrillogenic effects of apolipoprotein E4 on the Alzheimer's β-amyloid protein. *Biochemistry,* 40: 14995-15001, 2001.

70.    Dowjat WK, Wisniewski H, **Wisniewski T**. Alzheimer's disease presenilin-1 expression modulates the assembly of neurofilaments. *Neuroscience*, 103: 1-8, 2001.

71.    Kułczycki J, Bertrand E, Lojkowska W, Dowjat W, **Wisniewski T**, Lyxzywek-Zwierz M. Familial Alzheimer's disease connected with a mutation in presenilin gene 1. *Neurologia I Neurochirurgia Polska*, 35: 213-224, 2001.

72.    Aucouturier P, Geissmann F, Saborio G, Meeker HC, Damotte D, Kascsak R, Kascsak R, Carp RI, **Wisniewski T**. Scrapie neuroinvasion in RAG-1$^{0/0}$ mice by transfer of infected splenic dendritic cells. *Journal of Clinical Investigation*, 108: 703-708, 2001.

73.    Wegiel J, Bobinski M, Tarnawski M, Dziewiatowski J, Popovitch E, Miller DC, **Wisniewski T,** Golomb J, de Leon MJ, Reisberg B. Fibrillar amyloid-β affects neurofibrillary changes but only in neurons already involved in neurofibrillary degeneration. *Acta Neuropathology* 101: 585-590, 2001.

74.    Sigurdsson EM, Scholtzova H, Mehta PD, Frangione B, **Wisniewski T**. Immunization with a non-toxic/non-fibrillar amyloid-β homologous peptide reduces Alzheimer's disease associated pathology in transgenic mice. *American Journal of Pathology*, 159: 439-447, 2001.

75.    Wen PH, Shao X, Shao Z, Hof PR, **Wisniewski T**, Kelley K, Friedrich VL, Ho L, Painetti GM, Robakis NK, Elder GA. Overexpression of wild type but not an FAD mutant presenilin-1 promotes hippocampal neurogenesis in adult mice, *Neurobiology of Disease*, 10: 8-19, 2002.

76.    Mori C, Spooner ET, Wisniewski KE, **Wisniewski TM**, Yamaguchi H, Saido TC, Li C, Tolan DR, Selkoe DJ, Lemere CA. Intraneuronal Aβ42 accumulation in Down syndrome brain. *Amyloid*, 9:88-102, 2002.

77.    Wang ZH, Ji Y, Zeng B, Raksadawan N, Pastores GM, Ong E, **Wisniewski T**, Kolodny EH. Therapeutic effects of astrocytes expressing both tyrosine hydoxylase and brain-derived neurotrophic factor on a rat model with Parkinson's disease. *Neuroscience*, 113: 629-640, 2002.

78.    Mackic JB, Bading J, Ghiso J, Walker L, **Wisniewski T**, Frangione B, Zlokovic BV. Transport across the blood-brain barrier and differential cerebrovascular sequestration of circulating Alzheimer's amyloid-β peptide in aged Rhesus vs. aged Squirrel monkeys. *Vascular Pharmacology,* 38: 303-313, 2002.

79.    Poduslo JF, Wengenack TM, Curran GL, **Wisniewski T**, Sigurdsson E, Macura SI, Borowski BJ, Jack CR. Molecular contrast enhanced magnetic resonance imaging of Alzheimer's amyloid plaques. *Neurobiology of Disease*, 11: 315-329, 2002.

80.    De Leon MJ, Segal S, Tarshish C, DeSanti S, Zinkowski R, Mehta PD, Convit A, Caraos C, Rusinek H, Tsui W, Saint Louis LA, DeBarnardis J, Kerkmanand D, Qadri F, Gary A, Lesbre, **Wisniewski T**, Poirier J, Davies P. Longitudinal Tau levels increase in mild cognitive impairment. *Neuroscience Letters*, 333: 183-186, 2002.

81.    Marambaud P, Shioi J, Serban G, Georgakopoulos A, Sarner S, Nagy V, Wen P, Efthimiopoulos S, **Wisniewski T**, Robakis NK. A presenilin-1 mediated γ-secretase activity cleaves cadherins and controls disassembly of adherens junctions. *EMBO Journal*, 21: 1948-1956, 2002.

82.    Wegiel J, Kuchna I, **Wisniewski T**, de Leon MJ, Reisberg B, Pirttila T, Kivimaki T, Lehtimaki. Vascular fibrosis and calcification in the hippocampus in aging, Alzheimer's disease and Down syndrome. *Acta Neuropathologica*, 103: 333-343, 2002.

83.    Sigurdsson E, Brown DR, Daniels M, Kascsak RJ, Kascsak R, Carp R, Meeker HC, Frangione B, **Wisniewski T**. Vaccination delays the onset of prion disease in mice. *American Journal of Pathology*, 161: 13-17, 2002.

84.    Wong BS, Li R, Sassoon J, Liu T, Pan T, Kang SC, **Wisniewski T**, Brown DR, Sy MS. Mapping the antigenicity of copper-treated cellular prion protein with the scrapie isoform. *Cellular and Molecular Life Sciences*, 60: 1224-1234, 2003.

85.    Sigurdsson EM, Sy MS, Li R, Scholtzova H, Kascsak RJ, Kascsak R, Carp RI, Meeker HC, Frangione B, **Wisniewski T**. Anti-PrP antibodies for prophylaxis following prion exposure. *Neuroscience Letters*, 336: 185-187, 2003.

86.    Zaim Wadghiri Y, Sigurdsson EM, Sadowski M, Elliot JI, Li Y, Scholtzova H, Tang CY, Aguilnaldo G, Pappolla M, Duff K, **Wisniewski T\***, Turnbull DH\* (\*joint senior authors). Detection of Alzheimer's amyloid in transgenic mice using magnetic resonance micro-imaging. *Magnetic Resonance in Medicine*, 50: 293-302, 2003.

87.    Ji Y, Gong Y, Gan W, Beach T, Holtzman DM, **Wisniewski T**. Apolipoprotein E isoform-specific regulation of dendritic spine morphology in apolipoprotein E transgenic mice and Alzheimer's disease patients. *Neuroscience*, 122: 305-315, 2003.

