



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2013

**By Hand**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/2014
```

Re: United States v. Martoma, S1 12 Cr. 973 (PGG)

Dear Judge Gardephe:

    Enclosed please find copies of the Government's request to charge, proposed voire dire, and *in limine* motions. One of the Government's motions, entitled "Government's Motion *In Limine* To Admit Evidence Concerning The Defendant's Expulsion From Harvard Law School In Response To Potential Defense" has **not** been electronically filed because the defendant intends to file a request that it be maintained under seal.

Respectfully Submitted,

PREET BHARARA
United States Attorney

By: _____
Arlo Devlin-Brown
Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2506/2690

cc: Richard Strassberg, Esq.
    (via electronic mail)