# GOODWIN | PROCTER

Richard M. Strassberg
212.813.8859
rstrassberg@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

## FILED UNDER SEAL

December 9, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-14

## BY SEALED HAND DELIVERY

Hon. Paul G. Gardephe
U.S. District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Mathew Martoma*, No. 12 Cr. 973 (PGG)

Dear Judge Gardephe:

We write to clarify a statement made in the Request to File Under Seal ("Request to Seal") that we filed on Friday, December 6. In particular, we indicated that the Government did not oppose the Request to Seal. After further discussions with the Government today, however, we understand that the Government's position is only that they agreed not to file any papers on this matter publicly until the Court rules on Mr. Martoma's Request to Seal.

We apologize for any confusion in this regard.

Respectfully submitted,

Richard M. Strassberg

Enclosures
cc:     (by sealed hand delivery)
        Arlo Devlin-Brown
        Eugene Ingoglia
        Roberto M. Braceras