Gardephe, P.

# GOODWIN | PROCTER

Richard M. Strassberg
212.813.8859
rstrassberg@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

January 13, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2014

**VIA ELECTRONIC MAIL TO**
**judgments@nysd.uscourts.gov**

Honorable Paul G. Gardephe
United States District Court for the
   Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Martoma*, No. 12 Cr. 973 (PGG)

Dear Judge Gardephe:

We represent the defendant Mathew Martoma in the above-referenced action. On December 30, 2013, this Court granted us permission to use an on-site trial preparation room at 40 Foley Square during the pendency of Mr. Martoma's criminal trial. We respectfully request permission to bring the following equipment into the on-site trial preparation room for use during Mr. Martoma's criminal trial:

- All-in-one printer (1)
- Router (1)
- Computer monitor (1)
- Set of small speakers (1)
- Cabling (VGA, HDMI, Switchers)
- Tables (5)
- Chairs (6)

In addition, we respectfully request permission to bring six (6) Laptop Computers back into 40 Foley Square during the pendency of Mr. Martoma's criminal trial. Your Honor previously granted permission to bring these same laptop computers into the courtroom. However, we had to remove these laptop computers over the weekend to perform necessary maintenance and upgrades.

# GOODWIN | PROCTER

Honorable Paul G. Gardephe
January 13, 2014
Page 2

If Your Honor grants permission, the following individuals from DOAR Litigation Consulting may accompany the delivery of the equipment to the on-site trial preparation room at 40 Foley Square on January 14, 2014:

- Douglas Briggs
- Seong Yang
- Raymond McLeod

Vehicle Information
- Make: Ford
- Model: E-150
- Color: White
- License: NY 28118 JR

Please let us know if you require any additional information in consideration of these requests. If these arrangements are acceptable to Your Honor, we would be grateful if you would so indicate below.

Respectfully submitted,

/s/ Richard M. Strassberg
Richard M. Strassberg

Cc:     All Counsel of Record (by email)

SO ORDERED

Dated: _____Jan. 13, 2014_____          _____
                                         Hon. Paul G. Gardephe