UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/14

12 Cr. 973 (PGG)

**VERDICT FORM**

### COUNT ONE

1. Conspiracy to commit securities fraud.

    ✓ Guilty

    ____ Not Guilty

### COUNT TWO

2. Securities fraud regarding Elan stock in July 2008.

    ✓ Guilty

    ____ Not Guilty

### COUNT THREE

3. Securities fraud regarding Wyeth stock in July 2008.

    ✓ Guilty

    ____ Not Guilty

**Please sign and date the form and tell the Marshal that the jury has reached a verdict.**

Dated: February 6, 2014

_____
Signature of Foreperson