```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MATHEW MARTOMA,

           Defendant.

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that briefing on any post-trial motion will proceed based on the following schedule:

1. Moving briefs will be submitted by **February 27, 2014.**

2. Opposition papers will be submitted by **March 13, 2014.**

3. Reply briefs, if any, will be submitted by **March 20, 2014.**

    It is further ORDERED that sentencing in this matter will take place on **June 10, 2014 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submission on behalf of the Defendant is due **May 13, 2014**, and any response by the Government is due **May 27, 2014.**

    It is further ORDERED that the Probation Department prepare a presentence investigation report in this matter.

Dated: New York, New York
       February 7, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge