**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 4, 2014

**By Hand Delivery**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2014

Re:   United States v. Mathew Martoma
      12 Cr. 973 (PGG)

Dear Judge Gardephe:

    The Government writes to respectfully propose a revised bail package for your consideration in the above-captioned matter. In light of the Defendant's conviction and the potential criminal forfeiture of assets used to secure the bond, the parties jointly propose the following bail modifications:

1) Pretrial services reporting should be increased to once weekly; and,

2) The existing PRB should be signed by two additional co-signers. The Government has approved Lizzy Rachel Thomas, the Defendant's mother, and Philip Sanju Martoma, the Defendant's brother, as co-signers.

Respectfully submitted,

PREET BHARARA
United States Attorney

by: _____
Arlo Devlin-Brown
Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2506/1113

Case 1:12-cr-00973-PGG   Document 276   Filed 03/05/14   Page 2 of 2
Case 1:12-cr-00973-PGG   Document 274   Filed 03/04/14   Page 2 of 2

Page 2

SO ORDERED

_____
Hon. Paul G. Gardephe
United States District Judge

Dated: March 5, 2014

cc: Richard Strassberg, Esq. (by email)
    Roberto Braceras, Esq. (by email)