

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2014

**By Hand Delivery and via ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States</u> v. <u>Mathew Martoma</u>
              12 Cr. 973 (PGG)

Dear Judge Gardephe:

      The Government writes, with the consent of the defense, to respectfully request an adjustment to the briefing schedule relating to the defendant's post-trial motions. The parties respectfully request that the date by which the Government's response must be filed be extended from March 13 to March 21, 2014; and the date by which the defense must file its reply, if any, be extended from March 20 to April 4, 2014.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                by: _____\s_____
                              Arlo Devlin-Brown
                              Eugene Ingoglia
                              Assistant United States Attorneys
                              (212) 637-2506/1113

SO ORDERED

_____
Hon. Paul G. Gardephe
United States District Judge

Dated:_____

cc: Richard Strassberg, Esq. / Roberto Braceras, Esq. (by email)