GOODWIN PROCTER

Richard M. Strassberg
212 813 8859
rstrassberg@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212 813 8800
F: 212 355 3333

May 21, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/14
```

BY FACSIMILE TO (212) 805-7986

Honorable Paul G. Gardephe
United States District Judge for the Southern
District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:   United States v. Mathew Martoma, No. 12 Cr. 973 (PGG)

Dear Judge Gardephe:

We write to request a very short extension of the deadline for the submission of our sentencing memorandum on Mr. Martoma's behalf.

On May 9, 2014, this Court extended the due date for our sentencing memorandum until one week after the initial Pre-Sentence Report was submitted by the Probation Department. Late in the afternoon on Friday, May 16, 2014, we received the initial Pre-Sentence Report from the Probation Department, which would make the sentencing memorandum due this Friday, May 23, 2014. We respectfully request the holiday weekend to complete the sentencing memorandum, which we propose to file on Tuesday, May 27, 2014.

We have conferred with the Government, which consents to this request.

Thank you for your consideration.

Respectfully Submitted,

Richard M. Strassberg

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: May 21, 2014

GOODWIN PROCTER

Honorable Paul G. Gardephe
May 21, 2014
Page 2

cc:   Arlo Devlin-Brown, AUSA
      Eugene Ingoglia, AUSA
      Roberto Braceras, Goodwin Procter LLP

SO ORDERED this ____ day of May 2014

_____
Honorable Paul G. Gardephe
United States District Judge