# EXHIBIT 1

Honourable Paul G. Gardephe
United States District Court for the
    Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Honourable Judge Paul Gardephe,

My husband, Mathew Martoma, will stand before you shortly to be sentenced after being convicted by a
New York jury of conspiracy to commit and the subsequent execution of two counts of securities fraud.
Although Mathew must stand alone when you issue your judgment, the fate of me and our three young
children is so intimately linked in my mind that we will be standing right beside him. In writing this letter, I
am sharing with you my innermost pains and vulnerabilities in the hope that you will better understand our
family's dependency on Mathew and render a sentence that minimizes the separation of our fragile family.

Born in New Zealand, I grew up in the magnificence and shelter of those isolated rolling hills and peaceful
Pacific waters. Mine was a fiercely protected and loving upbringing,

Still, I was not yet ready to fly away from my parents' protective nest. When my brother and I were
admitted to University, my parents relocated almost 500 miles, so that we could attend college and
medical school while living at home. After my graduation, our whole family relocated to California so that
each of us could pursue our American dream.

I loved the warmth of California, it is where Mathew and I met. Like Yin and Yang, we were opposing
forces, but harmonious in our interdependence. We shared a unique blend of Eastern heritage and
Western upbringing, faith and family values. There was an undeniable force that drew us together and
compelled me to trust him,

I left home for
the first time to start my Pediatric Residency in Chicago when I was 26 years old. By that time, Mathew
and I were engaged and he was finishing his second year of Business School in California.

Married on July 5th, 2003, at our wedding reception, Mathew greeted our guests by telling them he could
not think of a better way to celebrate the Day after Independence, than to start a lifetime of Dependence
with me.

We moved to Boston to start our married life.
Miraculously, I was able to find a Residency position at a wonderful program
and transitioned over without any lost time. I became pregnant during my final year and our first child,

J███ entered the world on the last day of my Residency. That same year, I became Board certified, although later life circumstances would make it difficult for me to practice as a physician.

After moving to Connecticut, our second child, A██ was born. Mathew's work at SAC was so all consuming, that we came up with creative ways to spend time together. He usually started work at 4am and tried to return home just after 4pm so that he could spend time with the children and put them to sleep, before resuming his work from home in the evenings. When Mathew traveled for work, the children and I traveled with him. We accompanied him just about everywhere, to Ireland to visit Elan headquarters, to Chicago for the ICAD conference and even to Joel Ross' facility in New Jersey.

In Connecticut, following the birth of our third child, D█████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████

Mathew's job at SAC was over, so we decided to relocate. We vacillated about where to move, but ultimately chose Florida to be close to family. ███████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████ While it is not the job any of us ever imagined Mathew would be doing, he does it with grace and humility and with the satisfaction that he is impacting his children at a time and in a way that is irreplaceable. I do not know how many men would put their careers on hold to care for their family, but I suspect Mathew is in a rare class of his own on that point.

████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████████

I know from my own father's experience that separation from a loving father is most often accompanied by unintended and long-term damaging consequences for the children left behind. In the 1940's, my paternal grandfather, a highly esteemed lawyer, crusaded alongside Mahatma Gandhi in India's peaceful struggle for Independence from British Rule. That crusade, along with my grandfather's refusal to pledge allegiance to the King of England led to his imprisonment and torture for years.

As a child, I listened proudly to my grandfather regale tales of his battle for India's Independence. However, today I wonder about those war hero stories from a very different perspective. I wish that my grandmother was still here to counsel me on how she managed through her own fears and uncertainty. I

don't know if anyone can prepare you for the loss of a child to depression and later suicide, as happened with my Uncle.

I have untold worries for our children. From the very beginning, the sanctity of our children's innocence has been threatened. At the tender ages of 2, 4 & 6 our children were questioned at our front door by the FBI. At 3, 5 & 7 they were subjected to their home being raided (battering ram and all) by armed FBI agents and local police officers. That day, they saw their father being arrested and carried away in shackles. And now, at 4,7 & 8 they have heard that their father is a convicted criminal and seen their mother crying on the front page of the New York Times. Children may be resilient, but they are also breakable, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ What my children need is stability to overcome these burdens, and no one can provide them with that in Mathew absence.

