# EXHIBIT 11



Kevin Achettu

██████████

Oak Park, IL 60302

March 3, 2014

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Squares
New York, NY 10007

**SUBJECT:  A plea for Mathew Martoma's Sentencing**

Dear Jude Gardephe,

My name is Kevin Achettu, and I currently reside in Oak Park, Illinois with my wife, Hollice. I
hold a Bachelors in Accounting from DePaul University in Chicago Illinois and is working as
Accountant at DePaul University Chicago. My wife  Hollice Wrobel Achettu has a Bachelors in
Psychology and Neuroscience from Miami University Oxford Ohio, and is working as Sales
Coordinator for Meridian Inc., Deerfield Illinois.

Mathew Martoma is married to my cousin, Rosemary.  I have known him for about twelve years
now and despite the fact that we never lived in the same city, I feel that I have had the chance to
get to know him fairly well over the years.  He is a people person in every sense and leaves quite
the impression with his care and charisma.

When I first met Mathew, I was about fifteen years old and it was during his wedding to
Rosemary.  I distinctly remember the first time I met him because he insisted on calling me "K-
Dog."  I was not too keen on this new, *ingenious* nickname, but it was such a polite insistence on
his part that I tried not mind too much.  In retrospect, I probably should have put up a little more
resistance because I'm still being hearing that nickname over a decade later.  I've seen Mathew,
Rosemary, and their three little kids, at various family gatherings.  Even with the added
responsibility of raising J████ A██ & D████, Mathew always had the same charming
personality.  I've watched him pass that that energy and enthusiasm to his three
children.  Running around, making friends with anyone, Mathew's children are equally
infectious.

When I saw the family most recently, it was sadly for our uncle's funeral about a year
ago.  Mathew had been arrested and there was an unnerving level of uncertainty around
everything. It was all very fresh.  It would have been very easy to hide at a time like that; no one
would have faulted him.  However, unsurprisingly, when we saw him, it was the same
Mathew.  I introduced him to my then fiancée, and he said, "Congrats, K-Dog," with genuine
enthusiasm.  This time around, he was a little more focused on chasing after his three little
rugrats, but otherwise he was the same person.  He was there to console our aunt and our family

in our time of need during what I can only imagine was an extremely trying time for him. With all the added pressure and insecurity, he was still so dedicated to being a parent, a husband and member of the family.

Mathew did get permission from Your Honor to come to my wedding reception at the end of December 2013. He did book the air tickets and hotel accommodation, but it turned out to be impossible as the trial date had moved closer and the weather was consistently inclement. I was very touched by his genuine desire to be there with the rest of us.

I am writing to you today in the hope that you show leniency towards Mathew at his sentencing in June. I fully understand the context of the decision that you have to make. My aim in this letter is to give you additional context to Mathew as a person. What you have seen in court is not all that he is. He is a loving father and a caring husband, as well as being a committed family man. My wife and I do not have any children, but I do know how vital a role my father has had in making me the man that I am. I could not imagine growing up without my father there to help me along the way, and it pains me to think that J███ A█ and D█ might have to do just that. Please try to keep the three of them, along with Rosemary, in mind as you make your decision.

Thank you for your time and consideration.

Sincerely,

Kevin Achettu

# EXHIBIT 12

Mathew C Achettu and Manoramma Achettu

Morton Grove IL 60053                                    3 / 27 / 2014

Honorable Judge Paul G. Gardephe,

US District Court for the

Southern District of New York

Your Honor Judge Gardephe,

**The purpose of this letter is to request exoneration or leniency in sentencing Mathew Martoma.**

**I am Mathew Achettu married to Manoramma Achettu. We have two children.**

**Mathew Martoma's wife Rosemary is my first cousin.** I remember Rosemary from the time I was a young boy living in India in our ancestral home, and Rosemary a baby having come visiting with her mom and dad, mom Omana being my father's youngest sister. Years went by; my wife and I were living with our two children in Chicago. Rosemary was already a doctor doing her residency in Chicago, and whenever I saw her, she was accompanied by this nice young man Mathew who she was already engaged to. I was thrilled when Rosemary introduced me to her man, who to my great surprise could manage to converse in bare-bones Malayalam, our native language. He came across to me as a very unassuming man.

