**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 30, 2014

**By ECF & Hand**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

    Re:    United States v. Martoma, 12 Cr. 793 (PGG)

Dear Judge Gardephe:

       The Government writes in response to the cover letter submitted by the defendant to the Court enclosing the defendant's sentencing memorandum and requesting an adjournment of sentencing until the week of July 14, 2014. The Government agrees that the defendant is entitled, pursuant to Federal Rule of Criminal Procedure 32(e)(2), to have received the presentence investigation report ("PSR") from the Probation Department 35 days prior to sentencing. As the PSR was provided on May 16, 2014, the Government has no objection to deferring sentencing until June 20, 2014, or such date that is convenient for the Court thereafter.

       The Government understands that defense counsel is available for sentencing on June 25 or June 26 (as is the Government) but is otherwise not available until the week of July 14, and would prefer to defer sentencing until July. The Government would prefer to proceed to sentencing in June if that is convenient for the Court.

                 Respectfully Submitted,

                 PREET BHARARA
                 United States Attorney

    By:             /s/
                 Arlo Devlin-Brown
                 Eugene Ingoglia
                 Assistant United States Attorneys

cc: Richard Strassberg, Esq.
    Roberto Braceras, Esq.