UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2014

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

                Defendant.

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of Defendant Mathew Martoma presently scheduled for June 10, 2014 will take place on **Monday, July 28, 2014 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 6, 2014

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge