# GOODWIN | PROCTER

Richard M. Strassberg  
212.813.8859  
rstrassberg@goodwinprocter.com

Goodwin Procter LLP  
Counselors at Law  
The New York Times Building  
620 Eighth Avenue  
New York, NY 10018  
T: 212.813.8800  
F: 212.355.3333

June 9, 2014

**BY FACSIMILE TO (212) 805-7986**

Honorable Paul G. Gardephe  
United States District Judge  
for the Southern District of New York  
40 Foley Square, Room 2204  
New York, NY 10007

Re:   *United States v. Mathew Martoma*, No. 12 Cr. 973 (PGG)

Dear Judge Gardephe:

We write to request a brief modification of the Court's recent order rescheduling Mr. Martoma's sentencing date for Monday, July 28, 2014 at 10:00 a.m. Unfortunately, I have a commitment to be out of town that entire week, returning Monday August 4th. As a result, we respectfully request that Mr. Martoma's sentencing date be set for a day that is convenient for the court the following week, beginning on Tuesday, August 5th.

Thank you for your consideration.

Respectfully submitted,

Richard M. Strassberg

cc:   Arlo Devlin-Brown, AUSA  
      Eugene Ingoglia, AUSA  
      Roberto Braceras, Goodwin Procter LLP