UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2014

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of Defendant Mathew Martoma presently scheduled for July 28, 2014 will take place on **Monday, September 8, 2014 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 23, 2014

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge