```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

                Defendant.

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Sentencing in this matter is scheduled for September 8, 2014. In their sentencing submissions, neither the Government nor defense counsel has addressed the appropriate amount of forfeiture. (See Govt. Br. (Dkt. No. 293); Def. Br. (Dkt. No. 287)) The Government has also not responded to Martoma's argument that no fine should be imposed. (See Def. Br. (Dkt. No. 287) at 77-80) Accordingly, it is hereby ORDERED that by **August 11, 2014**, the Government shall provide a written submission to this Court setting forth the Government's position as to fine and forfeiture. It is further ORDERED that Martoma will provide any written response addressing these issues by **August 21, 2014**.

Dated: New York, New York
       August 1, 2014

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge