# EXHIBIT A

Joseph Tharakan

Stone Mountain, GA 30087

Date: 5/ 21/ 2014

Honorable Paul G. Gardephe
United States District Court for the
   Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Support for Mathew Martoma

Your Honor Judge Gardephe,

Rosemary, Mathew's wife and I grew up virtually together because, although Rosemary's family was in New Zealand, Rosemary was, just as we were, a fixture in our grandparents' home during vacations. When Rosemary's parents David and Omana got married, I was a baby in my mother's hands. As we sort of grew up together, Rosemary and her brother Stephen had a soft corner for me because I used to regale them with songs like the one that talked about how thieves came trying to steal the chickens in the night, and how, because I was a ferocious dog, their plans were foiled. Those were innocent fun-filled days.

Reeling forward, joyous time for all of us in the family arrived when we met Mathew at their wedding. Just as Rosemary was a bridesmaid at my wife Asha's and my wedding, I was thrilled, and can only remember it with misty eyes, my son J███ walking behind Rosemary, up the aisle carrying the platter with the ring that God was to bless and Rosemary was to place on Mathew's finger, symbolizing the eternal bond of their love and togetherness. When life's hard knocks come to me, these are some of the memories that I pull out of my sack to cheer myself up, and are among the memories of my roots that I wish to impart to my five children as they grow up.

After the wedding, the speed with which Mathew became an ordinary member of our extended family was a sight to see. Soon we understood what made Mathew tick and what made Rosemary, ███████████████████████████████████████████████████████████████, fall for him. They are both people deeply concerned for the world, eager to share. I have encountered few who are so steadfast in a life of confirmed spirituality and simplicity, so fastidious in doing the right thing, and so devoid of the urge for self-aggrandizement.

Your Honor, if there is any fault in the way the verdict was arrived at, please rectify it. We are new in this proud nation of all races and nationalities, and we do feel helpless against the mighty media, too unsure of what to do in the face of this torrent of unfair publicity. The only thing that comes to my mind is to request Your Honor to acquit Mathew if possible and if warranted for ensuring justice. I followed the trial intimately through our people and through my wife Asha who attended the trial. We had no doubt that Mathew is innocent. That, I imagine, is now beside the point since the verdict has so mysteriously come out negatively. If you must punish Mathew, ███████████████████████
███████████████████████████████████████████████████████████████, and darken the lives of the

three wonderful kids. Give him any other punishment, as much as you feel obliged to. My reasons for this request are the following.

I travel often with my family to visit relatives, and Rosemary and Mathew are always on our schedule of people to visit with. ███ Mathew, in spite of his hectic life, had to take a major part in bringing up the children and their every day care. ███ Since moving to Florida in 2010, Mathew has become the primary caregiver of the family. He buys the groceries, cooks the meals, takes the kids to school, organizes the family activities and cares for them the whole time. ███

If Mathew is sent away, the children will suffer drastically. Even for the basic needs and the day-to-day survival of the children, Mathew is indispensable. ███ If Mathew is allowed to stay with them, I feel, it would be eventually be a redeemable situation all around.

Wishing you all blessings and happiness in life.

*Joseph Tharakan* (signature)

Joseph Tharakan