# EXHIBIT C

**South Florida Center for Gynecologic Oncology**
6200 N. Federal Hwy
Boca Raton, FL 33487

Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,                                                                 May 27th, 2014

    I am writing this letter to you in hope that you will take this information into consideration when determining a sentence for Matthew Martoma this upcoming June. I am a gynecologic oncologist in Boca Raton, FL who recently had the pleasure of meeting the Martoma family when Rosemary came to my office several months ago. The Martomas are known to be prominent benefactors and supporters of local charities in our community. At the time of my office encounter with Rosemary and Matthew, ▮

▮ Her husband Matthew was there by her side for support every step of the way. In fact, I have never seen Rosemary without Matthew by her side. This is something which I, as a clinician, look for when determining ▮

    I am aware of the reasons for which Matthew is being indicted, but I am not here to judge his actions as we are all fallible and make mistakes. I am, however, able to say with confidence that Matthew truly serves as a pillar to our community and his family. Sadly, the current circumstances will leave Matthew out of his role when Rosemary and her children will need him the most. Raising children is difficult enough with two parents in a household, something I can attest to since I have 5 children of my own, and I could not see myself doing so without my own "pillar," my wife, there by my side. ▮

    As Rosemary's physician, I ask that you will take my words into consideration when reaching your judgment and offer leniency to Matthew Martoma, the "rock" of his family and to his ▮ wife, Rosemary. If I can be of further help and assistance, please do not hesitate to contact me personally.

Respectfully,

*Fernando O. Recio*

**Fernando O. Recio, MD**
Associate Professor of OB/GYN
FAU Schmidt College of Medicine
Boca Raton, FL