# EXHIBIT D

Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

My name is Tia Disick and I am writing to you in support of Mathew Martoma. I understand that Mathew will be sentenced by you on June 10, and wanted to use this opportunity to share some details about Mathew and his family. It is my greatest hope that you will consider this information when making your decision.

Like my husband and I, Mathew and his wife Rosemary are parents of children who attend Pine Crest School in Boca Raton, Florida. My nine-year-old son N██ participates in a select chorus group with the Martoma's oldest son J████, and my youngest son S██, who is five, insists that D██ M█████ is his "best friend in the whole world!" We know A██ as the sweet, middle sister who is always so excited to run into her brothers and their friends at school.

I've thought long and hard about how to properly convey my thoughts about this family to you. How does one find words that truly capture the love, the devotion, and the caring that one witnesses between spouses, or between children and their parents? It's not easy. But in an ideal world, every family dynamic would be like that of the Martomas—a husband who is solicitous and concerned about his wife's well-being; a child who crawls into his father's lap rather than sitting with friends while watching a school magic show; siblings with a clear and evident bond of friendship; parents who never miss a play, performance, or class event. The world would be a happier, kinder place if every family exhibited the qualities I have witnessed in knowing the Martomas.

As I've gotten to know the family, it has become clear to me that Mathew is, quite literally, the glue that holds the family together. Unfortunately, ███████████████████ ████████████ so Mathew is the one I see at school most often. He is regularly the only father in attendance in a roomful of mothers, and far from minding that fact, he thrives on it. He's always happy to lend a hand and help, and the joy that being there with his children brings to him is evident to everyone in the room. And perhaps more importantly, the delight on the children's faces when they see their dad walk in is extraordinary. Of course, all children love their parents and are happy to see them, but I promise you, this is different. He is clearly their rock and their security. We've run into him outside of school taking the children to the park, to their activities and lessons, and spending quality time with them after school hours. At school performances, he's in the front row. This isn't a father who is doing these things because he has to. This is a man whose love for and devotion to his children is clearly, singularly important.

As I've anxiously followed the events leading up to now, there have been nights I've lain awake at night worrying for these beautiful children. The fact that all three children are so happy and sweet and friendly—despite the incredible stress this family has been under for

the last several years—speaks to the job Mathew and Rose are doing as parents. I can't imagine what reserves of strength they've had to pull from to continue to be such stable and constant sources of support for their children despite their anguish, but they've done it. And it's not only that the children are surviving—they're thriving! J██████, according to my son N███, is "the smartest kid ever." A██ truly sparkles—she recently came to my son's birthday party and is the kind of child who will look an adult right in the eye with a huge smile and thank them for having her—without ever having to be told to do so. D███ is simply just delicious—I can't think of a more accurate term to describe him than that! He's so sweet and friendly and always has a hug for the mothers of his friends. None of that is any accident. When you have parents who are so devoted and loving, the children exude sweetness and light—and that is certainly the case in this family.

I have a Masters' degree from Tufts University in early childhood development, and I know firsthand that the first 8 years of a child's life are critical to happiness, well-being, and success later on in life. What happens during the early years can truly set a child's course for the future. And while children may be resilient, the reality is, none of these children are at an age where they're developmentally capable of understanding the reasons behind a prolonged separation from their primary caregiving parent. A harsh sentence for Mathew would truly, unequivocally, and irrevocably change who these children will become—and not in any positive ways. Right now, each one of them has the potential to become a shining star—they have the brains, they have the hearts, and they have the lovely personalities to be whatever they put their minds to. Please, please, don't take that possibility away from them with an extended sentence for their devoted father.

Before I end this letter, I need to take a minute to talk about my friend Rosemary. Every couple's personal dynamic is different. We all, to a certain extent, depend on our spouses for support—be it emotional, financial, or otherwise. But in this particular case,

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████ I wish you could hear the way Mathew speaks about Rosemary—his concern for her is evident, his love for her would be obvious even to a complete stranger, and his consideration and caring for her is at a level that is truly rare to witness.

I am aware that Mathew has been convicted of insider trading, but just as all of us who know this family have done, I hope that you, too, can consider the much larger context of the good, kind, gentle, loving family man that he is. There are so many of us praying for this family. I beg you to find it in your heart to show considerable leniency, and consider a sentence that minimizes the separation of this incredibly loving family.

With utmost respect,

Tia Kaul Disick, M.A.

███████████████████████, Boca Raton, FL 33498