# EXHIBIT CC

Honourable Paul G. Gardephe
United States District Court for the   sSouthern District of New York
United States Courthouse
40 Foley Square New York, NY 10007

### RE: PETITION ON BEHALF OF MATHEW MARTOMA'S SENTENCING

Your Honour Judge Gardephe,

I am a Pastor, a Dentist, an Author , a Chaplain and one who has spent a better part of his life bringing the wonderful message of Jesus to people in remote parts of the world.

I have known Mathew Martoma and his family for years.
I have seen families destroyed and children's lives ruined when parents have been separated or incarcerated.
I humbly fall upon the mercies of the court and request that your honor show leniency and mercy in sentencing Mathew Martoma.

I beg your honor to show the same mercy and leniency that was shown to each of us when Jesus took our place on the cross and offered himself as a sacrifice and took the punishment that rightly belonged to us.

In my own practice I have seen families destroyed as single mothers tried to raise children. Mathew's family will be no exception if he is incarcerated. His wife would be forced to raise three children J▇ 8, A▇ 7 and D▇ 5, all by herself.

I fall upon your mercy and plead and beg you to show kindness to a family. Your sentencing will not only affect one family but would have a tremendous and lasting impression on our whole Indian American community.

Sincerely,

Sam Thomas MDiv DDS PhD
Reno NV 89508
June 21, 2014