```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
                    9/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

                Defendant.

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that the sentencing of Defendant Mathew Martoma presently scheduled for Monday, September 8, 2014 at 3:00 p.m. in Courtroom 705 will take place in **Courtroom 110** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 3, 2014

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge