USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/14

D+F

[redacted]

San Francisco, Ca.
May 29, 2014

12CR 973 (PGG)

Dear Judge Gardephe,

I am writing you after reading about the 100 friends of that crook Martoma are asking you for leniency in sentencing in the case 1:12-cr-00973-PGG - Martoma Sentencing. Though his friends may tell how wonderful he is etc. I would like you to know I, and I'm sure many other little people were affected by his insider trading. I am 63, work installing windows, and now will have to postpone retiring to at least 70 or older because of him. I was invested in Elan Pharma in 2008 and lost about 1 yrs. wages. This is a major event in my life and I don't think it right for rich crooks who are involved in crooked stock market manipulations to get a slap on the wrists. I am hoping you sentence him severely, as that is what he deserves. He has spent a lifetime cheating, even in school at Harvard, and never repented, no matter what all his friends say. Actions speak louder than words. He did the crime, give him the time. Thank you.

Sincerely,
[signature]