**GEORGIA AND JAMES DEMOREST**

██████████████████

**AKRON, OH 44319**

June 4, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/14

Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Δ+F

Re: *Case 1:12-cr-00973-PGG - Martoma Sentencing*

Dear Judge Gardephe:

My wife is semi-retired and I am retired. A portion of our funds was invested in Elan Corp. with the hope that we would have a modest nest egg for retirement. Needless to say, because of Martoma's inside trading activity, we lost a substantial portion of that nest egg. We were outraged when we read of his record $276 million insider-trading scheme and the huge monetary benefits reaped by SAC. In our opinion, it is appalling for him to seek sentence leniency after continual rejection of a plea bargain. No one should have gained from insider trading while the small investor has lost so much. It's market manipulation at the small investors' expense.

He only did it once???? It seems his track record for underhanded activities speaks for itself; i.e. Harvard Law School and the failed computer forensics company in Massachusetts. Is his family so tight-knit and fragile that the small investor has to support his $9.3 million bonus? What message does a slap on the wrist (reduced sentence) send to his children, let alone to others who may think insider trading is the thing to do. In our opinion a severe prison sentence for Martoma would encourage others in the financial sector to think twice before following in his footsteps, and it would help elevate the integrity of the stock market.

We are hopeful that the prosecutors will argue for a sentence that will equate to the level of gain by the hedge fund manager and the level of loss for the small investor and that the argument will be granted.

Very truly yours,

*Georgia & James Demorest*

Georgia and James Demorest

cc:     Neil Cavuto – Fox News