```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/14
```

From,
Justice For All (JFA America)
The Voice of the Voiceless
www.jfaamerica.com

June 28, 2014

To,
Honorable Judge Paul G. Gardephe
United States District Court for the
Southern District of New York
United States Courthouse
40 Foley Square New York, NY 10007

12cr973 (PGG)

### RE: PETITION ON BEHALF OF MATHEW MARTOMA'S SENTENCING

Your Honor Judge Gardephe,

This letter is being sent on behalf of Justice For All. This letter is being countersigned by persons who wish to express their sorrow and shock at the unjust manner in which Mr. Mathew Martoma has been treated in the case against him. This is a clear departure from the proud traditions of American justice and the American Constitution, and has sent shockwaves in the Indian American community. We wish to raise the awareness about the cruelty and injustice used in the case against Mr. Martoma in the consciousness of the fair-minded people of America and the world.

The boss of the company who made the controversial decision to sell, ordered the sale of the stock, and made huge profits, has not even been prosecuted, but Mathew Martoma, who was just a poor employee, is being treated horribly. We believe this is the worst kind of discrimination, and might be part of targeting Indians in this nation.

Mathew was accused of obtaining secret information and using it to recommend sale of the stock. This was the core of the accusation about him. But it was shown and proved in court beyond any doubt that this information was not secret at all, and was in fact, available publicly in many forms and through many sources. Given this fact, we do not understand how Mathew Martoma can be guilty.

Prejudicial, but completely unrelated information against Mr. Martoma was released repeatedly to the media. Newspapers, TV, Internet and many other media featured this very prominently as the trial was going on. There is no doubt that this must have biased the jury.

In spite of the terrible pressure of prosecution and long jail terms that was applied on the two main witnesses, they denied any wrongdoing for a long time after the investigation had started, and said repeatedly that Mathew was not guilty. The main witness was 79 years old and suffering from cancer, and the other witness was scared of losing his business. Yet they stood firm. Then they were offered non-prosecution agreements. Seeing the guarantee of safety from prosecution, they changed the stories and said Mathew was guilty. Mathew Martoma's case is the only such case in which non-prosecution agreements were used to get the cooperation of the witnesses. It is clear that these witlessness had no way other than saying that Mathew was guilty.

We request Your Honor to take strong exception to such unfairness, and the stigmatization of Mr. Martoma by the media, and as the guardian of the Constitution and the rights of the common man to annul and cancel the guilty verdict against Mr. Martoma, pronounce Mr. Martoma innocent, and free him from all blame.

**Names, Addresses and Signatures follow.**

| NAME | ADDRESS / PHONE NO. | SIGNATURE |
|---|---|---|
| K. C. GEORGE | [redacted] | K. C. George |
| DR M. George MD FACFP | [redacted] | M George |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |