UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/14

TEL: (212)-805-0417
FAX: (212)-805-0426

May 27, 2014

D+F

Louis J. Castellano, Jr., Esq.

Bayshore, New York 11706

United States v. Matthew Martoma
Criminal Action No. 12 Cr. 973 (PGG)

Dear Mr. Castellano:

      I received your letter concerning a claim for losses in connection with United States v. Matthew Martoma, 12 Cr. 973 (PGG). I am forwarding your letter to Judge Gardephe who presided over that trial, and to the Victim and Witness Services Coordinator at the Office of the United States Attorney for the Southern District of New York.

Sincerely yours,

Laura Taylor Swain

cc w/Enclosure:
The Honorable Paul G. Gardephe
Ms. Wendy Olsen



**LOUIS J. CASTELLANO, JR., P.C.**
ATTORNEY AT LAW

BAYSHORE, NEW YORK 11706

[stamp: MAY 19 2014 — CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.]

May 13, 2014



Hon. Laura Taylor Swain
United States District Court
500 Pearl Street
New York, New York 10007-1312

RE: <u>U.S.A. v. Matthew Martoma</u>

Dear Judge Swain:

    Recently I saw an article in the Law Journal with reference to SAC Capital Corporation out of Stamford, Connecticut wherein it paid a substantial fine for insider trading. I am not positive, but I believe the above criminal proceeding was tried before Your Honor and Mr. Martoma was found guilty of insider trading. He was an employee of SAC Capital Corporation. The stock involved was Elan Corporation. My wife and I lost over $10,000.00 because of the insider trading activity. Several years ago, the stock dropped from $30.00 to $10.00 in about 15 minutes and, as indicated, that caused my wife and I to loose over $10,000.00. I am sending this letter to Your Honor in the hope that it may be referred to the appropriate department to make repayment of our loss part of the probation sentence.

    I previously wrote to Antonia Apps, Esq. and Ms. Wendy Olsen concerning this request, but never received a response.

Respectfully submitted,

Louis J. Castellano, Jr.

LJC/jb