July 23, 2014

To: The Honorable Judge Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

From: William C. and Marlys J. Powell
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Los Altos Hills, CA 94022

CC: Wendy Olsen
Victim Witness Coordinator
US Attorney's Office
One Saint Andrews Plaza
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/11/14
```

D+F

12CR973(PGG)

Subject: Victim Impact Statement - Mathew Martoma Insider Trading Case

Dear Judge Gardephe

We are victims of Mr. Martoma, as a result of his activities we lost a major part of our retirement savings. We are 75 and 78 years old. In addition to other problems we have experienced, we now are having to move and rent out our home that we built 38 years ago and move in with our daughter and son-in-law. We are both extremely depressed by this turn of events. It doesn't seem right that people who have worked hard all of their lives should have such misfortune while dishonest stock manipulators live luxurious lives.

We would earnestly request that you consider requiring restitution for the victims of Mr. Martomas activities. It would be extremely helpful to us.

Our loss information is attached below – for any questions – Phone ▇▇▇▇▇▇▇ Email ▇▇▇▇▇▇▇

Sincerely Yours,

William and Marlys Powell

## WILLIAM POWELL ETRADE ROTH IRA ACCOUNT LOSS DETAIL

| Description | Symbol | Acct Type | Quantity | Price | Total Mkt Value |
|---|---|---|---|---|---|
| CALL ELAN CP PLC JAN 030 **** EXP 01/17/2009 | QEDKA30 | Cash | 380 | 9.4000 | 357,200.00 |
| CALL ELAN CP PLC JAN 035 **** EXP 01/17/2009 | QEDKA35 | Cash | 180 | 6.7000 | 120,600.00 |
| CALL ELAN CP PLC JAN 050 **** EXP 01/17/2009 | QEDKA50 | Cash | 500 | 1.8000 | 90,000.00 |
| CALL ELAN CP PLC JUL 060 **** EXP 07/19/2008 | QEDKG60 | Cash | 100 | 0.1000 | 1,000.00 |
| DELTA PETROLEUM CORP NEW | DPTR | Cash | 8,457 | 25.5200 | 215,822.64 |
| ***ELAN CORP PLC-ADR | ELN | Cash | 5,000 | 35.5500 | 177,750.00 |



| Description | Symbol | Acct Type | Quantity | Price | Total Mkt Value |
|---|---|---|---|---|---|
| CALL ELAN CP PLC JAN 030 **** EXP 01/17/2009 | QEDKA30 | Cash | 380 | 0.8500 | 32,300.00 |
| CALL ELAN CP PLC JAN 035 **** EXP 01/17/2009 | QEDKA35 | Cash | 180 | 0.4000 | 7,200.00 |
| CALL ELAN CP PLC JAN 050 **** EXP 01/17/2009 | QEDKA50 | Cash | 500 | 0.1000 | 5,000.00 |
| DELTA PETROLEUM CORP NEW | DPTR | Cash | 8,457 | 19.0700 | 161,274.99 |
| CALL DELTA PETRO JAN 025 **** EXP 01/17/2009 | OCHBAE | Cash | 40 | 1.9000 | 7,600.00 |
| ***ELAN CORP PLC-ADR | ELN | Cash | 5,000 | 20.0500 | 100,250.00 |



E*TRADE Securities LLC • PO Box 1542, Merrifield, VA 22116 • www.etrade.com • 1-800-503-9260 • Memb

### E*TRADE FINANCIAL
Statement Period: June 1, 2008 - June 30, 2008

### E*TRADE FINANCIAL
Trading • Investing • Banking
Statement Period: July 1, 2008 - July 31, 2008

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)**

| Description | Symbol/CUSIP | Acct Type | Quantity | Price | Total Mkt Value |
|---|---|---|---|---|---|
| CALL ELAN CP PLC JAN 010 **** EXP 01/17/2009 | QELNA10 | Cash | 425 | 25.8000 | 1,096,500.00 |

**STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (Continued)**

| Description | Symbol/CUSIP | Acct Type | Quantity | Price | Total Mkt Value |
|---|---|---|---|---|---|
| CALL ELAN CP PLC JAN 010 **** EXP 01/17/2009 | QELNA10 | Cash | 425 | 10.2000 | 382,700.00 |

