# Exhibit A



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza

September 12, 2014

**CERTIFIED MAIL-RETURN**
**RECEIPT REQUESTED**

Rosemary Martoma
2464 W. Maya Palm Drive
Boca Raton, Florida 33432

    Re:    United States v. Mathew Martoma
             S1 12 Cr. 973 (PGG)

Dear Ms. Martoma:

      Enclosed is a copy of the Preliminary Order of Forfeiture as to Specific Properties/Money Judgment that has been entered in the above-referenced case. Should you wish to assert a legal interest in the property which has been ordered forfeited to the United States, a petition for a hearing to adjudicate the validity of your alleged interest in the property must be filed within thirty-five (35) days of the date of this letter.

      Pursuant to Title 21, United States Code, Section 853(n)(3), such a petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the claim, and the relief sought.

                                                        Respectfully,

                                                           PREET BHARARA
                                                           United States Attorney

                                         By: _____
                                             Christine I. Magdo
                                             Assistant United States Attorney
                                             Tel. No.: (212) 637-2297

Enclosure:
      Preliminary Order of Forfeiture as to Specific Properties/Money Judgment