N.Y.S.D. Case # 12-cr-0973(PGG)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand and fourteen.

Before:    Peter W. Hall,
                 *Circuit Judge.*

_____

United States of America,

Appellee,

v.

Mathew Martoma,

Defendant-Appellant.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 4, 2014

ORDER
Docket No. 14-3599

Appellant Mathew Martoma has filed an emergency motion for bail pending appeal, or, in the alternative, to extend his surrender date until his bail motion can be heard and decided by this Court.

IT IS HEREBY ORDERED that the motion for bail pending appeal is REFERRED to a three-judge motions panel and shall be heard as soon as possible. The Government's opposition to the bail motion must be filed on or before Friday, November 7, 2014. Appellant's request to extend his November 10, 2014 surrender date is GRANTED until such time as may be set by this Court, or by the District Court on remand from this Court, following a hearing and decision by a panel of this Court assigned to decide Appellant's motion for bail pending appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
/s/ Catherine O'Hagan Wolfe

/s/ Catherine O'Hagan Wolfe

CERTIFIED COPY ISSUED ON NOVEMBER 4, 2014