# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand fourteen.

Present:  Rosemary S. Pooler,
     Barrington D. Parker,
     Richard C. Wesley,
      *Circuit Judges*.

UNITED STATES OF AMERICA,

    *Appellee*,

  v.              No. 14-3599

MATTHEW MARTOMA,

    *Defendant-Appellant*.

Matthew Martoma moves for bail pending appeal. It is hereby ORDERED that Martoma's motion is DENIED, because he has failed to show that the appeal "raises a substantial question of law or fact" as required in 18 U.S.C. § 3143(b). Furthermore, as we have completed our review, the previous stay of Appellant's surrender date is VACATED.

            FOR THE COURT:
            Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/12/2014