**GOODWIN | PROCTER**

Richard M. Strassberg
212.813.8859
rstrassberg@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

November 12, 2014

**BY FACSIMILE TO (212) 805-7986**

Honorable Paul G. Gardephe
United States District Judge for the Southern
District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re:     <u>United States v. Mathew Martoma, No. 12 Cr. 973 (PGG)</u>

Dear Judge Gardephe:

      We write to share a letter that, at the direction of the clerk to the court of appeals, was filed this evening with the Second Circuit, under Case No. 14-3599, on behalf of Mathew Martoma.

Respectfully Submitted,

<u>/s/Richard M. Strassberg</u>
Richard M. Strassberg

Enclosure

cc:     Arlo Devlin-Brown, AUSA
       Eugene Ingoglia, AUSA
       Roberto Braceras, Goodwin Procter LLP