

500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

November 12, 2014

VIA ECF

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Martoma*, 14-3599-cr

Dear Ms. Wolfe:

  We represent Defendant-Appellant Mathew Martoma in the above-captioned matter. Mr. Martoma's motion for bail pending appeal was denied this afternoon by this Court before a panel of Judges Pooler, Wesley and Parker. The Court's Order lifted a stay of Mr. Martoma's surrender date, which had been set for November 10, 2014. Pursuant to the instructions of the Clerk's Office, we are writing to request clarification as to when Mr. Martoma must surrender to begin service of his 9-year-long sentence.

  Mr. Martoma requests that the Court grant him leave to surrender by Tuesday, November 18, 2014, so that he has this brief additional period of time to settle his affairs before his incarceration. In particular, Mr. Martoma respectfully requests the Court's permission to spend a few additional days with his wife and three young children (ages five, seven, and nine), in order to help prepare the children for the impending separation from their father.

  The government opposes this request and has submitted the attached letter to the District Court. (Exhibit A.) A copy of this letter is being submitted to the District Court by Mr. Martoma's trial counsel.

Catherine O'Hagan Wolfe
November 12, 2014                                                                                         Page 2

      We thank the Court for its consideration of Mr. Martoma's request.

                                                                                   Respectfully submitted,

                                                                                 */s/ Alexandra A.E. Shapiro*

                                                                                  Alexandra A.E. Shapiro

cc:    Eugene Ingoglia, Esq.

# EXHIBIT A

Case 14-3599, Document 54, 11/12/2014, 1367982, Page 4 of 6
Case 1:12-cr-00973-PGG   Document 329-1   Filed 11/12/14   Page 4 of 6
Case 1:12-cr-00973-PGG   Document 328   Filed 11/12/14   Page 1 of 2

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 12, 2014

**By ECF & Hand**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

    Re:    <u>United States v. Martoma, 12 Cr. 973 (PGG)</u>

Dear Judge Gardephe:

    The Government writes to inform the Court that, following oral argument this morning, the Second Circuit issued an order (Exhibit A, attached) denying Martoma's motion for bail pending appeal on the grounds that Martoma has failed to show that the appeal raise a substantial question of law or fact as required under 18 U.S.C. § 3143(b). The Second Circuit further vacated its prior stay order of Appellant's surrender date. However, because the surrender date of November 10 passed on Monday, a further order from this Court directing Martoma to surrender is required. Given that the Court's previous order denying bail pending appeal and further denying Martoma's application to adjourn surrender has now been affirmed, the Government respectfully submits that there is no basis to further delay the imposition of the Court's September 8, 2014 sentence. The Government has confirmed with the Bureau of Prisons that it is prepared to accept Martoma at his previously designated institution as soon as Martoma is ordered to surrender by the Court.

    Respectfully Submitted,

    PREET BHARARA
    United States Attorney

By:    _____/s/_____
    Arlo Devlin-Brown
    Eugene Ingoglia
    Assistant United States Attorneys

Case 14-3599, Document 54, 11/12/2014, 1367982, Page 5 of 6
Case 1:12-cr-00973-PGG   Document 329-1   Filed 11/12/14   Page 5 of 6
Case 1:12-cr-00973-PGG   Document 328   Filed 11/12/14   Page 2 of 2

Page 2

cc: Richard Strassberg, Esq.
    Roberto Braceras, Esq.
    (via ECF)

Case 14-3599, Document 54, 11/12/2014, 1367982, Page 6 of 6
Case 14-3599, Document 52, 11/12/2014, 1367493, Page 1 of 1
Case 1:12-cr-00973-PGG   Document 329-1   Filed 11/12/14   Page 6 of 6
Case 1:12-cr-00973-PGG   Document 328-1   Filed 11/12/14   Page 1 of 1

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand fourteen.

Present:   Rosemary S. Pooler,
           Barrington D. Parker,
           Richard C. Wesley,
                *Circuit Judges.*

UNITED STATES OF AMERICA,

          *Appellee,*

v.   No. 14-3599

MATTHEW MARTOMA,

          *Defendant-Appellant.*

Matthew Martoma moves for bail pending appeal. It is hereby ORDERED that Martoma's motion is DENIED, because he has failed to show that the appeal "raises a substantial question of law or fact" as required in 18 U.S.C. § 3143(b). Furthermore, as we have completed our review, the previous stay of Appellant's surrender date is VACATED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/12/2014