

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 13, 2014

**By ECF & Hand**
Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Centre Street
New York, NY 10007

    Re:    <u>United States v. Martoma, 12 Cr. 973 (PGG)</u>

Dear Judge Gardephe:

    The Government writes to propose a briefing schedule in connection with the third-party forfeiture petition (the "Petition") filed by Rosemary Martoma (the "Petitioner") on October 15, 2014. The Government has conferred with counsel for Petitioner, and the parties respectfully request that the Court enter a scheduling order as follows:

    By January 9, 2015, the Government shall file its motion to dismiss the Petition;
    By February 27, 2015, Petitioner shall file any opposition to such motion;
    By March 13, 2015, the Government shall file any reply.

    Respectfully Submitted,

    PREET BHARARA
    United States Attorney

By:    */s/ Christine I. Magdo*
    Christine I. Magdo
    Assistant United States Attorney

cc: Richard Strassberg, Esq.
    Roberto Braceras, Esq.