GOODWIN | PROCTER

Richard M. Strassberg
212.813.8859
rstrassberg@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

November 17, 2014

**BY FACSIMILE TO (212) 805-7986**

Honorable Paul G. Gardephe
United States District Judge for the Southern
District of New York
40 Foley Square, Room 2204
New York, NY 10007

**Re: United States v. Mathew Martoma, No. 12 Cr. 973 (PGG)**

Dear Judge Gardephe:

We write regarding the Second Circuit's November 17, 2014 Order, attached hereto as Exhibit A, which remands Mr. Martoma's case to the District Court for the setting of a surrender date. Given the timing of the Order, and in light of the upcoming Thanksgiving holiday, we respectfully request that Your Honor set the surrender date for Monday, December 1, 2014.

Thank you for your consideration.

Respectfully Submitted,

Richard M. Strassberg

cc: Arlo Devlin-Brown, AUSA
Eugene Ingoglia, AUSA
Roberto Braceras, Goodwin Procter LLP

# EXHIBIT A


# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand fourteen.

Present: Rosemary S. Pooler,
Barrington D. Parker,
Richard C. Wesley,
*Circuit Judges*.

---

UNITED STATES OF AMERICA,

*Appellee*,

v. No. 14-3599

MATTHEW MARTOMA,

*Defendant-Appellant*.

---

In light of this Court's order of November 12, 2014 denying Martoma's bail motion, it is hereby ORDERED that this case is remanded to the district court forthwith for the setting of a surrender date.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

