N.Y.S.D. Case # 12-cr-0973(PGG)

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand fourteen.

Present:	Rosemary S. Pooler,
	Barrington D. Parker,
	Richard C. Wesley,
		*Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 17, 2014

UNITED STATES OF AMERICA,

*Appellee,*

v.	No. 14-3599

MATTHEW MARTOMA,

*Defendant-Appellant.*

In light of this Court's order of November 12, 2014 denying Martoma's bail motion, it is hereby ORDERED that this case is remanded to the district court forthwith for the setting of a surrender date.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*[signature and seal]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON November 17, 2014