UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATHEW MARTOMA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/14

**ORDER**

12 Cr. 973 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the Defendant is directed to surrender to the institution designated by the Bureau of Prisons by Thursday, November 20, 2014, at 2:00 p.m.

Dated: New York, New York
       November 17, 2014

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge