**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

MATHEW MARTOMA,

   Defendant.

Case No. 1:12-cr-00973 (PGG)

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Shannon B. Wolf, declare the following to be true, under penalty of perjury:

1. I am a member of the law firm of Bracewell & Giuliani LLP ("Bracewell") and I am admitted to practice law in the United States District Court for the Southern District of New York.

2. Bracewell is counsel to the third party movant, M.D. Sidney Gilman ("Gilman") in the above-captioned matter, and as counsel for Gilman, I am familiar with the facts and circumstances of this case.

3. This motion is made pursuant to Local Civil Rule 1.4 to withdraw as counsel for Gilman because I am leaving the employ of Bracewell, effective April 10, 2015.

4. Marc Mukasey, also of Bracewell, has appeared in this matter and will continue to represent Gilman.

5. This case is not scheduled for trial and the requested withdrawal will not interfere with the timely disposition of this matter. This case was closed on September 9, 2014.

6. I am not asserting a retaining or charging lien in connection with my representation in this matter.

7. For the foregoing reasons, I respectfully request that the Court grant the *Motion to Withdraw as Counsel* and allow Shannon B. Wolf to be relieved as attorney of record in this action.

Dated: April 8, 2015

                               */s/ Shannon B. Wolf*
                               Shannon B. Wolf (SW2738)
                               Bracewell & Giuliani LLP
                               CityPlace I, 34th Floor
                               185 Asylum Street
                               Hartford, CT 06103
                               Tel: (860) 256-8558
                               Fax: (800) 404-3970
                               shannon.wolf@bgllp.com

                               Attorney for M.D. Sidney Gilman.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015 a copy of the foregoing was served on counsel of record and M.D. Sidney Gilman by electronic filing with the Clerk of the Court using the CM/ECF system.

By: */s/ Shannon B. Wolf*
Shannon B. Wolf