**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

　Plaintiff,

　v.

MATHEW MARTOMA,

　Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/15

Case No. 1:12-cr-00973 (PGG)

**~~PROPOSED~~ ORDER ON MOTION**
**TO WITHDRAW AS COUNSEL**

PAUL G. GARDEPHE, United States District Judge:

　The *Motion to Withdraw as Counsel*, by Shannon B. Wolf, is GRANTED.

　SO ORDERED.

Dated: April 14, 2015

　　　　　　　　　　　　　　　　　　／s／ Paul G. Gardephe
　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　United States District Court Judge