UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MATHEW MARTOMA,<br><br>　　　　　　Defendant.<br><br><br>ROSEMARY A. MARTOMA,<br><br>　　　　　　Petitioner. | **ORDER**<br><br>12 Cr. 973 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    On February 6, 2014, a jury convicted Mathew Martoma of conspiracy to commit securities fraud and two substantive counts of securities fraud. (Verdict Form (Dkt. 230)) These charges arose out of an insider trading scheme in which the Defendant engaged while employed at S.A.C. Capital Advisors, LLC ("SAC Capital"). (Superseding Indict. (Dkt. No. 61) ¶¶ 1, 8, 14) At sentencing, this Court found that the "full $9.3 million which [the Defendant] received as his 2008 bonus from SAC Capital . . . constitutes proceeds traceable to his insider trading." (Sentencing Tr. (Dkt. No.318) 6:12-23)

    On September 8, 2014, this Court issued a Preliminary Order of Forfeiture (the "Forfeiture Order") directing that a money judgment be entered against the Defendant in the amount of $9,380,322, and that the Defendant forfeit "all right, title, and interest in the following specific property":

  a.  the real property and appurtenances, with all improvements and attachments thereon, located at 2464 W. Maya Palm Drive, Boca Raton,

      Florida, more particularly described as Parcel ID 06-43-47-29-10-005-0020;

b.     up to $3,246,320.62 in funds on deposit in account number 1512369446 at American Express Bank, held in the name of Mathew C. Martoma;

c.     up to $245,000 in funds on deposit in account number 146674626 at ING Direct, held in the name of Rosemary Martoma; and

d.     up to $934,897.77 in funds or other assets in account number 88047594915 at Vanguard, held in the name of Mathew and Rosemary Martoma Foundation;

(collectively, the "Specific Properties"). . . .

(Forfeiture Order (Dkt. No. 316) at 1-4)

      On October 15, 2014, Rosemary Martoma – the Defendant's wife – filed a third-party petition (the "Petition") claiming an interest in the Specific Properties pursuant to 21 U.S.C. § 853(n). (Petition (Dkt. No. 325)) In the Petition, Rosemary Martoma argues, inter alia, that she "is a bona fide purchaser for value of the right, title, and interest in the Specific Properties pursuant to [21 U.S.C.] § 853(n)(6)(B), rendering the forfeiture of the Specific Properties invalid." (Id. ¶ 25) Petitioner's claim that she is "a bona fide purchaser for value" is brought "[u]nder federal and Florida state law." (Id. ¶ 23)

      On January 9, 2015, the Government moved to dismiss the Petition for failure to state a claim. (Govt. Mot. to Dismiss (Dkt. 337))

      The Government will provide supplemental briefing addressing the following issues:

(1)     Whether federal or state law – or some combination of the two – governs Petitioner's claim that she is a bona fide purchaser for value under 21 U.S.C. § 853(n)(6)(B) with respect to the Specific Properties. In this regard, the Government will address Second Circuit precedent "applying [state] law to the question [of] whether [a] petitioner was a bona fide purchaser for value." See Willis Mgmt. (Vt.), Ltd. v. United States, 652 F.3d 236, 242 (2d Cir. 2011) (citing Pacheco v. Serendensky, 393 F.3d 348, 353-56 (2d Cir. 2004)).

(2)   Whether Petitioner Martoma has adequately alleged that she is a bona fide purchaser for value with respect to the Specific Properties.

(3)   Whether a spouse who "give[s] up her career" to "take on a larger role in caring for [the couple's] children and managing household affairs" may – "based on the [spouse's] promise of equal ownership, interest, possession, and control over all of the [spouse]'s income" – qualify as a "bona fide purchaser for value" of the spouse's future income under applicable law. (See Pet. (Dkt. No. 325) ¶ 4).

The Government will make its submission by **January 13, 2026.** Petitioner Martoma will file a response by **January 27, 2026**.

Dated: New York, New York
       December 23, 2025

SO ORDERED.

*Paul G. Gardephe* (signature)
Paul G. Gardephe
United States District Judge