UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

- against -

MATTHEW MARTOMA,

Defendant,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICIATIONS**

No. 12 Cr. 973 (PGG)

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of intervenor United States of America, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: _____
Andrew Thomas
Assistant United States Attorney
(212) 637-2106