**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 12, 2026

**BY EMAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Matthew Martoma*****,**
             **12 Cr. 973 (PGG)**

Dear Judge Gardephe:

      The Government writes regarding the outstanding forfeiture dispute (ECF Docs. 338, 339) and the Court's December 23, 2025 scheduling order (ECF Doc. 353), to respectfully request that the Court adjourn the Government's supplemental briefing deadline from January 13, 2026 to February 2, 2026 and adjourn the petitioner's deadline to respond from January 27, 2026 to February 20, 2026.

      Since the time of the original forfeiture filings in this case, the assigned AUSAs have left government service. A brief adjournment of the supplemental briefing deadline will permit a newly assigned AUSA to master the record and provide a helpful and informed response to the Court's questions. Counsel to Petitioner Rosemary Martoma, Richard Strassberg, Esq., has indicated that the petitioner has no objection to the proposed adjournment on the condition that the petitioner's deadline to respond be adjusted to February 20, 2026. The Government consents to that response date.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By: _____
      Andrew Thomas
      Assistant United States Attorney
      Tel.: (212) 637-2106