88.    Sadowski M, Tang CY, Aguinaldo G, Carp R, Meeker HC, **Wisniewski T**. *In vivo*

27

12/27/2013                                      Thomas Wisniewski MD

magnetic resonance imaging signal changes in scrapie infected mice. *Neuroscience Letters*, 345: 1-4, 2003.

89.   Sigurdsson EM, Brown D, Alim MA, Scholtzova H, Carp R, Meeker HC, Prelli F, Frangione B, **Wisniewski T**. Copper chelation delays the onset of prion disease. *Journal of Biological Chemistry*, 278: 46199-46202, 2003.

90.   Kang SC, Brown DR, Whiteman M, Li R, Pan T, Perry G, **Wisniewski T**, Sy MS, Wong BS. Prion protein is ubiquitinated after developing protease resistance in the brains of scrapie infected mice. *Journal of Pathology*, 203: 603-608, 2004.

91.   Pan T, Li R, Kang SC, Wong BS, **Wisniewski T,** Sy MS. Epitope scanning reveals gain and loss of strain specific antibody binding epitopes associated with the conversion of normal cellular prion to scarpie prion. *Journal of Neurochemistry*, 90: 1205-1217, 2004.

92.   Wegiel J, Kuchna I, Novicki K, Dowjat K, Reisberg B, DeLeon M, **Wisniewski T**, Chen-Hwang MC, Hwang YW. Cell type and brain structure specific patterns of distribution of minibrain kinase in human brain. *Brain Research*, 1010: 69-80, 2004.

93.   Dowjat WK, Kuchna I, **Wisniewski T**, Wegiel J. A novel highly pathogenic Alzheimer presenilin-1 mutation in codon 117 (P117S): Comparison of clinical, neuropathological and cell culture phenotypes of Pro117Leu and Pro117Ser mutations. *Journal of Alzheimer's Disease*, 6: 31-43, 2004

94.   Sadowski M, Pankiewicz J, Scholtzova H, Ji Y, Quartermain D, Jensen C, Duff K, Nixon RA, Gruen RJ, **Wisniewski T**. Decreased hippocampal glucose metabolism correlates with neuronal loss and impaired recall in Alzheimer's disease model mice. *Journal of Neuropathology and Experimental Neurology,* 63: 418-428, 2004.

95.   Sadowski M, Pankiewicz J, Scholtzova H, Li Y, Quartermain D, Duff K, **Wisniewski T.** Links between the pathology of Alzheimer's disease and vascular dementia. *Neurochemical Research*, 29: 1251-1260, 2004.

96.   Helpern JA, Falangola MF, Dyakin VV, Lee SP, Bogart A, Estok K, Ardekani B, Duff K, Branch C, **Wisniewski T**, De Leon MJ, Wolf O, O'Shea J, Wegiel J, Nixon RA. Magnetic resonance imaging assessment of neuropathology in a transgenic mouse model of Alzheimer's disease. *Magnetic Resonance in Medicine*, 51: 794-798, 2004.

97.    Sadowski M, Pankiewicz J, Scholtzova H, Ripellino JA, Li Y, Schmidt SD, Mathews PM, Fryer JD, Holtzman DM, Sigurdsson EM, **Wisniewski T**. Blocking the apolipoprotein E/ β-amyloid interaction reduces β-amyloid toxicity and decreases β-amyloid load in transgenic mice. *American Journal of Pathology*, 165: 937-948, 2004.

98.    Sigurdsson EM, Knudsen E, Asuni A, Sage D, Goni F, Quartermain D, Frangione B, **Wisniewski T**. Enhanced cognition with a reduced immune response in an AD mouse model immunized with Aβ derivatives. *Journal of Neuroscience*, 24: 6277-6282, 2004.

99.    Sadowski M, Pankiewicz J, Scholtzova H, Tsai J, Li Y, Carp RI, Meeker HC, Gambetti P, Debnath M, Mathis CA, Li S, Gan WB, Klunk WE, **Wisniewski T.** Targeting prion amyloid deposits in vivo using methoxy-X04, *Journal of Neuropathology and Experimental Neurology*, 63: 775-784, 2004.

100.   Pan T, Wong P, Chang B, Li C, Li R, Kang SC, **Wisniewski T**, Sy MS. Biochemical fingerprints of prion infection: accumulations of aberrant full-length and N-terminally truncated PrP species are common features in mouse prion disease. *Journal of Virology*, 79: 934-943, 2005

101.   Goni F, Knudsen E, Schreiber F, Scholtzova H, Pankiewicz J, Carp R, Meeker HC, Rubenstein R, Brown DR, Chabalgoity JA, Sigurdsson EM, **Wisniewski T.** Mucosal vaccination delays or prevents prion infection via an oral route. *Neuroscience*, 133: 413-421, 2005.

102.   Pan T, Chang B, Wong P, Li C, Li R, Kang SC, Thompsett AR, Po T, Yin S, Barnard G, McConnell I, Brown DR, **Wisniewski T**, Sy MS. An aggregate specific ELISA: Detection of conformational differences between recombinant PrP protein dimers and PrP$^{Sc}$ aggregates. *Journal of Virology,* 79: 12355-12364., 2005.

103.   Pankiewicz J, Prelli F, Sy MS, Kascsak RJ, Kascsak RB, Spinner DS, Carp RI, Meeker HC, Sadowski M, **Wisniewski T**. Clearance and prevention of prion infection in cell culture by anti-PrP antibodies. *European Journal of Neuroscience*, 23: 2635-2647, 2006.

104.   Leal MC, Dorfman VB, Gamba GF, Frangione B, **Wisniewski T**, Castano EM, Sigurdsson EM, Morelli L. Plaque-Associated Overexpression of Insulin-Degrading Enzyme in the Cerebral Cortex of Aged Transgenic Tg2576 Mice With Alzheimer Pathology. *Journal of Neuropathology and Experimental Neurology,* 65: :976-987, 2006.

12/27/2013                                     Thomas Wisniewski MD

105.   Sadowski MJ, Pankiewicz J, Scholtzova H, Mehta PD, Prelli F, Wen P, Quartermain D, **Wisniewski T.** Blocking the Apolipoprotein E/Amyloid-β Interaction as a Potential Therapeutic Approach for Alzheimer's Disease. *Proceedings of the National Academy of Science*, 49: 18787-18792, 2006.