In closing, I want to share an excerpt from the poem Mathew gave me on our wedding day that reminds me that he sees potential where others don't; he is willing to wait when others won't; he is gentle, nurturing, patient and committed.

*The rose is a rose from the time it is a seed to the time it dies.*

*Within it, at all times, it contains its whole potential.*

*It seems to be constantly in the process of change; yet at each state, at each moment,*

*it is perfectly all right as it is." — W. Timothy Gallwey*

Character development is a lot like painting. The greatest artists have the courage to experiment relentlessly with different brushes, media and technique; to learn from their mistakes; and to develop their own unique style. On a trip to Chicago, my daughter had a burning desire to see George Seurat's "A Sunday Afternoon on the Island of La Grande Jatte." There is no question that this huge canvas painting was a beauty, but what I saw on the opposite wall fascinated me even more. It was a tiny wood panel, which at first glance appeared to be a smaller version of the large canvas. But upon closer examination, the character composition was completely different. In fact, that wood panel was one of Seurat's 24 predecessors on his path to producing a masterpiece.

For many, it has been easy to castigate Mathew based on his youthful and searing Harvard mistakes. However, Mathew cannot be defined by that experience any more that you can judge Seurat's masterpiece by any of his tiny predecessors. The Mathew I know came out of his youth tempered, determined to grow from his mistakes, wise beyond his years, industrious and compassionate.

I know that many will write to you about Mathew's deep faith, his loyalty, his steadfast friendship and his humble generosity, but what is truly remarkable about Mathew is his ability to practice these attributes in the face of crisis.

Dear Judge Gardephe, thank you for taking the time to hear my thoughts. There is so much more I want to explain, but at this juncture the only thought I want to leave you with is my desperate plea for your humanity and compassion in sentencing Mathew. Please consider ▮▮▮▮▮ the ages of our children, the milestones that will pass, the challenges we will face and the memories our children will surely lose. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ I pray Your Honour will have the mercy to do the same.

Sincerely,

R Martone

Rose
Rosemary Martoma, M.D.

# EXHIBIT 1A



K O Abraham

Kerala, 689124 India

15 March 2014

Honourable Paul G. Gardephe,
United States District Court For The
Southern District Of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Prayer for Leniency for Mathew Martoma

Dear Honourable Judge Gardephe,

I am writing this letter of support for Mr. Mathew Martoma before Your Honour deciding the judgment on his conviction for stock trading violations.  It is my utmost hope and deepest prayer that you will show our benefactor considerable leniency in his sentence before Your Honour.  Mr. Martoma was known to me as Ajai and he first visited our Nazareth Ashram Othera Children's Orphanage, in Thiruvalla, Kerala, India in 2000. I was elected in 1999 to serve as our orphanage's Secretary and Director

Our Nazareth Ashram was founded by Knanaya Syrian Jacobite Church as part of their "Christian Charity mission".  We believe that all sacred scriptures are a gift of God to humanity. Our orphanage provides shelter, care and tutelage for 80 to 100 orphan/destitute children irrespective of their religion. These children are mostly abandoned by religious conflicts.

Most visitors come to India for sightseeing, fun, and spiritual awakening, but they are not prepared for the unequal sufferings by our neglected children here. Maybe visitors have only heard, but not experienced real hardship and the children's realty are too painful to accept and it is easy to ignore. Others, like Ajai embrace the reality and want to help the afflicted like a Good Samaritan. While only a student at the time Ajai visited our facilities in 2000 and helped raise donations for new space to house, bath and care for the children.  Ajai also spent many days with the children in activities, serving meals to the children with our parish sisters and teaching new games to the children including "kick the ball." After Ajai's visit in 2000 he returned again to India in 2004.  He himself donated generously to support the Ashram and again raised awareness for the orphanage in America. Ajai helped us obtain children's books in English so that our Young Readers could be educated with inspiring stories of American heritage and heroism.