We could not take part in their wedding; that exact weekend as the wedding, our family had sponsored the celebration of a feast day at our church. After the wedding, Rosemary and Mathew came visiting the extended family. Mathew even remembered and thanked for the small gift we had sent, which I didn't think was significant enough for him to remember and thank me for. I was so touched; his simplicity and genuine down-to-earth attitude struck a chord with our whole family.

Mathew and Rosemary and the children have stayed with us a few times. I do not know any other guest who can come and blend into the family so easily. Mathew is so happy with whatever we normally have at home; he would always tell us not to treat them like special guests. Mathew is, in all senses, an extra brother to me.

He takes initiative and leadership in meeting the needs of the kids like helping them in taking a bath, little day to day things like selecting clothes for them without causing any hassle for any of us. He made sure Rosemary had quality time with the family. He would tell us, "Rosemary normally wouldn't get enough time to relax." Mathew values his family so much and takes care of them unconditionally.

Being a man so happy with being just one in the crowd, so simple and straightforward, so proudly American, so satisfied, I cannot perceive Mathew as someone who would engage in the kind of intrigue that the media was so intensely accusing him of. I have fundamental and unshakable trust in the American Justice System. This is all the more reason why I believe that Your Honor, you might reconsider and examine the context in which he was found guilty, and if possible would let Mathew out of this guilty verdict. But if you feel compelled to punish him, please be soft, thinking of Rosemary, and each of the three little kids, and not to separate him from them, no matter what other punishment you would consider necessary.

May God Bless You and your family,

Mathew C Achettu

Manoramma Achettu

# EXHIBIT 13

Skaria Achettu



Morton Grove, IL 60053

March 17, 2014

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

### Re: Letter of Support for Mathew Martoma and Reduced Sentencing Request

Honorable Judge Gardephe,

My name is Skaria Achettu. I live with my wife and work as a Manufacturing Engineer at
Philips Electronics. Although Rosemary is a direct relation, I consider myself an uncle to both
Mathew and Rosemary. It has been devastating to see them going through the difficulties of
Mathew's insider trading conviction.

I have known Mathew for the last twelve years. When I first met him on the day of his
engagement to Rosemary, I was very impressed by his loving and caring personality. He always
takes the time to interact with Rosemary's relatives and to find out about our lives. He has
always been willing to help me in any way he can, such as carpooling family members around
town to different events; making last minute runs to the store for missing items; or providing
good company. Family is a priority to him, and I have been impressed by the fact that he attends
all our get-togethers despite his busy work schedule. In fact, while he was preparing for his trial,
he found time to attend my brother's funeral in Chicago last February 2013. When my son's
wedding reception was arranged in Chicago on December 31st 2013, just one week before
Mathew's trial start, he still committed to attending until drastic snowstorms and a change in trial
schedule made it impossible.

Mathew is a loving and caring husband, and a great parent to his three kids J███ A█ and
D███ You should meet them Your Honor to see just how special they are. I don't know how
Rosemary and the kids will survive without Mathew. As a parent of three children and five
grandchildren I know how hard it is to raise three kids. I could not imagine doing it by myself. It
will be especially difficult for Mathew's sons to understand their responsibilities in our culture
without a male figure to guide them through their formative years.

Your Honor, even an ordinary couple would find separation extremely painful especially when there are three little children involved. In Mathew's and Rosemary's case it is even more so because of Rosemary's unusual reliance, for whatever reason, on Mathew for everything. Mathew has voluntarily and proudly taken on that role as his dutiful responsibility, rather than complaining and quibbling. Mathew has resultantly been everything to their family, Rosemary and the little kids. Your Honor, my great nightmare now is, how ███████ Rosemary is going to support and direct these kids in a normal way, let alone see the kids reach their potential. I would request that Your Honor consider the fate of Rosemary and these three young children when deliberating Mathew's future.   We do not want to lose Mathew, but we fear this verdict may ruin all the Martomas over time.