# WILLIAM POWELL ETRADE IRA ACCOUNT LOSS DETAIL

E*TRADE FINANCIAL
Trading · Investing · Banking

E*TRAD
Investmer

[redacted]

Statement Period : June 1, 2008 - June 30, 2008

ACCOUNT HOLDINGS

CASH & CASH EQUIVALENTS (1.79% of Holdings)

| DESCRIPTION | OPENING BALANCE |
|---|---|
| CASH BALANCE | 3,784.88 |
| E*TRADE Bank | 62,787.06 |

E*TRADE FINANCIAL Extended Insurance Retirement Sweep Deposit Account (ERDA) is an FDIC-insured bank deposit account at our a both of which are wholly owned Federal savings bank subsidiaries of E*TRADE Financial Corporation. IRA, self-directed Keogh and cert $500,000 in the aggregate; all other types of ERDA accounts (such as Coverdell ESAs) are FDIC-insured up to $200,000 in the aggregate

TOTAL CASH & CASH EQUIVALENTS $66,571.94

STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (89.61% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE |
|---|---|---|---|---|---|
| ***MEINL EUROPEAN LAND LIMITED | MEL UF | Cash | 100 | 11.2550 | 1,125.50 |
| AES CORP | AES | Cash | 11,000 | 19.2100 | 211,310.00 |
| AGILENT TECHNOLOGIES INC | A | Cash | 1,000 | 35.5400 | 35,540.00 |
| CALL ELAN CP PLC JAN 030 **** EXP 01/17/2009 | OEDKA30 | Cash | 652 | 9.4000 | 612,880.00 |
| CALL ELAN CP PLC JAN 035 **** EXP 01/17/2009 | OEDKA35 | Cash | 450 | 6.7000 | 301,500.00 |
| CALL ELAN CP PLC JAN 040 **** EXP 01/17/2009 | OEDKA40 | Cash | 90 | 4.4000 | 39,600.00 |
| DELTA PETROLEUM CORP NEW | DPTR | Cash | 10,474 | 25.5200 | 267,296.48 |
| ***ELAN CORP PLC-ADR | ELN | Cash | 100 | 35.5500 | 3,555.00 |
| CALL ELAN CP PLC JAN 010 **** EXP 01/17/2009 | OEDNA10 | Cash | 390 | 25.8000 | 1,006,200.00 |

E*TRADE FINANCIAL
Trading · Investing · Banking

E*TRAD
Investmer

[redacted]

Statement Period : July 1, 2008 - July 31, 2008

ACCOUNT HOLDINGS

CASH & CASH EQUIVALENTS (2.31% of Holdings)

| DESCRIPTION | OPENING BALANCE |
|---|---|
| CASH BALANCE | 4,956.76 |
| E*TRADE Bank | 50,475.60 |

E*TRADE FINANCIAL Extended Insurance Retirement Sweep Deposit Account (ERDA) is an FDIC-insured bank deposit account at our a both of which are wholly owned Federal savings bank subsidiaries of E*TRADE Financial Corporation. IRA, self-directed Keogh and cert $500,000 in the aggregate; all other types of ERDA accounts (such as Coverdell ESAs) are FDIC-insured up to $200,000 in the aggregate

TOTAL CASH & CASH EQUIVALENTS $55,432.36

STOCKS, OPTIONS & EXCHANGE-TRADED FUNDS (81.04% of Holdings)

| DESCRIPTION | SYMBOL/ CUSIP | ACCT TYPE | QUANTITY | PRICE | TOTAL MKT VALUE |
|---|---|---|---|---|---|
| ***MEINL EUROPEAN LAND LIMITED | MEL UF | Cash | 100 | 10.0030 | 1,000.30 |
| AES CORP | AES | Cash | 11,000 | 16.1400 | 177,540.00 |
| AGILENT TECHNOLOGIES INC | A | Cash | 1,600 | [illegible] | 58,080.00 |
| CALL ELAN CP PLC JAN 030 **** EXP 01/17/2009 | OEDKA30 | Cash | 652 | 0.8500 | 55,420.00 |
| CALL ELAN CP PLC JAN 035 **** EXP 01/17/2009 | OEDKA35 | Cash | 450 | 0.4000 | 18,000.00 |
| CALL ELAN CP PLC JAN 040 **** EXP 01/17/2009 | OEDKA40 | Cash | 90 | 0.1500 | 1,350.00 |
| DELTA PETROLEUM CORP NEW | DPTR | Cash | 10,474 | 19.0700 | [illegible] |
| ***ELAN CORP PLC-ADR | ELN | Cash | 100 | 20.0500 | 2,005.00 |
| CALL ELAN CP PLC JAN 010 **** EXP 01/17/2009 | OEDNA10 | Cash | 390 | 10.2000 | 397,800.00 |

1,489,160.00

**ROTH IRA LOSS = 1,304,600.00**

**IRA LOSS = 1,489,160.00**

**TOTAL LOSS = 2,793,710.00**