106.   Asuni A, Boutajangout A, Scholtzova H, Knudsen E, Li Y, Quartermain D, Frangione B, **Wisniewski T,** Sigurdsson EM. Aβ derivative vaccination in alum adjuvant prevents amyloid deposition and does not cause brain microhemorrhages in Alzheimer's model mice. *European Journal of Neuroscience,* 24: 2530-2542, 2006.

107.   Chang B, Cheng X, Yin S, Pan T, Zhang H, Wong P, Kang SC, Xiao F, Yan H, Li C, Wolfe LL, Miller MW, **Wisniewski T,** Greene MI, Sy MS. A blood test for prion: disease associated prion aggregates detected in the blood of infected but asymptomatic animals. *Clinical and Vaccine Immunology*, 14: 36-43, 2007

108.   Spinner DS, Kascsak RB, LaFauci G, Meeker HC, Xuemin Y, Flory MJ, Kim JI, Schuller-Levis GB, Levis WR, **Wisniewski T**, Carp RI, Kascsak RJ. CpG Oligodeoxynucleotide-enhanced humoral immune response and production of antibodies to prion protein PrP$^{Sc}$ in mice immunized with 139A scrapie-associated fibrils. *Journal of Leukocyte Biology*, 14(1):36-43, 2007

109.   Wegiel J, Kuchna I, Nowicki K, Frackowiak J, Mazur-Kolecka B, Imaki H, Wegiel J, Mehta PD, Silverman WP, Reisberg B, deLeon M, **Wisniewski T,** Pirttilla T, Frey H, Lehtimaki T, Kivimaki T, Visser FE, Kamphorst W, Potempska A, Bolton D, Currie JR, and Miller DL. Intraneuronal Abeta immunoreactivity is not a predictor of brain amyloidosis-beta or neurofibrillary degeneration. *Acta Neuropathologica (Berl)*,. 113(4):389-402, 2007

110.   Litterst C, Georgakopoulos A, Shioi J, Ghersi E, **Wisniewski T**, Wang R, Ludwig A, Robakis NK. Ligand binding and calcium influx induce distinct ectodomain/gamma -secretase processing pathways of EPHB2 receptor. *Journal of Biological Chemistry* 282(22):16155-63, 2007.

111.   Webb S, Lekishivili T, Loeschner C, Sellarajah S, Prelli F, **Wisniewski T**, Gilbert IM, Brown DR. Mechanistic insights into prion curing by novel anti-prion compounds. *Journal of Virology*, 81: 10729-10741, 2007.

112.   Li Q, Min J, Namm J, Kim EM, Ji Y, Wu H, **Wisniewski T**, Chang YT. Styryl based in vivo imaging agents for β-amyloid plaques. *ChemBioChem*, 8(14): 1679-1687, 2007.

113.   Gambetti P,  Dong Z, Yuan J, Xiao X, Zheng M, Alshekhlee A, Castellani R, Cohen M, Marder K, Harris C, Montine T, **Wisniewski T**, Dickson DW, Hulette CM, DeArmond SJ, Mastrianni JA, Kong Q, Zou WQ. A novel human prion disease with protease-sensitive prion. *Annals of Neurology*, 63: 697-708, 2008.

114.   Klybin I, Betts V, Blennow K, Zetterberg H, Wallin A, Lemere CA, Cullen WK, Welzel A, Peng Y, **Wisniewski T**, Selkoe DJ, Anwyl R, Walsh DM, Rowan MJ. Aß dimer-containing human cerebrospinal fluid disrupts synaptic plasticity: prevention by systemic passive immunization. *Journal of Neuroscience*, 28: 4231-4237, 2008.

115.   Firuzi O, Zhuo J, Chinnici CM, **Wisniewski T**, Pratico D. 5-lipoxygenase gene disruption reduces amyloid-β pathology in a mouse model of Alzheimer's disease. *FASEB Journal*, 22: 1169-1178, 2008.

116.   Sigurdsson EM, Wadghiri YZ, Mosconi L, Blind JA, Knudsen E, Asuni A, Tsui WH, Sadowski M, Turnbull DH, de Leon M, **Wisniewski T**. A non-toxic ligand for voxel-based MRI analysis of plaques in AD transgenic mice. *Neurobiology of Aging,* 29: 836-847, 2008.

117.   Goni F, Chabalgoity JA, Prelli F, Schreiber F, Scholtzova H, Chung E, Kascsak R, Kascsak R, Brown DR, Sigurdsson EM, **Wisniewski T**. High titers of mucosal and systemic anti-PrP antibodies abrogates oral prion infection in mucosal vaccinated mice. *Neuroscience*, 153: 679-686, 2008.

118.   Cercy SP, Sadowski MJ, **Wisniewski T**. Prominent neuroleptic sensitivity in a case of early-onset Alzheimer's disease due to Presenilin-1 G206A mutation. *Cognitive and Behavioral Neurology,* 21(3):190-195, 2008.

119.   Spinner DS, Cho IS, Park SY, Kim JI, Meeker HC, Ye X, LaFauci G, Kerr DJ, Flory MJ, Kim BS, Kascsak RB, **Wisniewski T**, Levis WR, Schuller-Levis GB, Carp RI, Park E, Kascsak RJ. Accelerated prion disease pathogenesis in the absence of Toll-like receptor 4 (TLR4) signaling. *Journal of Virology*, 82(21):10701-10708, 2008.

120.   Wegiel J, Dowjat K, Kaczmarski W, Kuchna I, Nowicki K, Frackowiak J, Mazur Kolecka B, Wegiel J, Silverman WP, Reisberg B, DeLeon M, **Wisniewski T,** Gong CX, Liu F, Adayev T, Chen-Hwang MC, Hwang YW. The role of overexpressed DYRK1A protein in the early onset of neurofibrillary degeneration in Down syndrome. *Acta Neuropathology*, 116(4):391-407, 2008.

121.   H. Scholtzova, Y. Z. Wadghiri, M. Douadi, E. M. Sigurdsson, Y. Li, D. Quartermain, P. Banerjee, and **T. Wisniewski**. A NMDA receptor antagonist leads to behavioral improvement and amyloid reduction in Alzheimer's disease model transgenic mice shown    by micro-magnetic resonance imaging. *Journal of Neuroscience Research,* 86 (12):2784-2791, 2008.

122.   Trouche SG, Asuni A, Rouland S, **Wisniewski T**, Frangione B, Verdier JM, Sigurdsson EM, Mestre-Frances N. Antibody response and plasma Aβ1-40 in young *Microcebus Murinus* primates immunized with Aβ1-42 and its derivates. *Vaccine*, 27:957-964, 2009.