Ajai has always supported our children and we are very much believing in him. He is someone who does not turn away from those in need even when it is easy to do.  We ask Your Honour not to turn away from Ajai now and spare him from prison.  Please let him to work with our orphanage or such other places where there is real need.

Yours Respectfully With Prayers,

K.O. Abraham
Past Secretary and Director, Nazareth Ashram, Othera, Children's Orphanage

# EXHIBIT 2

Kappil V. Abraham.
██ ██
Longwood, FL 32750
██████

April 5, 2014

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

I understand Mathew has been convicted of insider trading, a very serious offense, and the sentencing is in June of this year. As a close friend of the family, I have known Mathew for over 25 years. I am deeply concerned about the situation, its impact on him, his dedicated wife and three young children. I am writing with the hope that my comments can help you in determining the appropriate sentence and offering considerably leniency for the offense.

I grew up in a small town in Kerala, India hearing all about Mathew's great uncle Bishop H.G. Geevarghese Mar Philexinos. Our Bishop's love, kindness and care for the less fortunate contributed significantly to the betterment of our Indian community at large and the Church to which we belong. Mathew's family brought that legacy of giving to America, and I have personally worked with them on various church and community activities since 1988. When I first met him, Mathew was a high school student – eventually graduating first in his class no less.

I attended Mathew and Rosemary's wedding in 2003 and have seen them or their children many times in our sanctuary over the years when they are in town. I have been impressed by their humility, intelligence, love for each other and the community. Mathew is a dedicated father. He has made a concerted effort to teach his children our customs and traditions Mathew loves his wife and children very much. They depend on him for inspiration, guidance and general companionship. Rosemary is new to America. Without Mathew, she is left to raise three small children on her own. Mathew's children will be devastated if he is not present, and Rosemary will be left to pick up the pieces as a single parent. If this wasn't hard enough, the children will have to contend with their father being a convicted felon. Given the publicity of this case, this stigma is likely to follow the children everywhere – school, sports, etc. Mathew needs to be around to help his children survive what is already a tragedy.

Your Honor, I have great respect for the judicial process and a jury's verdict. But every situation is different. At this stage, I understand that Your Honor wants to evaluate Mathew as a total person and not just a guilty finding. I humbly request you to remember his young children, wife and parents when making a sentencing decision. They have all gone through so much already. I am confident Mathew will take his responsibility to family and community seriously and will move forward in a manner that helps his family and society.

Thank you for attention. Your consideration of my letter is much appreciated.

Sincerely,

*Kappil V. Abraham*

Kappil Varughese Abraham, CPCU, ARM

# EXHIBIT 3



**Reba A. Abraham**

Ocala, FL 34471

April 20, 2014

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe:

I am aware that Mathew Martoma has been found guilty of insider trading and conspiracy to commit insider trading. I understand that he will be coming before you for sentencing on June 10, 2014. I am writing to request that you show him the most leniency possible during his sentencing.

I am a long time Central Florida resident and member of the Florida Bar. My family has had a close relationship with the Martoma family for over twenty years. I have known the three Martoma brothers, together and separately, over this time. I attended Mathew's wedding and, since then, have gotten to know Mathew and Rosemary, as husband and wife, through church and family events. They have three small children, two boys and one girl, and are dedicated parents.

Over the years, I have been consistently impressed by Mathew and his family's kindness, generosity, humility, intelligence, and gentle humor. These are people who very much love each other and their community. They are people with a sense of responsibility to one another and those around them. The Martomas were pioneers in helping to establish our church almost twenty years ago and Mathew's family continues to provide support for church activities and the community at large to this day.