I was in court for two days of the trial and am still in shock over the verdict. Now I am pleading with Your Honor to be lenient in sentencing. I plan to be there in June and hope that you will take my leniency petition into consideration.  In case your staff needs to contact me, I am available at ███████

Yours sincerely,

*Skaria Achettu*

Skaria Achettu

# EXHIBIT 14

1

P.D. Annakutty,

███████████████

India.  Pin - 695003.                                      Date:4/11/2014

PLEA FOR MATHEW MARTOMA

Honourable Judge Paul G. Gardephe, US District Court, Southern District of New York

Your Honour Judge Gardephe,

How strange that I, sitting here in India is writing a letter to Your Honour pleading for a favour; I had never imagined doing such a thing, but I surmise that fate has brought me in front of you as I feel I am writing about a matter that has given me deep sorrow, the travails of my beloved niece Rosemary, her three children and Mathew, the head of their family. I am P.D. Annakutty, I hold a Master's degree in Chemistry. After nearly 30 years of service, I retired as a Professor of Chemistry. My late husband M.M. Chacko was a Chief Engineer and was the Director of Small Industries Board. We have two grown up children, one a lawyer and the other a physician.

I have known Mathew Martoma's wife Rosemary, and her brother Stephen from when they were babies, as David, my brother and Omana his wife used to come to India every year to spend time with our parents and Omana's parents. Rosemary is David's and Omana's only daughter. All five of us siblings in my generation, two boys and three girls, including David and I, had grown up sharing the ups and downs of life together as a very close-knit family. I imagine David would tell you about our father who was a great advocate for the independence of India, and the sufferings and sacrifices and that he, our brave wonderful mother and we children went through as a consequence.

Although I was in India, I heard with joy about Rosemary meeting Mathew, their engagement and their wedding all in America, where David, Omana and family had settled by that time.

It was some time after their wedding that Rosemary and Mathew came to India, accompanied by with David and Omana. I met them shortly in our ancestral home where my parents lived, and later they all came to Trivandrum where my husband and I were living and working. My husband took to conversing with the new American boy in a big way about a variety of things that they had a mutual interest in.

Mathew had evidently been inspired by my dad and his noble instincts, and told us all how fortunate he considered himself to get to know such a great man.  Mathew was a markedly different youngster in that he was interested in things that a lot of people would like not to talk about. He was deeply concerned about poverty in India, and about how to solve the sufferings of the poor.

2

I wish to recount an event that took place, which would, I hope reveal a lot about Mathew, rather than straining using a lot of adjectives to describe my image of who he was. We had invited a small crowd of our relatives and friends to meet Rosemary and Mathew. It was time for evening prayers and rosary, and to my husband there was no question of eating before the prayers. My husband would say his prayers on his knees, and as usual the rest of us would sit on the floor or on chairs. Mathew, unlike the rest of us, and even to Rosemary's and other young guys' slight amusement and smiles, knelt along with my husband throughout the prayers. That told me a lot about whom Rosemary had got married to, and why she was so dedicated to him. There was a deep and genuine spirituality about him.

I have not seen Mathew since, but saw Rosemary when she, visibly pregnant with her second child and carrying her son, traveled from America to attend my father's funeral and to place a special bouquet with a wonderful farewell message Mathew had handwritten.

My two sisters who had gone on a visit to the US came back; and they had far more to say about the wonderful family of Mathew and Rosemary than they had for Niagara Falls or the Grand Canyon.

The news about Mathew's arrest, the details of the case and the attendant fanfare hit the news in India, and, as I hear from people, all over the world. I understand that the media had kept on with their fireworks even as the trial was going on. I knew it would be impossible to win any case under those circumstances, and Mathew lost. It was wrong of the media to have spoiled the chances Mathew had of getting justice, by discussing the mistakes that Mathew had made a long time ago, from which he had emancipated himself so clearly and definitively, and hence had nothing to do with the present allegations. I am sure, in India, practices like that by the media are prohibited during legal court proceedings.

Your Honour, I have two pleas. Please consider the possibility that the jury might have been misled by the publicity thereby making them not receptive to fair evidence in favor of Mathew. If so please annul the guilty verdict. On the other hand, if you choose to impose punishment on Mathew, hold your hands around the candle of this tender little family so the flame is not put out.