123.   Zhan J, Brys M, Glodzik L, Tsui W, Javier E, Wegiel J, Kuchna I, Pirraglia E, Li Y, Mosconi L, Saint Louis LA, Switalski R, De Santi S, Kim BC, **Wisniewski T**, Reisberg B, Bobinski M, de Leon MJ. An entorhinal cortex sulcal pattern is associated with Alzheimer's disease. *Human Brain Mapping*, 30: 874-882, 2009.

124.   Boutajangout A, Goni F, Knudsen E, Schreiber F, Asuni A, Quartermain D, Frangione B, Chabalgoity A, **Wisniewski T**, Sigurdsson EM. Diminished amyloid β burden in Tg2576 mice following a prophylactic oral immunization with a Salmonella based amyloid β derivative vaccine. *Journal of Alzheimer's Disease*, 18: 961-972, 2009.

125.   Sadowski MJ, Pankiewicz J, Prelli F, Scholtzova H, Spinner DS, Kascsak RB, Kascsak RJ, **Wisniewski T**. Anti-PrP Mab 6D11 suppresses PrP$^{Se}$ replication in prion infected myeloid precursor line FDC-P1/22L and in the lymphoreticular system in vivo. *Neurobiology of Disease*, 34: 267-278, 2009.

126.   Mosconi,L.; Mistur,R.; Switalski,R.; Tsui,W.H.; Glodzik,L.; Li,Y.; Pirraglia,E.; De,Santi S.; Reisberg,B.; **Wisniewski,T**.; De Leon,M.J. FDG-PET changes in brain glucose metabolism from normal cognition to pathologically verified Alzheimer's disease. *European Journal of Nuclear Medicine and Molecular Imaging*, 36(5): 811-822, 2009.
       This manuscript won the "Best Clinical Paper of 2009" award from Springer and the European Association of Nuclear Medicine.

127.   Scholtzova H, Kascsak RJ, Bates KA, Boutajangout A, Kerr DJ, Meeker HC, Mehta PD, Spinner DS, **Wisniewski T**. Induction of Toll-like receptor 9 signaling as a method for ameliorating Alzheimer's disease related pathology, *Journal of Neuroscience*, 29: 1846-1854, 2009.

128.   Wegiel J, Kuchna I, Nowicki K, Imaki H, Wegiel J, Marchi E, Ma SY, Chauhan A, Chauhan V, Bobrowicz TW, de Leon M, Louis LA, Cohen IL, London E, Brown WT, **Wisniewski T**. The neuropathology of autism: defects of neurogenesis and

12/27/2013                                         Thomas Wisniewski MD

neuronal migration, and dysplastic changes, *Acta Neuropathol.*, 119: 755-770, 2010.

129.   Zhang W, Li YS, Nardi MA, Dang S, Yang J, Li Z, Karpatkin S, **Wisniewski T**. Dissolution of arterial platelet thrombi in vivo with a bifunctional platelet GPIIIa49-66 ligand which specifically targets the platelet thrombus, *Blood*, 116: 2336-2344, 2010.

130.   Goni F, Prelli F, Ji Y, Scholtzova H, Yang J, Sun Y, Liang FX, Kascsak R, Kascsak R, Mehta P, **Wisniewski T**. Immunomodulation Targeting Abnormal Protein Conformation Reduces Pathology in a Mouse Model of Alzheimer's Disease. *PLoS ONE,* 5(10): e13391, 2010.

131.   Chung E, Ji Y, Sun Y, Kascsak R, Kascsak R, Mehta P, Strittmatter SM, **Wisniewski T**. Anti-PrP$^C$ monoclonal antibody infusion as a novel treatment for Aβ oligomer cognitive cognitive deficits. *BMC Neuroscience*, 11:130, 2010.

132.   Wegiel J, Kaczmarski W, Barua M, Kuchna I, Nowicki K, Wang KC, Wegiel J, Yang S, Frackowiak J, Mazur-Kolecka B, Silverman WP, Reisberg B, Monteiro I, de Leon M, **Wisniewski T**, Dalton A, Lai F, Hwang YW, Adayev T, Liu F, Iqbal K, Iqbal IG, Gong CX. Link between DYRK1A overexpression and several-fold enhancement of neurofibrillary degeneration with 3-repeat tau protein in Down syndrome. *Journal of Neuropathology and Experimental Neurology*, 70(1):36-50, 2011.

133.   Yang J, Ji Y, Mehta P, Bates KA, Sun Y, **Wisniewski T**. Blocking the apolipoprotein E/amyloid β interaction reduces fibrillar vascular amyloid deposition and cerebral microhemorrhages in TgSwDI mice. *Journal of Alzheimer's Disease,* 24(2):269-285, 2011.

134.   Yang J, Zaim Wadghiri Y, Hoang DM, Tsui W, Sun Y, Chung E, Li Y, Wang A, de Leon M, **Wisniewski T**. Detection of amyloid plaques targeted by USPIO-Aβ1-42 in Alzheimer's disease transgenic mice using magnetic resonance microimaging. *Neuroimage,* 55: 1600-1609, 2011.

135.   Dang S, Hong T, **Wisniewski T**, Zhang W. A novel strategy of dissolution of pre-existing platelet thrombus by synergistic administration of a low concentration of bifunctional antibodies against beta3 integrin. *PLoS ONE*, 6(10): e27012, 2011.

136.   Chung E, Prelli F, Dealler S, Lee WS, Chang YT, **Wisniewski T.** Styryl-based and Tricyclic Compounds as Potential Anti-Prion Agents. *PLoS ONE*, 6(9): e24844, 2011      (http://dx.plos.org/10.1371/journal.pone.0024844)

33

137.   Leal MC, Surace EI, Holgado MP, Ferrari CC Tarelli R, Pitossi F, **Wisniewski T**, Castano EM, Morelli L. Notch signaling proteins HES-1 and Hey-1 bind to insulin degrading enzyme (IDE) proximal promoter and repress its transcription and activity: implications for cellular Aß metabolism. *BBA-Molecular Cell Research,* 1823(2): 227-235, 2012.