As a lawyer, I have a deep respect for the judicial process. I understand that Mathew has been tried and found guilty. However, in sentencing him, I humbly request that you remember his family and his community. He is valued and needed here. I know that Mathew takes his responsibility to his family and community seriously. Consistent with that sense of responsibility, I am confident that Mathew will move forward in a manner which benefits not only those who depend on him, but also the public at large. To that end, he will have our support and assistance.

Truly,

Reba A. Abraham, Esq.

# EXHIBIT 4

# GOLDBERG, RACILA, D'ALESSANDRO & NOONE, LLC

## ATTORNEYS AT LAW

Scot D. Goldberg, Esq.
Raymond Lee Racila, Esq.
Joseph P. D'Alessandro, Esq.
Michael M. Noone, Esq.

Sheba R. Abraham, Esq.
Aliana M. Payret, Esq.

March 21, 2014

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe:

I understand that Mathew Martoma was recently found guilty of insider trading and conspiracy to commit insider trading and will be sentenced by you. I am writing on behalf of Mathew, as a family friend, to provide you with some insight I hope you will consider in reducing any sentence you impose on him.

By way of introduction, my background includes earning a Bachelor's Degree in Accounting and a Juris Doctorate, as well as professional experience working as a financial analyst for a publicly-traded engineering company before becoming an attorney. I am keenly aware of the significance of the offense for which Mathew has been convicted. With this understanding, I have always trusted Mathew, and always will, without any hesitance.

I have known Mathew for over twenty years. Our families are close friends and members of a small Indian Christian community in Orlando, Florida. Mathew's family has worked tirelessly since 1992 to establish and grow a church for our small group. Mathew has always been a role model to all of the children in our community and remains an inspiration to all of us today. I was blessed to have his example as I grew up, and am thankful to Mathew and his family for providing me the guidance and steadfast encouragement throughout my most formative years.

Mathew demonstrated to me the value of hard work, humility, and constant love of God and family. There is no doubt in my mind that Mathew has the family and community that will support him and love him. Even more apparent, there is no doubt in my mind that there is a family and community that needs Mathew.

His three young children and wife are innocent victims in this catastrophe and should not be punished by our judicial system; however, any sentence on Mathew will undoubtedly impact his children and wife in a negative way far greater than the benefit of a sentence against him.

The children and adults of my community are thankful for Mathew's role in our lives and will eagerly await his loving mentorship again. We humbly ask that you consider these relationships in determining Mathew's sentence.

Sincerely,

Sheba R. Abraham

Fort Myers
Edison Theatre Building, Suite 200
1533 Hendry Street • Fort Myers, FL 33901
Phone 239.461.5508 • Fax 239.461.3915 • Toll Free 1.888.461.2919

Port Charlotte
2525 Tamiami Trail, Unit F
Port Charlotte, FL 33952
Phone 941.235.2006 • Fax 941.235.2032 • Toll Free 1.888.461.2919

www.goldberg-law.com

# EXHIBIT 5

George Achett, MD
██████████████
Edina, MN 55439


April 4, 2014

Honorable Paul G. Gardephe
United States District Court for the
    Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE:  Request for Leniency for Mathew Martoma

Honorable Judge Paul G. Gardephe,

My purpose in writing is to request the most leniency possible as you sentence Mathew Martoma for his recent conviction of insider trading.  My name is Dr. George Achett.  I am a pediatrician at Metropolitan Pediatric Specialists in Minnesota.  My wife is a pediatric nephrologist at the University of Minnesota and Children's Hospitals of Minnesota.

I first met Mathew 12 years ago when he got engaged to my cousin Rosemary.  Rosemary and I were completing our pediatric residencies at the same hospital.  Residents keep grueling work hours.  They have limited opportunity to travel and almost no time to keep up with anyone outside of a call schedule.  That's why I was so impressed with the lengths that Mathew went to work around Rosemary's hectic residency schedule while they were engaged.  Mathew flew to Chicago just about every other weekend to see her and provide her with some much needed respite from the daily grind of long hours, limited sleep and general loneliness.  Mathew managed all this travel while he was living in California and attending business school himself.