May God Bless You,

Sincerely,

Annakutty P.D.

P.D.Annakutty

# EXHIBIT 15

April 9, 2014

██████████

Delray Beach, FL. 33483

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

My name is Russell "Rusty" Bacigalupi, I've resided in Delray Beach, Florida since February of 2000. I am a former touring Golf Professional and currently, I am a Teaching Professional and run the Junior Golf Program for the city of Boca Raton, FL. My company "Baci Golf" formed a junior golf team approximately 3 years ago which was undefeatable in 2012 and 2013 earning the title of the " Number One Team" in the state of Florida. I am writing this letter on behalf of Mathew Martoma whom I understand has been charged with insider trading and will be sentenced by you in June of 2014.

I met Mathew Martoma and his family approximately 4 years ago and I began teaching his son "J████" and his daughter "A██" a few weeks after our meeting. J█████ attended 4 hours of weekly lessons and A██ 2 hours weekly allowing me the privilege to become well aquatinted with the entire Martoma family. Mathew, J████ and myself set a timeline of 2 years to prepare J██ for tournament golf and to tryout for my junior golf team. Over the years I've watched J██ make great stride in becoming an accomplished tournament player both physically and mentally. He also, qualified for my golf team making him the youngest member of the team. Unfortunately, in the past 6 months he's unable to devote the time to practice and/or play tournament golf ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████. Mathew is such a huge part of J█████'s life ██████████████████████████
█████████████████████████████████████████████████████
██████████

Until Mathew's legal situation he and I would take J█████ to his tournaments while I would caddy and coach him, Mathew was there for support. On the ride home J█████ would display a huge smile while we'd discuss the positive aspects of his game (his swing, finish, putting, attitude or mental game.) Typically, we would stop somewhere and grab a bite to eat while making a plan on what we were going to work on for the next tournament. He was so full of energy and happiness and loved the competitive aspect of the game. Now he's hardly practicing and hasn't played in any tournament golf since October of last year. Ultimately what concerns me (isn't J█████'s seemingly lack of interest in golf) its what is fueling his disinterest. I'm deeply concerned about the negative impact of Mathews absence will have on J█████, A██ and D███ Mathew exemplifies a strong, positive, loving father figure in his 3 children's lives and

I've already witnessed the negative impact it has brought upon the children, especially J███████

Your Honor, thank you for taking the time to read my letter and I hope you will take it into consideration.

Sincerely,

Russell Bacigalupi
Teaching Golf Professional
Head Teaching Professional for
Boca Raton, FL. Junior Golf

# EXHIBIT 16

SCOTT P. BIRDWELL

April 21, 2014

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

It has been brought to my attention that you will be responsible for sentencing Mathew Martoma, or Mat as I know him, in the coming months. I am aware of Mat's conviction on charges of insider trading, and while I can't begin to diminish the seriousness of this offense, I would like to share information with you that I hope you consider in his sentencing. The Mat that I have known since 2003 does not match the person who has been characterized in the press over the past year and his conviction is the furthest thing I would have expected during Mat's career. This revelation also makes writing to you difficult, as I struggle with this reality.

Mat and I first met during pre-orientation at Stanford - Mat, an incoming student in the Business School, and I, in the School of Engineering. We met online with other Stanford grad students looking for roommates to live in off-campus housing. At the time I had found a local ranch-style home in Menlo Park with another business school admit, and the two of us were scouring the incoming class for two more classmates to join us. Mat and one other classmate were the first to answer our call. As an engineering student living with three MBA candidates, I had insecurities about mingling with the MBAs, and more importantly, was concerned about being welcomed by his class since I could have been perceived as an outsider. Mat could not have been more welcoming, and embraced me quickly as one of the group. Stanford academics set aside; Mat and my other roommates had a profound impact on my experience at Stanford. Whether it was volunteering for local charities or enjoying a ski house in Tahoe, Mat was a constant companion throughout my grad school experience. Further, I have no doubt that other students welcomed me without hesitation because of the support from Mat and my roommates. During the course of these two years, I played an active role in Challenge 4 Charity, Stanford's non-profit supporting the Special Olympics, and became engaged in several real estate groups within the business school. Without Mat's influence, I would have never explored these opportunities.