138.   Pomara N, Bruno D, Sarreal AS, Hernando RT, Nierenberg J, Petkova E, Sidtis JJ, **Wisniewski T**, Mehta PD, Pratico D, Zetterberg H, Blennow K. Cerebrospinal fluid amyloid beta levels are lower and F2-isoprostanes higher in individuals with major depressive disorder. *American Journal of Psychiatry*, 169(5):523-30, 2012.

139.   Wegiel J, Schanen NC, Cook EH, Sigman M, Brown WT, Kuchna I, Nowicki K, Wegiel J, Imaki H, Ma SY, Marchi E, Wierzba-Bobrowicz T, Chauhan A, Chauhan V, Cohen IL, London E, Flory M, Lach B, **Wisniewski T**. Differences between the patterns of developmental abnormalities in autism associated with duplications 15q11.2q13 and idiopathic autism. *Journal of Neuropathology and Experiment Neurology*, 71(5):382-397, 2012.

140.   Chang B, Petersen R, **Wisniewski T**, Rubenstein R. Influence of Mabs on PrP$^{Sc}$ formation using *in vitro* and cell-free systems. *PloS ONE*, 7(7): e41626, 2012.

141.   Um JW, Nygaard HB, Heiss JK, Kostylev MA, Stagi M, Takahashi H, Vortmeyer A, **Wisniewski T**, Gunther EC, Strittmatter SM. Alzheimer amyloid-β oligomer bound to post-synaptic prion protein signals via Fyn to alter NMDA receptors, dendritic spines and seizures. *Nature Neuroscience*, 15(9): 1227-1235, 2012.

142.   Zhang W, Dang S, Hong T, Tang J, Fan J, Bu D, **Wisniewski T**. A humanized single-chain antibody against beta 3 integrin inhibits pulmonary metastasis by preferentially fragmenting activated platelets in the tumor microenvironment. *Blood*, 120(14): 2889-2898, 2012.

143.   Wegiel J, Frackowiak J, Kolecka BM, Schanen NC, Cook Jr EH, Sigman M, Brown WT, Kuchna I, Wegiel J, Nowicki K, Imaki H, Ma SY, Chauhan A, Chauhan V, Miller DL, Mehta PD, Cohen IL, London E, Reisberg B, de Leon MJ, **Wisniewski T.** Abnormal Intracellular Accumulation and Extracellular Aβ Deposition in Idiopathic and Dup 15 Autism. *PLoS ONE*, 7(5):e35414, 2012.

144.   **Wisniewski T**, Newman K, Javitt NB. Alzheimer's disease: focus on desmosterol. *Journal of Alzheimer's Disease*, 33: 881-888, 2013.

12/27/2013                                                Thomas Wisniewski MD

145.   Wadghiri YZ, Li J, Wang J, Hoang DM, Sun Y, Xu H, Tsui W, Li Y, Wang A, de Leon
       M, **Wisniewski T**. Detection of Amyloid Plaques Targeted by Bifunctional
       USPIO in Alzheimer's Disease Transgenic Mice using Magnetic Resonance
       Microimaging. *PLoS ONE*, 8(2):e57097, 2013.

146.   Um JW, Kaufman AC, Kostylev M, Heiss JK, Stagi M, Takahashi H, Kerrisk ME,
       Vortmeyer A, **Wisniewski T**, Guther EC, Koleske J, Nygaard HB, Strittmatter
       SM. Metabotropic Glutamate Receptor 5 Mediates Signaling from Alzheimer Aß
       Oligomer Bound to Prion Protein, *Neuron*, 79(5): 887-902, 2013.

147.   Ji Y, Liu M, Huo YR, Liu S, Shi Z, Liu S, **Wisniewski T**, Wang J. Apolipoprotein E4
       frequency is increased among frontotemporal dementia and Alzheimer's disease
       patients in a Chinese population. *Dementia and Geriatric Cognitive Disorders*,
       36: 163-170, 2013.

148.   Rubenstein R, Chiu A, Chang B, **Wisniewski T**. Influence of CD40 on Prion Disease and
       the Immune Response to Recombinant PrP. *Journal of Neuroimmunology*, 257 (1-
       2): 21-27, 2013.

149.   Wegiel J, Kuchna I, Nowicki K, Imaki H, Wegiel J, Yong Ma S, Azmitia EC, Banerjee P,
       Flory M, Cohen IL, London E, Brown TW, Hare KC, **Wisniewski T**.
       Contribution of olivo-floccular circuitry developmental defects to atypical gaze in
       autism. *Brain Research*, 1512: 106-122, 2013.

150.   Iulita MF, Carmo SD, Ower A, Fortress A, Aguilar LF, Hanna M, **Wisniewski T**,
       Granholm AC, Buhusi M, Busciglio J, Cuello AC. Nerve Growth Factor Metabolic
       Dysfunction in Down's Syndrome Brains: a Cause for Cholinergic Degeneration?
       *Brain*, in press.

151.   Liu S, Breitbart A, Sun Y, Mehta PD, Boutajangout A, Scholtzova H, **Wisniewski T**.
       Blocking the Apolipoprotein E/Amyloid β Interaction in Triple Transgenic Mice
       Ameliorates Alzheimer's Disease Related Amyloid β and Tau Pathology. *Journal
       of Neurochemistry*, epub Oct 10th, 2013.

152.   Chung K, Boutajangout A, **Wisniewski T**, Chan J, Stopler T, Vincent N, Batchan M,
       D'Urso J, Lin Y, Kline R, Kamer A, Stone E, Yaghmoor F, Blanck T,
       Quartermain D, Bekker A, Haile M. The COX-2 Inhibitor Meloxicam
       Ameliorates Neuroinflammation and Depressive Behavior in Adult Mice After
       Splenectomy. *PLoS ONE*, under review.

153.   Wegiel J, Flory M, Kuchna I, Nowicki K, Ma SY, Imaki H, Wegiel J, Cohen IL, London
       E, **Wisniewski T**, Brown WT. Alterations of volume and neuronal number in 38

35

12/27/2013                                     Thomas Wisniewski MD

brain subdivisions in autistic subjects is restricted mainly to striatum and amygdala. *Autism Research*, under review.


154.    Goni F, Herline K, Peyser D, Wong K, Ji Y, Sun Y, Mehta P, **Wisniewski T.** Immunomodulation Targeting Both Aβ and Tau Pathological Conformers Ameliorates Alzheimer's Disease Pathology in TgSwDI and 3xTg Mouse Models. *Journal of Neuroinflammation*, 10: 150, 2013.