Rosemary is very accomplished in her own right, but I think her connection to Mathew is a defining part of her character.  While many people know Rosemary to be a strong person, I remember the day to day isolation was tougher for her than any of us anticipated.  While she didn't let it show, she eventually needed to take a leave of absence from the program.  She felt her life was incomplete without Mathew and decided to focus on moving to a program in the same state as Mathew.  Transferring programs in the middle of one's residency is no easy feat, in fact it is almost unheard of, which is why I thought Rosemary was kidding at first, but such was her dedication to Mathew.  To her credit she found a new residency-match in Boston, where she and Mathew moved in the summer of 2003.

I attended their wedding in Florida and they mine a few years later.  Over the years, we have seen them in my hometown of Chicago, and they have visited us in our old home in Seattle.

I can easily see that Mathew is a loving husband and father, as well as a strong family man.  He cares for his children with discipline and compassion. Mathew's children - J████, A██ and D███ - are so well behaved and thoughtful towards our family members, and we  know it must be a reflection of values that Mathew holds dear.  My most recent memory with Mathew is his attendance at my father's funeral nearly a year ago.  While I was devastated by my father's passing, I knew too that Mathew was in the middle of his trial.  I appreciate how Mathew nevertheless requested Your Honor permission to attend my father's funeral, which meant so much to my family.  Rosemary and her children arrived so quickly, they were able to spend a few moments

with my father while he was still alive.  I owe special thanks to Your Honor as well for granting Mathew permission.

Now that the jury has reached its verdict, the decision falls to Your Honor to think through the most appropriate sentence.  In my career as a pediatrician of 11 years I have seen many broken families, as well as the devastation inflicted on innocent children who are caught up in the middle of crises which force separation. While I may not understand all of the societal benefits achieved by placing Mathew in jail, I do recognize the specific harms that will directly befall his children and wife in his absence.  Mathew's children should not be deprived of his loving attention during this period of their life.  I request you to consider Mathew's children as negatively affected parties in this sentencing.  Mathew's family has endured much hardship already with this trial and verdict, and I hope you take this into account at the time of sentencing.

We are all praying that he can be spared jail time,

Thank you for your consideration,

George Achett, MD

# EXHIBIT 6

███████████████

San Jose, CA 95120

March 30, 2014

Honorable Paul G. Gardephe
United States District Court for the
    Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**RE: PLEA FOR A REDUCED SENTENCE TO MATHEW MARTOMA**

Dear Judge Gardephe,

The purpose of this letter is to request as much leniency in your sentencing of Mathew Martoma as possible. My name is Joseph Achett; I am employed as a software engineer in California. My wife's name is Rose, and we have two young children.

I am first cousin to Dr. Rosemary Martoma, Mathew Martoma's wife, and have known her since childhood. I first met Mathew in 2002 at my own wedding. At the time, he was already engaged to Rosemary, and it was clear to me that they were a perfect couple in every sense. We have seen each other a few times since then at family occasions, weddings, reunions, and most recently, at my father's funeral in Chicago last year.

To understand Mathew it is helpful to know Rosemary. They are mirror reflections of each other in character and personality. Rosemary is the kindest of sisters. At every stage of my life, I have considered her a close friend, not just a cousin. When I first started seeing my now wife, Rose, I was living in Chicago and flying to see Rose in California. I would regularly stay with Rosemary's family who also lived in California at the time. Rosemary's entire family treated me like a son and made it easier for me to spend quality time with my future wife. Rosemary gave me regular guidance on all the "do's and don'ts" of dating, as a good sister would, and generally kept me from making serious blunders in my courtship. Rosemary's kindness stems from her wonderful parents who have insisted that she always support members of the family and stand up for what she believes, even when it's not easy. As Mathew's and Rosemary's marriage has grown, I have come to see them as an extension of each other. They have adopted each other's best qualities and overcome each other's deficiencies. As a software engineer, I'd like to say they are integrated circuits or bundled software; they don't function apart.