Two years later, Mat's friendship impacted my life even more. I had just completed a Masters Degree in Civil Engineering and was working in San Francisco on a large construction project for Lucas Films. I'm can't say whether my drive was due to a yearning to learn more in the classroom or a fondness for those MBA's I had grown close to, but I decided to apply for an MBA myself…letting my employer know that I would only apply to two schools (Harvard and Stanford) and if not admitted, would commit myself to working on the Lucas project through completion. As I worked through the application process, Mat encouraged me to approach one of his professors to write a case study about the golf club development industry, which I happen to work in to this day. Much to my surprise, this professor engaged me to execute a case to

accompany his coursework, and I have little doubt that this introduction led the way to my own acceptance as a Stanford MBA.   Without this introduction and Mat's encouragement, my academic and professional career path may not have what it is today.   As our paths crossed at Stanford, Mat exhibited a strong work ethic, and maintained a desire to contribute to not only to the Business School, but also to students throughout the University, and I appreciate his depth of character as he embraced students from all backgrounds.

While Mat has exhibited a sincere dedication to helping others through my own experience, I also found later in life that he exhibited a sincere desire to stay connected to past friends.  Following business school, I took what many would consider a detour in life…choosing to develop a private island in the Carribean.  Guana Cay consisted of a government clinic, one hardware and grocery story, no stoplights and predominantly golf cart traffic.  My wife and I welcomed the adventure, but as two native Southern Californians, moving to the Bahamas was outside our comfort zone.  During our two-year stint, no more than six friends from our prior lives took time to visit…strange considering we lived in paradise.  But with kids, career and other obligations, I can't hold a grudge as my own travel schedule was limited during this period.  Mat and Rose, along with their first newborn child, were one of the few couples who took time out of their schedule - touring the Bahamas, island hopping, lobster diving…learning about life in a 3rd world country.  To this day, Mat's desire to stay connected remains dear to my heart, and I am grateful that we were special enough to warrant his time.  You can only imagine how monotonous life deep in the Atlantic Ocean can be, and how much my wife and I appreciated seeing familiar faces in a place so far from our own family.

Judge Gardephe, I am aware of the conviction Mat is facing, and I can't belittle the gravity of this charge or the validity of the evidence presented in the case.  I can only speak to the fact that while Mat's professional character has been challenged, his personal character in our relationship has been unwavering…committed to academics, friends and charity.  This commitment to giving back has been so strong that he established a foundation to fund various charitable organizations.  I know he has the strength of character to contribute to society in a positive way, and have little doubt that he will do so if given the opportunity.  In addition, he is the father of three wonderful children, and I find it disheartening to envision the possibility that these kids will grow up without a father through the majority of their adolescence, especially one as thoughtful and caring as Mat.  I have spent countless hours thinking about his potential sentence, as I am sure you are as well.  I humbly ask that you consider the good that Mat could do in his life-time - well educated, engaged, loved and charitably-minded.  Please take a moment to determine how best to serve both Mat and his community, as these two are not mutually exclusive.  I have personally benefitted from having him in my life, and I don't think I am along in thinking he has great things to offer for years to come.  Please give him this opportunity.  Thank you in advance for taking these thoughts into consideration.


Sincerely,

Scott Birdwell

# EXHIBIT 17

April 23, 2014

██ ███████████

Watertown, MA 02472

Honorable Paul G. Gardephe
United States District Court for the
     Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

     I understand that Matthew Martoma was convicted of insider trading and will be sentenced by Your Honor on June 10th, 2014.  My name is Jonathan Busconi, and I am a close friend of Matthew, Rose, and their three little children, J██████, A██ and D████.  I work at Oracle as a Software Engineer.  I drove from Boston to attend the trial on two separate occasions and after hearing the testimony and the facts of the case, I was hoping and praying for an acquittal since I have so much love for Matthew and his entire family.  The news of the guilty verdict moved me to tears.