12/27/2013                                      Thomas Wisniewski MD


**Books, Chapters in Books, Letters and Reviews:**

1.      Post K, Onesti S, **Wisniewski T**. Pituitary Apoplexy. In <u>Intracranial Hemorrhages:</u>
        <u>Etiology, Pathogenesis, Clinical Features and Treatment</u>. Editor Kauffman H.
        Raven Press; 1991

2.      **Wisniewski T.M.,** Wisniewski HM. Alzheimer's Disease and the Cerebral Amyloidoses.
        In <u>Neurodevelopment, Aging and Cognition</u>. Editors Ivica Kostovic, Stevo
        Knezevic, Henry M. Wisniewski and George J. Spilich,  Birkhauser, Boston ;
        p157-172; 1992.

3.      Frangione B, Haltia M, Levy E, Ghiso J, Kiuru S, Prelli F, **Wisniewski T**. Familial
        amyloidosis- Finnish type- and its relationship to Lewy bodies in Parkinson's and
        Diffuse Lewy Body disease. In the Proceedings of the XIth International Congress
        of Neuropathology- Kyoto; p150-156; 1992.

4.      **Wisniewski T**, Haltia M, Ghiso J, Frangione B.  I corpi di Lewy immunoreagisono con
        gli anticorpi dell-amiloide di tip Finnico omologo alla gelsolina.  *Update on*
        *Parkinson's disease and migraine* 1992: 2:59-60.

6.      **Wisniewski T**, Frangione B. Aberrant aggregation of a normal amyloid precursor protein
        fragment. *Neuroscience Facts* 1992; 3:66.

7.      Frangione B, **Wisniewski T**, Tagliavini F, Bugiani O, Ghiso J. Alzheimer's disease and
        Dutch variant: "Opposing faces of a single coin." In <u>Alzheimer's Disease:</u>
        <u>Advances in Clinical and Basic Research</u>. Editors:  Corain B, Iqbal K, Nicolin M.
        Wiley; p:387-396;1993.

8.      Frangione B, **Wisniewski T**, Ghiso J. Alzheimer's disease and amyloid β. In <u>Amyloid</u>
        <u>and Amyloidosis 1993</u>. Ed.:Kiselevsky R, Benson MD, Frangione B, Gauldie J,
        Muckle TJ, Young ID. Parthenon Publishing, 1994; pp:310-315.

9.      Ghiso J, **Wisniewski T**,  Frangione B.   Unifying features of systemic and cerebral
        amyloidoses.  *Molecular Neurobiology* 1994; 8: 49-64.

10.     Frangione B, **Wisniewski T**, Ghiso J. Position Paper on Alzheimer's Disease Research.
        *Neurobiology of Aging* 1994; 15 (suppl  2):S97-S99.

11.     Frangione B, **Wisniewski T**, Castano E,  Ghiso J. Amyloids, Genes and Chaperones. In
        <u>Research Advances in Alzheimer's Disease and Related Disorders</u>. Ed. Iqbal K.,
        Mortimer JA, Winblad B, Wisniewski T. Publisher John Wiley, Chapter 61,

pp:563-568; 1995.

12.   Zlokovic, B., Mackic, J., Martel, C., **Wisniewski, T.**, Frangione, B., and Ghiso, J.: The blood brain barrier regulates transport of Alzheimer's amyloid β and apolipoproteins E and J.  In K. Iqbal, J. Mortimer, B. Winblad and H. Wisniewski (eds.) Research advances in Alzheimer's disease and related disorders. Proceedings of the IV international conference on Alzheimer's disease and related disorders. Minneapolis, July/August, 1994. John Wiley & Sons, Chichester (England), 1995, pp 585-595.

13.   **Wisniewski T**, Frangione B. The molecular biology of brain aging and neurodegenerative disorders. *Acta Neurobiologiae Experimentalis* 1996; 56: 267-279.

14.   **Wisniewski T**, Frangione B. Apolipoprotein E, Amyloidosis and Alzheimer's Disease. *Dementia (Japan)* 1996; 10: 171-183.

15.   Frangione B, Castano EM, **Wisniewski T**, Ghiso J, Prelli F, Vidal R. Apolipoprotein E and amyloidosis. *Ciba Foundation Symposium* 1996; 199: 132-141.

16.   Frangione B, Castano EM, Prelli F, Soto C, Ghiso J, **Wisniewski T**. Chaperoning Amyloid in Alzheimer's Disease: The Art of Avoiding Sticky Situations? In: A.D.Roses, K.H. Weisgraber and Y.Christen (ed.) Apolipoprotein E and Alzheimer's Disease; Springer-Verlag, Berlin, Heidelberg, 1996; pp: 151-160.

17.   **Wisniewski T**, Ghiso J, Frangione B. Alzheimer's Disease and Amyloid β. *Neurobiology of Disease* 1997; 4: 313-328.

18.   **Wisniewski T**, Dowjat K, Frangione B. The Prionoses and Other Conformational Disorders. *Amyloid: The International Journal of Experimental and Clinical Investigation* 1998; 5: 212-224.

19.   Wisniewski HM, Wegiel J, **Wisniewski T**. Pathogenesis of amyloid-ß plaques: activated microglia the cause of fibrillar amyloid formation and neuropil degeneration. *NeuroScience News* 1998; 1: 30-34.

20.   Lalowski M, Baumann M, Rauvala H, Frangione B, **Wisniewski T**. HB-GAM, a novel amyloid associated protein, is present in prion related disorders and other cerebral amyloidoses. In: Fischer et al. (Editors) Progress in Alzheimer's and Parkinson's Diseases; Plenum Press, New York, 1998; pp: 121-131.

21.   Aucouturier, P, Frangione B, **Wisniewski T**. Prion Diseases and the Immune System.

*Annals of Internal Medicine* (Paris, France), 1999; 150: 75-78.

22.    **Wisniewski T**, Frangione B. Amyloid: Chemical and Molecular Considerations. In: M. DeLeon (Ed.) An Atlas of Alzheimer's Disease. Parthenon Publishing, Carnforth, U.K., 1999; pp:109-130.

23.    Aucouturier P, Carp RI, Carnaud C, **Wisniewski T**. Prion Disease and the Immune System. *Clinical Immunology*, 2000, 96: 79-85.