I didn't think someone like Rosemary would ever get married – until I met Mathew. The Mathew I know is a very down-to-earth, kind and caring man. He is easy to talk to, generous to a fault, and quick to offer a hand when needed. In the many situations I've seen him, he is very attentive and loving to his children and has a strong relationship with his wife. Despite the tensions of his trial, Mathew made it a priority to come to my father's funeral, knowing how closely connected my father was to Rosemary and her family. Not sure of whether Your Honor would approve his request to travel prior to my father's passing, he sent Rosemary ahead so she could be with my father during his last moments alive. I think people like Mathew and Rosemary are rare; they do a lot for others, whatever the personal costs.

It saddens me greatly to hear of the recent upheaval in the Martoma family. I can't imagine the hurt and turmoil that Rosemary and her children will suffer, through no fault of their own. They have already suffered so much in the months leading up to the trial and during the course of the trial itself. Their life without Mathew is inconceivable to me, just as I couldn't imagine being not a part of my own children's lives. I beg you please do not separate the family. If you have the inclination, please absolve Mathew of the crimes he is accused of. But if that is not possible, please show this family the kindness they have shown so many others in life, including myself.

Sincerely,

Joseph Achett

Joseph Achett

San Jose, CA 95120

# EXHIBIT 7

Anne Achettu

Morton Grove, IL 60053

March 17, 2014

Honorable Paul G. Gardephe
United States District Court for the
    Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Letter of Support for Mathew Martoma and Request for Leniency

Honorable Judge Gardephe,

I am aunt to Rosemary Martoma, but consider both Mathew Martoma and Rosemary as my
children. My late husband Mr. Varkey M. Achettu is Rosemary's maternal uncle. Both my
husband and I were Chicago Public School teachers for over 40 years.

Our house was home base for any nieces and nephews who visited Chicago. As such, we knew
Rosemary from her childhood and have always considered her an incredibly good person.
When we met Mathew at the beginning of their courtship, we found in him an equally good life
partner. We later attended their wedding in 2003, and our son was part of their wedding party.

Perhaps because we have been school teachers for so long, my late husband and I have
always considered ourselves excellent judges of young people. We have the ability to separate
systematic troublemakers from those who made simple mistakes. Since we have known
Mathew, we have always had a good opinion about him. That opinion has only gotten better
over the years. When Mathew's children were born, we saw not only a good and caring
husband, but also adoring father who loved his children without reservation.

I know how that feels in my own life. My wonderful husband of forty five years of married life
passed away last year February 21st. My life has not been the same since, and I am saddened
to think that Rosemary may experience a similar separation much earlier in her natural life. I will
always remember with heartfelt love and gratitude how Mathew and his family attended the
funeral with special permission from Your Honor. They made sure to come to the funeral in spite
of all the turmoil around their trial. In fact, I know that while Mathew was waiting for Your
Honor's official approval, he sent Rosemary and the children ahead, so they could say goodbye
to my husband. To me, this is a testimony of Mathew's character, selfless and caring.

I survive with the beautiful memories of my husband. Our three sons -- all professionals - have
wonderful memories of their father and they try to inspire their children in the same way. The
thought of Mathew going to jail frightens me on many levels, but mostly because I cannot
imagine what kind of memories Mathew's young children will have of him if he is gone. As a

school teacher, I know also from personal experiences that parental separation is not good for children.  Their performance suffers; their emotions curdle; and they carry that loss into adulthood.

As the years pass and our loved ones disappear, sometimes all we have our memories from moments that have passed and regrets for past mistakes.  Memories of my husband are full of such special meaning to me now that he is departed.  I pray that you do not leave Mathew's children or his wife Rosemary with empty memories that are forever tarnished by sending Mathew to jail.  Considering these facts, Your Honor, please have mercy on Mathew when you render your judgment. I am a deeply religious person.  I pray to God that you consider his case with pity and compassion.