     I have lived in Massachusetts my whole life, except for the time that I went to Duke for college, which is when I first met Matthew.  We have been friends for over 20 years and during that time, we have celebrated life's most precious achievements – engagements, weddings, births, baptisms, birthdays, and bonded over some of life's toughest moments – sickness, loss of loved ones and this trial.

     When Matthew moved back to Boston after business school, he brought with him a wonderful surprise, Rose.  I remember the happiness and excitement when hearing about Matthew's proposal to Rose during the summer of 2002, and celebrating their wedding the following year in Florida.  With Matthew and Rose in Boston, we made many new memories.  Our weekends were filled of mini reunions with college friends, watching and playing sports, trips to the beach, having barbeques near the Charles River, rating the best pizza and ice cream shops in town, watching movies, and just winding down after a long work week.  In fact, Matthew and Rose's first baby, J█████, was born after Rose's water broke at the end of a Red Sox-Yankees game that they were attending.  I guess J█████ was so excited about the Red Sox winning that he started cheering from inside of Rose's belly!  I am proud to say that I was J█████ first visitor at the hospital, and J█████ first outing from the hospital was to join me and my father for lunch in the city.

     During the years that Matthew and Rose lived in Boston, my mother, Elizabeth, was diagnosed with non-smokers lung cancer.  My mother was a beautiful woman with a slender figure and a contagious smile.  A figure skater in her youth, and school teacher during mine, she was loved by all and

had a great sense of humor.  She used to joke with her students that her food pyramid was actually inverted, with an ice cream cone on top. She would tell her students with a straight face that a large serving of ice cream was absolutely necessary for good health! By the time Mom was diagnosed with lung cancer, we were told that her prognosis was poor.

When Matthew heard the news of my mother's illness, he sent my mother a gift in the mail.  It was a bathroom bag in a bright flowery pattern with her initials sewn outside, and the gift made my mother so happy.  My mother died in 2007. I remember Matthew, Rose, J████ and little A██ attending her wake. During their visit, Matthew and his family joined me to make a trip to Brigham's, my mother's favorite ice cream store.

My father, Ronald, a law partner at McCarter and English LLP in Boston, was diagnosed and courageously fought brain cancer from 2001-2011.  After my mother passed away, I moved back home with my father who was suffering from a partial paralysis on his left side from the brain cancer.  During this time, Matthew was a constant source of support and advice.  Equally important, my father enjoyed spending time with Matthew.  My parents considered Matthew and Rose as close friends, evidenced by the fact that Matthew is the only one of my friends from Duke on their Christmas card list.

Matthew's move to Connecticut happened suddenly, and in the years that followed, Matthew's family grew larger.  We stayed in touch, and many of our recent memories together involve Matthew's children.  Matthew's oldest, J████, once called me at my desk in Massachusetts filled with excitement after he made his first birdie in golf, knowing how much I like to golf, and inviting me to share in his joyful moment.  On a trip to the Museum of Fine Arts in Boston with Matthew's family, I remember A██ Matthew's middle child asking to be in a picture with me next to her favorite artwork, Monet's Lilies.  Every time I look at that picture, I smile.  Another time, when I was visiting Matthew, early in the evening Matthew's youngest, D███, heard me say that I enjoy camping, so later that evening he wanted to sleep on the floor next to my bed to make it like we were camping.  Matthew's children are very thoughtful, like Matthew.

Your Honor, when you consider Matthew's sentence, please also consider his innocent and tender loving young family.  Please consider how much Matthew has suffered due to the publicity that this case has already received.  Matthew is a respectful and loving husband and father, and a very good friend. Matthew is a man with the courage and determination to learn and grow from his mistakes.  Matthew is intelligent, dedicated and compassionate.  He is a charitable man who has always given and never boasted.  I hope you will see the man that I am proud to call a best friend.

Sincerely,

*Jonathan R Busconi*

Jonathan Busconi

# EXHIBIT 18

April 20, 2014

Justin A. Caravella
█████████████████
Cambridge, MA 02141

Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

I am contacting you about Mathew Martoma, a defendant in a case before your court. I understand that Mr. Martoma has been convicted of insider trading, and that you are responsible for sentencing him. I have been a friend of Mathew's for more than 20 years, and I am writing on his behalf to provide some information that I hope you will consider in your sentencing decision.