24.    **Wisniewski T**, Frangione B. Book Review of *Prion Biology and Diseases*, Edited by Stanley B. Prusiner. *New England Journal of Medicine*, 2000, 342:983.

25.    Kayden HJ, **Wisniewski T**. On the biological activity of Vitamin E. *American Journal of Clinical Nutrition*, 2000, 72: 201-202.

26.    **Wisniewski T**. Henry M. Wisniewski, A life history. *Journal of Alzheimer's Disease*, 2001, 3: 7-22.

27.    **Wisniewski T**, Sigurdsson EM, Aucouturier P, Frangione B. Chapter 13: Conformation as a Therapeutic Target in the Prionoses and other Neurodegenerative Conditions. In Baker HF (ed.) Molecular and Cellular Pathology in Prion Diseases. The Humana Press, Inc.(Totowa, NJ) p: 223-236, 2001.

28.    **Wisniewski T**. Prion Related Diseases. In Lorenzo NY (ed.) eMedicine Neurology. http://www.emedicine.com/neuro/topic662.htm, 2002

29.    Sigurdsson EM, Frangione B, **Wisniewski T**. A safer vaccine for Alzheimer's disease? *Neurobiology of Aging*, 23: 1001-1008, 2002.

30.    **Wisniewski T,** Brown D, Sigurdsson EM. Therapeutics in Alzheimer's and Prion Diseases. *Biochemical Society Transactions*, 30: 574-578, 2002.

31.    Sigurdsson EM, Frangione B, **Wisniewski T**. Immunization for Alzheimer's Disease. *Drug Development Research*, 56: 135-142, 2002.

32.    Sigurdsson EM, **Wisniewski T**, Frangione B. Infectivity of Amyloid Diseases. *Trends in Molecular Medicine*, 8: 411-413, 2002.

33.    **Wisniewski T**, Sigurdsson EM. Immunization Treatment Approaches in Alzheimer and Prion Diseases. *Current Neurology and Neuroscience Reports*, 2: 400-404, 2002.

34.    Wegiel J, **Wisniewski T**, Reisberg B, Silverman W. Alzheimer dementia neuropathology.

12/27/2013                                      Thomas Wisniewski MD

In: Dementia. Presentations, differential diagnosis, and nosology. Edited by V. Olga B. Emery, PhD. and Thomas E. Oxman, MD., The Johns Hopkins University Press, Baltimore and London, Chapter 4: 89-120, 2003.

35.    Sadowski M, **Wisniewski T**. Immunological treatment and imaging approaches for prion disease. *Current Medical Chemistry: Immunology, Endocrine & Metabolic Agents,* 3: 113-118, 2003.

36.    Sadowski M, Verma A, **Wisniewski T**. Prion Diseases. In Neurology in Clinical Practice, 4th Edition, Bradley W. (ed.), Chapter 59G: 1613-1630, 2004.

37.    Sigurdsson EM, Wadghiri YZ, Sadowski M, Elliot JI, Li Y, Scholtzova H, Tang CY, Aguilnaldo G, Duff K, Turnbull DH, **Wisniewski T**. In vivo magnetic resonance of amyloid plaques in Alzheimer's disease model mice. Chapter in: *The Living Brain and Alzheimer's Disease,* Fondation IPSEN. Pages: 47-59, Ed. Hyman B., Springer Verlag Berlin Heidelberg, 2004.

38    **Wisniewski T,** Sadowski M. Book title: 100 Questions and Answers about Alzheimer's disease. Jones and Bartlett Publishers, 2004.

39.    Sadowski M, **Wisniewski T**. Vaccines for Conformational Disorders. *Expert Review of Vaccines*, 3 (3): 279-290, 2004.

40.    **Wisniewski T**. Mad cow disease and variant Creutzfeldt-Jakob disease. In Lorenzo NY (ed.) eMedicine Neurology. http://www.emedicine.com/neuro , 2004.

41.    Ghiso J, **Wisniewski T**. An animal model of vascular amyloidosis. *Nature Neuroscience*, 7: 902-904, 2004.

42.    Sasson J, Sadowski M, **Wisniewski T**, Brown DR. Therapeutics and prion disease: can immunization or drugs be effective? *Mini-Reviews in Medicinal Chemistry*, 5: 361-366, 2005.

43.    Wadghiri YZ, Sigurdsson EM, **Wisniewski T,** Turnbull DH.  MR Imaging of Amyloid Plaques in Transgenic Mice. Chapter 27, pages: 365-380; In Sigurdsson EM (ed) Amyloid Proteins: Methods in Molecular Biology Vol. 299, Humana Press Inc., Totowa, NJ, 2005.

44.    **Wisniewski T,** Frangione B. Immunological and anti-chaperone therapeutic approaches for Alzheimer's disease. *Brain Pathology*, 15: 72-77, 2005.

45.    **Wisniewski T**. Is amyloid-beta-peptide immunization clinically effective in patients with

Alzheimer's disease? *Nature Clinical Practice Neurology*. 1: 84-85, 2005.

46.   Sigurdsson E., **Wisniewski T.** Promising Developments in Prion Immunotherapy. *Expert Reviews of Vaccines*, 4: 607-610, 2005.

47.   **Wisniewski T.**, Sigurdsson E. Prion Related Diseases. In Lorenzo NY (ed.) eMedicine Neurology. http://www.emedicine.com/neuro/topic662.htm, 2006

48.   Sadowski M, **Wisniewski T.** Apolipoproteins in different amyloidoses. In *Protein Misfolding. Aggregation and Conformational Diseases*. Editors: Uversky VN, Fink AL; Kluwer Academic/Plenum Publishers. Chapter 16, pages: 329-350, 2006.

49.   Sadowski M, **Wisniewski T**. Disease modifying approaches for Alzheimer's pathology. *Current Pharmaceutical Design* 13(19):1943-54, 2007.

50.   **Wisniewski T**, Chabalgoity J.A. & Goni F. Is vaccination against transmissible spongiform encephalopathy feasible? *In* Animal vaccination – Part 1: development, production and use of vaccines (P.-P. Pastoret, M. Lombard & A.A. Schudel, eds). *Rev. sci. tech. Off. int. Epiz.*, 26 (1), 243-251, 2007.

51.   Sigurdsson E., **Wisniewski T.** Therapeutic Approaches for Prion and Alzheimer's Diseases. *FEBS Journal*, 274: 3784-3798, 2007.