Yours sincerely,

Anne Achettu

# EXHIBIT 8

Bob Achettu                                                        April 4, 2014

████████

Chicago, IL 60654

Honorable Paul G. Gardephe
United States District Court for the
    Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Letter of Support for Mathew Martoma

Honorable Judge Gardephe,

My name is Bob Achettu.  I have an MBA from Notre Dame and live in Chicago with my wife and three
children.  I am writing this letter on behalf of Mathew Martoma, in conjunction with his recent conviction
for insider trading.  It is my deepest hope that you will show him maximum leniency as you sentence him
this June.

We met Mathew about 12 years ago at his engagement to my cousin, Dr. Rosemary Martoma. Later, I
attended their wedding in Miami. Over the years, we have had many interactions with Mathew, as our
families came together to celebrate weddings, baptisms, and other family events.  Mathew and Rosemary
have always been people who put family first. I mean this not only to include immediate family or
parents, but also the extended family as well.  They place great importance on maintaining relationships
with aunts, uncles, cousins, nieces and nephews.  I still remember the time Mathew took pains to get to
know all of Rosemary's extended family during their wedding.  Before the event was over, he knew
everyone, almost a hundred family members, by name and had made meaningful connections with them.
Over the years, as Mathew became more successful in his investing career, he has always remained
attached to us in a very genuine way.

While the media has focused on negative aspects of his case, I have been just as impressed by his
contributions to the community.  Mathew hasn't been given any credit, for example, for the significant
portion of his wealth with a million dollars or so contributed through the Mathew and Rosemary Martoma
Foundation, to charitable work.

As Mathew and Rosemary's family grew, I have also witnessed their deep commitment to their young
children, J████, A██, and D███. Like me, Mathew is a very hands-on father. He is deeply involved in
their upbringing. He takes them to school every morning and attends all their sporting events, including
several practices a week.  On weekends, Mathew takes his trio on a variety of activities, whether it be
Sunday school classes, birthday parties or general family fun.

As a business owner, I understand the difficulty that comes with juggling hectic work and family
schedules. You have to truly commit to your soul as a father in order to stay involved in your children's
lives. I have children almost the same age as Mathew and Rosemary's and couldn't imagine missing out
on their next few years. Children need both parents to help them through their adolescence.  From my
interactions with Mathew and his children, I know they adore their father and he them.  Mathew must be

going through a great deal of anguish just thinking about the prospects of separation from his family, and it is difficult for me to imagine how Rosemary, J████, A██ and D████ will fare without Mathew in their lives.

My deepest hope in writing to you, Judge Gardephe, is that you show maximum leniency to Mathew in your sentencing this June.  Rosemary, J████, A██ and D████ deserve as much.

Thank you for your time,

Bob Achettu

# EXHIBIT 9

Chacko M Achettu,

████████

Glenview, Illinois 60025

March 27, 2014

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**RE:  PLEA FOR MATHEW MARTOMA**

Honorable Judge Gardephe,

I am the eldest uncle of Mathew Martoma's wife Rosemary. Since my English is limited, I have asked my daughter Grace Kannookadan to help me write this letter because I am so passionate about asking Your Honor to spare Mathew.  My wife Mary  and I have lived in the US for over 34 years.  I am a 84 year old retired businessman with six children, 15  grandchildren and 5 great grandchildren.  All of my children reside in the US, and I enjoy life being a guiding force for my family.  I have had open heart surgery and am on dialysis three times a week, but I consider myself blessed with the care, presence  and closeness of our family.