I met Mathew when we were both undergraduates together at Duke University. I got to know Mathew better because we both did volunteer work with a community service organization called Alpha Phi Omega. Alpha Phi Omega (APO) requires a significant commitment--24 hours of community service just as part of the application process. We did several types of service projects together through those years. One particular program was called "Pals", it was a weekly meeting between APO volunteers and underprivileged children who had escaped abusive parents. We helped them with schoolwork and led them in other educational activities. I remember that within a short period of time, Mathew became a favorite among the kids; in fact they would ask "Where's Mat?" on occasions that he was unable to attend.

Later on, I knew Mathew when we both lived in Boston, where I first met Mathew's devoted wife, Rosemary. I have also been privileged to know their three lovely children ████ A██ and D██ (all under the age of 10). Mathew has always been a loving father, and he has always put the needs of his family above his own ambitions. His career in finance would have been best served by his living close to New York City, but he decided to move to Florida so that his children could be closer to their grandparents and their uncle. Mathew is important to his family, and he will continue to be a great influence to his children as they grow and mature. Without Mathew around to help nurture them, I fear that the upbringing of his three children will be greatly affected.

I hope you will consider this information in regards to Mathew's sentencing. Thank you for your time and consideration.

Sincerely,

*Justin A Caravella*

Justin A. Caravella

# EXHIBIT 19

Salamma Daniel

████████████████

Mount Prospect, IL60056.
Phone: ████████████

March 27, 2014

Honorable Paul G. Gardephe
United States District Court for the
    Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

### Subject:  A Request for Leniency At Mathew Martoma's Sentencing

Your Honor Judge Gardephe,

I am Salamma Daniel and my husband is Jason Daniel. We both hold Masters degree in Agricultural
science. We immigrated to America 28 years ago.

Mathew Martoma's wife, Rosemary, is my cousin. I have known her for over 35 years and have known
Mathew for the past 11 years since they have been married.  We met Mathew and his family many times
over the years. From my involvement with the Martoma family, I have found Mathew to be very warm,
thoughtful, caring and selfless.  He is one of the most respectable members of our extended family, a
loving responsible father, and a wonderful husband to Rosemary.

I have so many stories to share about Mathew, but let me just pass along two.   When Rosemary did her
medical residency in Chicago, Mathew used to fly from California to visit her almost every other
weekend. I still remember helping them with their wedding planning.  I noticed how conservative they
were with their spending and I tried to buy them a pair of fashionable ear-studs for Rosemary as a
wedding gift.  However, Mathew and Rosemary felt that my gift was too lavish and opted for a much less
expensive gift.  They insisted I donate the balance to charity if I was inclined to spend it. I remember
thinking what an uncommon suggestion that was for a couple planning a wedding, most people opt to
splurge.  But that is Mathew and Rosemary – they care little for material possessions and would rather
share the benefit.

Years later, I remember Mathew and Rosemary visiting us with their three kids when we also had our
young grandchildren present. As might be expected, the mob of children became excited and started
running around rather wildly, grabbing toys for amusement. Initially, it seemed like mayhem, and we
tried to restrain them. But Mathew asked to let them play freely with the toys and offered to supervise
them.  He told the children what they could and couldn't do, and all the kids were really receptive.
Mathew did it so calmly and with little fuss. It really was a scene of magic to watch Mathew as a father,
and that memory has stuck in my mind ever since. More than anything else, I believe Mathew was meant
to be a great father.

In my heart and mind I strongly feel Mathew is the unlikeliest person to have done what he has been
convicted of.  I was sickened by the media's efforts to connect long-past mistakes to the present case and
disregard the strong evidences favorable to him. I beg Your Honor to contemplate acquitting Mathew, but
if you must punish him, please consider alternative forms of punishment (such as mandatory community

service) so as not to deprive Mathew's children of a man who is so great at being a father that he will undoubtedly do more good in raising his children than any harm you feel he may have caused.

Thank you very much and God Bless you.