52.   Sadowski M, Verma A, **Wisniewski T**. Infections of the Nervous System: Prion Diseases. In Neurology in Clinical Practice, 5th Edition, Bradley W. (ed.), Chapter 57G, 1567-1581, 2008.

53.   **Wisniewski T**, Konietzko U. Amyloid-β immunisation for Alzheimer's disease. *Lancet Neurology*, 7(9):805-811, 2008.

54.   **Wisniewski T**, Sadowski M. Preventing Aβ fibrillization and deposition: β-sheet breakers and pathological chaperone inhibitors. *BMC Neuroscience*, 9(Suppl 2):S5, 2008.

55.   **Wisniewski T**. AD Vaccines: Conclusions and Future Directions, In *CNS & Neurological Disorders-Drug Targets*, 8(2): 160-166, 2009.

56.   **Wisniewski T**, Boutajangout A. Vaccination as a Therapeutic Approach for Alzheimer' Disease. *Mount Sinai Journal of Medicine*, 77: 17-31, 2010.

57.   **Wisniewski T**, Boutajangout A. Immunotherapeutic Approaches for Alzheimer's disease

in transgenic mouse models. *Brain Structure and Function*, 214: 201-218, 2010.

58.    Wegiel J, **Wisniewski T**, Chauhan A, Chauhan V, Kuchna I, Nowicki K, Imaki H, Wegiel J, Ma SY, Bobrowicz T, Cohen I, London E, Brown TW. Type, topography, and sequelae of neuropathological changes: Shaping clinical phenotype of autism. In *Autism: Oxidative stress, inflammation, and immune abnormalities*. Boca Raton, FL, CRC Press, pages: 279-282, 2010.

59.    **Wisniewski T**, Sigurdsson EM. Murine Models of Alzheimer's Disease and Their Use in Developing Immunotherapies. *BBA-Molecular Basis of Disease*, 1802: 847-859, 2010.

60.    de Leon MJ, Rusinek H, Tsui W, **Wisniewski T**, Wegiel J, George A. Neuroimaging of cognitive disorders: commentary. Chapter 28 in *Understanding Neuropsychiatric Disorders*, Editors: Shenton ME, Turetsky BI. Cambridge University Press, pages: 395-401, 2010.

61.    **Wisniewski T**, Goni F.  Immunomodulation for Prion and Prion Related Diseases. *Expert Review of Vaccines*, 9(12): 1441-1452, 2010.

62.    Wadghiri YZ, Hoang DM, **Wisniewski T**, Sigurdsson EM. In vivo imaging of amyloid plaques in transgenic mice. *Methods in Molecular Biology*, 849: 435-451, 2012.

63.    **Wisniewski, T**, Goñi, F. Immunomodulation. In: Zou, W. Q., Gambetti, P. (Eds) *Prions and Diseases*, 1st ed., Volume 2: Animals, Humans and the Environment. Publisher: Springer, New York, Chapter 17: 267-287, 2012.

64.    Nelson PT, Alafuzoff I, Bigio EH, Bouras C, Braak H, Cairns NJ, Davies P, Del Tredic K, Duychaerts C, Frosch MP, Hof PR, Hulette CM, Hyman BT, Iwatsubo T, Jellinger KA, Jicha GA, Kovari E, Kukull WA, Leverenz JB, Love S, Mackenzie IR, Mann DM, Masliah E, McKee AC, Montine TJ, Morris JC, Schneider JA, Sonnen JA, Thal DR, Trojanowski JQ, Troncoso JC, **Wisniewski T**, Woltjer RL, Beach TG. Correlation of Alzheimer's Disease Neuropathologic Changes and Cognitive Status: a Review of the Literature. *Journal of Neuropathology and Experimental Neurology*, 71(5):362-381, 2012.

65.    **Wisniewski T**, Goñi, F. Could Immunomodulation be used to Treat Prion Diseases? *Expert Review of Anti-infective Therapy*, 10(3): 307-317, 2012.

66.    Potter H, **Wisniewski T**. Apolipoprotein E: essential catalyst of the Alzheimer amyloid cascade. *International Journal of Alzheimer's Disease*, 2012:489428,  2012.

12/27/2013                                      Thomas Wisniewski MD

67.   **Wisniewski T**. Active Immunotherapy for Alzheimer's disease. *Lancet Neurology*, 11(7):571-572, 2012.

68.   Wegiel J, Schanen NC, Cook EH, Brown WT, Kuchna I, Nowicki K, Wegiel J, Imaki H, Ma SY, London E, **Wisniewski T**. Clinicopathological stratification of idiopathic autism associated with duplications 15q11.2-q13. In *The Neuroscience of Autism Spectrum Disorders*. Chapter 3.9, pages: 347-359, Edited by Joseph D. Buxbaum & Patrick R. Hof. Academic Press, Elsevier, Amsterdam, 2013

69.   Boutajangout A., **Wisniewski T**.  The Innate Immune System in Alzheimer's Disease. *International Journal of Cell Biology*, Volume 2013, Article ID 576383, 1-7. 2013.

70.   Willhite CC, Karyakina NA, Yokel RA, Mornoli F, Yenugadhati N, **Wisniewski TM**, Ian MF, Krewski A, Krewski D. Systematic review of potential health risks posed by pharmaceutical, occupational and consumer exposures to metallic and nanodot aluminum, aluminum oxide and the soluble salts. *Critical Reviews in Toxicology*, in press.

71.   Mobley W, Tycko B, Potter H, Gardiner K, Nixon R, Iqbal K, DiPaolo G, Granholm AC, Reeves R, Sabbagh M, Lemere C, Lott I, Esralew L, Silverman W, Ness S, Krams M, **Wisniewski T**, Blumenthal T, Bain LJ, Carrillo MC, Hartley D. Down Syndrome and Alzheimer's Disease: Common Pathways, Common Goals. *Alzheimer's & Dementia*, in press.

72.   Rubenstein R. **Wisniewski T**. "Prion Diagnosis", In the Manual of Molecular and Clinical Laboratory Immunology (8th Edition) published by the American Society for Microbiology Press. (R.L. Hodinka, Ed.), in press.

73.   **Wisniewski T**, Goni F.  Immunotherapy for Alzheimer's disease. *Biochemical Pharmacology*, in press.

74.   Boutajangout A, **Wisniewski T**. Tau as a therapeutic target in Alzheimer's disease. *Gerontology*, in press.

43