I have known Rosemary from her childhood and Mathew since he married Rosemary eleven years ago. I have seen Mathew on many occasions as they regularly come to Chicago to visit family, including three uncles and their extended family.  Over my long life, I have known many people and Mathew is one of the finest young men you can find.  Mathew is a man of exceptional character; someone who has no head-weight, simple and straightforward.  He is not only caring and considerate, but also very interested in talking and spending time with his elders. He likes to talk about the history of our family, including Rosemary's grandparents, and how we all lived under the same roof at one time.  He likes to visit us with his children, so they will learn our culture and be blessed by their elders. His children are so good and obliging; they give us pictures and drawings on their visits. At my age, it is refreshing to come across a young man like Mathew as interested in the experiences of others, who genuinely wants to listen, and is able to connect with times gone by. I treasure his company.

In my life I have seen many great marvels – India gain independence; American astronauts reach the moon; the Berlin Wall fall; and 24 hour Indian movie stations – but it saddens me to think that we still think of sentencing convicted offenders in the same way as when I was a child.  We always look to remove, rather than to restore, offenders to our legal system.  Moreover, we do not include family members of defendants in our definition of victim.  In Mathew's case we should do more.  Mathew's wife and children will probably suffer far greater than anyone else,

and Mathew can do more FOR society through community efforts than TO society given the loss of trust in him.

The news about Mathew's arrest and conviction is another such case, Your Honor, but you have the power to do something different.  The news shook my mind, and at first I could not make out whether it was real or not. Every day seemed to bring some bad news that disturbed us all. I do not know much about American financial laws or who was victimized by his case, but I worry most about Mathew's sweet little kids and our Rosemary. Your Honor, you have the power to save this family, and it is my earnest  request that you do so.  If you will not, please give leniency in sentencing,


Thank you Your Honor,

Chacko M Achettu


Mary Achettu


Grace Kannookadan (ph: ███████████ )

# EXHIBIT 10

Johnson and Neetha Achettu                                      Date:  4 / 11/ 2014

█████████
Glenview Il 60025
Phone: ███████████

Honourable Judge Paul G. Gardephe, US District Court, Southern District of New York

## ON BEHALF OF MATHEW MARTOMA

Your Honour Judge Gardephe,

I am Johnson Achettu, My occupation is: Operations Industrial Engineer, United States Postal Service. My wife Neetha Achettu, is a medical coder at Alexian Brothers Hospital. Neetha and I have 3 children. I have been in the US since 1982, and am proud to be a US citizen. I have 3 sisters and 2 brothers. Mathew Martoma's wife Rosemary is the only daughter of my father's youngest sister. We are members of an affectionate extended family. I have known Rosemary, who is my first cousin, since she was a little girl.

Neetha and I met Mathew for the first time in Chicago in the year 2002, when Rosemary was doing her residency in University of Illinois, Chicago. At that time they were engaged. I have known Mathew ever since as a very likeable and simple person who is able to mix with people in a very caring and helpful manner.

The most noticeable aspect of Mathew's character is the care and thought that he displays for his children, and the selfless and kind attitude to Rosemary. Mathew is a hands-on, engaged father of his children. To their three children, Mathew is the pride and the protector. I have been inspired by Mathew's accomplishment in nurturing the children both as Americans and Indians, culturally, spiritually and educationally.

I do not want to pretend that I know all the details of the case against Mathew. But my wife and I do feel very sad that he has been found guilty by a jury. I have great trust in our system of Justice; so it is my belief that Mathew will be given all means to prove his innocence. I know that there has been a lot of intense and adverse media coverage. Your Honor, please consider if that glare of publicity harmed the course of justice. If it did, please exonerate Mathew.

Mathew has already been punished emotionally, socially and professionally. He is a responsible and affectionate father to his three children and a great husband. Rosemary is ████████████████████and is very dependent on Mathew for the upbringing of their three children. If you cannot exonerate him, please use his skills for the benefit of our society that will also keep him with the family. If you have to punish Mathew, Your Honor, please keep Mathew's wife, my cousin Rosemary and their three children in your mind when deciding upon your sentence; please do not isolate Mathew from the family. Kindly do not take the light away from Rosemary and the three children.

Thank you very much Your Honor,

Johnson Achettu                                      Neetha Achettu