Sincerely,

Salamma Daniel

# EXHIBIT 20

March 30, 2014


Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007


Dear Judge Gardephe,

Permit me to introduce myself. My name is Reverend Carmine J. DiBiase. I have been a close personal friend and mentor of Mathew Martoma for many years. During Mathews preteen years through his graduation from High school and beyond, the Martoma Family including Mathew faithfully attended the church where I served as an associate pastor in Rockledge, Florida. I am aware of the conviction handed down by the jury in the case against Mathew. I offer this letter in support of Mathew's character as you carefully consider his sentencing.

During the years that I was closest to Mathew and his family, I came to know him as a young man of the finest character and positive ambition. Throughout my ministry career I have been asked to write letters of recommendation for a great number of young people for scholarship/job opportunities etc. Of the many endorsements I have made for young people over the years, none were offered with as much confidence and enthusiasm as I had for Mathew. His quality of character and passion for life and the many causes he involved himself with was not typical of a more self centered generation that I was deeply involved with.

Among the numerous community centered activities that Mathew was involved in was Local Hospital volunteer, in which he amassed well over 500 – 700 hours of service. He was also selected as a student ambassador to the former Soviet Union (USSR) where he raised his own funds for travel, stayed with local Soviet families and brought with him hundreds of clothing donations that would be distributed to children in Russian orphanages. I am personally aware that Mathew served his High School in just about every capacity that is possible for a young person to do.

Perhaps the most intimate experience that I had with Mathew has to do with our mutual involvement in a Christian based scouting organization known as the Royal Rangers. The Ranger motto is *"Ready." Ready for anything.  Ready to work, play, serve, worship, live, and obey.*  In my years of knowing Mathew, he always strived to live by this code and spent countless hours preparing, even when it was apparent he already know more that his fellow Rangers about a particular activity.   As members of the same outpost (chapter), we simultaneously participated in a quest to reach the pinnacle of skill and leadership within the Royal Rangers.

Getting to the "Frontiersman's designation is similar to a Boy Scout reaching the Order of the Arrow or an Eagle Scout rating.  A Ranger must complete eight merit-based programs and get a recommendation by his Outpost Commander.  Even then, initiation at the national level is not guaranteed.  Candidates must pass several knowledge and practical skills based exams, as well as successfully complete an overnight "Frontier Adventure." Although the challenge to reach this level was very personal and included a competitive element, Mathew was always eager to see and help me succeed even as I was a mentor to him. Together, Mathew and I both reached this goal on our first attempt, which was no easy feat.

In Mathew's determination to become a Frontiersman, one story stands out to me and that exemplify his character. During the outdoor skills testing, Mathew was required to start a campfire with one match stick. If a Ranger cannot start a fire with one match, their Frontiersman testing is over for that year. Ahead of this trial Mathew learned how to start a fire with flint and steel so when the tester gave Mathew the match stick, he didn't need it all. It took many hours of practice, but paid off in the end. When Mathew used the flint and steel, he amazed everyone at the testing facility. I'm sure it must have seemed like magic (and possibly unfair) to others around him, but I knew it was the preparation and his being "ready" that made it possible. People like Mathew think outside the box and that's what makes them special.

Scouting is one activity that benefited Mathew, and I know he wanted to share that experience with others. After Mathew passed his Frontiersman's testing with flying colors, he came back to our Outpost as a Senior Guide to lead the other Rangers. He helped organize regional Jamboree campouts and guide other younger Rangers preparing for their Frontiersman testing. Later in college, Mathew tried to find a comparable scouting experience to help kids coming from difficult home situations. When he couldn't locate a local Royal Rangers Outpost, he convinced a college group to help him develop a Cub Scout curriculum adapted to the needs of children from a local housing project. They developed outdoor activity badges for kids who weren't as versed in camping and hiking and emphasized the importance of kids completing their education. That is the Mathew I know, always finding ways to tap into the benefits he received in life and share those gifts with others.

Your Honor, I am aware that you must have many factors to consider as you formulate an appropriate sentence in this case. I do not presume to know much about the law and its intricacies; However, I respectfully ask that you would consider this letter in your deliberation to recognize Mathew as a young man of outstanding character, ambition and vision. Thank you kindly for your consideration.

Respectfully,

Reverend Carmine J DiBiase